# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 14, 2021

John A. Cerino
Clerk of the Court
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING
AND HAND-DELIVERY

Re: *BearBox LLC, et al. v. Lancium LLC, et al.,*
C.A. No. 21-534-UNA

Dear Mr. Cerino:

I write in connection with Title 6, Del. Code § 18-109, and pursuant to the Court's February 2, 2015 Change in Clerk's Office Procedure re: Service of Documents via Registered Mail. Plaintiffs in the above-captioned action respectfully request that you prepare packages, using the enclosed pre-addressed mailing envelopes, to be sent via United States Postal Service, registered mail, return receipt requested, to Defendants Michael T. McNamara and Raymond E. Cline, Jr. containing:

1. A transmittal / cover letter on Clerk's Office letterhead, listing the documents being mailed and stating that the mailing is being made pursuant to Title 6, Del. Code § 18-109;

2. The enclosed Summonses;

3. The enclosed Complaint (with exhibits);

4. The enclosed Civil Cover Sheet;

5. The enclosed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge;

6. The enclosed Report on the Filing of an Action Regarding a Patent or Trademark; and

7. A copy of this Praecipe.

Please notify our office when the packages are ready for mailing so that we may arrange for pickup and delivery to the U.S. Post Office in order to have the documents delivered to Defendants Michael T. McNamara at 152 Via Undine, Newport Beach, CA 92663-5515, and Raymond E. Cline, Jr. at 302 Avondale Street, Unit E, Houston, TX 77006-3149.

{01679060;v1 }

John A. Cerino
April 14, 2021
Page 2

    Also enclosed is the necessary registered mail receipt for service on Defendants Michael T. McNamara and Raymond E. Cline, Jr. We will deliver the registered mail postal receipt to your office for docketing as Proof of Mailing. In addition, we would appreciate your docketing a copy of the returned, signed receipt as Return of Service Executed.

    If you have any questions or concerns regarding the foregoing requests, counsel are available at the Court's convenience. We appreciate your time and attention to this matter.

    Respectfully,

    */s/ Andrew C. Mayo*

    Andrew C. Mayo (#5207)

ACM/mlk
Enclosures

{01679060;v1 }