# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, ) <br> MICHAEL T. MCNAMARA, and ) <br> RAYMOND E. CLINE, JR., ) <br> ) <br> Defendants. ) | C.A.: 21-534-UNA |

## AFFIDAVIT

I, Kathleen Davis, Deputy Clerk, being first sworn, depose and say that pursuant to Title 10, Del. Code Section 3114, I did send under cover letter, on April 15, 2021, a certified copy of the Plaintiff's Complaint in a Civil Case, Executed Summons, Report on the Filing of an Action Regarding a Patent or Trademark, along with the Praecipe requesting this service to the below listed Defendants. We included a Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms along with Local Rule 73.1. These documents were sent via **Registered U.S. Mail, Return Receipt Requested**, to the following persons:

Raymond E. Cline, Jr.
Lancium LLC
c/o Harvard Business Services, Inc.
Registered Agent
16192 Coastal Highway
Lewes, DE  19958

Michael T. McNamara
Lancium LLC
c/o Harvard Business Services, Inc.
Registered Agent
16192 Coastal Highway
Lewes, DE  19958

Raymond E. Cline, Jr.
302 Avondale Street, Unit E
Houston, TX  77006-3149

Michael T. McNamara
152 Via Undine
Newport Beach, CA  92663-5515

*/s/ Kathleen Davis*
Kathleen Davis
Deputy Clerk

Sworn to and subscribed before me
this 15th day of April, 2021

*/s/ Nicole Gland*
Nicole Gland
Deputy Clerk





OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 14, 2021

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Raymond E. Cline, Jr.
Lancium LLC
c/o Harvard Business Services, Inc.
Registered Agent
16192 Coastal Highway
Lewes, DE  19958

Michael T. McNamara
Lancium LLC
c/o Harvard Business Services, Inc.
Registered Agent
16192 Coastal Highway
Lewes, DE  19958

Raymond E. Cline, Jr.
302 Avondale Street, Unit E
Houston, TX  77006-3149

Michael T. McNamara
152 Via Undine
Newport Beach, CA  92663-5515

RE:   **BearBox LLC et al v. Lancium LLC et al**
      **Civil Action No. 21-534-UNA**

Dear Sir or Madam:

  Enclosed please find certified copies of the Complaint in a Civil Case, Executed Summons, Report on the Filing of an Action Regarding a Patent or Trademark, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, along with the Praecipe requesting this service. We are also including Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms along with Local Rule 73.1.

  This service is made by U.S. Registered Mail pursuant to Delaware Long Arm statute 10 Del. Code 3114.

                              Sincerely,

                              JOHN A. CERINO
                              Clerk

*/s/ Kathleen Davis*
By: Kathleen Davis
Deputy Clerk

cc:   Andrew C. Mayo
Enc.