IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 21-534-MN |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Benjamin T. Horton, John R. Labbe, Raymond R. Ricordati, III, and Chelsea M. Murray to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fees for Benjamin T. Horton was submitted to the Clerk's Office previously during this calendar year. The fees for John R. Labbe, Raymond R. Ricordati, III, and Chelsea M. Murray will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs BearBox LLC and Austin Storms*

Dated: April 23, 2021

{01682115;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

This _____ day of _____, 2021, the Court having considered the motion for the admission *pro hac vice* of Benjamin T. Horton, John R. Labbe, Raymond R. Ricordati, III, and Chelsea M. Murray to represent the plaintiffs in this matter; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{01682115;v1 }

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office on 3/9/2021, receipt number ADEDC-3566721.

	*/s/ Benjamin T. Horton*
	Benjamin T. Horton (IL # 6286428)
	Marshall, Gerstein & Borun LLP
	233 South Wacker Drive
	6300 Willis Tower
	Chicago, IL 60606-6357
	Telephone: (312) 474-6300
	Email: bhorton@marshallip.com

Dated: April 23, 2021

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ John Labbe
John R. Labbe (IL # 6277836)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Email: jlabbe@marshallip.com

Dated: April 23, 2021

## **CERTIFICATION BY COUNSEL TO BE ADMITTED** *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Raymond R. Ricordati III

Raymond R. Ricordati III (IL #6278318)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Email: rricordati@marshallip.com

Dated: April 23, 2021

{01682115;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Chelsea Murray*
_____
Chelsea M. Murray (IL # 6333119)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Email: cmurray@marshallip.com

Dated: April 23, 2021

{01682115;v1 }