## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| Plaintiff, | ) | |
| | ) | C.A.: 21-534-MN |
| v. | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and | ) | |
| RAYMOND E. CLINE, JR., | ) | |
| Defendants. | ) | |

### RETURN OF SERVICE BY MAIL

The parties listed on the *Return Receipt Card* below were served by registered mail, return receipt requested on the date indicated on the card: