# EXHIBIT A

| | |
|---|---|
| **From:** | Benjamin T. Horton <bhorton@marshallip.com> |
| **Sent:** | Saturday, May 1, 2021 1:29 PM |
| **To:** | Stover, Chad |
| **Cc:** | Nelson, Mark; Mayo, Andrew C.; Chelsea M. Murray; John R. Labbe; Ray Ricordati |
| **Subject:** | [EXTERNAL]RE: BearBox and Storms v. Lancium, McNamara, and Cline - C.A. No. 21-534-MN (D. Del.) |

Dear Chad,

Thanks for your email.  Given the tight turn, I don't think we'll be able to consider and get back to you before your plans on Monday.  Out of an abundance of caution, please go ahead and file under seal.  Going forward we'll be happy to work with you to take care anything that needs to be unsealed, redacted, etc.

Best regards,
Ben

---

**From:** Stover, Chad <Chad.Stover@btlaw.com>
**Sent:** Friday, April 30, 2021 3:24 PM
**To:** Mayo, Andrew C. <AMayo@ashbygeddes.com>; Benjamin T. Horton <bhorton@marshallip.com>; Chelsea M. Murray <cmurray@marshallip.com>; John R. Labbe <jlabbe@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>
**Cc:** Nelson, Mark <mnelson@btlaw.com>
**Subject:** BearBox and Storms v. Lancium, McNamara, and Cline - C.A. No. 21-534-MN (D. Del.)

**External - This email is from an external email address outside the firm.**

Dear Andrew, Benjamin, Chelsea, John, and Raymond,

Our firm represents Lancium, Michael McNamara, and Raymond Cline in the above-captioned matter.  We plan to respond to your Complaint on Monday, May 3, 2021.  Our response will attach email and text messages between Austin Storms and Michael McNamara, with attachments.  See attached copies.  If you believe that any portions of these documents should be filed under seal, please identify those portions and explain why you believe they should be filed under seal.  If you would like to meet and confer about this, I am happy to discuss.

Thank you in advance for your prompt response.

Regards,
Chad


**Chad S.C. Stover** | Partner
Barnes & Thornburg LLP
1000 N. West Street Suite 1500, Wilmington, DE 19801
Direct: (302) 300-3474  | Mobile: (302) 766-2932

    

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
New York | Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.

Learn more about our COVID-19 Resources

CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.



Benjamin T. Horton
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9575
T: +1.312.474.6300
F: +1.312.474.0448
bhorton@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.