## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC AND AUSTIN STORMS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | |
| MCNAMARA, and RAYMOND E. CLINE, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Having read and considered Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr., ("Defendants") Motion to Seal Their Answer and Counterclaims and Certain Exhibits Thereto (the "Motion"),

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED**.

2.      Defendants shall file under seal the Exhibits and quotations from those Exhibits in their Answer and Counterclaims.

IT IS SO ORDERED.

Dated: _____ _____, 2021          _____

The Honorable Maryellen Noreika
United States District Judge