# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534-MN |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT LANCIUM LLC'S
## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lancium LLC hereby idenitfies Lancium Technologies Corporation as a parent corporation, and further states that SBI Crypto Investment Company Ltd. owns 10% or more of Lancium Technologies Corporation.

Dated: May 3, 2021

BARNES & THORNBURG LLP

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.Stover@btaw.com

*Attorneys for Lancium LLC,*