# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. )<br>MCNAMARA, and RAYMOND E. CLINE, JR. )<br>)<br>Defendants. )<br>) | C.A. No. 21-534-MN |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark C. Nelson to represent Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in this matter.

Dated: May 4, 2021

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 300-3474
Fax: (302) 300-3456
E-mail: chad.stover@btlaw.com

Mark C. Nelson (*pro hac vice* pending)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com

Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
United States District Judge