## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated:  May 4, 2021                      /s/  Mark C. Nelson
                                                                    Mark C. Nelson
                                                                    Barnes & Thornburg LLP
                                                                    2121 N. Pearl Street, Suite 700
                                                                    Dallas, TX  75201
                                                                    Tel:  (214) 258-4140
                                                                    E-mail:  mark.nelson@btlaw.com