# EXHIBIT D



From: **Austin Storms** <austin@bearbox.io>
Date: Thu, May 9, 2019 at 9:32 AM
Subject: BearBox 20' product details and supporting documentation
To: <michael.mcnamara@lancium.com>


Hey Michael,

See attached for the 20' BearBox product details and some supporting docs. I've also attached some recent modeling data from one of the Exelon wind sites (based on publicly available marketplace data) - I can model for any pricing node you guys might be interested in reviewing.

Let me know if you have any questions!

Talk soon,

A

Austin M. Storms
BearBox, LLC
611 O' Keefe Avenue
New Orleans, LA 70113
austin@bearbox.io

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.



# Bear**Box**

## Product details - BearBox V20S (Bitmain S9j, Dragonmint T1, or similar)

- **Physical Dimensions**
  - Exterior: 20'L x 8' W x 8'6"H
  - Interior: 19'4"L x 7'8"W x 7'9"H
  - Door Opening: 7'8"W x 7'5"H
  - Weight: 4,900 lbs. + installed equipment

- **Electrical System**
  - 3-Phase, 4-Wire 415Y/240v
  - Remote dual-outlet control PDUs (64.8kW total)
  - All network infrastructure on UPS/battery backup
  - ~373kW max load



- **Physical Rack System**
  - Custom laser cut aluminum frame with stainless wire deck shelving
  - Adjustable in 1" increments

- **Cooling System**
  - Convection air cooled
  - (8) 10,100 CFM direct-drive, single-phase exhaust fans (see attached)
  - Temperature controlled/software automation, remote on/off

- **Air Filtration System**
  - Option 1: Permatron Model U2 (see attached)
  - Option 2: Camfil V-Bank Glide/Pack (see attached)
  - Intake-side adjustable pitch weather shield



- **Total Designed Hashrate**
  - 272 miners @ 14.5 TH/s each
  - 3.9 PH/s total

- **Network**
  - Cat5e ethernet
  - 48-port unmanaged switches (CISCO, TP-Link, or other)
  - On-site WAN or satellite (varies by location)

- **Software Management**
  - Local cgminer watchdog
  - PostgreSQL database miner logging
  - PDU/relay mapping (full automation)
  - Optional real-time breakeven monitoring (renewable marketplace data)
  - SMTP email alerts (restart, reboot, and maintenance required)

- **Summary**
  - BearBox V20S  (3.9 PH/s @ ~373kW max load)
  - Does **NOT** include miners or exterior electrical infrastructure (transformer)
  - Price - $86,791.51 ($94,766.33 after 9.2% sales tax)



# Bear**Box**

Product details - BearBox V20S (Bitmain S9j, Dragonmint T1, or similar) – cont.





# PreVent® Model U/BHA
# Flexible Frame Air Intake Filter

Acts as a primary pre-filtration defense to help prevent the damage and extensive maintenance that large volumes of dirt and debris can cause. Model U and BHA are custom designed and manufactured to fit any sized air intake.

Model U filter is constructed of washable three-dimensional electrostatic polypropylene media and encased in a 1-1/4" sewn vinyl edge with single or double stitching. Model U1 contains one layer of media or Model U2 contains two layers of media depending on the application's environmental particle size.

Model BHA filter is constructed of black PVC coated polyester high abrasion media and encased in a 1-1/4" sewn vinyl edge with single or double stitching. Model BHA contains one layer of media.

- Can be affixed to unit with hook/loop stripping, grommets with mount clips, elastic bungee hooks or magnetic stripping
- Fits any equipment, specify size
- Sewn 2.5" vinyl edge (folded to 1-1/4") is standard for flexible filters 0-2000 square inches
- Sonic welded edges also available as frame option
- UV protected black media
- U/L Classified as to Flammability Only
- 5 Year Warranty



MODEL #U1
MODEL #U2

*Plastic mount clips available for easy installation.*



MODEL #BHA

*Magnetic stripping inside vinyl edge available for easy installation.*



BHA

BHC

|  | U1 | U2 | BHA |
|---|---|---|---|
| Avg. Arrestance Efficiency | 42% | 72% | N/A |
| Dust Holding Capacity | 67 gm. | 100 gm | N/A |
| Initial Air Flow Resistance | 0.02" w.g. | 0.05" w.g. | 0.02" w.g. |

# www.permatron.com
# 1-800-882-8012

LIT-PREVENTMODELU/BHA

©2015 Permatron Corporation

# V-Bank Glide/Pack®



## Advantages

- V-bank design reduces filter velocity and filter pressure drop by up to 60%, saving energy
- Increases life of filters up to four times

**Typical applications:** Single-stage V-bank filter housing for commercial, industrial, manufacturing or medical facilities.
**Construction:** 16-gauge galvanized steel with pre-drilled standing flanges, dual access doors, UV-resistant door knobs, door and filter sealing gasketing.
**Filters:** Any 2" deep filter.
**Performance:** Less than 1/2 of 1% leakage guaranteed. Rated airflow 500 fpm, may be operated to 625 fpm. Standard model operational to ± 6.0" w.g.
**Additional data:** Sizes available from 4 filters high to 6 filters wide. Housing is weatherproof for outside installation without modification. Includes pneumatic fitting for static pressure gauge.

See Literature 2421 for more details.

## Dimensions and Airflow Capacity (cfm)

| Number of filters wide | Height (inches) | ½ Filter wide | 1 Filter wide | 1-½ Filters wide | 2 Filters wide | 2-½ Filters wide | 3 Filters wide | 3-½ Filters wide | 4 Filters wide | 4-½ Filters wide | 5 Filters wide | 5-½ Filters wide | 6 Filters wide | Housing depth (inches) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ½ | 15.25 | - | 2,000 | - | 4,000 | - | 6,000 | - | 8,000 | - | 10,000 | - | 12,000 | |
| 1 | 27.25 | 2,000 | 4,000 | 6,000 | 8,000 | 10,000 | 12,000 | 14,000 | 16,000 | 18,000 | 20,000 | 22,000 | 24,000 | |
| 1-½ | 39.50 | - | 6,000 | - | 12,000 | - | 18,000 | - | 24,000 | - | 30,000 | - | 36,000 | |
| 2 | 51.50 | 4,000 | 8,000 | 12,000 | 16,000 | 20,000 | 24,000 | 28,000 | 32,000 | 36,000 | 40,000 | 44,000 | 48,000 | 28.00 |
| 2-½ | 63.75 | - | 10,000 | - | 20,000 | - | 30,000 | - | 40,000 | - | 50,000 | - | 60,000 | |
| 3 | 75.75 | 6,000 | 12,000 | 18,000 | 24,000 | 30,000 | 36,000 | 42,000 | 48,000 | 54,000 | 60,000 | 66,000 | 72,000 | |
| 3-½ | 88.00 | - | 14,000 | - | 28,000 | - | 42,000 | - | 54,000 | - | 70,000 | - | 84,000 | |
| 4 | 100.00 | 8,000 | 16,000 | 24,000 | 32,000 | 40,000 | 48,000 | 56,000 | 60,000 | 72,000 | 80,000 | 88,000 | 96,000 | |
| Width (inches) | | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | |

As part of our program for continuous improvement, Camfil reserves the right to change specifications without notice. 2018-12-07

**camfil**

*Total System Solutions*

# Wall Master Exhaust Fan

J&D Manufacturing's Wall Master exhaust fan offers high volume output and smooth, efficient operation. The heavy duty 18 gauge galvanized housing is strong, compact, and easy to install. J&D's Wall Master is a dependable fan suited for nearly any application including agricultural buildings, greenhouses, and warehouses.



*When installing any J&D Manufacturing exhaust fan, you must provide a proper inlet. Call us today to help you choose the appropriate inlet and design an efficient ventilation system.*

## Features



- Available in 36" and 50" models
- Heavy duty 18 gauge galvanized housing
- Rugged X-frame for added stability on belt drive models
- Aluminum shutters with tie bar to prevent flapping and locking open
- 1" x 2" removable wire mesh guards are hot dip galvanized after welding
- Poly guard clips to reduce vibration for quiet performance
- 3, 4 or 6 blade galvanized propeller is balanced for smooth operation
- **Lifetime Warranty** on 3 blade cast aluminum props, available on select 50" models
- Bearings are eccentric locking, pre-lubricated, permanently sealed and rubber mounted for smooth operation and reduced blade fatigue, and are covered by a **Three Year Warranty**
- Spring belt tensioning system reduces bounce at startup on all belt driven models
- Optional weather hood available for protection from severe wind and weather
- Totally enclosed, maintenance-free, high-efficiency motors have completely sealed ball bearings, and are covered by a **Two Year Warranty**

⚠**WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to  www.P65Warnings.ca.gov/product.

*Due to our continual effort to provide the best products available and adhere to market conditions; literature, products, prices and availability are subject to change without notice.*



# Wall Master Exhaust Fan



**Heavy-duty X-frame** - (Shown without rear guard for illustration purposes only)



*Removable 12 Gauge 1" x 2" wire mesh guards are hot dip galvanized after welding. The guard is attached to the housing with poly guard clips to reduce noise and vibration.*



*Belt drive models include a heavy duty spring belt tensioner to reduce bounce at startup and provide uniform loading to increase the life of the belt and maintain high efficiency.*

| Part# | Size | Phs | Spd | @0.05" SP CFM | CFM/ Watt | Drive | Prop |
|---|---|---|---|---|---|---|---|
| **Single Phase** | | | | | | | |
| VF36DM | 36" | 1 | 1 | 10,100 | 19.5 | Direct | 3-Glv |
| VF36GG | 36" | 1 | 1 | 9,000 | 18.1 | Belt | 4-Glv |
| VF36GG1 | 36" | 1 | 1 | 11,500 | 15.2 | Belt | 4-Glv |
| VF36GG2 | 36" | 1 | 2 | 11,400 | 15.3 | Belt | 4-Glv |
| VF50GG | 50" | 1 | 1 | 21,000 | 18.9 | Belt | 3-Glv |
| VF50GG6 | 50" | 1 | 1 | 21,300 | 20.0 | Belt | 6-Glv |
| VF50GGCA | 50" | 1 | 1 | 20,900 | 18.8 | Belt | 3-CA |
| **Three Phase** | | | | | | | |
| VF36DM3CF | 36" | 3 | 1 | 10,000 | 19.6 | Direct | 3-Glv |
| VF36GG3 | 36" | 3 | 1 | 11,400 | 15.1 | Belt | 4-Glv |
| VF503GG | 50" | 3 | 1 | 21,000 | 18.9 | Belt | 3-Glv |
| VF503GG6 | 50" | 3 | 1 | 21,200 | 20.2 | Belt | 6-Glv |
| VF503GGCA | 50" | 3 | 1 | 20,900 | 18.8 | Belt | 3-CA |

**OSHA requires these fans to be mounted 7' above the floor**

| Fan Size | Rough Opening |
|---|---|
| 36" | 41"W x 41"H |
| 50" | 54¾"W x 54¾"H |

## Optional Weather Hood

If Wall Master is mounted with the shutter side of the fan flush to an exterior wall a weather hood may be used on the exterior shutter side of the Wall Master to further protect the fan and shutter from severe winds and harsh weather.

| Wall Master Fan Size | Weather Hood Part# |
|---|---|
| 36" | VFT140860 |
| 50" | VFT140861 |

⚠**WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to  www.P65Warnings.ca.gov/product.

*Due to our continual effort to provide the best products available and adhere to market conditions; literature, products, prices and availability are subject to change without notice.*

















