### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | |
| MCNAMARA, and RAYMOND E. CLINE, | ) | |
| JR. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on May 26, 2021 copies of *i)*

*Defendants Lancium LLC, Michael T. McNamara and Raymond E. Cline, Jr.'s First Set of*

*Requests to Produce to Plaintiffs and ii) Defendants Lancium LLC, Michael T. McNamara and*

*Raymond E. Cline, Jr.'s First Set of Interrogatories to Plaintiffs* were served on the following

counsel of record by electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

Dated: May 27, 2021                    BARNES & THORNBURG LLP

                                       /s/ Chad S.C. Stover
                                       Chad S.C. Stover (No. 4919)
                                       1000 N. West Street, Suite 1500
                                       Wilmington, Delaware 19801-1050
                                       Telephone: (302) 300-3474
                                       E-mail: chad.stover@btaw.com

                                       Mark C. Nelson (*pro hac vice* admitted)
                                       2121 N. Pearl Street, Suite 700
                                       Dallas, TX 75201
                                       Tel: (214) 258-4140
                                       E-mail: mark.nelson@btlaw.com

                                       *Attorneys for Lancium LLC, Michael T. McNamara,*
                                       *and Raymond E. Cline Jr.*