# EXHIBIT C



**11:36**

**Storms** ›

iMessage
May 3, 2019, 9:57 PM

Storms

May 5, 2019, 1:00 PM

Storms, great to meet you at the conference

This is me:

linkedin.com

Same here, Michael. I'm not on LinkedIn, but you've got my personal #.

I'll put some feelers out to some of my PM friends this week about what we talked about Fri night. Tty soon.

Thanks – that's great

I also think your boxes may have some benefits vs the ones we are doing with JB driver

Lots of stuff to collaborate on

May 5, 2019, 4:43 PM

Absolutely. I can send you specs on the boxes/PDUs/logic design – what's your email?



