# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. )<br>MCNAMARA, and RAYMOND E. CLINE, JR. )<br>)<br>Defendants. )<br>) | C.A. No. 21-534-MN |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr., ("Defendants") by and through their undersigned counsel, hereby moves the Court for an order, substantially similar to the proposed order attached hereto, granting them judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) with respect to Plaintiffs BearBox LLC ("BearBox") and Austin Storms' ("Storms") (collectively, "Plaintiffs") Complaint filed on May 24, 2021 (D.I. 19) (the "Amended Complaint").  The grounds for this motion are set forth in Defendants' Opening Brief in Support of its Motion for Judgment on the Pleadings, filed herewith.

| | |
|---|---|
| Dated: June 28, 2021 | BARNES & THORNBURG LLP<br><br>　/s/ Chad S.C. Stover　　　<br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, Delaware 19801-1050<br>Telephone: (302) 300-3474<br>E-mail: chad.stover@btaw.com<br><br>*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |