# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN |

## [PROPOSED] ORDER

Having read and considered Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Motion for Judgment on the Pleadings (the "Motion"),

**IT IS HEREBY** ORDERED THAT:

1. The Motion is GRANTED.

2. Count III (conversion), Count IV (unjust enrichment), and Count V (negligent misrepresentation) in the Amended Complaint are dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____ ____, 2021

_____
The Honorable Maryellen Noreika
United States District Judge