IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) | |
| and RAYMOND E. CLINE, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

It is hereby stipulated and agreed, by the undersigned counsel and subject to the approval

and Order of the Court, that the deadline for Plaintiffs to respond to Defendants' Motion for

Judgment on the Pleadings (D.I. 32) in this action shall be extended to and including July 19,

2021.

ASHBY & GEDDES                          BARNES & THORNBURG LLP

/s/ Andrew C. Mayo                       /s/ Chad S.C. Stover

_____        _____
Steven J. Balick (#2114)                 Chad S.C. Stover (#4919)
Andrew C. Mayo (#5207)                   1000 N. West Street, Suite 1500
500 Delaware Avenue, 8th Floor           Wilmington, DE 19801
P.O. Box 1150                            (302) 300-3434
Wilmington, DE 19899                     chad.stover@btlaw.com
(302) 654-188
sbalick@ashbygeddes.com                  *Attorney for Defendants*
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*


        **SO ORDERED** this ___ day of July, 2021


                              _____
                              United States District Court Judge


{01701258;v1 }