**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam M. Kaufmann to represent Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in this matter.

Dated: July 8, 2021

**BARNES & THORNBURG LLP**

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Tel: (302) 300-3474
Fax: (302) 300-3456
E-mail: chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com

Adam M. Kaufmann (*pro hac vice* pending)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
E-mail: adam.kaufmann@btlaw.com

Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
United States District Judge