## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: July 8, 2021             */s/ Adam M. Kaufmann*
                                                  Adam M. Kaufmann
                                                  Barnes & Thornburg LLP
                                                  One N. Wacker Drive
                                                  Suite 4400
                                                  Chicago, IL 60606-2833
                                                  E-mail: adam.kaufmann@btlaw.com