IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 21-534-MN ) ) ) ) ) ) |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

It is hereby stipulated and agreed, by the undersigned counsel and subject to the approval and Order of the Court, that the deadline for Plaintiffs to respond to Defendants' Counterclaims (D.I. 28) in this action shall be extended to and including July 16, 2021.

| ASHBY & GEDDES | BARNES & THORNBURG LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-188 <br> amayo@ashbygeddes.com <br><br> *Attorneys for Plaintiffs* | Chad S.C. Stover (#4919) <br> 1000 N. West Street, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 300-3434 <br> chad.stover@btlaw.com <br><br> *Attorney for Defendants* |

**SO ORDERED** this ___ day of July, 2021

_____
United States District Court Judge

{01703455;v1 }