IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2021, **PLAINTIFFS' INITIAL DISCLOSURES** and **PLAINTIFFS' DISCLOSURES PURSUANT TO SECTION 3 OF THE COURT'S DEFAULT STANDARD FOR DISCOVERY** were served upon the below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire       **VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire       **VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire       **VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

{01680161;v1 }

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  July 12, 2021

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*