# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, ) <br> JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on July 12, 2021 copies of (i) *Defendants' Initial Disclosures* and (ii) *Defendants' Disclosures Pursuant to Paragraph 3 of the Court's Default Standard for Discovery* were served on the following counsel of record by electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

Dated: July 12, 2021                           BARNES & THORNBURG LLP

                                                    */s/ Chad S.C. Stover*
                                                   Chad S.C. Stover (No. 4919)
                                                   1000 N. West Street, Suite 1500
                                                   Wilmington, Delaware 19801-1050
                                                   Telephone: (302) 300-3474
                                                   E-mail: chad.stover@btaw.com


                                                   Mark C. Nelson (*pro hac vice* admitted)
                                                   2121 N. Pearl Street, Suite 700
                                                   Dallas, TX  75201
                                                   Tel:  (214) 258-4140
                                                   E-mail:  mark.nelson@btlaw.com

                                                   *Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*