## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534-MN |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) |
| and RAYMOND E. CLINE, JR., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs Bearbox LLC and Austin Storms ("Plaintiffs") and Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr., (collectively, "Defendants"), subject to the Court's approval, that the deadline for Defendants to file a reply in support of their Motion for Judgment on the Pleadings (D.I. 32) is extended to July 30, 2021.

Dated: July 22, 2021

| ASHBY & GEDDES | BARNES & THORNBURG LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| Andrew C. Mayo (No. 5207) | Chad S.C. Stover (No. 4919) |
| 500 Delaware Avenue, 8th Floor | 1000 North West Street, Suite 1500 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Tel: (302) 300-3474 |
| Tel: (302) 654-1888 | Fax: (302) 300-3456 |
| Email: amayo@ashbygeddes.com | Email: chad.stover@btlaw.com |
| | |
| Benjamin T. Horton | Mark C. Nelson (admitted *pro hac vice*) |
| John R. Labbe | 2121 N. Pearl Street, Suite 700 |
| Raymond R. Ricordati, III | Dallas, TX 75201 |
| Chelsea M. Murray | Tel: (214) 258-4140 |
| MARSHALL, GERSTEIN & | Email: mark.nelson@btlaw.com |
| BORUN LLP | |
| 233 South Wacker Drive | Adam M. Kaufmann (admitted *pro hac vice*) |
| 6300 Willis Tower | One North Wacker Drive, Suite 4400 |
| Chicago, IL 60606-6357 | Chicago, IL 60606 |
| Tel: (312) 474-6300 | Tel: (312) 214-8319 |
| | Email: adam.kaufmann@btlaw.com |
| *Attorneys for Plaintiffs* | |

              *Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*
              *Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2021.

              _____
              The Honorable Maryellen Noreika
              United States District Judge