IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 21-534-MN |
| ) | |
| LANCIUM LLC, MICHAEL T. ) | |
| MCNAMARA, and RAYMOND E. CLINE, ) | |
| JR. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on July 23, 2021 copies of **(i)** *Defendants' Responses to Plaintiffs' First Set of Interrogatories Directed to All Defendants;* *and (ii) the Notice of Service* were served on the following counsel of record by electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

| | |
|---|---|
| Dated: July 23, 2021 | BARNES & THORNBURG LLP |
| | |
| | /s/ Chad S.C. Stover |
| | Chad S.C. Stover (No. 4919) |
| | 1000 N. West Street, Suite 1500 |
| | Wilmington, Delaware 19801-1050 |
| | Telephone: (302) 300-3474 |
| | E-mail: chad.stover@btaw.com |
| | |
| | Mark C. Nelson (*pro hac vice* admitted) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX  75201 |
| | Tel:  (214) 258-4140 |
| | E-mail:  mark.nelson@btlaw.com |
| | |
| | *Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |