IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) C.A. No. 21-534-MN <br> ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTE**

Plaintiffs BearBox LLC and Austin Storms, and Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr., respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the drafting of a protective order.

The parties have submitted their respective positions in a joint letter submitted to the Court on August 23, 2021 at D.I. 48. The parties will further present their respective positions during a teleconference on September 8, 2021 at 11:00 a.m. with counsel for Plaintiffs to initiate the call.

| | |
|---|---|
| ASHBY & GEDDES | BARNES & THORNBURG LLP |
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| _____ | _____ |
| Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-188 <br> amayo@ashbygeddes.com | Chad S.C. Stover (#4919) <br> 1000 N. West Street, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 300-3434 <br> chad.stover@btlaw.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

**SO ORDERED** this ___ day of _____, 2021

_____
United States Magistrate Judge

{01717415;v1 }