IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) | |
| and RAYMOND E. CLINE, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2021, **PLAINTIFFS'**

**SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET**

**OF INTERROGATORIES (NOS. 1-9)** were served upon the below-named counsel of record at

the address and in the manner indicated:

Chad S.C. Stover, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire                                      VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*

Dated:  August 27, 2021