# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 15, 2021

The Honorable Christopher J. Burke           <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

       Re:      <u>*Bear Box LLC, et al. v. Lancium LLC, et al.*,
                 C.A. No. 21-534-MN-CJB</u>

Dear Judge Burke:

      I write on behalf of Plaintiffs in connection with Paragraph 8 of the Scheduling Order (D.I. 35) and the Court's September 13, 2021 Oral Order (D.I. 59) about whether any patent claim terms require construction in this case.

      At this time, Plaintiffs do not expect that they will ask the Court to construe any claim terms in this case based on the Plaintiffs' current understanding of the issues in the case and Defendants' contentions disclosed to date. The parties are continuing to engage in fact discovery.

      While Plaintiffs do not anticipate that claim construction will be necessary, if further developments in the case suggest otherwise, Plaintiffs will advise the Court as soon as possible. Should the Court have any questions, counsel is available at the Court's convenience.

                                                               Respectfully,

                                                               */s/ Andrew C. Mayo*

                                                               Andrew C. Mayo (#5207)

cc:      All counsel of record (via electronic mail)

{01734028;v1 }