# BARNES & THORNBURG LLP

1000 N. West Street
Suite 1500
Wilmington, Delaware 19801
302-300-3434
302-300-3456 (Fax)
www.btlaw.com

Chad S.C. Stover
302-300-3474
Chad.Stover@btlaw.com

October 15, 2021

**BY ECF**
The Honorable U.S. Magistrate Judge Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 2325 – Unit 28
Wilmington, Delaware 19801

      Re:    *BearBox LLC, et al. v. Lancium LLC, et al.,*
                 **C.A. No. 21-534-MN-CJB**

Dear Judge Burke:

      Pursuant to Court's September 13, 2021 Oral Order (D.I. 59), I write to state that Defendants do not request claim construction at this time but reserve their right to later seek claim construction if Plaintiffs later seek claim construction, or based on information obtained during discovery.

      Respectfully submitted,

Chad S.C. Stover (DE No. 4919)

cc:    Andrew Colin Mayo (via ECF)
        Benjamin T. Horton (via ECF)
        Chelsea M. Murray (via ECF)
        John R. Labbe (via ECF)
        Raymond R. Ricordati, III (via ECF)