IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 21-534-MN-CJB ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of October, 2021, **NOTICE OF SUBPOENAS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire <br> Barnes & Thornburg LLP <br> 1000 N. West Street, Suite 1500 <br> Wilmington, DE 19801-1050 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire <br> Barnes & Thornburg LLP <br> 2121 N. Pearl Street, Suite 700 <br> Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire <br> Barnes & Thornburg LLP <br> One N. Wacker Drive, Suite 4400 <br> Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

{01680161;v1 }

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  October 18, 2021

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*