**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | |
| MCNAMARA, and RAYMOND E. CLINE, | ) | |
| JR. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

Please take notice that the undersigned hereby certifies that on October 21, 2021 copies of

(i) *Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Second Set of*

*Interrogatories to Plaintiffs (Nos. 10-18) and* (ii) *Defendants Lancium LLC, Michael T.*

*McNamara, and Raymond E. Cline Jr.'s Second Set of Requests for Production to Plaintiffs and*

*(iii) Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s First Requests*

*for Admissions to Plaintiffs (Nos. 1-33)* were served on the following counsel of record by

electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

1

Dated:  October 21, 2021                    BARNES & THORNBURG LLP

                                             /s/ Chad S.C. Stover
                                            Chad S.C. Stover (No. 4919)
                                            1000 N. West Street, Suite 1500
                                            Wilmington, Delaware 19801-1050
                                            Telephone: (302) 300-3474
                                            E-mail: chad.stover@btaw.com

                                            Mark C. Nelson (*pro hac vice* admitted)
                                            2121 N. Pearl Street, Suite 700
                                            Dallas, TX  75201
                                            Tel:  (214) 258-4140
                                            E-mail:  mark.nelson@btlaw.com

                                            Adam M. Kaufmann (admitted *pro hac vice*)
                                            Dana Amato Sarros (admitted *pro hac vice*)
                                            One North Wacker Drive, Suite 4400
                                            Chicago, IL 60606
                                            Tel:  (312) 214-8319
                                            E-mail:  adam.kaufmann@btlaw.com
                                            E-mail:  dana.sarros@btlaw.com

                                            *Attorneys for Defendants Lancium LLC, Michael
                                            T. McNamara, and Raymond E. Cline Jr.*

2