AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 21-534-MN

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **GLIDEPATH POWER SOLUTIONS, LLC** on *(date)* **10/15/2021** .

☒ I served the subpoena by delivering a copy to the named person as follows: **C/O CORPORATION SERVICE CO 251 LITTLE FALLS DR WILMINGTON, DE 19808. ACCEPTED BY: LYNANNE GARES**

on *(date)* **10/15/2021** ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/15/2021**

*Server's signature*

**KEVIN S. DUNN**
**BRANDYWINE PROCESS SERVERS, LTD**
**302-475-2600**

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

**ALSO SERVED: SCHEDULE A & AMENDED COMPLAINT**

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br>*Plaintiff*<br>v.<br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 21-534-MN<br>)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: GlidePath Power Solutions, LLC, c/o Corporation Service Company, 251 Little Falls Drive Wilmington, DE 19808

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: Barnes & Thornburg, LLP - ATTN: Adam Kaufmann<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL  60606-2833 | Date and Time:<br>10/28/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/15/21

*CLERK OF COURT*

OR

_____  ____/s/ Adam Kaufmann_____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ____Defendants____, who issues or requests this subpoena, are:

Adam Kaufmann, One N. Wacker Drive, Suite 4400, Chicago, IL 60606-2833, (312) 214-8319, adam.kaufmann@btlaw.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).