AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 21-534-MN

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* PARETO REAL ASSET ADVISORS, LLC on *(date)* 10/18/2021.

☒ I served the subpoena by delivering a copy to the named person as follows:
C/O UNITED STATES CORPORATION AGENTS, INC.
221 N. BROAD ST. STE. 3A MIDDLETOWN, DE
ACCEPTED BY: NICOLE BYRNE on *(date)* 10/18/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/18/2021

*Server's signature*
GRANVILLE MORRIS
BRANDYWINE PROCESS SERVERS, LTD
302-475-2600

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:
ALSO SERVED: SCHEDULE A & AMENDED COMPLAINT

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br>*Plaintiff*<br>v.<br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,<br>*Defendant* | Civil Action No. 21-534-MN |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Pareto Real Estate Advisors, LLC, through Pareto's Registered Agent Corporation Service Company, United States Corporation Agents, Inc., 221 N. Broad Street, Suite 3A, Middletown, DE 19709

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: Barnes & Thornburg, LLP - ATTN: Adam Kaufmann<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | Date and Time:<br>10/28/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/15/21

               *CLERK OF COURT*

                                                    OR

_____     /s/Adam M. Kaufmann
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendants**, who issues or requests this subpoena, are:

Adam M. Kaufmann, One N. Wacker Drive, Suite 4400, Chicago, IL 60606-2833, (312) 214-8319
adam.kaufmann@btlaw.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).