State of Minnesota )
County of Hennepin )

**Affidavit of Service**

I, Daniel K. Stromberg, state that on Tuesday, October 19, 2021 at 5:35 PM I served the Third-Party Subpoena; and Copy of Case Complaint upon Benjamin H. Hakes, therein named, personally at 3800 Upton Avenue South, Minneapolis, MN 55410, by handing to and leaving with Benjamin H. Hakes, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minnesota Statute § 358.116.

Dated: 10/19/2021   _____
Daniel K. Stromberg, Process Server


*2504896 - 1*


Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 84008-3                          -1-