# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   C.A. No. 21-534-MN |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) )   **REDACTED VERSION** ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. by and through their attorneys, intend to serve the attached Subpoenas for Documents to: (i) GlidePath Power Solutions, LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 (attached as Exhibit A); (ii) Benjamin H. Hakes, 3800 Upton Ave. S, Minneapolis, MN 55410-1239 (attached as Exhibit B); and (iii) Pareto Real Asset Advisors, LLC, c/o United States Corporation Agents, Inc., 221 N. Broad St. Suite 3A, Middletown, DE 19709 (attached as Exhibit C).

Dated:  October 15, 2021
**Redacted Version filed on October 29, 2021**

BARNES & THORNBURG LLP

 /s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*