# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534-MN |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) **REDACTED VERSION** |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. by and through their attorneys, intend to serve the attached (i) subpoena to appear to testify (Exhibit A) and (ii) subpoena to produce documents (Exhibit B) on Great American Mining, LLC, c/o Registered Agent Solutions, Inc., 9 E. Loockerman Street, Suite 311, Dover, DE 19901.

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

| | |
|---|---|
| Dated:  October 29, 2021<br>**Redacted Version filed<br>on October 29, 2021** | BARNES & THORNBURG LLP<br><br> /s/  *Chad S.C. Stover*  <br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, Delaware 19801-1050<br>Telephone: (302) 300-3474<br>E-mail: chad.stover@btaw.com<br><br>Mark C. Nelson (admitted *pro hac vice*)<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX  75201<br>Telephone:  (214) 258-4140<br>E-mail:  mark.nelson@btlaw.com<br><br>Adam M. Kaufmann (admitted *pro hac vice*)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 214-8319<br>Email: adam.kaufmann@btlaw.com<br><br>*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |