AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 21-534-MN-CJB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **GREAT AMERICAN MINING, INC.**
on *(date)* **11/1/2021**.

☒ I served the subpoena by delivering a copy to the named individual as follows:
C/O REGISTERED AGENT SOLUTIONS, INC.
9 E. LOOCKERMAN ST. DOVER, DE 19901
ACCEPTED BY: NOELLE POORE
AUTHORIZED PERSON AT 12:20 PM    on *(date)* **11/1/2021**   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/1/2021**

*Server's signature*
KEVIN S. DUNN
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600  *Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| BEARBOX LLC and AUSTIN STORMS, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-534-MN-CJB |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR., | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: GREAT AMERICAN MINING, INC., c/o REGISTERED AGENT SOLUTIONS, INC., 9 E. LOOCKERMAN STREET SUITE 311, Dover, DE 19901

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Mutually agreed location to be agreed to by the parties. | Date and Time: 11/30/2021 9:00 am |
|---|---|

The deposition will be recorded by this method: Court reporter and videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/29/2021

*CLERK OF COURT*

OR

/s/ Adam Kaufman

_____ _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants , who issues or requests this subpoena, are:

Adam Kaufman, One N. Wacker Drive, Ste. 4400, Chicago, IL 60603-2833, 312-214-8319, adam.kaufman@btlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).