AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 21-534-MN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __GREAT AMERICAN MINING, INC.__
on *(date)* __11/1/2021__ .

☒ I served the subpoena by delivering a copy to the named person as follows:
C/O REGISTERED AGENT SOLUTIONS, INC.
9 E. LOOCKERMAN ST. DOVER, DE 19901
ACCEPTED BY: NOELLE POORE
AUTHORIZED PERSON AT 12:20 PM           on *(date)* __11/1/2021__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/1/2021__

*Server's signature*

KEVIN S. DUNN
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600        *Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

ALSO SERVED SCHEDULE A

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| BEARBOX LLC and AUSTIN STORMS, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-534-MN |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR., | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: GREAT AMERICAN MINING, INC., c/o REGISTERED AGENT SOLUTIONS, INC., 9 E. LOOCKERMAN STREET SUITE 311, Dover, DE 19901

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| Place: Barnes & Thornburg, LLP - ATTN: Adam Kaufmann<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | Date and Time:<br>11/10/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/29/2021

*CLERK OF COURT*

OR

_____     /s/ Adam Kaufman
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Defendants__ _____, who issues or requests this subpoena, are:

Adam Kaufman, One N. Wacker Drive, Suite 4400, Chicago, IL 60603-2833, (312) 214-8319, adam.kaufman@btlaw.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).