# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS <br> *Plaintiff* <br> v. <br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:21-cv-00534-MN ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Jaime Gates, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Fortress Blockchain (US) Holdings Corp. in Thurston County, WA on November 4, 2021 at 2:47 pm at 3400 Capitol Boulevard SE, Suite 101, Tumwater, WA 98501 by leaving the following documents with Syndi Lambert who as Clerk at Registered Agent Solutions, Inc. is authorized by appointment or by law to receive service of process for Fortress Blockchain (US) Holdings Corp.

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Schedule A, Protective Order with Attachment A, and Amended Complaint (Jury Trial Demand) with Exhibits A-B

Additional Description:
I delivered the documents to Syndi Lambert, clerk for Registered Agent Registered Agent Solutions, Inc.

White Female, est. age 30, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Tacoma, WA on 11/8/2021.

_[signature]_
Signature
Jaime Gates
(206) 347-3522