# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534-MN |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on November 12, 2021 copies of (i) *Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Third Set of Interrogatories to Plaintiffs (Nos. 22-25)* and (ii) *Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Third Set of Requests to Produce to Plaintiffs* and (iii) *Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Second Requests for Admissions to Plaintiffs (Nos. 34-41)* were served on the following counsel of record by electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

1

| | |
|---|---|
| Dated:  November 15, 2021 | BARNES & THORNBURG LLP<br><br>　/s/ Chad S.C. Stover　　　<br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, Delaware 19801-1050<br>Telephone: (302) 300-3474<br>E-mail: chad.stover@btaw.com<br><br>Mark C. Nelson (*pro hac vice* admitted)<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX  75201<br>Tel:  (214) 258-4140<br>E-mail:  mark.nelson@btlaw.com<br><br>Adam M. Kaufmann (admitted *pro hac vice*)<br>Dana Amato Sarros (admitted *pro hac vice*)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>Tel:  (312) 214-8319<br>E-mail:  adam.kaufmann@btlaw.com<br>E-mail:  dana.sarros@btlaw.com<br><br>*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |