IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN-CJB ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER

The parties hereby stipulate and agree, subject to the approval and Order of the Court, that: (1) neither side will serve any additional written fact discovery requests (e.g., interrogatories, document requests, or requests for admission), and (2) the Scheduling Order is amended as set forth in the table below.

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Document production cut-off | n/a | January 14, 2022 |
| Fact deposition cut-off / Close of Fact Discovery | December 14, 2021 | February 18, 2022 |
| Disclosure of expert reports for issues on which a party has the burden of proof | January 18, 2022 | March 18, 2022 |
| Disclosure of rebuttal expert Reports | February 18, 2022 | April 15, 2022 |
| Expert discovery cut-off | April 13, 2022 | May 13, 2022 |
| Case dispositive motions | June 13, 2022 | June 13, 2022 (unchanged) |
| Pretrial conference | November 22, 2022 | November 22, 2022 (unchanged) |
| Trial | December 5, 2022 | December 5, 2022 (unchanged) |

{01747618;v1 }

| ASHBY & GEDDES | BARNES & THORNBURG LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-188<br>amayo@ashbygeddes.com | Chad S.C. Stover (#4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 300-3434<br>chad.stover@btlaw.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

**SO ORDERED** this \_\_\_ day of _____, 2021.

_____
United States Magistrate Judge