IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN-CJB |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2021,

(i) **PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 12-42)**; (ii) **PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 10-21)** and (iii) **PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-33)** were served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>Barnes & Thornburg LLP<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801-1050 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire<br>Barnes & Thornburg LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire<br>Barnes & Thornburg LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  November 22, 2021

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*