**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | |
| MCNAMARA, and RAYMOND E. CLINE, | ) | |
| JR. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

Please take notice that the undersigned hereby certifies that on December 2, 2021 a copy

of *Defendant Lancium, LLC's Objections to Plaintiffs' Notice of 30(b)(6) Deposition of Lancium,*

*LLC* was served on the following counsel of record by electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

Dated:  December 2, 2021                       BARNES & THORNBURG LLP

                              */s/ Chad S.C. Stover*
                              Chad S.C. Stover (No. 4919)
                              1000 N. West Street, Suite 1500
                              Wilmington, Delaware 19801-1050
                              Telephone: (302) 300-3474
                              E-mail: chad.stover@btaw.com

                              Mark C. Nelson (*pro hac vice* admitted)
                              2121 N. Pearl Street, Suite 700
                              Dallas, TX  75201
                              Tel:  (214) 258-4140
                              E-mail:  mark.nelson@btlaw.com

                              Adam M. Kaufmann (admitted *pro hac vice*)
                              Dana Amato Sarros (admitted *pro hac vice*)
                              One North Wacker Drive, Suite 4400
                              Chicago, IL 60606
                              Tel:  (312) 214-8319
                              E-mail:  adam.kaufmann@btlaw.com
                              E-mail:  dana.sarros@btlaw.com

                              *Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*