IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN-CJB |

## STIPULATED ORDER

The original Scheduling Order entered in this case included a deadline of March 8, 2022 for reply expert reports. (D.I. 35.) When the parties stipulated to an extension of the case schedule on November 22, 2021, the stipulated extension did not include a deadline for reply expert reports. (D.I. 82.) The parties agree that the case schedule should be amended to include a deadline for reply expert reports.

Accordingly, the parties hereby stipulate and agree, subject to the approval and Order of the Court, that (1) neither side will serve any additional written fact discovery requests (e.g., interrogatories, document requests, or requests for admission) and (2) the Scheduling Order is amended as set forth in the table below.

| Event | Current Deadline (D.I. 82) | Proposed New Deadline |
|---|---|---|
| Document production cut-off | January 14, 2022 | January 14, 2022 (no change) |
| Fact deposition cut-off / Close of Fact Discovery | February 18, 2022 | February 18, 2022 (no change) |
| Disclosure of expert reports for issues on which a party has the burden of proof | March 18, 2022 | March 18, 2022 (no change) |
| Disclosure of rebuttal expert reports | April 15, 2022 | April 15, 2022 (no change) |

{01757964;v1 }

| Event | Current Deadline (D.I. 82) | Proposed New Deadline |
|---|---|---|
| Disclosure of reply expert reports | not set | April 29, 2022 |
| Expert discovery cut-off | May 13, 2022 | May 20, 2022 |
| Case dispositive motions | June 13, 2022 | June 13, 2022 (no change) |
| Pretrial conference | November 22, 2022 | November 22, 2022 (no change) |
| Trial | December 5, 2022 | December 5, 2022 (unchanged) |

ASHBY & GEDDES

/s/ Andrew C. Mayo

_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-188
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

BARNES & THORNBURG LLP

/s/ Chad S.C. Stover

_____
Chad S.C. Stover (#4919)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
(302) 300-3434
chad.stover@btlaw.com

*Attorney for Defendants*

**SO ORDERED** this ___ day of January, 2022.

_____
United States Magistrate Judge