## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | |
| *Plaintiffs,* | C.A. No. 21-534-MN |
| v. | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR., | |
| *Defendants.* | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that the undersigned hereby certifies that a copy of *Defendants' Supplemental Initial Disclosures* were served on January 7, 2022 on the following counsel of record via electronic mail:

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

Dated:  January 10, 2022

BARNES & THORNBURG LLP

*/s/  Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 North West Street, Suite 1500
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email:  chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Email: adam.kaufmann@btlaw.com
dana.sarros@btlaw.com

*Attorneys for Lancium LLC, Michael T.*
*McNamara, and Raymond E. Cline Jr.*