IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of January, 2022,

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' RULE 30(b)(6) NOTICE OF**

**DEPOSITION OF BEARBOX, LLC** were served upon the below-named counsel of record at

the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire <br> Barnes & Thornburg LLP <br> 1000 N. West Street, Suite 1500 <br> Wilmington, DE 19801-1050 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire <br> Barnes & Thornburg LLP <br> 2121 N. Pearl Street, Suite 700 <br> Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire <br> Barnes & Thornburg LLP <br> One N. Wacker Drive, Suite 4400 <br> Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

<table>
<tr><td></td><td>ASHBY & GEDDES</td></tr>
<tr><td></td><td>/s/ Andrew C. Mayo</td></tr>
<tr><td></td><td>_____<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com</td></tr>
<tr><td>*Of Counsel:*<br><br>Benjamin T. Horton<br>John R. Labbe<br>Raymond R. Ricordati, III<br>Chelsea M. Murray<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300</td><td>*Attorneys for Plaintiffs*<br>*BearBox LLC and Austin Storms*</td></tr>
</table>

Dated: January 27, 2022