IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEAR BOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534(MN) CJB) |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA and RAYMOND E. CLINE, JR., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 2nd day of February 2022:

WHEREAS, on January 18, 2022, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 92) in this action recommending that the Court grant Defendants' Motion for Judgment on the Pleadings (D.I. 32); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 92) is ADOPTED and Defendants' Motion for Judgment on the Pleadings (D.I. 32) is GRANTED. Counts III and IV of Plaintiff's Amended Complaint (D.I. 19) are DISMISSED WITHOUT PREJUDICE and Count V is DISMISSED WITH PREJUDICE.

Plaintiff is given leave to file a further amended complaint on or before February 16, 2022.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge