IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>Plaintiffs,<br><br>v.<br><br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.<br><br>Defendants. | C.A. No. 21-534-MN |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. by and through their attorneys, intend to serve the attached subpoena to appear to testify (Exhibit A) to GlidePath Power Solutions, LLC.

1

| | |
|---|---|
| Dated:  February 3, 2022 | BARNES & THORNBURG LLP |

 /s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

Mark C. Nelson (*pro hac vice* admitted)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Tel:  (214) 258-4140
E-mail:  mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
E-mail:  adam.kaufmann@btlaw.com
E-mail:  dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*