IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 21-534-MN-CJB |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) |
| and RAYMOND E. CLINE, JR. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2022,

**PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO**

**DEFENDANTS' INTERROGATORY NOS. 4 AND 11** and **PLAINTIFFS'**

**SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' REQUESTS**

**FOR ADMISSION NOS. 1 AND 2** were served upon the below-named counsel of record at the

address and in the manner indicated:

Chad S.C. Stover, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire                                     VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire                                   VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

{01680161;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  February 7, 2022