IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR., <br><br> Defendants. | Civil Action No. 21-534-MN <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION OF RACHEL ARNDT

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Rachel Arndt on February 17, 2022, beginning at 9:30 a.m. Central Time, or at another mutually agreed date and time, and at a mutually agreed location or remotely via videoconference, before an officer duly authorized to administer oaths, and shall continue until completed. The deposition will be recorded by stenographic means with our without instant visual display and/or by audio-visual means.

{01771676;v1 }

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  February 14, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*