# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 21-534-MN |
| | ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rule of Civil Procedure, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. by and through their attorneys, intend to serve the attached amended subpoena to appear to testify (Exhibit A) to Jason Hutzler.

1

| | |
|---|---|
| Dated:  February 18, 2022 | BARNES & THORNBURG LLP |
| | |
| | /s/ Chad S.C. Stover |
| | Chad S.C. Stover (No. 4919) |
| | 1000 N. West Street, Suite 1500 |
| | Wilmington, Delaware 19801-1050 |
| | Telephone: (302) 300-3474 |
| | E-mail: chad.stover@btaw.com |
| | |
| | Mark C. Nelson (*pro hac vice* admitted) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX  75201 |
| | Tel:  (214) 258-4140 |
| | E-mail:  mark.nelson@btlaw.com |
| | |
| | Adam M. Kaufmann (admitted *pro hac vice*) |
| | Dana Amato Sarros (admitted *pro hac vice*) |
| | One North Wacker Drive, Suite 4400 |
| | Chicago, IL 60606 |
| | Tel:  (312) 214-8319 |
| | E-mail:  adam.kaufmann@btlaw.com |
| | E-mail:  dana.sarros@btlaw.com |
| | |
| | *Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |

2