IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>Plaintiffs,<br><br>v.<br><br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-534-MN-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

The parties agree that the case schedule should be amended to extend the time to complete expert discovery without moving the trial date.

Accordingly, the parties hereby stipulate and agree, subject to the approval and Order of the Court, that the Scheduling Order is amended as set forth in the table below.

| Event | Current Deadline (D.I. 88) | Proposed Deadline |
|---|---|---|
| Opening expert reports | March 18, 2022 | April 5, 2022 |
| Rebuttal expert reports | April 15, 2022 | May 6, 2022 |
| Reply expert reports | April 29, 2022 | May 20, 2022 |
| Close of expert discovery | May 20, 2022 | June 6, 2022 |
| Case dispositive motions | June 13, 2022 | June 13, 2022 |
| Oppositions to case dispositive motions | not set | July 15, 2022 |
| Replies in support of dispositive motions | not set | July 29, 2022 |
| Pretrial conference | November 22, 2022 | Unchanged |
| Trial | December 5, 2022 | Unchanged |

{01777064;v1 }

| | |
|---|---|
| ASHBY & GEDDES | BARNES & THORNBURG LLP |
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| Andrew C. Mayo (#5207) | Chad S.C. Stover (#4919) |
| 500 Delaware Avenue, 8th Floor | 1000 N. West Street, Suite 1500 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 300-3434 |
| (302) 654-188 | chad.stover@btlaw.com |
| amayo@ashbygeddes.com | |
| | *Attorney for Defendants* |
| *Attorneys for Plaintiffs* | |

**SO ORDERED** this _____ day of March, 2022.

_____
United States Magistrate Judge