# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 21-534-MN-CJB |
| ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, ) | |
| and RAYMOND E. CLINE, JR., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs Bearbox LLC and Austin Storms ("Plaintiffs") and Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr., (collectively, "Defendants"), subject to the Court's approval, that the deadline for Defendants to move, answer, or otherwise respond to the Second Amended Complaint (D.I. 103) is extended to March 16, 2022.

Dated: March 2, 2022

| ASHBY & GEDDES | BARNES & THORNBURG LLP |
|---|---|
| /s/ Andrew C. Mayo | /s/ Chad S.C. Stover |
| Andrew C. Mayo (No. 5207) | Chad S.C. Stover (No. 4919) |
| 500 Delaware Avenue, 8th Floor | 1000 North West Street, Suite 1500 |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Tel: (302) 300-3474 |
| Tel: (302) 654-1888 | Email: chad.stover@btlaw.com |
| Email: amayo@ashbygeddes.com | |
| | Mark C. Nelson (admitted *pro hac vice*) |
| Benjamin T. Horton | 2121 N. Pearl Street, Suite 700 |
| John R. Labbe | Dallas, TX 75201 |
| Raymond R. Ricordati, III | Tel: (214) 258-4140 |
| Chelsea M. Murray | Email: mark.nelson@btlaw.com |
| MARSHALL, GERSTEIN & | |
| BORUN LLP | Adam M. Kaufmann (admitted *pro hac vice*) |
| 233 South Wacker Drive | Dana Amata Sarros (admitted *pro hac vice*) |
| 6300 Willis Tower | One North Wacker Drive, Suite 4400 |
| Chicago, IL 60606-6357 | Chicago, IL 60606 |
| Tel: (312) 474-6300 | Tel: (312) 214-8319 |
| | Email: adam.kaufmann@btlaw.com |
| *Attorneys for Plaintiffs* | Email: dana.sarros@btlaw.com |

      *Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*
*Attorneys for Defendant*

SO ORDERED this \_\_\_\_\_ day of _____, 2022.

      _____
      United States Magistrate Judge