# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN-CJB |

## [PROPOSED] ORDER

Having read and considered Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Motion to Strike (the "Motion"),

**IT IS HEREBY** ORDERED THAT:

1. The Motion is GRANTED.

2. Count III (Federal Defend Trade Secrets Act) and Count IV (Louisiana state law trade secret misappropriation) in the Second Amended Complaint are stricken.

IT IS SO ORDERED.

Dated: _____ ____, 2022

_____
The Honorable Christopher J. Burke
United States Magistrate Judge