

1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054 U.S.A.
(302) 300-3434
Fax (302) 300-3456

www.btlaw.com

Chad S.C. Stover
(302) 300-3474
chad.stover@btlaw.com

March 14, 2022

**Via CM/ECF**
The Honorable Christopher J. Burke
United State District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unite 28, Room 2325
Wilmington, DE 19801-3570

      Re:    *Bearbox LLC, et al. v. Lancium LLC, et al.*, C.A. No. 21-534-MN-CJB

Dear Magistrate Judge Burke:

      I write on behalf of Lancium to request a teleconference on Lancium's Motion to Strike the Trade Secret Misappropriation Counts in the Second Amended Complaint, filed on March 3, 2022 (D.I. 111). The parties are available for a teleconference on the following dates:

      March 25 (morning)
      March 29 (all day)
      March 30 (all day)
      March 31 (all day)

      Should Your Honor have any questions, counsel are available at the convenience of the Court.

                                                Respectfully submitted,

                                                Chad S.C. Stover (No. 4919)

cc:  Counsel of Record (via CM/ECF)