IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS </br></br> Plaintiffs, </br></br> v. </br></br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. </br></br> Defendants. | C.A. No. 21-534-MN-CJB |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Darrick J. Hooker to represent Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in this matter.

Dated: March 16, 2022

BARNES & THORNBURG LLP

 */s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

Mark C. Nelson (admitted pro hac vice)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Telephone: (214) 258-4140
E-mail: mark.nelson@btlaw.com

Adam M. Kaufmann (admitted pro hac vice)
Darrick J. Hooker (*pro hac vice* pending)
Dana Amato Sarros (admitted pro hac vice)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
E-mail: adam.kaufmann@btlaw.com
E-mail: darrick.hooker@btlaw.com
E-mail: dana.sarros@btlaw.com

            Attorneys for Lancium LLC, Michael T.
            McNamara, and Raymond E. Cline Jr.

**IT IS SO ORDERED** this _____ day of _____, 2022.

            _____
            United States District Judge

Case 1:21-cv-00534-GBW-CJB   Document 119   Filed 03/16/22   Page 2 of 2 PageID #: 2491

2