# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN-CJB |

## [PROPOSED] ORDER

Having read and considered Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.'s Motion to Dismiss Counts V and VI of the Second Amended Complaint (the "Motion"), any response to the Motion, and any oral argument,

**IT IS HEREBY** ORDERED THAT:

1. The Motion is **GRANTED**.

2. Count V (conversion) and Count VI (unjust enrichment) in the Second Amended Complaint are dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____ \_\_\_\_, 2022

_____
The Honorable Maryellen Noreika
United States District Judge