# EXHIBIT 3

# Kaufmann, Adam

| | |
|---|---|
| **From:** | Sarros, Dana |
| **Sent:** | Friday, October 8, 2021 9:50 PM |
| **To:** | Kipp, Michele L.; bhorton@marshallip.com; cmurray@marshallip.com; jdaly@marshallip.com; jlabbe@marshallip.com; Mayo, Andrew C.; rricordati@marshallip.com |
| **Cc:** | Kaufmann, Adam; Stover, Chad; Nelson, Mark |
| **Subject:** | Bear Box LLC, et al. v. Lancium LLC, et al., C.A. No. 21-534-MN, Document Production |

Below please find a link to Lancium LLC's document production. This link will be valid for thirty days. The password to access the production will follow in a separate email.

https://app.everlaw.com/18978/dl/cjjpYH-DnV7EFvnpJst6DNQ5OTo_TLqQgcFwa0UkpUTB

Kind regards,
Dana Sarros


**Dana Amato Sarros** | Attorney

Barnes & Thornburg LLP

One North Wacker Drive, Suite 4400, Chicago, IL 60606-2833

Office: (312) 338-5921 | Direct: (732) 977-4174



Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis
Ohio | Raleigh | Salt Lake City | Texas | Washington, D.C.