# EXHIBIT 1





LANCIUM00035643