IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiffs BearBox LLC and Austin Storms, and Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr., respectfully move this Court to schedule a teleconference to address discovery disputes.

The parties have submitted their respective positions in letters submitted to the Court on March 22, 2022 at D.I. 124 and March 29, 2022 at D.I. 126. The parties will further present their respective positions during a teleconference on April 22, 2022 at 3:00 p.m. with counsel for Defendants to initiate the call.

| | |
|---|---|
| ASHBY & GEDDES | BARNES & THORNBURG LLP |
| */s/ Andrew C. Mayo* | */s/ Chad S.C. Stover* |
| Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-188 <br> amayo@ashbygeddes.com | Chad S.C. Stover (#4919) <br> 1000 N. West Street, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 300-3434 <br> chad.stover@btlaw.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

**SO ORDERED** this ___ day of April, 2022

_____
United States Magistrate Judge

{01788733;v1 }