IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, ) <br> JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. hereby request oral argument on their Motion to Dismiss Counts V and VI of the Second Amended Complaint (D.I. 120) (the "Motion").

The Court is scheduled to hear Defendants' Motion to Strike (D.I. 111) and Plaintiffs' Motion to Compel (D.I. 124) on April 22, 2022 at 3:00 p.m. Lancium respectfully requests that the Court hear this Motion at the same time.

Dated: April 13, 2022

BARNES & THORNBURG LLP

 */s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
Email: chad.stover@btaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
Email: mark.nelson@btaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8419
Email: adam.kaufmann@btlaw.com

*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*