IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN-CJB |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

It is hereby ORDERED, this ___ day of April, 2022, that Plaintiff's Motion to Compel (D.I. 124, D.I. 134) is GRANTED as follows:

Defendant Lancium shall perform a reasonable search for and produce documents concerning valuations, investments, diligence, and current and expected revenue and profits related to Lancium's Abilene and Fort Stockton facilities including its plan to use its Smart Response™ software in connection with those facilities. This search shall include at least the same custodians and repositories that Lancium has already searched for other documents.

_____
United States Magistrate Judge

{01792535;v1 }