# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 21-534-MN-CJB |
| ) | |
| LANCIUM LLC, MICHAEL T. ) | |
| MCNAMARA, and RAYMOND E. CLINE, JR. ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David M. Lisch to represent Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in this matter.

Dated: May 4, 2022

BARNES & THORNBURG LLP

 */s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

Mark C. Nelson (admitted pro hac vice)
David M. Lisch (*pro hac vice* pending)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Telephone: (214) 258-4140
E-mail: mark.nelson@btlaw.com
E-mail: david.lisch@btlaw.com

          Adam M. Kaufmann (admitted pro hac vice)
          Darrick J. Hooker (*pro hac vice* pending)
          Dana Amato Sarros (admitted pro hac vice)
          One North Wacker Drive, Suite 4400
          Chicago, IL 60606
          Telephone: (312) 214-8319
          E-mail: adam.kaufmann@btlaw.com
          E-mail: darrick.hooker@btlaw.com
          E-mail: dana.sarros@btlaw.com

          Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.

**IT IS SO ORDERED** this _____ day of _____, 2022.

          _____
          United States District Judge