IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 21-534-MN-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of April 2022,

**EXPERT REPORTS OF DAVID R. DUSKI, STAN MCCLELLAN AND FRANK MCCAMANT** were served upon the below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire                                      VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

2

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| *Of Counsel:* | Wilmington, DE  19899 |
| | (302) 654-1888 |
| Benjamin T. Horton | amayo@ashbygeddes.com |
| John R. Labbe | |
| Raymond R. Ricordati, III | *Attorneys for Plaintiffs* |
| Chelsea M. Murray | *BearBox LLC and Austin Storms* |
| MARSHALL, GERSTEIN & BORUN LLP | |
| 233 South Wacker Drive | |
| 6300 Willis Tower | |
| Chicago, IL 60606-6357 | |
| (312) 474-6300 | |

Dated:  May 9, 2022