## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,      ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 21-534-MN-CJB |
| ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, ) | |
| and RAYMOND E. CLINE, JR. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>STIPULATION AND [PROPOSED] ORDER</u>

IT IS HEREBY STIPULATED by and between Plaintiffs Bearbox LLC and Austin Storms ("Plaintiffs") and Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr., (collectively, "Defendants") that the case schedule should be supplemented and amended to extend the time to complete expert discovery on damages issues and dispositive/*Daubert* motions on damages issues.  The parties seek these additions and changes because, on April 22, 2022, the Court ordered Lancium to produce additional financial documents in response to Plaintiffs' motion to compel.  D.I. 124.  Based on this production, the parties agree that Plaintiffs damages expert may submit a supplemental report addressing these additional documents, followed by Lancium's expert's rebuttal damages report and Plaintiffs' expert's reply damages report.  These changes will not affect the deadlines for expert reports and dispositive/*Daubert* motions on issues other than damages.  These changes also will not affect the total page limits for dispositive/*Daubert* motions or the start of trial.

Accordingly, the parties hereby stipulate and agree, subject to the approval and Order of the Court, that the Scheduling Order is amended as set forth in the table below.

| Event | Deadline |
|---|---|
| Plaintiffs' Supplemental Damages Expert Report | May 27, 2022 |
| Defendants' Responsive Damages Expert Report | June 15, 2022 |
| Plaintiffs' Reply Damages Expert Report | June 24, 2022 |
| Damages Expert Deposition Deadline | June 30, 2022 |
| Dispositive and *Daubert* motions on issues other than damages | June 13, 2022 (unchanged) |
| Dispositive and *Daubert* motions on damages issues | July 8, 2022 |
| Pretrial conference | November 22, 2022 (unchanged) |
| Trial | December 5, 2022 (unchanged) |

Dated:  May 20, 2022

ASHBY & GEDDES

/s/  Andrew C. Mayo
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Email:  amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN &
BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Tel: (312) 474-6300

*Attorneys for Plaintiffs*

BARNES & THORNBURG LLP

/s/  Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 North West Street, Suite 1500
Wilmington, DE  19801
Tel: (302) 300-3474
Email:  chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Tel:  (214) 258-4140
Email:  mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Dana Amata Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email:  dana.sarros@btlaw.com

*Attorneys for Defendants*

**SO ORDERED** this ____ day of _____, 2022.

_____
United States Judge