IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-534-MN-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of May 2022,

**SUPPLEMENTAL EXPERT REPORT OF DAVID R. DUSKI** was served upon the below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire　　　　　　　　　　　　　　　　**VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire　　　　　　　　　　　　　　　　　**VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire　　　　　　　　　　　　　　　**VIA ELECTRONIC MAIL**
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

<table>
<tr><td>

*Of Counsel:*

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  May 27, 2022

</td><td>

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

———————————————
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*

</td></tr>
</table>