**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN-CJB |
| | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) | |
| and RAYMOND E. CLINE, JR. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND
CERTAIN DISPOSITIVE MOTION AND *DAUBERT* DEADLINES**

WHEREAS, the parties agree to extend the deadlines to file their dispositive and *Daubert*

motions, opening briefs, and answering briefs to accommodate the expert deposition schedule

and counsel's schedules, without moving the deadline for reply briefs or the other deadlines in

the current Scheduling Orders (D.I. 109 and 142);

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval

and Order of the Court, that the Scheduling Order is amended as set forth in the table below.

| Event | Current Deadline (D.I. 88) | Proposed Deadline |
|---|---|---|
| Defendants' Responsive Damages Expert Report | June 15, 2022 | Unchanged |
| Dispositive and *Daubert* motions on issues other than damages | June 13, 2022 | June 15, 2022 |
| Plaintiffs' Reply Damages Expert Report | June 24, 2022 | Unchanged |
| Damages Expert Deposition Deadline | June 30, 2022 | Unchanged |
| Dispositive and *Daubert* motions on damages issues | July 8, 2022 | Unchanged |
| Oppositions to case dispositive motions and *Daubert* motions on issues other than damages | July 15, 2022 | July 19, 2022 |

| Event | Current Deadline (D.I. 88) | Proposed Deadline |
|---|---|---|
| Replies in support of dispositive motions and *Daubert* motions on issues other than damages | July 29, 2022 | Unchanged |
| Pretrial conference | November 22, 2022 | Unchanged |
| Trial | December 5, 2022 | Unchanged |

Dated:  June 10, 2022

ASHBY & GEDDES

/s/  Andrew C. Mayo
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  (302) 654-1888
Email:  amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN &
BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Tel: (312) 474-6300

*Attorneys for Plaintiffs*

BARNES & THORNBURG LLP

/s/  Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 North West Street, Suite 1500
Wilmington, DE  19801
Tel: (302) 300-3474
Email:  chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Tel:  (214) 258-4140
Email:  mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Dana Amata Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email:  dana.sarros@btlaw.com

*Attorneys for Defendants*

**SO ORDERED** this _____ day of _____, 2022.

_____
United States Magistrate Judge