IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, <br> Defendants. | C.A. No. 21-534-MN |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Lancium LLC, Michael McNamara and Raymond E. Cline ("Defendants") respectfully move, pursuant to Fed. R. Civ. P. 56, for summary judgment on all of Plaintiffs' claims. Specifically, Defendants move for summary judgment (1) dismissing Plaintiffs' claim to correct inventorship such that Austin Storms is the sole inventor of the patent-at-issue (Count I), (2) dismissing Plaintiffs' alternative claim to correct inventorship such that Austin Storms is a joint invention of the patent-at-issue (Count II), and (3) finding that Plaintiffs' claim for conversion (Count V) fails as a matter of law.

This Motion is based on the accompanying Opening Brief, the Declaration of Adam Kaufmann in Support of Defendants' Motion for Summary Judgment, the exhibits attached thereto, cited pleadings on file with the Court in this action, and on any other materials or evidence that may be presented to the Court.

Dated: June 15, 2022

BARNES & THORNBURG LLP

/s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
Email: adam.kaufmann@btlaw.com
Email: darrick.hooker@btlaw.com
Email: dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr*