# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, <br> Defendants. | C.A. No. 21-534-MN |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Having read and considered Defendants Lancium LLC, Michael McNamara and Raymond E. Cline's ("Defendants") Motion for Summary Judgment (the "Motion") and Plaintiffs' Opposition to the Motion, and all parties having received due notice and an opportunity to be heard,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____ \_\_\_\_, 2022

_____
The Honorable Maryellen Noreika
United States District Judge