IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 21-534-MN ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that effective immediately Barnes & Thornburg LLP has changed its Delaware's office address as follows:  222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19801.  The telephone and facsimile numbers and email addresses will remain the same.

Dated:  June 20, 2022

BARNES & THORNBURG LLP

 /s/  Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

Mark C. Nelson (admitted pro hac vice)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Telephone:  (214) 258-4140
E-mail:  mark.nelson@btlaw.com

Darrick J. Hooker (pro hac vice pending)
Adam M. Kaufmann (admitted pro hac vice)
Dana Amato Sarros (admitted pro hac vice)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
E-mail: darrick.hooker@btlaw.com

E-mail: adam.kaufmann@btlaw.com
E-mail: dana.sarros@btlaw.com

Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.