# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 21-534-MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

Please take notice that the undersigned hereby certifies that on June 15, 2022 a copy of the *Expert Report of Jennifer Vanderhart, Ph.D.* was served on the following counsel of record by electronic mail.

Please take further notice that on June 17, 2022 a copy of the *corrected Expert Report of Jennifer Vanderhart, Ph.D.* was served on the following counsel of record by electronic mail:

| | |
|---|---|
| Andrew C. Mayo <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19801 <br> Email: amayo@ashbygeddes.com | Benjamin T. Horton <br> John R. Labbe <br> Raymond R. Ricordati III <br> Chelsea M. Murray <br> Marshall, Gerstein & Borun LLP <br> 233 South Wacker Drive <br> 6300 Willis Tower <br> Chicago, IL 60606-6357 <br> Email: bhorton@marshallip.com <br> Email: jlabbe@marshallip.com <br> Email: rricordati@marshallip.com <br> Email: cmurray@marshallip.com |

| | |
|---|---|
| Dated:  June 22, 2022 | BARNES & THORNBURG LLP |
| | |
| | _/s/ Chad S.C. Stover_ |
| | Chad S.C. Stover (No. 4919) |
| | 1000 N. West Street, Suite 1500 |
| | Wilmington, Delaware 19801-1050 |
| | Telephone: (302) 300-3474 |
| | E-mail: chad.stover@btaw.com |
| | |
| | Mark C. Nelson (admitted *pro hac vice*) |
| | David M. Lisch (*pro hac vice* pending) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX  75201 |
| | Tel:  (214) 258-4140 |
| | E-mail:  mark.nelson@btlaw.com |
| | |
| | Adam M. Kaufmann (admitted *pro hac vice*) |
| | Darrick J. Hooker (admitted *pro hac vice*) |
| | Dana Amato Sarros (admitted *pro hac vice*) |
| | One North Wacker Drive, Suite 4400 |
| | Chicago, IL 60606 |
| | Tel:  (312) 214-8319 |
| | E-mail:  adam.kaufmann@btlaw.com |
| | E-mail: darrick.hooker@btlaw.com |
| | E-mail:  dana.sarros@btlaw.com |
| | |
| | *Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |