# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR., ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN |

## DEFENDANTS' NOTICE OF DEPOSITION OF DAVID R. DUSKI

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 26 and 30(b)(1), Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. ("Defendants") by their undersigned attorneys, will take the deposition by oral examination of David R. Duski on June 30, 2022, at Marshall, Gerstein & Borun LLP, 233 South Wacker Drive, 6300 Willis Tower, Chicago, IL 60606, commencing at 9:00 a.m. CT, and continuing from day to day thereafter.

The deposition shall be upon oral examination before a court reporter or other officer authorized to administer oaths, and shall be recorded both stenographically and by audio and videographic means. All counsel of record are invited to attend and participate.

| | |
|---|---|
| Dated: June 23, 2022 | BARNES & THORNBURG LLP |
| | |
| | */s/ Chad S.C. Stover* |
| | Chad S.C. Stover (No. 4919) |
| | 1000 N. West Street, Suite 1500 |
| | Wilmington, Delaware 19801-1050 |
| | Telephone: (302) 300-3474 |
| | E-mail: chad.stover@btaw.com |
| | |
| | Mark C. Nelson (admitted *pro hac vice*) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX 75201 |
| | Telephone: (214) 258-4140 |
| | E-mail: mark.nelson@btlaw.com |
| | |
| | Darrick J. Hooker (pro hac vice pending) |
| | Adam M. Kaufmann (admitted pro hac vice) |
| | Dana Amato Sarros (admitted pro hac vice) |
| | One North Wacker Drive, Suite 4400 |
| | Chicago, IL 60606 |
| | Tel: (312) 214-8319 |
| | E-mail: darrick.hooker@btlaw.com |
| | E-mail: adam.kaufmann@btlaw.com |
| | E-mail: dana.sarros@btlaw.com |
| | |
| | *Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.* |