# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, and ) <br> RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) | **REDACTED PUBLIC VERSION** <br><br> C.A. No. 21-534-MN-CJB |

**DECLARATION OF JOHN R. LABBE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MARK EHSANI**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, and ) <br> RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN-CJB |

## DECLARATION OF JOHN R. LABBE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MARK EHSANI

I, John R. Labbe, declare:

1. I am one of the attorneys representing the Plaintiffs (Bearbox LLC and Austin Storms) in this matter. I am an attorney admitted to practice law in the State of Illinois and before this Court (pro hac vice), and I am a partner of the law firm of Marshall, Gerstein & Borun LLP.

2. I am above the age of eighteen. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. Submitted herewith as Exhibit A is a true and correct copy of excerpts of the Expert Report of Mark Ehsani, Ph.D. dated May 6, 2022, submitted in this case.

4. Submitted herewith as Exhibit B is a true and correct copy of excerpts of the transcript of the deposition of Mark Ehsani, Ph.D. taken on June 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

June 15, 2022     By:  /s/ John R. Labbe
                       John R. Labbe

{01810471;v1 }

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2022, the attached **DECLARATION OF JOHN R. LABBE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MARK EHSANI** was served upon the below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire            VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050

Mark C. Nelson, Esquire            VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire            VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

                                                     */s/ Andrew C. Mayo*

                                                     Andrew C. Mayo