IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. MCNAMARA, )<br>and RAYMOND E. CLINE, JR. )<br>)<br>Defendants. )<br>) | C.A. No. 21-534-MN-CJB |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of June 2022, **REPLY EXPERT REPORT OF DAVID R. DUSKI** was served upon the below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire                                    VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Mark C. Nelson, Esquire                                       VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire                               VIA ELECTRONIC MAIL
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

{01680161;v1 }

|  |  |
|---|---|
| *Of Counsel:*<br><br>Benjamin T. Horton<br>John R. Labbé<br>Raymond R. Ricordati, III<br>Chelsea M. Murray<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300<br><br>Dated: June 27, 2022 | ASHBY & GEDDES<br><br>/s/ *Andrew C. Mayo*<br>_____<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs*<br>*BearBox LLC and Austin Storms* |