# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>Plaintiffs,<br><br>v.<br><br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.<br><br>Defendants. | C.A. No. 21-534-MN-CJB |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES AND MOTION TO EXCLUDE OPINIONS OF DAVID DUSKI

Defendants Lancium LLC, Michael T. McNamara and Raymond E. Cline, Jr. ("Defendants") respectfully move, pursuant to Fed. R. Civ. P. 56, for summary judgment that Plaintiffs are not entitled to monetary damages on their conversion claim and to exclude the damages opinions of David Duski.

This Motion is based on the accompanying Opening Brief, the Declaration of Adam M. Kaufmann in Support of Defendants' Motion for Summary Judgment, the exhibits attached thereto, cited pleadings on file with the Court in this action, and on any other materials or evidence that may be presented to the Court.

| | |
|---|---|
| Dated: July 8, 2022 | BARNES & THORNBURG LLP<br><br>*/s/ Chad S.C. Stover*<br>Chad S.C. Stover (No. 4919)<br>222 Delaware Avenue, Suite 1200<br>Wilmington, Delaware 19801-1050<br>Telephone: (302) 300-3474<br>E-mail: chad.stover@btlaw.com<br><br>Mark C. Nelson (admitted *pro hac vice*)<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 258-4140<br>E-mail: mark.nelson@btlaw.com |

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email: darrick.hooker@btlaw.com
Email:  dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr*