IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN-CJB |
| | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) | PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF ADAM M. KAUFMANN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES AND MOTION TO EXCLUDE OPINIONS OF DAVID DUSKI

I, Adam M. Kaufmann, under the penalties for perjury states:

1. I have personal knowledge of the facts set forth in this Declaration; I am competent to testify as to all matters stated in this Declaration; and, I am not under any legal disability that would preclude me from testifying. If called upon to do so, I would testify to the facts set forth in this Declaration.

2. I am a partner at the law firm Barnes & Thornburg LLP, counsel of record for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. (collectively, "Defendants") in the above-captioned case. I am licensed in the State of Illinois and admitted *pro hac vice* to practice before this Court. I submit this declaration in support of Defendants' Motion for Summary Judgment.

3. Attached to this Declaration as Exhibit 24 is a true and correct copy of the Expert Report of David R. Duski, dated April 5, 2022.

4. Attached to this Declaration as Exhibit 25 is a true and correct copy of the Supplemental Expert Report of David R. Dusky, dated May 27, 2022.

1

5.	Attached to this Declaration as Exhibit 26 is a true and correct copy of excerpts from Plaintiffs' Supplemental Objections and Responses to Defendants' Interrogatory Nos. 22, 24 and 25, dated April 1, 2022.

6.	Attached to this Declaration as Exhibit 27 is a true and correct copy of Plaintiffs' Initial Disclosures dated July 12, 2021.

7.	Attached to this Declaration as Exhibit 28 is a true and correct copy of excerpts from the Deposition Transcript of David Duski, dated June 30, 2022.

8.	Attached to this Declaration as Exhibit 29 is a true and correct copy of excerpts from the deposition transcript of Frank C. McCamant dated June 8, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2022
**Public Version filed on July 15, 2022**

_____
Adam Kaufmann