IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN-CJB <br><br> REDACTED VERSION |

### DECLARATION OF ADAM M. KAUFMANN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MARK EHSANI

I, Adam M. Kaufmann, under the penalties for perjury states:

1. I have personal knowledge of the facts set forth in this Declaration; I am competent to testify as to all matters stated in this Declaration; and, I am not under any legal disability that would preclude me from testifying. If called upon to do so, I would testify to the facts set forth in this Declaration.

2. I am a partner at the law firm Barnes & Thornburg LLP, counsel of record for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. (collectively, "Defendants") in the above-captioned case. I am licensed in the State of Illinois and admitted *pro hac vice* to practice before this Court. I submit this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion to Exclude Certain Testimony of Dr. Mark Ehsani.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of excerpts of the Expert Report of Mark Ehsani, Ph.D., dated May 6, 2022.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Mark Ehsani, Ph.D., dated June 6, 2022.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 19, 2022

_____
Adam Kaufmann