IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) **REDACTED PUBLIC VERSION** )  ) |
| v. | ) C.A. No. 21-534-MN-CJB ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' SEPARATE CONCISE STATEMENT OF MATERIAL FACTS
FOR TRIAL REGARDING ITS INVENTORSHIP AND CONVERSION CLAIMS**

*Of Counsel:*

Benjamin T. Horton
John R. Labbé
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated: July 19, 2022

ASHBY & GEDDES
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*

{01821789;v1 }

Pursuant to the Court's Scheduling Order (D.I. 35), Plaintiffs BearBox LLC ("BearBox") and Austin Storms ("Storms") (collectively, "Plaintiffs") submit the following concise statement of material facts for trial regarding their inventorship and conversion claims and in support of their opposition to Defendants' motion for summary judgment.

1. Before May 9, 2019, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Ex. J[1] (Ehsani Report) at ¶ 76; Ex. P (LANCIUM00033064-65); Ex. H (Cline Tr.) at 71-72:12-25.

2. ███████████████████████████████████████████████████ Ex. F (McNamara Tr. at 55:15-22).

3. Storms conceived all of the inventions claimed in the '433 patent at least as of May 1, 2019. D.I. 151, Ex. 3, (McClellan Opening Report at ¶¶ 54-169 and Appendix A); Ex. E, (Storms Tr. 306-307:20-14); D.I. 151, Ex. 20 (Plaintiffs' Second Supplemental Responses to Interrogatories 2-3).

4. Storms has substantial evidence to corroborate the fact that he conceived all of the inventions claimed in the '433 patent at least as of May 1, 2019. D.I. 151, Ex. 3 (McClellan Opening Report) at ¶¶ 54-169 and Appendix A; D.I. 151, Ex. 4 (McClellan Reply Report) at ¶¶ 146-214; D.I. 151, Ex. 20 (Plaintiffs' Second Supplemental Responses to Interrogatories 2-3); Ex. A (BB00000001-89); Ex. BB (BB_SC00000001-12, 15-22, 25-26, 39, 47, 45-49, 52-23 and 55-67).

5. Storms communicated to Defendants all of the inventions claimed in the '433 patent at least as of May 9, 2019.  D.I. 151, Ex. 3 (McClellan Opening Report at ¶¶ 170-294); Ex. A (BB00000090-97); Ex. E (Storms Tr.) at 86-113; Ex. H (Cline Tr.) at 138-150:15-20; Ex. L at LANCIUM00014645-52; Ex. K (Ehsani Tr.) at 125-126:8-17, 131-132:7-18, and 133-141:4-8.

---

[1] All references to "Ex. __" are to the Exhibits to the Declaration of Chelsea M. Murray submitted herewith.

6.   Michael T. McNamara respects and complies with confidentiality notices in email footers, like the one in Mr. Storms' May 9, 2019 email, even when he receives emails from an entity with which Lancium does not have a non-disclosure agreement in place. Ex. F (McNamara Tr.) at 128-129:18-2.

7.   Defendants understood the column headers, numeric values, and their various mathematical relationships, as presented in Storms' Excel document (BB00000097) as of May 2019. Ex. H (Cline Tr.) at 139-150.

8.   Despite energy arbitrage being a generally known concept within ERCOT as of 2019, it is possible to come up with new ways of performing energy arbitrage. Ex. W (Siddiqi Tr.) at 57-58.

9.   ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Ex. J (Ehsani Report ¶ 76); Ex. P at LANCIUM00033064-65; Ex. H (Cline Tr. at 127-128:17-22); Ex. AA (LANCIUM00036373).

10.  There is no evidence of use by Lancium, or anyone other than Storms, of the specific Bitcoin miner breakeven method of energy arbitrage in dispute ████████████████████████████ ██████████████████████████████. Ex. W (Siddiqi Tr. at 22, 24, 37); D.I. 151, Ex. 1 (McCamant Opening Report) at 16-17.

11.  Defendants understood before filing Provisional Patent Application No. 62/927,117 that ██████████████████████████████████████████████████████████████████████████████ ███████ Ex. H (Cline Tr. at 166:8-11); Ex. F (McNamara Tr.) 97:8-17, 103:13-16; Ex. R (LANCIUM00033139); Ex. Y (LANCIUM00031222).

12.  ████████████████████████████████████████████████████████████████████████████ ██████████████████████. Ex. R (LANCIUM00033139); Ex. F (McNamara Tr.) at 92:12-16.

13. Neither McNamara nor Cline wrote any source code or built any hardware in connection with their alleged conception of the inventions claimed in the '433 patent. Ex. F (McNamara Tr.) at 53-54:16-5; Ex. H (Cline Tr.) at 35:1-16; Ex. V (Henrique Tr.) at 62:22-24.

14. Lancium's complaint against Layer1 for allegedly infringing U.S. Patent No. 10,608,433 does not even use the word "breakeven," let alone disclose a specific Bitcoin miner breakeven value-based arbitrage method for trading energy. D.I. 151, Ex. 19 (Layer1 Complaint).

15. Even by the Defendants' expert witness's own admissions, any alleged gaps in Storms' disclosure to Defendants in the documents Storms provided to Defendants, Storms could have easily filled in those gaps verbally over dinner. Ex. K (Ehsani Tr.) at 140-141:17-6.

16. Even by the Defendants own admissions, ███████████████████████████████ ███████████████████████████████████████████████████████████████████████ ██████████████. In other words, Defendants derived all of the inventions claimed in the '433 patent from Storms. D.I. 151, Ex. 3 (McClellan Opening Report) at ¶¶ 170-294; D.I. 151, Ex. 4 (McClellan Reply Report) at ¶¶ 18-69; Ex. A (BB00000090-97); Ex. E (Storms Tr.) at 86-113; Ex. CC (Defendants' Second Supplemental Response to Interrogatory No. 3); Ex. J (Ehsani Report) at ¶ 116.

17. The Defendants are not inventors of any of the inventions claimed in the '433 patent. D.I. 151, Ex. 4 (McClellan Reply Report) at ¶¶ 18-69.

*Of Counsel:*

Benjamin T. Horton
John R. Labbé
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Dated:  July 19, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*
*BearBox LLC and Austin Storms*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2022, the attached **PLAINTIFFS' SEPARATE CONCISE STATEMENT OF MATERIAL FACTS FOR TRIAL REGARDING ITS INVENTORSHIP AND CONVERSION CLAIMS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>Barnes & Thornburg LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire<br>Barnes & Thornburg LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire<br>Barnes & Thornburg LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

                                                */s/ Andrew C. Mayo*

                                                Andrew C. Mayo

{01821789;v1 }