IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN-CJB |
| | ) | |
| LANCIUM LLC, MICHAEL T. MCNAMARA, | ) | |
| and RAYMOND E. CLINE, JR. | ) | |
| Defendants. | ) | |

**DECLARATION OF CHELSEA MURRAY IN SUPPORT OF PLAINTIFFS' BRIEF
IN OPPOSITION TO DEFENDANTS' FIRST MOTION FOR SUMMARY JUDGMENT**

I, Chelsea Murray, declare as follows:

1.    I am one of the attorneys representing the Plaintiffs Bearbox LLC and Austin Storms in this matter. I am an attorney admitted to practice law in the State of Illinois and before this Court (pro hac vice), and I am a associate of the law firm of Marshall, Gerstein & Borun LLP.

2.    I am above the age of eighteen. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3.    I submit this declaration and the attached exhibits in support of Plaintiffs' Brief in Opposition to Defendants' First Motion For Summary Judgment.

4.    Attached hereto as Exhibit A are true and correct copies of BB00000001-BB00000089, produced by Plaintiffs in this case.

5.    Attached hereto as Exhibit B are true and correct copies of BB00000090 – BB00000097 (email and attachments from A. Storms to M. McNamara dated May 9, 2019), produced by Plaintiffs in this case.

6.    Attached hereto as Exhibit C are true and correct copies of excerpts from Nikolaus Baer's Expert Report of Source Code (and Appendix G).

{01821836;v1 }

7.      Attached hereto as Exhibit D are true and correct copies of LANCIUM00015068-LANCIUM00015072, produced by Defendants in this case.

8.      Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition Transcript of Austin Storms.

9.      Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition Transcript of Michael McNamara.

10.      Attached hereto as Exhibit G are true and correct copies of BB10004960 (text message exchange between Storms/Bearbox and McNamara), produced by Plaintiffs in this case.

11.      Attached hereto as Exhibit H are true and correct copies of excerpts from the Deposition Transcript of Raymond Cline.

12.      Attached hereto as Exhibit I are true and correct copies of excerpts from US Patent Application No. WO2019/139632.

13.      Attached hereto as Exhibit J are true and correct copies of excerpts from the Expert Report of Mark Ehsani, Ph.D.

14.      Attached hereto as Exhibit K are true and correct copies of excerpts from the Deposition Transcript of Mark Ehsani.

15.      Attached hereto as Exhibit L are true and correct copies of LANCIUM00014645-52, produced by Defendants in this case.

16.      Attached hereto as Exhibit M are true and correct copies of LANCIUM00033741 (May 10, 2019 email from McNamara), produced by Defendants in this case.

17.      Attached hereto as Exhibit N is a true and correct copy of LANCIUM00026299, produced by Defendants in this case.

18.     Attached hereto as Exhibit O are true and correct copies of LANCIUM00028482-LANCIUM00028484 (2019-08-14 Addendum for Fixed Price, Fixed Volume Electricity between Calpine and Lancium), produced by Defendants in this case.

19.     Attached hereto as Exhibit P are true and correct copies of LANCIUM00033064-LANCIUM00033065, produced by Defendants in this case.

20.     Attached hereto as Exhibit Q are true and correct copies of LANCIUM00028485-LANCIUM00028519 (2019-08-19 Presentation, Lancium – Powering the Future of Computing), produced by Defendants in this case.

21.     Attached hereto as Exhibit R is a true and correct copy of LANCIUM00033139, produced by Defendants in this case.

22.     Attached hereto as Exhibit S are true and correct copies of excerpts from Shams Siddiqi's Report on ERCOT Market Mechanisms.

23.     Attached hereto as Exhibit T are true and correct copies of an email correspondence between counsel for Plaintiffs and counsel for Defendants, including attachments.

24.     Attached hereto as Exhibit U are true and correct copies of excerpts from the Deposition Transcript of Stanley McClellan.

25.     Attached hereto as Exhibit V are true and correct copies of excerpts from the Deposition Transcript of Victor Henrique.

26.     Attached hereto as Exhibit W are true and correct copies of excerpts from the Deposition Transcript of Shams Siddiqi.

27.     Attached hereto as Exhibit X are true and correct copies of excerpts from the September 8, 2021 Hearing Transcript.

28.     Attached hereto as Exhibit Y are true and correct copies of LANCIUM00002892-LANCIUM00003134, produced by Defendants in this case.

29.     Attached hereto as Exhibit Z are true and correct copies of LANCIUM00035821, produced by Defendants in this case.

30.     Attached hereto as Exhibit AA are true and correct copies of LANCIUM00036373, produced by Defendants in this case.

31.     Attached hereto as Exhibit BB are true and correct copies of BB_SC00000001-BB_SC000000067, produced by Plaintiffs in this case.

32.     Attached hereto as Exhibit CC are true and correct copies of Defendants' Second Supplemental Response to Interrogatory No. 3.

33.     Attached hereto as Exhibit DD are true and correct copies of Plaintiffs' Response to Interrogatory No. 17.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 19, 2022

By:  _____
     Chelsea Murray

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of July, 2022, the attached **DECLARATION OF**

**CHELSEA MURRAY IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO**

**DEFENDANTS' FIRST MOTION FOR SUMMARY JUDGMENT** was served upon the

below-named counsel of record at the address and in the manner indicated:

Chad S.C. Stover, Esquire <u>VIA ELECTRONIC MAIL</u>
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

Mark C. Nelson, Esquire <u>VIA ELECTRONIC MAIL</u>
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201

Adam M. Kaufmann, Esquire <u>VIA ELECTRONIC MAIL</u>
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606-2833

*/s/ Andrew C. Mayo*

Andrew C. Mayo

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

{00925327;v1 }

# EXHIBIT C

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **BEARBOX LLC AND AUSTIN STORMS**<br>**Plaintiffs,**<br><br>**v.**<br><br>**LANCIUM LLC, MICHAEL T.**<br>**MCNAMARA, AND RAYMOND E.**<br>**CLINE, JR.,**<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **CASE NO. 1:21-cv-00534-MN-CJB** |

## EXPERT REPORT OF SOURCE CODE EXPERT NIKOLAUS BAER

### CONTAINS CONFIDENTIAL BUSINESS INFORMATION &
### CONFIDENTIAL SOURCE CODE – ATTORNEY'S EYES ONLY INFORMATION –
### SUBJECT TO PROTECTIVE ORDER

**Exhibit**
**0092**
5/31/2022
Baer

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information Subject to Protective Order**

something else, but these dates further call into question whether the produced source code files even represent the state of Mr. Storms and BearBox's software and knowledge as of May 3, 2019.

        i.     PDU UI Interface

39. The BearBox source code production included implementations for a user interface for monitoring and manually controlling the state of what appeared to be PDUs across a network, such as turning the relays of the PDUs on or off. The user interface related source code, however, was not connected to, did not receive information from, and was not called upon by the other two categories of source code discussed below. In addition, the BearBox source code production did not include any source code for the operation of the PDUs themselves.

40. This category of source code includes, for example, the source code file **BearBox_PDU_v1.1.py**.[5]  As also shown in Exhibit C, this source code file is representative of similar functionality, and identical or substantially similar lines of source code found in the source code files: **cgminer_watchdog_basic.py**,[6] **Kermit_PDU.py**,[7] **PDU_Controller_3x48.py**,[8] and **PDU_master.py**.[9]

41. The source code file **BearBox_PDU_v1.1.py** utilizes the third-party PyQt5 application framework to implement a graphic user interface GUI, as seen from the import statements at lines 3- 6.[10] Line 7 imports the **ModbusTcpClient** to implement network communications using the Modbus protocol, a network communication protocol commonly used with hardware devices.[11] The instruction at line 12 reads in a configuration file named **BearBox_PDU_config.ini**. This configuration file was not produced, so it is unclear whether it actually exists or not. The class **MainWindow** at lines 23-47 of **BearBox_PDU_v1.1.py** sets up a window with the title "**Power Control**

---

[5] BB_SC00000068
[6] BB_SC00000024
[7] BB_SC00000069
[8] BB_SC00000070
[9] BB_SC00000071
[10] "What is PyQt?" Riverbank Computing Limited. Online: https://www.riverbankcomputing.com/software/pyqt/ [Accessed April 28, 2022].
[11] "PyModbus – A Python Modbus Stack" Sanjay. Online: https://pymodbus.readthedocs.io/en/3.0.0/source/library/modules.html [Accessed April 28, 2022].

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information Subject to Protective Order**

    iv.     Overall Functionality

64. The BearBox source code includes several versions of these three main functionalities: PDU interface, public data retrieval, and simulating Bitcoin mining profits. These functionalities are reflected in the diagram labeled *BearBox Automatic Miner Management System Version 1.0*.[46] As the diagram demonstrates, the system that the BearBox source code was modeling was one where the system would operate with power generation assets and the software would continually determine whether it was more profitable to use the electricity from the generation assets to mine Bitcoin or to sell the electricity at the day-ahead or real-time LMP pricing.

---

[46] BB00000092

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information Subject to Protective Order**



Figure 1. BearBox Automatic Miner Management System Version 1.0

65. My description and understanding of the source code for retrieving publicly available information to perform a simulation is consistent with Mr. Storms own description of his source code. For example, Mr. Storms also describes his work as just performing simulation:[47]

> Q. Now, at this point had you written anything that would connect you to the grid to allow you to sell any power back to it?

---

[47] 2/23/22 Austin Storms deposition at 164:5-165:23.

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information Subject to Protective Order**

consumption) the BearBox source code simulating Bitcoin mining profits uses statically defined mock values, such as the variable *miner_hashrate* at line 29 of *denis_logic.py.*[96]

111.    In addition, although the file *cgminer_sqlite_test.py* requests and can receive data regarding the 5-second and 5-minute hash rate of a Bitcoin miner, this hash rate information is only used by *cgminer_sqlite_test.py* to determine whether the miner should be reset (i.e., if the 5-second hash rate is greater than the 5-minute hash rate) and this file and the hash rate data is not called upon or used by any other BearBox source code files. The hash rate information is not used to set or maintain a power consumption target, let alone a power consumption target that is equal to or greater than minimum power thresholds for specific time intervals that are specified by data received by the source code.

112.    In paragraph 67 of the McClellan Report, Dr. McClellan identifies 11 BearBox source code files and makes the conclusory statement that these source code files "perform functions related to determining a performance strategy based on the power option data and monitored conditions."[97] Dr. McClellan does not explain what he means by this assertion, but for the reasons discussed above, I disagree that any of these files have the capability or functionality to "responsive to receiving the power option data, determine a performance strategy for the set of computing systems based on a combination of at least a portion of the power option data and at least one condition in the set of conditions, wherein the performance strategy comprises a power consumption target for the set of computing systems for each time interval in the set of time intervals, wherein each power consumption target is equal to or greater than the minimum power threshold associated with each time interval" as required by claim 1 of the '433 patent. None of the 11 identified source code files determine a performance strategy comprising a power consumption target for any time intervals where the power consumption target is equal to or greater than a minimum power threshold for a specific time interval and that is received by the system. Furthermore, no BearBox source code has the capability or functionality to determine or set a power consumption target for the system where the power consumption target is equal to or exceeds a minimum power threshold for a

---

[96] BB_SC00000004
[97] McClellan Report at ¶ 67.

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information Subject to Protective Order**

source code does not support or demonstrate that Mr. Storms or BearBox conceived of or possessed the invention of claim 19.

xxii.    Claim 20

145.    Dr. McClellan does not provide any analysis regarding claim 20 and only refers back to his opinions and analysis regarding claim 1.[113] As such, for the all the reasons addressed above in my discussion of the BearBox source code in conjunction with claim 1, I disagree with Dr. McClellan, and it is my opinion that the BearBox source code does not support or demonstrate that Mr. Storms or BearBox conceived of or possessed the invention of claim 20.

## VIII.  CONCLUSION

146.    Based on my review of the BearBox source code, I disagree with Dr. McClellan, and it is my opinion that Mr. Storms and BearBox did not conceive of or possess the inventions claimed in the '433 patent and the BearBox source code does not support or indicate otherwise.

147.    I declare under penalty of perjury that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

148.    I understand that additional materials may be produced. I therefore reserve the right to supplement or amend my opinion, as expressed in this Report, following the production of additional materials and further analysis.

Executed on May 6, 2022, in Mountain View, CA.

Nikolaus Baer

---

[113] *See* McClellan Report at ¶¶ 166-169.

**Contains Restricted – Confidential Source Code & Confidential – Attorney's Eyes Only Information
Subject to Protective Order**

**EXHIBIT G: CGMINER README FILE**

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

This repository has been archived by the owner. It is now read-only.

ckolivas / cgminer    `Public archive`

forked from jgarzik/cpuminer

Code    Pull requests 14    Actions    Projects    Security    Insights

master    cgminer / API-README                                       Go to file    ...

kanoi  API add Work Difficulty to pools          Latest commit 2a47372 on Aug 13, 2015   History

6 contributors

1864 lines (1355 sloc)   62.3 KB                                    Raw   Blame

```
  1
  2   This README contains details about the cgminer RPC API
  3
  4   It also includes some detailed information at the end,
  5   about using miner.php
  6
  7
  8   If you start cgminer with the "--api-listen" option, it will listen on a
  9   simple TCP/IP socket for single string API requests from the same machine
 10   running cgminer and reply with a string and then close the socket each time
 11   If you add the "--api-network" option, it will accept API requests from any
 12   network attached computer.
 13
 14   You can only access the comands that reply with data in this mode.
 15   By default, you cannot access any privileged command that affects the miner -
 16   you will receive an access denied status message see --api-allow below.
 17
 18   You can specify IP addresses/prefixes that are only allowed to access the API
 19   with the "--api-allow" option e.g. --api-allow W:192.168.0.1,10.0.0/24
 20   will allow 192.168.0.1 or any address matching 10.0.0.*, but nothing else
 21   IP addresses are automatically padded with extra '.0's as needed
 22   Without a /prefix is the same as specifying /32
 23   0/0 means all IP addresses.
 24   The 'W:' on the front gives that address/subnet privileged access to commands
 25   that modify cgminer (thus all API commands)
 26   Without it those commands return an access denied status.
 27   See --api-groups below to define other groups like W:
 28   Privileged access is checked in the order the IP addresses were supplied to
 29   "--api-allow"
 30   The first match determines the privilege level.
 31   Using the "--api-allow" option overides the "--api-network" option if they
 32   are both specified
 33   With "--api-allow", 127.0.0.1 is not by default given access unless specified
 34
 35   If you start cgminer also with the "--api-mcast" option, it will listen for
 36   a multicast message and reply to it with a message containing it's API port
 37   number, but only if the IP address of the sender is allowed API access
 38
 39   More groups (like the privileged group W:) can be defined using the
 40   --api-groups command
 41   Valid groups are only the letters A-Z (except R & W are predefined) and are
 42   not case sensitive
 43   The R: group is the same as not privileged access
 44   The W: group is (as stated) privileged access (thus all API commands)
 45   To give an IP address/subnet access to a group you use the group letter
 46   in front of the IP address instead of W: e.g. P:192.168.0/32
 47   An IP address/subnet can only be a member of one group
 48   A sample API group would be:
 49    --api-groups
 50           P:switchpool:enablepool:addpool:disablepool:removepool:poolpriority:*
 51   This would create a group 'P' that can do all current pool commands and all
 52   non-privileged commands - the '*' means all non-privileged commands
 53   Without the '*' the group would only have access to the pool commands
 54   Defining multiple groups example:
 55    --api-groups Q:quit:restart:*,S:save
 56   This would define 2 groups:
 57    Q: that can 'quit' and 'restart' as well as all non-priviledged commands
 58    S: that can only 'save' and no other commands
 59
 60   The RPC API request can be either simple text or JSON.
 61
 62   If the request is JSON (starts with '{'), it will reply with a JSON formatted
 63   response, otherwise it replies with text formatted as described further below.
 64
 65   The JSON request format required is '{"command":"CMD","parameter":"PARAM"}'
 66   (though of course parameter is not required for all requests)
 67   where "CMD" is from the "Request" column below and "PARAM" would be e.g.
 68   the ASC/PGA number if required.
 69
 70   An example request in both formats to disable Hotplug:
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
71   hotplug|0
72   {"command":"hotplug","parameter":"0"}
73
74   The format of each reply (unless stated otherwise) is a STATUS section
75   followed by an optional detail section
76
77   From API version 1.7 onwards, reply strings in JSON and Text have the
78   necessary escaping as required to avoid ambiguity - they didn't before 1.7
79   For JSON the 2 characters '"' and '\' are escaped with a '\' before them
80   For Text the 4 characters '|' ',' '=' and '\' are escaped the same way
81
82   Only user entered information will contain characters that require being
83   escaped, such as Pool URL, User and Password or the Config save filename,
84   when they are returned in messages or as their values by the API
85
86   For API version 1.4 and later:
87
88   The STATUS section is:
89
90    STATUS=X,When=NNN,Code=N,Msg=string,Description=string|
91
92     STATUS=X Where X is one of:
93      W - Warning
94      I - Informational
95      S - Success
96      E - Error
97      F - Fatal (code bug)
98
99     When=NNN
100     Standard long time of request in seconds
101
102     Code=N
103      Each unique reply has a unique Code (See api.c - #define MSG_NNNNNN)
104
105    Msg=string
106     Message matching the Code value N
107
108    Description=string
109     This defaults to the cgminer version but is the value of --api-description
110     if it was specified at runtime.
111
112   With API V3.1 you can also request multiple report replies in a single command
113   request
114   e.g. to request both summary and devs, the command would be summary+devs
115
116   This is only available for report commands that don't need parameters,
117   and is not available for commands that change anything
118   Any parameters supplied will be ignored
119
120   The extra formatting of the result is to have a section for each command
121   e.g. CMD=summary|STATUS=...|CMD=devs|STATUS=...
122   With JSON, each result is within a section of the command name
123   e.g. {"summary":{"STATUS":[{"STATUS":"S"...}],"SUMMARY":[...],"id":1},
124       "devs":{"STATUS":[{"STATUS":"S"...}],"DEVS":[...],"id":1},"id":1}
125
126   As before, if you supply bad JSON you'll just get a single 'E' STATUS section
127   in the old format, since it doesn't switch to using the new format until it
128   correctly processes the JSON and can match a '+' in the command
129
130   If you request a command multiple times, e.g. devs+devs
131   you'll just get it once
132   If this results in only one command, it will still use the new layout
133   with just the one command
134
135   If you request a command that can't be used due to requiring parameters,
136   a command that isn't a report, or an invalid command, you'll get an 'E' STATUS
137   for that one but it will still attempt to process all other commands supplied
138
139   Blank/missing commands are ignored e.g. +devs++
140   will just show 'devs' using the new layout
141
142   For API version 1.10 and later:
143
144   The list of requests - a (*) means it requires privileged access - and replies:
145
146    Request    Reply Section  Details
147    -------    -------------  -------
148    version    VERSION        CGMiner=cgminer, version
149                              API=API| version
150
151    config     CONFIG         Some miner configuration information:
152                              ASC Count=N, <- the number of ASCs
153                              PGA Count=N, <- the number of PGAs
154                              Pool Count=N, <- the number of Pools
155                              Strategy=Name, <- the current pool strategy
156                              Log Interval=N, <- log interval (--log N)
157                              Device Code=ICA , <- spaced list of compiled
158                                                     device drivers
159                              OS=Linux/Apple/..., <- operating System
160
```

CGMINER-README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
161   summary      SUMMARY     The status summary of the miner          \
162                            e.g. Elapsed=NNN,Found Blocks=N,Getworks=N,...|
163
164   pools        POOLS       The status of each pool e.g.
165                            Pool=0,URL=http://pool.com:6311,Status=Alive,...|
166
167   devs         DEVS        Each available PGA and ASC with their details
168                            e.g. ASC=0,Accepted=NN,MHS av=NNN,...,Intensity=D|
169                            Last Share Time=NNN, <- standand long time in sec
170                             (or 0 if none) of last accepted share
171                            Last Share Pool=N, <- pool number (or -1 if none)
172                            Last Valid Work=NNN, <- standand long time in sec
173                             of last work returned that wasn't an HW:
174                            Will not report PGAs if PGA mining is disabled
175                            Will not report ASCs if ASC mining is disabled
176
177   edevs[|old]  DEVS        The same as devs, except it ignores blacklisted
178                            devices and zombie devices
179                            If you specify the optional 'old' parameter, then
180                            the output will include zombie devices that became
181                            zombies less than 'old' seconds ago
182                            A value of zero for 'old', which is the default,
183                            means ignore all zombies
184                            It will return an empty list of devices if all
185                            devices are blacklisted or zombies
186
187   pga|N        PGA         The details of a single PGA number N in the same
188                            format and details as for DEVS
189                            This is only available if PGA mining is enabled
190                            Use 'pgacount' or 'config' first to see if there
191                            are any
192
193   pgacount     PGAS        Count=N| <- the number of PGAs
194                            Always returns 0 if PGA mining is disabled
195
196   switchpool|N (*)
197                none        There is no reply section just the STATUS section
198                            stating the results of switching pool N to the
199                            highest priority (the pool is also enabled)
200                            The Msg includes the pool URL
201
202   enablepool|N (*)
203                none        There is no reply section just the STATUS section
204                            stating the results of enabling pool N
205                            The Msg includes the pool URL
206
207   addpool|URL,USR,PASS (*)
208                none        There is no reply section just the STATUS section
209                            stating the results of attempting to add pool N
210                            The Msg includes the pool number and URL
211                            Use '\\' to get a '\' and '\,' to include a comma
212                            inside URL, USR or PASS
213
214   poolpriority|N,... (*)
215                none        There is no reply section just the STATUS section
216                            stating the results of changing pool priorities
217                            See usage below
218
219   poolquota|N,Q (*)
220                none        There is no reply section just the STATUS section
221                            stating the results of changing pool quota to Q
222
223   disablepool|N (*)
224                none        There is no reply section just the STATUS section
225                            stating the results of disabling pool N
226                            The Msg includes the pool URL
227
228   removepool|N (*)
229                none        There is no reply section just the STATUS section
230                            stating the results of removing pool N
231                            The Msg includes the pool URL
232                            N.B. all details for the pool will be lost
233
234   save|filename (*)
235                none        There is no reply section just the STATUS section
236                            stating success or failure saving the cgminer
237                            config to filename
238                            The filename is optional and will use the cgminer
239                            default if not specified
240
241   quit (*)     none        Status is a single "BYE" reply before cgminer
242                            quits
243
244   notify       NOTIFY      The last status and history count of each devices
245                            problem
246                            This lists all devices including those not
247                            supported by the 'devs' command e.g.
248                            NOTIFY=0,Name=ASC,ID=0,Last Well=1332432290,...|
249
250   privileged (*)
```

Page 3 of 21

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
251             none      There is no reply section just the STATUS section
252                       stating an error if you do not have privileged
253                       access to the API and success if you do have
254                       privilege
255                       The command doesn't change anything in cgminer
256
257   pgaenable|N (*)
258             none      There is no reply section just the STATUS section
259                       stating the results of the enable request
260                       You cannot enable a PGA if it's status is not WELL
261                       This is only available if PGA mining is enabled
262
263   pgadisable|N (*)
264             none      There is no reply section just the STATUS section
265                       stating the results of the disable request
266                       This is only available if PGA mining is enabled
267
268   pgaidentify|N (*)
269             none      There is no reply section just the STATUS section
270                       stating the results of the identify request
271                       This is only available if PGA mining is enabled
272                       and currently only BFL singles and Cairnsmore1's
273                       with the appropriate firmware support this command
274                       On a BFL single it will flash the led on the front
275                       of the device for approximately 4s
276                       All other non BFL,ICA PGA devices will return a
277                       warning status message stating that they dont
278                       support it. Non-CMR ICAs will ignore the command.
279                       This adds a 4s delay to the BFL share being
280                       processed so you may get a message stating that
281                       procssing took longer than 7000ms if the request
282                       was sent towards the end of the timing of any work
283                       being worked on
284                       e.g.: BFL0: took 8438ms - longer than 7000ms
285                       You should ignore this
286
287   devdetails  DEVDETAILS  Each device with a list of their static details
288                       This lists all devices including those not
289                       supported by the 'devs' command
290                       e.g. DEVDETAILS=0,Name=ASC,ID=0,Driver=yuu,...|
291
292   restart (*)  none    Status is a single "RESTART" reply before cgminer
293                       restarts
294
295   stats       STATS     Each device or pool that has 1 or more getworks
296                       with a list of stats regarding getwork times
297                       The values returned by stats may change in future
298                       versions thus would not normally be displayed
299                       Device drivers are also able to add stats to the
300                       end of the details returned
301
302   estats[|old]  STATS   The same as stats, except it ignores blacklisted
303                       devices, zombie devices and pools
304                       If you specify the optional 'old' parameter, then
305                       the output will include zombie devices that became
306                       zombies less than 'old' seconds ago
307                       A value of zero for 'old', which is the default,
308                       means ignore all zombies
309                       It will return an empty list of devices if all
310                       devices are blacklisted or zombies
311
312   check|cmd   CHECK     Exists=Y/N, <- 'cmd' exists in this version
313                       Access=Y/N| <- you have access to use 'cmd'
314
315   failover-only|true/false (*)
316             none      This command has been deprecated, only returning a
317                       deprecated message.
318
319   coin        COIN      Coin mining information:
320                       Hash Method=sha256/scrypt,
321                       Current Block Time=N.N, <- 0 means none
322                       Current Block Hash=XXXX..., <- blank if none
323                       LP=true/false, <- LP is in use on at least 1 pool
324                       Network Difficulty=NN.NN|
325
326   debug|setting (*)
327             DEBUG     Debug settings
328                       The optional commands for 'setting' are the same
329                       as the screen curses debug settings
330                       You can only specify one setting
331                       Only the first character is checked - case
332                       insensitive:
333                       Silent, Quiet, Verbose, Debug, RPCProto,
334                       PerDevice, WorkTime, Normal
335                       The output fields are (as above):
336                       Silent=true/false,
337                       Quiet=true/false,
338                       Verbose=true/false,
339                       Debug=true/false,
340                       RPCProto=true/false,
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
341                        PerDevice=true/false,                \
342                        WorkTime=true/false)
343
344    setconfig|name,N (*)
345              none        There is no reply section just the STATUS section
346                          stating the results of setting 'name' to N
347                          No values are supported any more and only a
348                          deprecated message will be returned.
349
350    usbstats    USBSTATS  Stats of all LIBUSB mining devices except ztex
351                          e.g. Name=MMQ,ID=0,Stat=SendWork,Count=99,...|
352
353    pgaset|N,opt[,val] (*)
354              none        There is no reply section just the STATUS section
355                          stating the results of setting PGA N with
356                          opt[,val]
357                          This is only available if PGA mining is enabled
358
359                          If the PGA does not support any set options, it
360                          will always return a WARN stating pgaset isn't
361                          supported
362
363                          If opt=help it will return an INFO status with a
364                          help message about the options available
365
366                          The current options are:
367                           MMQ opt=clock val=160 to 230 (a multiple of 2)
368                           CMR opt=clock val=100 to 220
369
370    zero|Which,true/false (*)
371              none        There is no reply section just the STATUS section
372                          stating that the zero, and optional summary, was
373                          done
374                          If Which='all', all normal cgminer and API
375                          statistics will be zeroed other than the numbers
376                          displayed by the usbstats and stats commands
377                          If Which='bestshare', only the 'Best Share' values
378                          are zeroed for each pool and the global
379                          'Best Share'
380                          The true/false option determines if a full summary
381                          is shown on the cgminer display like is normally
382                          displayed on exit.
383
384    hotplug|N (*) none    There is no reply section just the STATUS section
385                          stating that the hotplug setting succeeded
386                          If the code is not compiled with hotplug in it,
387                          the the warning reply will be
388                           'Hotplug is not available'
389                          If N=0 then hotplug will be disabled
390                          If N>0 && <=9999, then hotplug will check for new
391                          devices every N seconds
392
393    asc|N       ASC       The details of a single ASC number N in the same
394                          format and details as for DEVS
395                          This is only available if ASC mining is enabled
396                          Use 'asccount' or 'config' first to see if there
397                          are any
398
399    ascenable|N (*)
400              none        There is no reply section just the STATUS section
401                          stating the results of the enable request
402                          You cannot enable a ASC if it's status is not WELL
403                          This is only available if ASC mining is enabled
404
405    ascdisable|N (*)
406              none        There is no reply section just the STATUS section
407                          stating the results of the disable request
408                          This is only available if ASC mining is enabled
409
410    ascidentify|N (*)
411              none        There is no reply section just the STATUS section
412                          stating the results of the identify request
413                          This is only available if ASC mining is enabled
414                          and currently only BFL ASICs support this command
415                          On a BFL single it will flash the led on the front
416                          of the device for approximately 4s
417                          All other non BFL ASIC devices will return a
418                          warning status message stating that they dont
419                          support it
420
421    asccount    ASCS      Count=N| <- the number of ASCs
422                          Always returns 0 if ASC mining is disabled
423
424    ascset|N,opt[,val] (*)
425              none        There is no reply section just the STATUS section
426                          stating the results of setting ASC N with
427                          opt[,val]
428                          This is only available if ASC mining is enabled
429
430                          If the ASC does not support any set options, it
```

```
431                     will always return a WARN stating ascset isn't
432                     supported
433
434                     If opt=help it will return an INFO status with a
435                     help message about the options available
436
437                     The current options are:
438                       AVA+BTB opt=freq val=256 to 1024 - chip frequency
439                       BTB opt=millivolts val=1000 to 1400 - corevoltage
440                       MBA opt=reset val=0 to chipcount - reset a chip
441                       BMA opt=volt val=0-9 opt=clock val=0-15
442                       MBA opt=freq val=0-chip:100-1400 - set chip freq
443                       MBA opt=ledcount val=0-100 - chip count for led
444                       MBA opt=ledlimit val=0-200 - led off below GHs
445                       MBA opt=spidelay val=0-9999 - SPI per I/O delay
446                       MBA opt=spireset i|s0-9999 - SPI regular reset
447                       MBA opt=spisleep val=0-9999 - SPI reset sleep ms
448
449   lcd         LCD         An all-in-one short status summary of the miner
450                     e.g. Elapsed,GHS av,GHS 5m,GHS 5s,Temp,
451                          Last Share Difficulty,Last Share Time,
452                          Best Share,Last Valid Work,Found Blocks,
453                          Pool,User|
454
455   lockstats (*) none      There is no reply section just the STATUS section
456                     stating the result of the request
457                     A warning reply means lock stats are not compiled
458                     into cgminer
459                     The API writes all the lock stats to stderr
460
461   When you enable, disable or restart a PGA or ASC, you will also get
462   Thread messages in the cgminer status window
463
464   The 'poolpriority' command can be used to reset the priority order of multiple
465   pools with a single command - 'switchpool' only sets a single pool to first
466   priority
467   Each pool should be listed by id number in order of preference (first = most
468   preferred)
469   Any pools not listed will be prioritised after the ones that are listed, in the
470   priority order they were originally
471   If the priority change affects the miner's preference for mining, it may switch
472   immediately
473
474   When you switch to a different pool to the current one (including by priority
475   change), you will get a 'Switching to URL' message in the cgminer status
476   windows
477
478   Obviously, the JSON format is simply just the names as given before the '='
479   with the values after the '='
480
481   If you enable cgminer debug (-D or --debug) or, when cgminer debug is off,
482   turn on debug with the API command 'debug|debug' you will also get messages
483   showing some details of the requests received and the replies
484
485   There are included 4 program examples for accessing the API:
486
487   api-example.php - a php script to access the API
488     usAge: php api-example.php command
489    by default it sends a 'summary' request to the miner at 127.0.0.1:4028
490    If you specify a command it will send that request instead
491    You must modify the line "$socket = getsock('127.0.0.1', 4028);" at the
492    beginning of "function request($cmd)" to change where it looks for cgminer
493
494   api-example.rb - a Ruby script to access the API.
495    usage: ruby api-example.rb command[:parameter] [HOST [PORT]]
496   This script prints the parsed cgminer API response
497
498   API.java/API.class
499    a java program to access the API (with source code)
500     usAge is: java API command address port
501    Any missing or blank parameters are replaced as if you entered:
502     java API summary 127.0.0.1 4028
503
504   api-example.c - a 'C' program to access the API (with source code)
505     usAge: api-example [command [ip/host [port]]]
506    again, as above, missing or blank parameters are replaced as if you entered:
507     api-example summary 127.0.0.1 4028
508
509   miner.php - an example web page to access the API
510    This includes buttons and inputs to attempt access to the privileged commands
511    See the end of this API-README for details of how to tune the display
512    and also to use the option to display a multi-rig summary
513
514   ---------
515
516   Feature Changelog for external applications using the API:
517
518   ---------
519
520   API V3.7 (cgminer v4.9.3?)
```

```
521
522  Modified API commands:
523   'pools' - add 'Work Difficulty'
524
525  ---------
526
527  API V3.6 (cgminer v4.9.2)
528
529  Modified API commands:
530   'pools' - add 'Bad Work'
531   'setconfig' - expire, scantime and queue have all been deprecated and will
532   only return a deprecated message.
533   'failover-only' - deprecated, a deprecated message will be returned.
534
535  ---------
536
537  API V3.5 (cgminer v4.7.0)
538
539  - Made quit and restart return valid JSON as a STATUS mirroring the request.
540  - Made addpool return what pool number the added pool is.
541
542  ---------
543
544  API V3.4 (cgminer v4.3.7)
545
546  Added API commands:
547   'lcd' - An all-in-one short status summary of the miner
548
549  ---------
550
551  API V3.3 (cgminer v4.2.0)
552
553  Added API commands:
554   'edevs' - Only enabled devices, for 'devs'
555   'estats' - Only enabled devices, for 'stats'
556
557  ---------
558
559  API V3.2 (cgminer v4.1.0)
560
561  Fix for:
562  HEX32 data type in the API version v3.1 JSON - since cgminer v3.12.1 -
563  returns an incorrect formatted json data element for the API stats command
564  for HashFast hardware
565
566  ---------
567
568  API V3.1 (cgminer v3.12.1)
569
570  Multiple report request command with '+' e.g. summary+devs
571
572  ---------
573
574  API V3.0 (cgminer v3.11.0)
575
576  Allow unlimited size replies
577
578  ---------
579
580  API V2.0 (cgminer v3.8.0)
581
582  Removed all GPU related commands and information from the replies
583
584  ---------
585
586  API V1.32 (cgminer v3.6.5)
587
588  Modified API commands:
589   'devs' 'gpu' 'pga' and 'asc' - add 'Device Elapsed'
590
591  ---------
592
593  API V1.31 (cgminer v3.6.3)
594
595  Added API command:
596   'lockstats' - display cgminer dev lock stats if compiled in
597
598  Modified API command:
599   'summary' - add 'MHS %ds' (where %d is the log interval)
600
601  ---------
602
603  API V1.30 (cgminer v3.4.3)
604
605  Added API command:
606   'poolquota' - Set pool quota for load-balance strategy.
607
608  Modified API command:
609   'pools' - add 'Quota'
610
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
611 ---------
612
613 API V1.29 (cgminer v3.4.1)
614
615 Muticast identification added to the API
616
617 ---------
618
619 API V1.28 (cgminer v3.3.4)
620
621 Modified API commands:
622  'devs', 'pga', 'asc', 'gpu' - add 'Device Hardware%' and 'Device Rejected%'
623  'pools' - add 'Pool Rejected%' and 'Pool Stale%'
624  'summary' - add 'Device Hardware%', 'Device Rejected%', 'Pool Rejected%',
625                 'Pool Stale%'
626
627 ---------
628
629 API V1.27 (cgminer v3.3.2)
630
631 Added API commands:
632  'ascset' - with: BTB opt=millivolts val=1000 to 1310 - core voltage
633                 AVA+BTB opt=freq val=256 to 450 - chip frequency
634
635 ---------
636
637 API V1.26 (cgminer v3.2.3)
638
639 Remove all CPU support (cgminer v3.0.0)
640
641 Added API commands:
642  'asc'
643  'ascenable'
644  'ascdisable'
645  'ascidentify|N' (only works for BFL ASICs so far)
646  'asccount'
647
648 Various additions to the debug 'stats' command
649
650 ---------
651
652 API V1.25
653
654 Added API commands:
655  'hotplug'
656
657 Modified API commands:
658  'devs' 'gpu' and 'pga' - add 'Last Valid Work'
659  'devs' - list ASIC devices
660  'config' - add 'Hotplug', 'ASC Count'
661  'coin' - add 'Network Difficulty'
662
663 ---------
664
665 API V1.24 (cgminer v2.11.0)
666
667 Added API commands:
668  'zero'
669
670 Modified API commands:
671  'pools' - add 'Best Share'
672  'devs' and 'pga' - add 'No Device' for PGAs if MMQ or BFL compiled
673  'stats' - add pool: 'Net Bytes Sent', 'Net Bytes Recv'
674
675 ---------
676
677 API V1.23 (cgminer v2.10.2)
678
679 Added API commands:
680  'pgaset' - with: MMQ opt=clock val=160 to 230 (and a multiple of 2)
681
682 ---------
683
684 API V1.22 (cgminer v2.10.1)
685
686 Enforced output limitation:
687  all extra records beyond the output limit of the API (~64k) are ignored
688   and chopped off at the record boundary before the limit is reached
689   however, JSON brackets will be correctly closed and the JSON id will be
690   set to 0 (instead of 1) if any data was truncated
691
692 Modified API commands:
693  'stats' - add 'Times Sent', 'Bytes Sent', 'Times Recv', 'Bytes Recv'
694
695 ---------
696
697 API V1.21 (cgminer v2.10.0)
698
699 Added API commands:
700  'usbstats'
```

```
701
702  Modified API commands:
703   'summary' - add 'Best Share'
704
705  Modified output:
706   each MMQ shows up as 4 devices, each with it's own stats
707
708  ----------
709
710  API V1.20 (cgminer v2.8.5)
711
712  Modified API commands:
713   'pools' - add 'Has Stratum', 'Stratum Active', 'Stratum URL'
714
715  ----------
716
717  API V1.19 (cgminer v2.7.6)
718
719  Added API commands:
720   'debug'
721   'pgaidentify|N' (only works for BFL Singles so far)
722   'setconfig|name,N'
723
724  Modified API commands:
725   'devs' - add 'Diff1 Work', 'Difficulty Accepted', 'Difficulty Rejected',
726               'Last Share Difficulty' to all devices
727   'gpu|N' - add 'Diff1 Work', 'Difficulty Accepted',
728               'Difficulty Rejected', 'Last Share Difficulty'
729   'pga|N' - add 'Diff1 Work', 'Difficulty Accepted',
730               'Difficulty Rejected', 'Last Share Difficulty'
731   'notify' - add '*Dev Throttle' (for BFL Singles)
732   'pools' - add 'Proxy Type', 'Proxy', 'Difficulty Accepted',
733               'Difficulty Rejected', 'Difficulty Stale',
734               'Last Share Difficulty'
735   'config' - add 'Queue', 'Expiry'
736   'stats' - add 'Work Diff', 'Min Diff', 'Max Diff', 'Min Diff Count',
737               'Max Diff Count' to the pool stats
738
739  ----------
740
741  API V1.18 (cgminer v2.7.4)
742
743  Modified API commands:
744   'stats' - add 'Work Had Roll Time', 'Work Can Roll', 'Work Had Expire',
745               'Work Roll Time' to the pool stats
746   'config' - include 'ScanTime'
747
748  ----------
749
750  API V1.17 (cgminer v2.7.1)
751
752  Added API commands:
753   'coin'
754
755  Modified API commands:
756   'summary' - add 'Work Utility'
757   'pools' - add 'Diff1 Shares'
758
759  ----------
760
761  API V1.16 (cgminer v2.6.5)
762
763  Added API commands:
764   'failover-only'
765
766  Modified API commands:
767   'config' - include failover-only state
768
769  ----------
770
771  API V1.15 (cgminer v2.6.1)
772
773  Added API commands:
774   'poolpriority'
775
776  ----------
777
778  API V1.14 (cgminer v2.5.0)
779
780  Modified API commands:
781   'stats' - more icarus timing stats added
782   'notify' - include new device comms error counter
783
784  The internal code for handling data was rewritten (~25% of the code)
785  Completely backward compatible
786
787  ----------
788
789  API V1.13 (cgminer v2.4.4)
790
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)                \

```
791    Added API commands:
792     'check'
793
794    Support was added to cgminer for API access groups with the --api-groups option
795    It's 100% backward compatible with previous --api-access commands
796
797    ----------
798
799    API V1.12 (cgminer v2.4.3)
800
801    Modified API commands:
802     'stats' - more pool stats added
803
804    Support for the ModMinerQuad FPGA was added
805
806    ----------
807
808    API V1.11 (cgminer v2.4.2)
809
810    Modified API commands:
811     'save' no longer requires a filename (use default if not specified)
812
813    'save' incorrectly returned status E (error) on success before.
814    It now correctly returns S (success)
815
816    ----------
817
818    API V1.10 (cgminer v2.4.1)
819
820    Added API commands:
821     'stats'
822
823    N.B. the 'stats' command can change at any time so any specific content
824    present should not be relied upon.
825    The data content is mainly used for debugging purposes or hidden options
826    in cgminer and can change as development work requires
827
828    Modified API commands:
829     'pools' added "Last Share Time"
830
831    ----------
832
833    API V1.9 (cgminer v2.4.0)
834
835    Added API commands:
836     'restart'
837
838    Modified API commands:
839     'notify' corrected invalid JSON
840
841    ----------
842
843    API V1.8 (cgminer v2.3.5)
844
845    Added API commands:
846     'devdetails'
847
848    Support for the ZTex FPGA was added
849
850    ----------
851
852    API V1.7 (cgminer v2.3.4)
853
854    Added API commands:
855     'removepool'
856
857    Modified API commands:
858     'pools' added "User"
859
860    From API version 1.7 onwards, reply strings in JSON and Text have the
861    necessary escaping as required to avoid ambiguity
862    For JSON the 2 characters '"' and '\' are escaped with a '\' before them
863    For Text the 4 characters '|' ',' '=' and '\' are escaped the same way
864
865    ----------
866
867    API V1.6 (cgminer v2.3.2)
868
869    Added API commands:
870     'pga'
871     'pgaenable'
872     'pgadisable'
873     'pgacount'
874
875    Modified API commands:
876     'devs' now includes Icarus and Bitforce FPGA devices
877     'notify' added "*" to the front of the name of all numeric error fields
878     'config' correct "Log Interval" to use numeric (not text) type for JSON
879
880    Support for Icarus and Bitforce FPGAs was added
```

```
882   ----------
883
884   API V1.5 was not released
885
886   ----------
887
888   API V1.4 (Kano's interim release of cgminer v2.3.1)
889
890   Added API commands:
891    'notify'
892
893   Modified API commands:
894    'config' added "Device Code" and "OS"
895
896   Added "When" to the STATUS reply section of all commands
897
898   ----------
899
900   API V1.3 (cgminer v2.3.1-2)
901
902   Added API commands:
903    'addpool'
904
905   Modified API commands:
906    'devs'/'gpu' added "Total MH" for each device
907    'summary' added "Total MH"
908
909   ----------
910
911   API V1.2 (cgminer v2.3.0)
912
913   Added API commands:
914    'enablepool'
915    'disablepool'
916    'privileged'
917
918   Modified API commands:
919    'config' added "Log Interval"
920
921   Starting with API V1.2, any attempt to access a command that requires
922   privileged security, from an IP address that does not have privileged
923   security, will return an "Access denied" Error Status
924
925   ----------
926
927   API V1.1 (cgminer v2.2.4)
928
929   There were no changes to the API commands in cgminer v2.2.4,
930   however support was added to cgminer for IP address restrictions
931   with the --api-allow option
932
933   ----------
934
935   API V1.1 (cgminer v2.2.2)
936
937   Prior to V1.1, devs/gpu incorrectly reported GPU0 Intensity for all GPUs
938
939   Modified API commands:
940    'devs'/'gpu' added "Last Share Pool" and "Last Share Time" for each device
941
942   ----------
943
944   API V1.0 (cgminer v2.2.0)
945
946   Remove default CPU support
947
948   Added API commands:
949    'config'
950    'gpucount'
951    'cpucount'
952    'switchpool'
953    'gpuintensity'
954    'gpumem'
955    'gpuengine'
956    'gpufan'
957    'gpuvddc'
958    'save'
959
960   ----------
961
962   API V0.7 (cgminer v2.1.0)
963
964   Initial release of the API in the main cgminer git
965
966   Commands:
967    'version'
968    'devs'
969    'pools'
970    'summary'
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)     \

```
971    'gpuenable'
972    'gpudisable'
973    'gpurestart'
974    'gpu'
975    'cpu'
976    'gpucount'
977    'cpucount'
978    'quit'
979
980    ---------------------------------------
981
982    miner.php
983    =========
984
985    miner.php is a PHP based interface to the cgminer RPC API
986    (referred to simply as the API below)
987
988    It can show rig details, summaries and input fields to allow you to change
989    cgminer
990    You can also create custom summary pages with it
991
992    It has two levels to the security:
993    1) cgminer can be configured to allow or disallow API access and access level
994       security for miner.php
995    2) miner.php can be configured to allow or disallow privileged cgminer
996       access, if cgminer is configured to allow privileged access for miner.php
997
998    ---------
999
1000   To use miner.php requires a web server with PHP
1001
1002   Basics: On xubuntu 11.04, to install apache2 and php, the commands are:
1003    sudo apt-get install apache2
1004    sudo apt-get install php5
1005    sudo /etc/init.d/apache2 reload
1006
1007   On Fedora 17:
1008    yum install httpd php
1009    systemctl restart httpd.service
1010    systemctl enable httpd.service --system
1011
1012   On windows there are a few options.
1013   Try one of these (apparently the first one is easiest - thanks jborkl)
1014    http://www.easyphp.org/
1015    http://www.apachefriends.org/en/xampp.html
1016    http://www.wampserver.com/en/
1017
1018   ---------
1019
1020   The basic cgminer option to enable the API is:
1021
1022    --api-listen
1023
1024   or in your cgminer.conf
1025
1026    "api-listen" : true,
1027
1028   (without the ',' on the end if it is the last item)
1029
1030   If the web server is running on the cgminer computer, the above
1031   is the only change required to give miner.php basic access to
1032   the cgminer API
1033
1034   -
1035
1036   If the web server runs on a different computer to cgminer,
1037   you will also need to tell cgminer to allow the web server
1038   to access cgminer's API and tell miner.php where cgminer is
1039
1040   Assuming a.b.c.d is the IP address of the web server, you
1041   would add the following to cgminer:
1042
1043    --api-listen --api-allow a.b.c.d
1044
1045   or in your cgminer.conf
1046
1047    "api-listen" : true,
1048    "api-allow" : "a.b.c.d",
1049
1050   to tell cgminer to give the web server read access to the API
1051
1052   You also need to tell miner.php where cgminer is.
1053   Assuming cgminer is at IP address e.f.g.h, then you would
1054   edit miner.php and change the line
1055
1056    $rigs = array('127.0.0.1:4028');
1057
1058   to
1059
1060    $rigs = array('e.f.g.h:4028');
```

```
1061                                                                      \
1062  See --api-network or --api-allow for more access details
1063  and how to give write access
1064
1065  You can however, also tell miner.php to find your cgminer rigs automatically
1066  on the local subnet
1067
1068  Add the following to each cgminer:
1069
1070    --api-mcast
1071
1072  or in your cgminer.conf
1073
1074    "api-mcast" : true,
1075
1076  And in miner.php set $mcast = true;
1077
1078  This will ignore the value of $rigs and overwrite it with the list of zero or
1079  more rigs found on the network in the timeout specified
1080  A rig will not reply if the API settings would mean it would also ignore an
1081  API request from the web server running miner.php
1082
1083  ---------
1084
1085  Once you have a web server with PHP running
1086
1087    copy your miner.php to the main web folder
1088
1089  On Xubuntu 11.04
1090    /var/www/
1091
1092  On Fedora 17
1093    /var/www/html/
1094
1095  On Windows
1096    see your windows Web/PHP documentation
1097
1098  Assuming the IP address of the web server is a.b.c.d
1099  Then in your web browser go to:
1100
1101    http://a.b.c.d/miner.php
1102
1103  Done :)
1104
1105  ---------
1106
1107  The rest of this documentation deals with the more complex
1108  functions of miner.php, using myminer.php, creaing custom
1109  summaries and displaying multiple cgminer rigs
1110
1111  ---------
1112
1113  If you create a file called myminer.php in the same web folder
1114  where you put miner.php, miner.php will load it when it runs
1115
1116  This is useful, to put any changes you need to make to miner.php
1117  instead of changing miner.php
1118  Thus if you update/get a new miner.php, you won't lose the changes
1119  you have made if you put all your changes in myminer.php
1120  (and don't change miner.php at all)
1121
1122  A simple example myminer.php that defines 2 rigs
1123  (that I will keep referring to further below) is:
1124
1125  <?php
1126  #
1127  $rigs = array('192.168.0.100:4028:A', '192.168.0.102:4028:B');
1128  #
1129  ?>
1130
1131  Changes in myminer.php superscede what is in miner.php
1132  However, this is only valid for variables in miner.php before the
1133  2 lines where myminer.php is included by miner.php:
1134
1135    if (file_exists('myminer.php'))
1136      include_once('myminer.php');
1137
1138  Every variable in miner.php above those 2 lines, can be changed by
1139  simply defining them in your myminer.php
1140
1141  So although miner.php originally contains the line
1142
1143    $rigs = array('127.0.0.1:4028');
1144
1145  if you created the example myminer.php given above, it would actually
1146  change the value of $rigs that is used when miner.php is running
1147  i.e. you don't have to remove or comment out the $rigs line in miner.php
1148  It will be superceded by myminer.php
1149
1150  ---------
```

```
                                                                      \
1151
1152   The example myminer.php above also shows how to define more that one rig
1153   to be shown my miner.php
1154
1155   Each rig string is 2 or 3 values seperated by colons ':'
1156   They are simply an IP address or host name, followed by the
1157   port number (usually 4028) and an optional Name string
1158
1159   miner.php displays rig buttons that will show the defails of a single
1160   rig when you click on it - the button shows either the rig number,
1161   or the 'Name' string if you provide it
1162
1163   PHP arrays contain each string seperated by a comma, but no comma after
1164   the last one
1165
1166   So an example for 3 rigs would be:
1167
1168    $rigs = array('192.168.0.100:4028:A', '192.168.0.102:4028:B',
1169                  '192.168.0.110:4028:C');
1170
1171   Of course each of the rigs listed would also have to have the API
1172   running and be set to allow the web server to access the API - as
1173   explained before
1174
1175   ---------
1176
1177   So basically, any variable explained below can be put in myminer.php
1178   if you wanted to set it to something different to it's default value
1179   and did not want to change miner.php itself every time you updated it
1180
1181   Below is each variable that can be changed and an explanation of each
1182
1183   ---------
1184
1185   Default:
1186    $dfmt = 'H:i:s j-M-Y \U\T\CP';
1187
1188   Define the date format used to print full length dates
1189   If you get the string 'UTCP' on the end of your dates shown, that
1190   means you are using an older version of PHP and you can instead use:
1191    $dfmt = 'H:i:s j-M-Y \U\T\CO';
1192
1193   The PHP documentation on the date format is here:
1194    http://us.php.net/manual/en/function.date.php
1195
1196   ---------
1197
1198   Default:
1199    $title = 'Mine';
1200
1201   Web page title
1202   If you know PHP you can of course use code to define it e.g.
1203    $title = 'My Rig at: '.date($dfmt);
1204
1205   Which would set the web page title to something like:
1206    My Rig at: 10:34:00 22-Aug-2012 UTC+10:00
1207
1208   ---------
1209
1210   Default:
1211    $readonly = false;
1212
1213   Set $readonly to true to force miner.php to be readonly
1214   This means it won't allow you to change cgminer even if the cgminer API
1215   options allow it to
1216
1217   If you set $readonly to false then it will check cgminer 'privileged'
1218   and will show input fields and buttons on the single rig page
1219   allowing you to change devices, pools and even quit or restart
1220   cgminer
1221
1222   However, if the 'privileged' test fails, the code will set $readonly to
1223   true
1224
1225   ---------
1226
1227   Default:
1228    $userlist = null;
1229
1230   Define password checking and default access
1231    null means there is no password checking
1232
1233   $userlist is an array of 3 arrays e.g.
1234   $userlist = array('sys' => array('boss' => 'bpass'),
1235                     'usr' => array('user' => 'upass', 'pleb' => 'ppass'),
1236                     'def' => array('Pools'));
1237
1238   'sys' is an array of system users and passwords (full access)
1239   'usr' is an array of user level users and passwords (readonly access)
1240   'def' is an array of custompages that anyone not logged in can view
```

\

```
1241
1242    Any of the 3 can be null, meaning there are none of that item
1243
1244    All validated 'usr' users are given $readonly = true; access
1245    All validated 'sys' users are given the $readonly access you defined
1246
1247    If 'def' has one or more values, and allowcustompages is true, then
1248    anyone without a password can see the list of custompage buttons given
1249    in 'def' and will see the first one when they go to the web page, with
1250    a login button at the top right
1251
1252    From the login page, if you login with no username or password, it will
1253    show the first 'def' custompage (if there are any)
1254
1255    If you are logged in, it will show a logout button at the top right
1256
1257    ---------
1258
1259    Default:
1260     $notify = true;
1261
1262    Set $notify to false to NOT attempt to display the notify command
1263    table of data
1264
1265    Set $notify to true to attempt to display the notify command on
1266    the single rig page
1267    If your older version of cgminer returns an 'Invalid command'
1268    coz it doesn't have notify - it just shows the error status table
1269
1270    ---------
1271
1272    Default:
1273     $checklastshare = true;
1274
1275    Set $checklastshare to true to do the following checks:
1276    If a device's last share is 12x expected ago then display as an error
1277    If a device's last share is 8x expected ago then display as a warning
1278    If either of the above is true, also display the whole line highlighted
1279    This assumes shares are 1 difficulty shares
1280
1281    Set $checklastshare to false to not do the above checks
1282
1283    'expected' is calculated from the device MH/s value
1284    So for example, a device that hashes at 380MH/s should (on average)
1285    find a share every 11.3s
1286    If the last share was found more than 11.3 x 12 seconds (135.6s) ago,
1287    it is considered an error and highlighted
1288    If the last share was found more than 11.3 x 8 seconds (90.4s) ago,
1289    it is considered a warning and highlighted
1290
1291    The default highlighting is very subtle
1292
1293    ---------
1294
1295    Default:
1296     $poolinputs = false;
1297
1298    Set $poolinputs to true to show the input fields for adding a pool
1299    and changing the pool priorities on a single rig page
1300    However, if $readonly is true, it will not display them
1301
1302    ---------
1303
1304    Default:
1305     $rigport = 4028;
1306
1307    Default port to use if any $rigs entries don't specify the port number
1308
1309    ---------
1310
1311    Default:
1312     $rigs = array('127.0.0.1:4028');
1313
1314    Set $rigs to an array of your cgminer rigs that are running
1315     format: 'IP' or 'Host' or 'IP:Port' or 'Host:Port' or 'Host:Port:Name'
1316    If you only have one rig, it will just show the detail of that rig
1317    If you have more than one rig it will show a summary of all the rigs
1318     with buttons to show the details of each rig -
1319     the button contents will be 'Name' rather than rig number, if you
1320     specify 'Name'
1321    If Port is missing or blank, it will try $rigport
1322    e.g. $rigs = array('127.0.0.1:4028','myrig.com:4028:Sugoi');
1323
1324    ---------
1325
1326    Default:
1327     $rignames = false;
1328
1329    Set $rignames to false to not affect the display.
1330    Set $rignames to one of 'ip' or 'ipx' to alter the name displayed
```

```
1331  if the rig doesn't have a 'name' in $rigs
1332  Currently:
1333   'ip' means use the 4th byte of the rig IP address as an integer
1334   'ipx' means use the 4th byte of the rig IP address as 2 hex bytes
1335
1336  ---------
1337
1338  Default:
1339   $rigbuttons = true;
1340
1341  Set $rigbuttons to false to display a link rather than a button on
1342  the left of any summary table with rig buttons, in order to reduce
1343  the height of the table cells
1344
1345  ---------
1346
1347  Default:
1348   $mcast = false;
1349
1350  Set $mcast to true to look for your rigs and ignore $rigs
1351
1352  ---------
1353
1354  Default:
1355   $mcastexpect = 0;
1356
1357  The minimum number of rigs expected to be found when $mcast is true
1358  If fewer are found, an error will be included at the top of the page
1359
1360  ---------
1361
1362  Default:
1363   $mcastaddr = '224.0.0.75';
1364
1365  API Multicast address all cgminers are listening on
1366
1367  ---------
1368
1369  Default:
1370   $mcastport = 4028;
1371
1372  API Multicast UDP port all cgminers are listening on
1373
1374  ---------
1375
1376  Default:
1377   $mcastcode = 'FTW';
1378
1379  The code all cgminers expect in the Multicast message sent
1380  The message sent is "cgm-code-listport"
1381  Don't use the '-' character if you change it
1382
1383  ---------
1384
1385  Default:
1386   $mcastlistport = 4027;
1387
1388  UDP port number that is added to the broadcast message sent
1389  that specifies to the cgminers the port to reply on
1390
1391  ---------
1392
1393  Default:
1394   $mcasttimeout = 1.5;
1395
1396  Set $mcasttimeout to the number of seconds (floating point)
1397  to wait for replies to the Multicast message
1398  N.B. the accuracy of the timing used to wait for the replies is
1399  ~0.1s so there's no point making it more than one decimal place
1400
1401  ---------
1402
1403  Default:
1404   $mcastretries = 0;
1405
1406  Set $mcastretries to the number of times to retry the multicast
1407
1408  If $mcastexpect is 0, this is simply the number of extra times
1409  that it will send the multicast request
1410  N.B. cgminer doesn't listen for multicast requests for 1000ms after
1411  each one it hears
1412
1413  If $mcastexpect is > 0, it will stop looking for replies once it
1414  has found at least $mcastexpect rigs, but it only checks this rig
1415  limit each time it reaches the $mcasttimeout limit, thus it can find
1416  more than $mcastexpect rigs if more exist
1417  It will send the multicast message up to $mcastretries extra times or
1418  until it has found at least $mcastexpect rigs
1419  However, when using $mcastretries, it is possible for it to sometimes
1420  ignore some rigs on the network if $mcastexpect is less than the
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)                    \

```
1421   number of rigs on the network and some rigs are too slow to reply
1422
1423   ---------
1424
1425   Default:
1426    $allowgen = false;
1427
1428   Set $allowgen to true to allow customsummarypages to use 'gen' and 'bgen'
1429   false means ignore any 'gen' or 'bgen' options
1430   This is disabled by default due to the possible security risk of using it
1431   See the end of this document for an explanation
1432
1433   ---------
1434
1435   Default:
1436    $rigipsecurity = true;
1437
1438   Set $rigipsecurity to false to show the IP/Port of the rig
1439   in the socket error messages and also show the full socket message
1440
1441   ---------
1442
1443   Default:
1444    $rigtotals = true;
1445    $forcerigtotals = false;
1446
1447   Set $rigtotals to true to display totals on the single rig page
1448   'false' means no totals (and ignores $forcerigtotals)
1449
1450   If $rigtotals is true, all data is also right aligned
1451   With false, it's as before, left aligned
1452
1453   This option is just here to allow people to set it to false
1454   if they prefer the old non-total display when viewing a single rig
1455
1456   Also, if there is only one line shown in any section, then no
1457   total will be shown (to save screen space)
1458   You can force it to always show rig totals on the single rig page,
1459   even if there is only one line, by setting $forcerigtotals = true;
1460
1461   ---------
1462
1463   Default:
1464    $socksndtimeoutsec = 10;
1465    $sockrcvtimeoutsec = 40;
1466
1467   The numbers are integer seconds
1468
1469   The defaults should be OK for most cases
1470   However, the longer SND is, the longer you have to wait while
1471   php hangs if the target cgminer isn't runnning or listening
1472
1473   RCV should only ever be relevant if cgminer has hung but the
1474   API thread is still running, RCV would normally be >= SND
1475
1476   Feel free to increase SND if your network is very slow
1477   or decrease RCV if that happens often to you
1478
1479   Also, on some windows PHP, apparently the $usec is ignored
1480   (so usec can't be specified)
1481
1482   ---------
1483
1484   Default:
1485    $hidefields = array();
1486
1487   List of fields NOT to be displayed
1488   You can use this to hide data you don't want to see or don't want
1489   shown on a public web page
1490   The list of sections are:
1491    SUMMARY, POOL, PGA, GPU, NOTIFY, CONFIG, DEVDETAILS, DEVS
1492   See the web page for the list of field names (the table headers)
1493   It is an array of 'SECTION.Field Name' => 1
1494
1495   This example would hide the slightly more sensitive pool information:
1496   Pool URL and pool username:
1497    $hidefields = array('POOL.URL' => 1, 'POOL.User' => 1);
1498
1499   If you just want to hide the pool username:
1500    $hidefields = array('POOL.User' => 1);
1501
1502   ---------
1503
1504   Default:
1505    $ignorerefresh = false;
1506    $changerefresh = true;
1507    $autorefresh = 0;
1508
1509   Auto-refresh of the page (in seconds) - integers only
1510
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
1511   $ignorerefresh = true/false always ignore refresh parameters        \
1512   $changerefresh = true/false show buttons to change the value
1513   $autorefresh = default value, 0 means dont auto-refresh
1514
1515   ---------
1516
1517   Default:
1518    $miner_font_family = 'verdana,arial,sans';
1519    $miner_font_size = '13pt';
1520
1521   Change these to set the font and font size used on the web page
1522
1523   ---------
1524
1525   Default:
1526    $add_css_names = array();
1527
1528   List of CSS names to add to the CSS style object
1529            e.g. array('td.cool' => false);
1530   true/false to not include the default $miner_font
1531   The CSS name/value pairs must be defined in $colouroverride below
1532
1533   This allows you to create multiple complete CSS styles, optionally
1534   using a different font to the default used/specified for all other
1535   styles, and then when using the class name in a custom formatting
1536   function (fmt) in a customsummarypage, it can use this style
1537
1538   ---------
1539
1540   Default:
1541    $colouroverride = array();
1542
1543   Use this to change the web page colour scheme
1544
1545   See $colourtable in miner.php for the list of possible names to change
1546
1547   Simply put in $colouroverride, just the colours you wish to change
1548
1549   e.g. to change the colour of the header font and background
1550   you could do the following:
1551
1552    $colouroverride = array(
1553            'td.h color'            => 'green',
1554            'td.h background'       => 'blue'
1555    );
1556
1557   You can also add your own CSS styles to be used by a customsummarypage
1558   custom format function, if you specify the class name in $add_css_names
1559   and put the class styles in $colouroverride
1560
1561   ---------
1562
1563   Default:
1564    $placebuttons = 'top';
1565
1566   Where to place the Refresh, Summary, Custom Pages, Quit, etc. buttons
1567
1568   Valid values are: 'top' 'bot' 'both'
1569    anything else means don't show them - case sensitive
1570
1571   ---------
1572
1573   Default:
1574    $allowcustompages = true;
1575
1576   Should we allow custom pages?
1577   (or just completely ignore them and don't display the buttons)
1578
1579   ---------
1580
1581   OK this part is more complex: Custom Summary Pages
1582
1583   A custom summary page in an array of 'section' => array('FieldA','FieldB'...)
1584
1585   The section defines what data you want in the summary table and the Fields
1586   define what data you want shown from that section
1587
1588   Standard sections are:
1589    SUMMARY, POOL, PGA, GPU, NOTIFY, CONFIG, DEVDETAILS, DEVS, EDEVS, STATS,
1590    ESTATS, COIN
1591
1592   Fields are the names as shown on the headers on the normal pages
1593
1594   There is a special field name '#' that will total to the number of rows
1595   displayed in the custom summary page
1596   In the actual row output it is a row counter per rig
1597
1598   Fields can be 'name=new name' to display 'name' with a different heading
1599   'new name'
1600
```

```
1601    There are also now joined sections:
1602     SUMMARY+POOL, SUMMARY+DEVS, SUMMARY+EDEVS, DEVS+STATS, EDEVS+ESTATS,
1603     POOL+STATS plus many more
1604    See the miner.php function joinsections() for the full list
1605
1606    These sections are an SQL join of the two sections and the fields in them
1607    are named section.field where section. is the section the field comes from
1608    See the example further down
1609
1610    Also note:
1611    - empty tables are not shown
1612    - empty columns (e.g. an unknown field) are not shown
1613    - missing field data shows as blank
1614    - the field name '*' matches all fields except in joined sections
1615      (useful for STATS and COIN)
1616
1617    There are 2 hard coded sections:
1618     DATE - displays a date table like at the start of 'Summary'
1619     RIGS - displays a rig table like at the start of 'Summary'
1620
1621    Each custom summary requires a second array, that can be empty, listing fields
1622    to be totaled for each section
1623    If there is no matching total data, no total will show
1624
1625    ---------
1626
1627    Looking at the Mobile example:
1628
1629     $mobilepage = array(
1630      'DATE' => null,
1631      'RIGS' => null,
1632      'SUMMARY' => array('Elapsed', 'MHS av', 'Found Blocks=Blks',
1633                            Accepted', 'Rejected=Rej', 'Utility'),
1634      'DEVS+NOTIFY' => array('DEVS.Name=Name', 'DEVS.ID=ID', 'DEVS.Status=Status',
1635                            'DEVS.Temperature=Temp', 'DEVS.MHS av=MHS av',
1636                            'DEVS.Accepted=Accept', 'DEVS.Rejected=Rej',
1637                            'DEVS.Utility=Utility', 'NOTIFY.Last Not Well=Not Well'),
1638      'POOL' => array('POOL', 'Status', 'Accepted', 'Rejected=Rej',
1639                            'Last Share Time'));
1640
1641     $mobilesum = array(
1642      'SUMMARY' => array('MHS av', 'Found Blocks', 'Accepted', 'Rejected',
1643                            'Utility'),
1644      'DEVS+NOTIFY' => array('DEVS.MHS av', 'DEVS.Accepted', 'DEVS.Rejected',
1645                            'DEVS.Utility'),
1646      'POOL' => array('Accepted', 'Rejected'));
1647
1648     $customsummarypages = array('Mobile' => array($mobilepage, $mobilesum));
1649
1650    This will show 5 tables (according to $mobilepage)
1651    Each table will have the chosen details for all the rigs specified in $rigs
1652
1653     DATE
1654          A single box with the web server's current date and time
1655
1656     RIGS
1657          A table of the rigs: description, time, versions etc
1658
1659     SUMMARY
1660
1661          This will use the API 'summary' command and show the selected fields:
1662                 Elapsed, MHS av, Found Blocks, Accepted, Rejected and Utility
1663          However, 'Rejected=Rej' means that the header displayed for the 'Rejected'
1664          field will be 'Rej', instead of 'Rejected' (to save space)
1665          Same for 'Found Blocks=Blks' - to save space
1666
1667     DEVS+NOTIFY
1668
1669          This will list each of the devices on each rig and display the list of
1670          fields as shown
1671          It will also include the 'Last Not Well' field from the 'notify' command
1672          so you know when the device was last not well
1673
1674          You will notice that you need to rename each field e.g. 'DEVS.Name=Name'
1675          since each field name in the join between DEVS and NOTIFY is actually
1676          section.fieldname, not just fieldname
1677
1678          The join code automatically adds 2 fields to each GPU device: 'Name' and 'ID'
1679          They don't exist in the API 'devs' output but I can correctly calculate
1680          them from the GPU device data
1681          These two fields are used to join DEVS to NOTIFY i.e. find the NOTIFY
1682          record that has the same Name and ID as the DEVS record and join them
1683
1684     POOL
1685
1686          This will use the API 'pools' command and show the selected fields:
1687                 POOL, Status, Accepted, Rejected, Last Share Time
1688          Again, I renamed the 'Rejected' field using 'Rejected=Rej', to save space
1689
1690    $mobilesum lists the sections and fields that should have a total
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
1691  You can't define them for 'DATE' or 'RIGS' since they are hard coded tables\
1692  The example given:
1693
1694   SUMMARY
1695          Show a total at the bottom of the columns for:
1696                MHS av, Found Blocks, Accepted, Rejected, Utility
1697
1698          Firstly note that you use the original name i.e. for 'Rejected=Rej'
1699          you use 'Rejected', not 'Rej' and not 'Rejected=Rej'
1700
1701          Secondly note that it simply adds up the fields
1702          If you ask for a total of a string field you will get the numerical
1703          sum of the string data
1704
1705   DEVS+NOTIFY
1706
1707          Simply note in this join example that you must use the original field
1708          names which are section.fieldname, not just fieldname
1709
1710   POOL
1711          Show a total at the bottom of the columns for:
1712                Accepted and Rejected
1713
1714          Again remember to use the original field name 'Rejected'
1715
1716   --------
1717
1718  With cgminer 2.10.2 and later, miner.php includes an extension to
1719  the custom pages that allows you to apply SQL style commands to
1720  the data: where, group, and having
1721  cgminer 3.4.2 and later also includes another option 'gen'
1722  cgminer 4.2.0 and later also includes another option 'fmt'
1723  cgminer 4.2.1 and later also includes another option 'bgen'
1724
1725  An example of an 'ext' section in a more complex custom summary page:
1726
1727  $poolsext = array(
1728   'POOL+STATS' => array(
1729      'where' => null,
1730      'group' => array('POOL.URL', 'POOL.Has Stratum',
1731                        'POOL.Stratum Active', 'POOL.Has GBT'),
1732      'calc' => array('POOL.Difficulty Accepted' => 'sum',
1733                       'POOL.Difficulty Rejected' => 'sum',
1734                       'STATS.Times Sent' => 'sum',
1735                       'STATS.Bytes Sent' => 'sum',
1736                       'STATS.Times Recv' => 'sum',
1737                       'STATS.Bytes Recv' => 'sum'),
1738      'gen' => array('AvShr', 'POOL.Difficulty Accepted/max(POOL.Accepted,1)'),
1739      'having' => array(array('STATS.Bytes Recv', '>', 0)),
1740      'fmt' => 'myfmtfunc'));
1741
1742  function myfmtfunc($section, $name, $value, $when, $alldata,
1743                    $warnclass, $errorclass, $hiclass, $loclass, $totclass)
1744  {
1745   $ret = '';
1746   $class = '';
1747   switch ($section.'.'.$name)
1748   {
1749   case 'GEN.AvShr':
1750          $ret = number_format((float)$value, 2);
1751          if ($value == 0)
1752                $class = $errorclass;
1753          break;
1754   // Nonsense example :) since total would show the sum of the averages
1755   case 'total.AvShr':
1756          $ret = $value;
1757          if ($value == 0)
1758                $class = $warnclass;
1759          break;
1760   }
1761   return array($ret, $class);
1762  }
1763
1764  This allows you to group records together from one or more rigs
1765  In the example, you'll get each Pool (with the same URL+Stratum+GBT settings)
1766  listed once for all rigs and a sum of each of the fields listed in 'calc'
1767
1768
1769  'where' and 'having' are an array of fields and restrictions to apply
1770
1771  In the above example, it will only display the rows where it contains the
1772  'STATS.Bytes Recv' field with a value greater than zero
1773  If the row doesn't have the field, it will always be included
1774  All restrictions must be true in order for the row to be included
1775  Any restriction that is invalid or unknown is true
1776  An empty array, or null, means there are no restrictions
1777
1778  A restriction is formatted as: array('Field', 'restriction', 'value')
1779  Field is the simple field name as normally displayed, or SECTION.Field
1780  if it is a joined section (as in this case 'POOL+STATS')
```

CGMINER README (https://github.com/ckolivas/cgminer/blob/master/API-README)

```
1781  The list of restrictions are:                                            \
1782  'set' - true if the row contains the 'Field' ('value' is not required or used)
1783  '=', '<', '<=', '>', '>' - a numerical comparison
1784  'eq', 'lt', 'le', 'gt', 'ge' - a case insensitive string comparison
1785
1786  You can have multiple restrictions on a 'Field' - but all must be true to
1787  include the row containing the 'Field'
1788  e.g. a number range between 0 and 10 would be:
1789  array('STATS.Bytes Recv', '>', 0), array('STATS.Bytes Recv', '<', 10)
1790
1791  The difference between 'where' and 'having' is that 'where' is applied to the
1792  data before grouping it and 'having' is applied to the data after grouping it
1793  - otherwise they work the same
1794
1795
1796  'group' lists the fields to group over and 'calc' lists the function to apply
1797  to other fields that are not part of 'group'
1798
1799  You can only see fields listed in 'group' and 'calc'
1800
1801  A 'calc' is formatted as: 'Field' => 'function'
1802  The current list of operations available for 'calc' are:
1803  'sum', 'avg', 'min', 'max', 'lo', 'hi', 'count', 'any'
1804  The first 4 are as expected - the numerical sum, average, minimum or maximum
1805  'lo' is the first string of the list, sorted ignoring case
1806  'hi' is the last string of the list, sorted ignoring case
1807  'count' is the number of rows in the section specified in the calc e.g.
1808   ('DEVS.Name' => 'count') would be the number of DEVS selected in the 'where'
1809   of course any valid 'DEVS.Xyz' would give the sum 'count' value
1810  'any' is effectively random: the field value in the 1st row of the grouped data
1811  An unrecognised 'function' uses 'any'
1812
1813
1814  A 'fmt' allows you to specify a function to be called by miner.php to format
1815  data to be displayed in the output html
1816  If the function doesn't exist in miner.php or myminer.php, then it will be
1817  ignored
1818  If the function returns a $ret value (see the example 'myfmtfunc' above) then
1819  that will be displayed, however if $ret is empty, then the normal formatting
1820  code will process the data to be displayed
1821  Thus, if there is no formatting code in miner.php for the field value, then it
1822  will be displayed as it was received from the API
1823  i.e. this allows you to either supply some php code to format field values
1824  that are not formatted by miner.php, or you can also override the formatting
1825  done by miner.php itself for your chosen list of field data
1826  You can return an ' ' if you wish to force it to display as blank
1827  Use the example 'myfmtfunc' above as a template to write your own
1828  Note that your provided function will be called for all data being displayed,
1829  so you should use the 'case' layout as in the example to select the data fields
1830  you wish to format, but return '' for fields you don't wish to change the way
1831  they are formatted
1832  The 2nd return field is the name of a CSS class in $colourtable or created in
1833  your own $add_css_names and $colouroverride
1834  The value you return can stay in effect even if you return an empty $ret, if
1835  the default formatting function for the field doesn't set the $class variable
1836  The fields passed to your function by miner.php:
1837   $warnclass, $errorclass, $hiclass, $loclass, $totclass
1838  contain the default class names used for formatting
1839
1840
1841  A 'gen' or 'bgen' allows you to generate new fields from any php valid function
1842  of any of the other fields
1843   e.g. 'gen' => array('AvShr', 'POOL.Difficulty Accepted/max(POOL.Accepted,1)),
1844  will generate a new field called GEN.AvShr that is the function shown, which
1845  in this case is the average difficulty of each share submitted
1846
1847  The difference between 'bgen' and 'gen' is that 'bgen' is done before doing
1848  the 'group' and 'calc', however 'gen' is done after doing 'group' and 'calc'
1849  This means that 'group' and 'calc' can also use 'bgen' fields
1850  As before, 'gen' fields act on the results of the 'group' and 'calc'
1851  If there is no 'group' or 'calc' then they both will produce the same results
1852  Note that 'gen' fields are called 'GEN.field' and 'bgen' fields, 'BGEN.field'
1853
1854  THERE IS A SECURITY RISK WITH HOW GEN/BGEN WORKS
1855  It simply replaces all the variables with their values and then requests PHP
1856  to execute the formula - thus if a field value returned from a cgminer API
1857  request contained PHP code, it could be executed by your web server
1858  Of course cgminer doesn't do this, but if you do not control the cgminer that
1859  returns the data in the API calls, someone could modify cgminer to return a
1860  PHP string in a field you use in 'gen' or 'bgen'
1861  Thus use 'gen' and 'bgen' at your own risk
1862  If someone feels the urge to write a mathematical interpreter in PHP to get
1863  around this risk, feel free to write one and submit it to the API author for
1864  consideration
```

# EXHIBIT D

# REDACTED IN ITS ENTIRETY

# EXHIBIT E

# REDACTED IN ITS ENTIRETY

# EXHIBIT F

# REDACTED IN ITS ENTIRETY

# EXHIBIT G

# REDACTED IN ITS ENTIRETY

# EXHIBIT H

# REDACTED IN ITS ENTIRETY

# EXHIBIT I

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau

(43) International Publication Date
18 July 2019 (18.07.2019)





WIPO | PCT

(10) International Publication Number
WO 2019/139632 A1

(51) International Patent Classification:
G06F 1/26 (2006.01)     G06F 1/30 (2006.01)
G06F 1/20 (2006.01)     G06F 1/32 (2006.01)

(21) International Application Number:
PCT/US2018/017950

(22) International Filing Date:
13 February 2018 (13.02.2018)

(25) Filing Language:     English

(26) Publication Language:     English

(30) Priority Data:
62/616,348     11 January 2018 (11.01.2018)     US

(71) Applicant: LANCIUM LLC [US/US]; c/o Angelo
Mikeska PLLC, 21 Waterway Avenue, Suite 300, The
Woodlands, TX 77380 (US).

(72) Inventors: HENSON, David; Lancium LLC, c/o Ange-
lo Mikeska PLLC, 21 Waterway Avenue, Suite 300, The
Woodlands, TX 77380 (US). MCNAMARA, Michael;
Lancium LLC, c/o Angelo Mikeska PLLC, 21 Water-
way Avenue, Suite 300, The Woodlands, TX 77380 (US).
CLINE, Raymond; Lancium LLC, c/o Angelo Mikeska
PLLC, 21 Waterway Avenue, Suite 300, The Woodlands,
TX 77380 (US).

(74) Agent: KORENCHAN, James, L.; McDonnell Boehnen
Hulbert & Berghoff LLP, 300 South Wacker Drive, Suite
3200, Chicago, IL 60606 (US).

(81) Designated States (unless otherwise indicated, for every
kind of national protection available): AE, AG, AL, AM,
AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ,
CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO,
DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN,
HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KP,
KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME,

(54) Title: METHOD AND SYSTEM FOR DYNAMIC POWER DELIVERY TO A FLEXIBLE DATACENTER USING UN-
UTILIZED ENERGY SOURCES



FIG. 6

(57) Abstract: A flexible datacenter includes a mobile container, a behind-the-meter power input system, a power distribution system,
a datacenter control system, a plurality of computing systems, and a climate control system. The datacenter control system modulates
power delivery to the plurality of computing systems based on unutilized behind-the-meter power availability or an operational direc-
tive. A method of dynamic power delivery to a flexible datacenter using unutilized behind-the-meter power includes monitoring unuti-
lized behind-the-meter power availability, determining when a datacenter ramp-up condition is met, enabling behind-the-meter power
delivery to one or more computing systems when the datacenter ramp-up condition is met, and directing the one or more computing
systems to perform predetermined computational operations.

WO 2019/139632 A1

[Continued on next page]

or number of wind turbines **610**, the configuration or design of wind farm **600**, and grid **660** that it feeds into.

[0050]        The output side of AC-to-AC step-up transformer **640** that connects to grid **660** may be metered and is typically subject to transmission and distribution costs. In contrast, power consumed on the input side of AC-to-AC step-up transformer **640** may be considered behind-the-meter and is typically not subject to transmission and distribution costs. As such, one or more flexible datacenters **200** may be powered by three-phase wind-generated AC voltage **620**. Specifically, in wind farm **600** applications, the three-phase behind-the-meter AC voltage used to power flexible datacenter **200** may be three-phase wind-generated AC voltage **620**. As such, flexible datacenter **200** may reside behind-the-meter, avoid transmission and distribution costs, and may be dynamically powered when unutilized behind-the-meter power is available.

[0051]        Unutilized behind-the-meter power availability may occur when there is excess local power generation. In high wind conditions, wind farm **600** may generate more power than, for example, AC-to-AC step-up transformer **640** is rated for. In such situations, wind farm **600** may have to take steps to protect its equipment from damage, which may include taking one or more turbines **610** offline or shunting their voltage to dummy loads or ground.  Advantageously, one or more flexible datacenters **200** may be used to consume power on the input side of AC-to-AC step-up transformer **640**, thereby allowing wind farm **600** to operate equipment within operating ranges while flexible datacenter **200** receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **690** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of Figure **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote mater control system (**420** of Figure **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

[0052]        Another example of unutilized behind-the-meter power availability is when grid **660** cannot, for whatever reason, take the power being produced by wind farm **600**. In such situations, wind farm **600** may have to take one or more turbines **610** offline or shunt their voltage to dummy loads or ground. Advantageously, one or

more flexible datacenters **200** may be used to consume power on the input side of AC-to-AC step-up transformer **640**, thereby allowing wind farm **600** to either produce power to grid **660** at a lower level or shut down transformer **640** entirely while flexible datacenter **200** receives behind-the-meter power without transmission or distribution costs. The local station control system (not independently illustrated) of local station **690** or the grid operator (not independently illustrated) of grid **660** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of Figure **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenters **200**, the remote master control system (**420** of Figure **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

[0053]        Another example of unutilized behind-the-meter power availability is when wind farm **600** is selling power to grid **660** at a negative price that is offset by a production tax credit. In certain circumstances, the value of the production tax credit may exceed the price wind farm **600** would have to pay to grid **660** to offload their generated power. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby allowing wind farm **600** to produce and obtain the production tax credit, but sell less power to grid **660** at the negative price. The local station control system (not independently illustrated) of local station **690** may issue an operational directive to the one or more flexible datacenters **200** or to the remote master control system (**420** of Figure **4**) to ramp-up to the desired power consumption level. When the operational directive requires the cooperative action of multiple flexible datacenter **200**, the remote master control system (**420** of Figure **4**) may determine how to power each individual flexible datacenter **200** in accordance with the operational directive or provide an override to each flexible datacenter **200**.

[0054]        Another example of unutilized behind-the-meter power availability is when wind farm **600** is selling power to grid **660** at a negative price because grid **660** is oversupplied or is instructed to stand down and stop producing altogether. The grid operator (not independently illustrated) may select certain power generation stations to go offline and stop producing power to grid **660**. Advantageously, one or more flexible datacenters **200** may be used to consume power behind-the-meter, thereby

# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BEARBOX LLC and AUSTIN STORMS,       )
                                     )
                     Plaintiffs,     )
                                     )
          v.                         )       C.A. No. 21-534-MN-CJB
                                     )
LANCIUM LLC, MICHAEL T.              )
MCNAMARA, and RAYMOND E. CLINE,      )
JR.                                  )
                                     )
                     Defendants.     )

**EXPERT REPORT OF MARK EHSANI, Ph. D.**

**OUTSIDE COUNSEL'S EYES ONLY  -  SUBJECT TO PROTECTIVE ORDER**



Exhibit
PLT 99
Ehsani

43.     I note that Dr. McClellan did not perform any claim construction. Instead, he applied the "plain and ordinary meaning of the claim terms." (McClellan Report, at ¶ 49). But Dr. McClellan did not provide his understanding of the "plain and ordinary meaning" for any claim terms. I understand that Plaintiffs have the burden of proof on the inventorship issue.

44.     To determine conception, I also apply the plain and ordinary meaning of the claim terms as would have been understood by a POSITA and, for certain terms, I discuss the specification's use of those terms. I reserve the right to supplement my report should Plaintiffs' or any of Plaintiffs' experts use a different construction, or provide their understanding of the plain and ordinary meaning that is different than my understanding of the plain and ordinary meaning.

## VII.   LANCIUM INDEPENDENTLY DEVELOPED, CONCEIVED, AND REDUCED ITS TECHNOLOGY TO PRACTICE, INCLUDING EACH OF THE INVENTIONS CLAIMED IN THE '433 PATENT

45.     It is my opinion that Lancium independently developed, conceived, and reduced its technology to practice, including each of the inventions claimed in the '433 patent, and that such development, conception, and reduction to practice did not involve the use of any information allegedly provided to Mr. McNamara by Mr. Storms. As discussed above, my opinions are based on, among other things, my review of: (1) pleadings; (2) the '632 application and the '433 patent and its file history; (3) the parties' Responses to Discovery (including documents cited in those responses); (4) the deposition testimony from this case and exhibits cited in same; (5) my review of other documents and materials; (6) the communications between Mr. Storms and Mr. McNamara; and (7) my education and forty-plus years of experience. I also relied in part on Mr. Siddiqi's analysis as set forth in his report, and Mr. Baer's analysis of the source code produced by Mr. Storms and relied upon by Dr. McClellan as discussed in Mr. Baer's report.

Under Frequency Relay (UFR) that can trip the NCLR if the grid frequency drops below 59.7 Hz[28]

with a delay time of 20 cycles, among other qualifications.  The UFR is active and available to

automatically trip the NCLR during each of the award hours. Additionally, the NCLR can be

tripped manually by ERCOT instruction during each of the award hours.[29] Actually tripping the

NCLR is referred to as "deploying" the NCLR – the deployment causes an electrical breaker to

trip and removes the load from the grid, cutting the supply of grid power to the NCLR.  As part of

the obligation created upon receiving an award from the ancillary service DAM market, an NCLR

participating in RRS must consume at least the awarded quantity of energy for each awarded hour

in order to fulfill their obligation to be able to drop the awarded load upon deployment.[30]

59.     A drawback to bidding into the NCLR RRS market is that the market is typically

oversubscribed.  Though an NCLR may bid its preferred quantities of energy into the NCLR RRS

market for each hour in the DAM, the actual awarded energy for each hour will typically be less

than the bid because there are more market participant bids than available capacity in the NCLR

RRS market.[31]  For example an NCLR with a 50MW load capacity may bid the full 50MW into

the NCLR RRS market for each hour in hour 1 through hour 8 in the DAM.  After DAM clearance,

the award to the NCLR may only be, as an example, 20MW for each hour in hour 1 through hour

8.  Thus the NCLR will receive ancillary service settlement payments at the settlement price for

each hour for 20MW.  However, if the NCLR is actually deployed (either by UFR under-frequency

---

[28] Grid frequency in the U.S. is nominally 60 Hertz ("Hz").  If generation and load are unbalanced on the grid, the frequency deviates from 60 Hz. If the grid frequency drops below the 60 Hz, then that is an indication that load exceeds generation.

[29] See, e.g., Siddiqi Report, Section 6.6

[30] See, e.g., Siddiqi Report, Section 6.6

[31] See, e.g., Siddiqi Report, Section 3.4.

trip or manual instruction from ERCOT), then the breaker will trip and remove <u>all</u> power from the NCLR.  While the NCLR is only obligated under the award to consume at least 20MW for each hour between hour 1 and hour 8, the NCLR might actually be operating at its full 50MW.  Under that scenario, the NCLR would lose its full 50MW of operation, but would only be compensated via ancillary services settlement for the 20MW awarded.[32]

60.     A CLR could theoretically bid into CLR RRS and CLR Regulation Up Service within the ERCOT ancillary services market, among other services.[33]  However, CLR qualification is significantly more rigorous than NCLR qualification. It is my understanding that as of 2019, no Load Resource had ever qualified as a CLR.  When Lancium qualified as a CLR in June 2020, it is my understanding that Lancium became the first Load Resource in ERCOT to ever qualify as a CLR.[34]  Similar to an NCLR, a CLR participating in the CLR RRS or CLR Reg-Up programs are subject to an obligation upon receiving an award from the ancillary service DAM market.  A CLR participating in RRS or Reg-Up must consume at least the awarded quantity of energy for each awarded hour in order to fulfill their obligation to be able to drop the awarded load upon dispatch.[35]  A CLR may be dispatched by ERCOT at any time during the award hours.

61.     As of the date of this report a CLR does not experience the same drawbacks to bidding into the CLR RRS and Reg-Up markets as an NCLR experience bidding into the NCLR RRS market. According to Dr. Siddiqi, there are now only eight CLRs currently registered in

---

[32] Some of the operational revenue the NCLR may have generated with this lost capacity might be mitigated by power sell-back if the real-time market (discussed below) has high prices and the NCLR has previously purchased power that it can sell back in the real-time market.

[33] *See*, *e.g.*, Siddiqi Report, Section 6.5

[34] The Siddiqi Report (Section 6.5) identifies some of the qualifications for a CLR.

[35] *See*, *e.g.*, Siddiqi Report, Section 6.5.

76.     I understand and the documentary evidence supports that through June, July, and August 2019, Lancium and MP2 worked toward the goal of installing the required metering and UFR for enrolling Lancium in the ERCOT ERS program. During this period, Lancium and MP2 began to appreciate that Lancium fast ramping control could also allow them to participate in non-ERS Load Resource (i.e., ancillary service) programs such as NCLR.  By July 15, 2019, Lancium and MP2 had fully executed MP2's standard agreement for ERS and Load Resource services.[49] On August 22, 2019, Lancium first participated as a Load Resource in ERCOT via MP2.[50] Lancium initially did not fully understand how the bids, awards, and revenue worked for such participation, but MP2 explained the process on August 27.[51]  By August 28, 2019, Lancium had adjusted its economic curtailment performance strategies in their control software to make sure they consumed the obligated load they were awarded each day.[52] Also, during this period, Lancium began to appreciate the economic advantage of applying their software control of load to take advantage of traditional energy arbitrage.  For example, on August 14, 2019, Lancium moved to a standard fixed-price energy contract with Calpine.[53]  Thereafter, instead of their prior practice of using the Lancium software to ramp up and down based on avoiding high power prices, Lancium

---

[49] LANCIUM00030572; LANCIUM00030573

[50] LANCIUM00033062;

[51]  LANCIUM00024122;  LANCIUM00033240;  LANCIUM00030839;  LANCIUM00030840; LANCIUM00030841; LANCIUM00030842

[52] LANCIUM00024173.

[53] LANCIUM00028482

used their software to ramp their grid-connected miners up and down based on RTM prices, thereby obtaining additional revenue from power sell-back during periods of high RTM prices.[54]

77.     I understand and the documentary evidence supports that in September 2019, Lancium, while at the offices of MP2, first fully demonstrated their fast-ramping technology to MP2.[55] There was an immediate realization following the demonstration that Lancium could potentially use their technology to qualify for a new revenue source for their grid-connected miners: CLR.[56]  Lancium's previously developed fast-ramping control software was able to ramp their grid-connected loads sufficiently fast to allow Lancium to meet the rigorous qualifications required of a CLR.[57]  Thus far, no other entity had ever qualified as a load-only CLR.[58]  Lancium quickly began what would become a nearly year-long process of engaging with MP2 and ERCOT to become the first ever qualified load-only CLR in June 2020.[59]

78.     In the sections below, I provide a more detailed review of Lancium's technology development efforts.

---

[54] LANCIUM00033064; LANCIUM00033065

[55] LANCIUM00024131.

[56] LANCIUM00021587.

[57] *See, e.g.,* LANCIUM00030797.

[58] LANCIUM00021587.

[59] https://www.prnewswire.com/news-releases/lancium-and-mp2-energy-offer-unique-energy-demand-response-solution-for-high-throughput-computing-and-cryptocurrency-miners-301080410.html.



FIGURE 2

106.    The '433 patent also discloses and claims a control system for controlling the
flexible datacenters. Referring to Figure 11 (below), a system for implementing control strategies
based on a power option agreement is disclosed.  The system 1100 is an example arrangement that
includes a control system (*e.g.*, the remote master control system 262 of Figs. 2 and 3), a load (*e.g.*,
one or more datacenters 1102, 1104, 1106), and a power entity 1140.[100]

---

[100] '433 patent, at 43:35-45.



FIGURE 11

107.   The '433 patent specification describes a "power option agreement" as an agreement between a power entity associated with the delivery of power (*e.g.*, a grid operator, power generation station, or local control station) and the load (*e.g.*, a datacenter such as 1102).[101] As part of the power option agreement, the load provides the power entity with the right, but not the obligation, to reduce the amount of power delivered (*e.g.*, grid power) to the load up to an agreed amount of power during an agreed upon time interval.[102]  To provide the power entity this option, the load needs to be using at least the amount of power subject to the option (*e.g.*, the minimum power threshold),[103] and may grant the power entity with this option in exchange for

---

[101] *Id.* at 43:46-50.

[102] *Id.* at 43:50-57.

[103] *Id.* at 43:57-65.

> d) **Element 1[b][2] – "receive power option data based, at least in part, on a power option agreement, wherein the power option data specify: (i) a set of minimum power thresholds, and (ii) a set of time intervals, wherein each minimum power threshold in the set of minimum power thresholds is associated with a time interval in the set of time intervals;"**

115.    In my opinion, with respect to the specific claims of the '433 patent, Messrs. McNamara and/or Cline conceived this element independently and without utilization of any information allegedly provided by Mr. Storms. As described above and in SSR to ROG 3, by March 2018 McNamara and/or Cline understood that Lancium's flexible datacenters could ramp to absorb and drop power within five minute windows and that these datacenters could be operated remotely via Lancium's Network Operations Center ("NOC") that could respond to signals from grid operators.[120]   Messrs. McNamara and/or Cline Lancium were, at this time, also aware of ERCOT and at least peripherally aware of ancillary services.[121] Messrs/ McNamara and/or Cline continued to develop this technology and by October 2018 had spent more than $1M on R&D infrastructure, container design, and software development.[122]

116.    Messrs. McNamara, Cline, and Lancium continued to develop their technology through 2019,[123] but it was not until the Summer and Fall of 2019 that Messrs. McNamara and Cline  appreciated the benefits of applying their technology to ancillary serves and that is when they subsequently conceived of using their technology for receiving power option data based on a power option agreement specifying a set of minimum power thresholds and a set of time intervals

---

[120] *See*, *e.g.*, SSR to ROG 3, at 16 and documents cited therein.

[121] *Id.*

[122] SSR to ROG 3, at 19 and documents cited therein, including LANCIUM00021489 for R&D numbers.

[123] *See, e.g.,* SSR to ROG 3, at 19-28 (and documents cited therein).

in furtherance of performing ancillary services with their fast-ramping datacenters.  On August 27, 2019, Mr. Cline sent an email to Mr. McNamara noting an important point that had not come across in previous conversations with their QSE:  the "award" (received after offering into an ancillary services program and received as part of the establishment of the power option agreement) is essentially an "***obligation on our [Lancium's] part, that we consume that amount of power the ERCOT COULD curtail***."[124] In my opinion, this was the flash of insight that led to Messrs. McNamara and Cline conception, at least because this is when they first understood that their system would need to receive the award (the received set of power option data) which would be sent to Lancium based on, and in response to, the accepted prior offer by Lancium (which forms the awarded power option agreement) and the award includes the set of MW (*i.e.*, the set of ***minimum*** power thresholds) corresponding to each hour of the awarded offer (*i.e.*, the set of time intervals).[125]  In further support of my opinion, I note that on August 28, 2019, Mr. Cline sends an email to MP2 confirming on Lancium's behalf that, "[w]e are adjusting our economic curtailment plans to assure that we consume the obligated load we have been awarded.  If we go below that level we will coordinate with the operations desk. We understand that we cannot receive an award for power that could be curtailed, if we are not using the power."[126]  I believe that this correspondence indicates the approximate date that Mr. Cline and Mr. McNamara formed in their

---

[124] *See* LANCIUM00030839; *see also* SSR to ROG 3, at 29-31 (and documents cited therein).

[125] LANCIUM00030799 and LANCIUM00030801 (examples of awards); *see also* Siddiqi Report, Section 6.4 ("No later than 1:30 in the Day-Ahead, ERCOT shall notify the parties to each cleared DAM transaction (*e.g.*, the buyer and seller) of the results of the DAM including awarded Ancillary Service Offers, specifying Resource, MW, Ancillary Service type, and price, for each hour of the awarded offer").

[126] *See* LANCIUM00024173; *see also* SSR to ROG 3, at 29-31 (and documents cited therein).

minds the definite and permanent idea claimed in this limitation and the following limitations of

Claim 1.

> e) **Element 1[b3] – "responsive to receiving the power option data, determining a performance strategy for the set of computing systems based on a combination of at least a portion of the power option data and at least one condition in the set of conditions, wherein the performance strategy comprises a power consumption target for the set of computing systems for each time interval in the set of time intervals, wherein each power consumption target is equal to or greater than the minimum power threshold associated with each time interval; and"**

117.     In my opinion, with respect to the specific claims of the '433 patent, Messrs.

McNamara and Cline conceived this element independently and without utilization any

information allegedly provided by Mr. Storms.  I refer back to my analysis immediately above that

on or about August 28, 2019, Mr. Cline indicated he understood that the award was an obligation

for their Lancium's flexible datacenter system to operate above a ***minimum*** threshold load (*e.g.*,

the awarded MW) for each time interval (each hour in the award). As described previously and in

other places in my report, Messrs. McNamara and Cline had previously developed control systems

for its flexible datacenters that had long monitored or considered other various conditions and

developed strategies based on those conditions, including economic considerations such as price

response, energy arbitrage, and consideration of the profitability of mining.  Following the flash

of insight, it is my opinion that Messrs. Cline and/or McNamara then understood that Lancium's

control system would need to determine the performance strategy described in this limitation and

now adjust a power consumption target for the load by determining a power consumption target

for the set of computing systems for each time interval that was ***either equal to or greater than***,

the ***minimum*** power threshold associated with each time interval in the award.  For example, if

economic conditions were favorable for mining, the control system would set the power

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of May, 2022, in College Station, Texas.

_____
Mark Ehsani, Ph.D., P.E., LF. IEEE, F. SAE, M. AAAS

# EXHIBIT K

# REDACTED IN ITS ENTIRETY

{00925327;v1 }

# EXHIBIT L

# REDACTED IN ITS ENTIRETY

# EXHIBIT M

**From:** Jay Young <Jyoung@strategicpowersolutions.net>
**To:** Todd Wilson <Todd.Wilson@calpinesolutions.com>, Michael McNamara <michael.mcnamara@lancium.com>
**CC:** Jon Cohen <jon.cohen@lancium.com>
**Subject:** Re: ERS
**Date:** Wed, 15 May 2019 21:54:06 +0000

An invite came from my assistant Brooke Bassler. Please check spam if you did not receive.

Thank you,

Jay Young
214-415-5462

**From:** Todd Wilson <Todd.Wilson@calpinesolutions.com>
**Date:** Wednesday, May 15, 2019 at 6:37 AM
**To:** Michael McNamara <michael.mcnamara@lancium.com>, Jay Young <Jyoung@strategicpowersolutions.net>
**Cc:** Jon Cohen <jon.cohen@lancium.com>
**Subject:** RE: ERS

Good by me

Best Regards,

Todd

Todd Wilson
Cell: (919) 414-7986

**From:** Michael McNamara [mailto:michael.mcnamara@lancium.com]
**Sent:** Tuesday, May 14, 2019 10:04 PM
**To:** Jay Young <Jyoung@strategicpowersolutions.net>
**Cc:** Jon Cohen <jon.cohen@lancium.com>; Todd Wilson <Todd.Wilson@calpinesolutions.com>
**Subject:** Re: ERS

<mark>External Sender: Use caution with links/attachments.</mark>

1 central would be great.



On Tue, May 14, 2019 at 10:02 PM Jay Young <Jyoung@strategicpowersolutions.net> wrote:

Send me a time and I will have a conference line set and sent out.

Sent from my iPhone

On May 14, 2019, at 10:00 PM, Michael McNamara <michael.mcnamara@lancium.com> wrote:

Thursday is great for me. Could you please send a calendar invite?

On Tue, May 14, 2019 at 2:47 PM Jay Young <Jyoung@strategicpowersolutions.net> wrote:

CONFIDENTIAL - ATTORNEY'S EYES ONLY

How does Thursday look for everyone? I'm open most of the day until 2pm central.

Jay Young
214-415-5462

**From:** Jon Cohen <jon.cohen@lancium.com>
**Date:** Tuesday, May 14, 2019 at 2:45 PM
**To:** Todd Wilson <Todd.Wilson@calpinesolutions.com>
**Cc:** Jay Young <Jyoung@strategicpowersolutions.net>, Michael McNamara
<michael.mcnamara@lancium.com>
**Subject:** Re: ERS

Thanks,
So seems like no times work tomorrow for both Jay and Todd.

Michael's on the west coast so if cares to join, afternoon is better. Otherwise I'm free in the morning

On Tue, May 14, 2019 at 12:13 PM Todd Wilson <Todd.Wilson@calpinesolutions.com> wrote:

> I am available any time after 9:45 up till 2:30
>
> Best Regards,
>
> Todd
>
> Todd Wilson
> Cell: (919) 414-7986
>
> **From:** Jon Cohen [mailto:jon.cohen@lancium.com]
> **Sent:** Tuesday, May 14, 2019 10:26 AM
> **To:** Todd.Wilson@calpinesolutions.com>
> **Cc:** Michael McNamara <michael.mcnamara@lancium.com>; Jay Young
> <jyoung@strategicpowersolutions.net>
> **Subject:** Re: ERS
>
> <mark>External Sender: Use caution with links/attachments.</mark>
>
> Thanks Todd,
> Jay, Michael and I are tied up today, but would appreciate the opportunity to chat tomorrow if you're
> around?
> Jon
>
> On Tue, May 14, 2019 at 10:29 AM Todd Wilson <Todd.Wilson@calpinesolutions.com> wrote:
>
>> Gentlemen,
>>
>> As you may know, Calpine Energy Solutions decided some years back that we were going to
>> focus solely on risk management of our client's power portfolio.  To that end we have partnered
>> with other organizations that are similarly focused in their respectful fields.
>>
>> To that end, I would like to introduce you to Jay Young who is President of Strategic Power
>> Solutions.  I have worked with Jay for over 15 years and he has my utmost respect and
>> confidence.  His main focus is the Demand Response programs inside of ERCOT so I believe he
>> will be a great resource for Lancium.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Please expect a call from Jay this morning.  I have attached business cards for your respective files.

Best Regards,

Todd

Todd Wilson
Cell: (919) 414-7986

**From:** Michael McNamara [mailto:michael.mcnamara@lancium.com]
**Sent:** Monday, May 13, 2019 9:48 AM
**To:** Jon Cohen <jon.cohen@lancium.com>; Todd Wilson <Todd.Wilson@calpinesolutions.com>
**Subject:** Re: ERS

<mark>External Sender: Use caution with links/attachments.</mark>

2MW maybe going up to 6MW

On Mon, May 13, 2019 at 9:10 AM Todd Wilson <Todd.Wilson@calpinesolutions.com> wrote:

> Goof morning Jon, just got back from a mini vacation.  How much load were you looking to put into the program?
>
> Best Regards,
>
> Todd
>
> Todd Wilson
> Cell: (919) 414-7986
>
> **From:** Jon Cohen [mailto:jon.cohen@lancium.com]
> **Sent:** Friday, May 10, 2019 1:59 PM
> **To:** Todd Wilson <Todd.Wilson@calpinesolutions.com>; Michael McNamara <michael.mcnamara@lancium.com>
> **Subject:** ERS
>
> <mark>External Sender: Use caution with links/attachments.</mark>
>
> Hi Todd,
> Do  you have any intro material on participating in EROT's ERS program?  We think our load is  well suited, but were curious as to what the process and requirements are.
>
> Also we've been working with Centerpoint on looking at upgrade options for Thomas Rd, but its taking longer than anticipated.  Will keep you posted on that
>
> Thanks,
> Jon
> COMPANY CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential and/or privileged and protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by mis-transmission. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your computer system.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

--

(917) 833-2720
COMPANY CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential and/or privileged and protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by mis-transmission. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your computer system.

COMPANY CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential and/or privileged and protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by mis-transmission. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your computer system.

--

(917) 833-2720

--

(917) 833-2720
COMPANY CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential and/or privileged and protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by mis-transmission. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your computer system.

# EXHIBIT N

**From:** Jay Young <Jyoung@strategicpowersolutions.net>
**To:** Jon Cohen <jon.cohen@lancium.com>, Michael McNamara
<michael.mcnamara@lancium.com>
**CC:** Todd Wilson <todd.wilson@calpinesolutions.com>
**Subject:** LR DEMAND RESPONSE PRESENTATION 2019.pptx
**Date:** Sat, 18 May 2019 14:35:09 +0000
**Attachments:** LR_DEMAND_RESPONSE_PRESENTATION_2019.pptx

---

Jon and Michael –

Attached is the information we discussed on Thursday for the DR programs in ERCOT. This covers all of the high level details. We will need to do a site and software assessment to see what is needed for telemetry, communication, etc.

CPower mentioned that the quickest they have enrolled a new participant was 35 days. So if we want to take advantage of historically high summer revenues, we need to get on this next week.

I used to work for CPower and continue to do business with them. They have a great team and are one of the largest QSE's in the nation.

Please let me know if you have any questions.

Thank you,


Jay A. Young
President
Strategic Power Solutions
214-415-5462

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# EXHIBIT O

# REDACTED IN ITS ENTIRETY

# EXHIBIT P

# REDACTED IN ITS ENTIRETY

# EXHIBIT Q

# REDACTED IN ITS ENTIRETY

# EXHIBIT R

# REDACTED IN ITS ENTIRETY

# EXHIBIT S

Report

# ERCOT Market Mechanisms

**Prepared by
Shams Siddiqi, Ph.D.**

**May 6, 2022**



## 6.1   Load Participation in Energy Market – Price Response

Loads can participate in the ERCOT market by simply reducing consumption during Real-Time Market (RTM) high price intervals. At the request of larger loads, the Load Serving Entity (LSE) serving that load can pass through Four Coincident Peak (4CP) price used to recover transmission cost of service and RTM Settlement Point Prices (SPP) for corresponding Load Zone (LZ). Loads can then voluntarily (i.e., without being instructed by ERCOT) respond (i.e., reduce or curtail load) to avoid 4CP charge and RTM SPPs that are greater than the load's value of consuming that energy (breakeven price) thereby managing their exposure to high (and, from the perspective of the load, uneconomic) energy prices. Large industrial and commercial loads have been responding to prices in this way at the least soon after retail deregulation in 2001.

Controllable Load Resource (CLR), avoiding 4CP intervals, can also submit RTM Energy Bid at the CLR's breakeven price into SCED and thus be dispatched by SCED to maximize its profit.

## 6.2   Load Participation in Energy Market – Energy Arbitrage

Loads can participate in the ERCOT market by buying energy in advance either bilaterally from the LSE or from the ERCOT-run Day-Ahead Market (DAM) facilitated by the Qualified Scheduling Entity (QSE) for the LSE and then selling back that energy in RTM if the price in the RTM is higher than the load's value of consuming that energy – this is commonly known as

"energy arbitrage." For example, say a load consumes 1 MWh of energy in an hour and purchases that energy from the LSE at $60/MWh and the load has a contractual agreement with the LSE to pay the load the RTM SPP for the corresponding LZ if the load does not consume that energy. If in real-time, the LZ RTM SPP is $300/MWh and the load's value of consuming that energy is $200/MWh (e.g., from cryptocurrency mining activity) then the load voluntarily (i.e., without being instructed by ERCOT) reduces consumption and pays the LSE $60 and is paid by the LSE $300 – thereby net being paid $240 by the LSE. If the load is perfectly flexible, then the load can maximize its profits by curtailing whenever RTM energy prices plus and transmission and distribution charges are greater than the value the load produces by consuming that energy.

In a similar way, with the help of the QSE, the load could purchase 1 MWh of energy for that hour in the DAM at say $40/MWh and the load has a contractual agreement with the LSE to pay the load the RTM SPP for the corresponding LZ if the load does not consume that energy. If in real-time, the LZ RTM SPP is $500/MWh and the load voluntarily (i.e., without being instructed by ERCOT) reduces consumption if this price is above the value the load derives from consuming that energy, then the load will pay the LSE $40 for energy purchased in DAM and be paid by the LSE $500 for energy not consumed in RTM – thereby net being paid $460 by the LSE. The QSE for the LSE essentially bought the energy for $40 in DAM and paid ERCOT for that purchase and then is paid by ERCOT in RTM $500 for that energy that was bought and not consumed (so resold into the RTM). Large industrial and commercial loads have been engaged in "energy arbitrage" in this way at the least soon after retail deregulation in 2001.

Controllable Load Resource (CLR), avoiding 4CP intervals, can also submit RTM Energy Bid at the CLR's breakeven price into SCED and thus be dispatched by SCED to maximize its profit as described in Section 3.1 of this Report.

## 6.3   Load Participation in Emergency Response Service (ERS)

Emergency Response Service (ERS) is provided by loads and certain generators willing to interrupt or export energy onto the ERCOT system prior to or during an electric grid emergency in exchange for a payment. ERS Resources must be represented by a Qualified Scheduling Entity (QSE). Typically, smaller industrial/commercial loads provide ERS.

ERS resources are procured for one or more of the four ERS service types:
Non-Weather-Sensitive ERS-10 and ERS-30 Weather-Sensitive ERS-10 and ERS-30 (10 and 30 in each type designates the minutes between issuance of ERCOT deployment instruction and full deployment of resource or ramp period)

ERS resources are procured for two 4-month and two 2-month Standard Contract Terms (SCT): December thru March; April thru May; June thru September; October thru November

Offers may be submitted to provide Emergency Response Service for one or more of the

following Time Periods (TP) in the SCT:
TP1 – Weekdays HE 6-9; TP2 – Weekdays 10-13, TP3 – Weekdays 14-16; TP4 – Weekdays 17-19
TP5 – Weekdays 20-22; TP6 – Weekends 6-9; TP7 – Weekends 16-21; TP8 – all other hours
Note: Weekdays exclude ERCOT Holidays and Weekends include ERCOT Holidays

ERS Procurement constraints are determined using ERS Capacity Demand Curve and Risk Factors to allocate annual spend limit of $50 million. 15-minute interval metering is required for participating in ERS and is used for all availability and performance measurement analysis. ERS may be dispatched when Physical Responsive Capacity (PRC) falls below 3,000 MW and is not projected to be recovered above 3,000 MW within 30 minutes following the deployment of Non-Spin. ERCOT Operations will release ERS resources after the emergency is over via another hotline call. The ERS resource must be back online and ready to perform within 10 hours of the release. When deployed, ERS resources must shed or generate at least 95% of their committed obligation within 10 or 30 minutes, depending on the duration of ERS provided. ERCOT may conduct an unannounced test of any ERS resource at any time during an ERS Time Period in which the ERS resource is contracted to provide ERS. Performance is based on both the availability of the ERS Resource and Test/Event Performance during the SCT. ERS resources are settled using resource-level Test performance factors and the QSE SCT portfolio level Availability and Event performance factors. If the portfolio performs at or above 100%, it will be paid for its entire obligation.

Approximately 1000 MW of ERS resource procured in each of the 8 Time Periods. Typically, smaller industrial/commercial loads but also residential aggregations provide ERS.

## 6.4   Load Participation in ERCOT Ancillary Service Market

**Load Resource** is a Load capable of providing Ancillary Service to the ERCOT System and/or energy in the form of Demand response and registered with ERCOT as a Load Resource.

As described in Section 3.4 of this Report, by 10am in Day-Ahead, QSE may submit Load Resource-specific AS Offers for DAM and may offer the same capacity for any or all of those AS products that it is qualified to provide simultaneously. Offers of more than one AS product from one Load Resource may be inclusive or exclusive of each other. No later than 1:30pm in the Day-Ahead, ERCOT shall notify the parties to each cleared DAM transaction (e.g., the buyer and the seller) of the results of the DAM including awarded Ancillary Service Offers, specifying Resource, MW, Ancillary Service type, and price, for each hour of the awarded offer.

There are three types of Load Resources:

**Controllable Load Resource (CLR)** is a Load Resource capable of controllably reducing or increasing consumption under Dispatch control by ERCOT.

**Non-Controllable Load Resource (NCLR)** is a Load Resource controlled by high-set under frequency relay (UFR).

**Aggregate Load Resource (ALR)** is a Load Resource that is an aggregation of individual metered sites, each of which has less than ten MW of Demand response capability and all of which are located within a single Load Zone. There have been no ALR registered and qualified since service was developed.

All Load Resources must meet the following qualifications:

- Need to be registered as Resource Entity (RE) and modeled in ERCOT Systems.
- Need to have revenue grade meter capable of recording 15-minute interval data.
- Data needs to be submitted at least monthly into ERCOT systems.
- Provide a one-line diagram for the Resource including connections all the way to the transmission Load transformer.
- Must be represented by same QSE that represents the Load Serving Entity.
- Need to be qualified to provide Ancillary Services with ERCOT.
- Can have a provisional qualification for 90 days but must eventually pass a test that demonstrates their ability to provide the Ancillary Service.
- Subject to annual unannounced testing.
- Qualifications can be revoked and then suspended for failure to perform during events or tests.
- Telemetry must be validated annually.

## 6.5  Load Participation as Controllable Load Resource (CLR)

CLRs must meet the following qualifications:

- Provide a test report demonstrating their droop characteristics for CLRs.
- Provide test data to show the CLR is capable of sustaining their Load for at least one hour.
- Pass an initial Security Constrained Economic Dispatch (SCED) qualification test by responding to ERCOT issued basepoint changes that will ramp the CLR between its Maximum Power Consumption (MPC) and Low Power Consumption (LPC), including some holding periods
- Must be capable of following SCED basepoints and, when providing Regulation Service, must be capable of following Load Frequency Control (LFC) deployments.
- Must provide Primary Frequency Response (PFR) similar to the governor for a generator.
- When qualified can provide Responsive Reserve Service (RRS), Regulation Up Service (Reg-Up), Regulation Down Service (Reg-Down), and Non-Spinning Reserve Service (Non-Spin).
- CLR must be represented by the same QSE that represents the Load Serving Entity.
- QSE submits Real-Time Energy Bid representing the energy price above which the CLR will drop Load used by SCED to economically dispatch the CLR – CLR must follow SCED basepoint instructions.
- CLR providing RRS and Reg-Up are dispatched by SCED to consume at least the

amount of RRS and/or Reg-Up provided unless deployed as Ancillary Service. Thus, SCED issues a basepoint instruction to the CLR at the start of its RRS and/or Reg-Up responsibility to consume at least the amount of RRS and Reg-Up provided, regardless of the CLR's Real-Time Energy Bid. When the CLR is no longer providing AS, it is dispatched based on its submitted Real-Time Energy Bid. For system frequency deviations outside the frequency deadband, CLR must provide Primary Frequency Response (PFR) by increasing or decreasing consumption on top of its SCED basepoint. When providing Regulation Service, CLR must additionally respond to 4-second signals from the Load Frequency Control (LFC) to increase or decrease consumption. When providing RRS and RRS is released to SCED when frequency drops below 59.91 Hz, CLR is then dispatched by SCED for its full consumption range based on its submitted Real-Time Energy Bid.

Loads currently participating as CLRs are as follows[5]:

- Large data mining facilities with sophisticated control systems - eight data mining loads totally about 750 MW of controllable load resources.
- Several of these existing CLRs are proposing an additional 2,600 MW pending additional studies by TDSP and ERCOT.
- Seven additional sites have initiated registration (not clear yet if CLR or NCLR).
- The charging loads of Energy Storage Resources are also modeled as CLRs.

## 6.6   Load Participation as Non-Controllable Load Resource (NCLR)

NCLRs currently consist of blocky loads that deploy by opening a breaker meeting the following qualifications:

- NCLR Under Frequency Relay (UFR) required to trip load for frequency below 59.7 Hz with a delay time of 20 cycles – tested prior to being put in service.
- Required to have UFR when providing Responsive Reserve Service (RRS).
- To provide RRS must have UFR set to trip when frequency drops to 59.7 Hz.
- To provide Non-Spin must have UFR deactivated – cannot provide both RRS and Non-Spin on same NCLR.
- When providing RRS may be deployed manually by ERCOT instruction or automatically by UFR.
- Will also be able to participate in Non-Spin at the end of May 2022 with manual ERCOT deployment.
- NCLR providing RRS or Non-Spin are required to consume at least the amount of RRS or Non-Spin provided unless deployed as Ancillary Service.

---

[5] Large Flexible Load Resource Participation in the ERCOT Region, ERCOT presentation to Large Flexible Load Task Force, April 26th, 2022, slide 6.

# 8.  **Conclusion**

## 8.1   ERCOT Market has long history of Load Participation

Large industrial and commercial loads have participated in the ERCOT market at least since retail deregulation was implemented in 2001. Loads have participated in the ERCOT market by reducing consumption during Real-Time Market high price intervals. Load Serving Entities serving such load can pass through Four Coincident Peak (4CP) charge used to recover transmission cost of service and RTM Settlement Point Prices for corresponding Load Zone. Loads then voluntarily (i.e., without being instructed by ERCOT) respond to avoid 4CP and high RTM SPPs thereby managing their exposure to high prices.

ERCOT market is also seeing a huge influx of cryptocurrency mining datacenter load – a sizable portion of which are co-locating with renewable generators to take advantage of curtailed and low-priced energy. ERCOT market rules and policies are evolving to accommodate this rapid increase in large loads interconnection to the ERCOT grid.

## 8.2   Mr. McCamant's Report has Erroneous Assertion

Mr. McCamant provides a high-level description of the workings of the ERCOT market in his report. However, he makes an erroneous assertion in page 16 of his report due to ignoring the value derived by the load from consuming that energy. Ignoring this "breakeven" analysis to determine the RTM price at which to curtail would imply that loads would lose money whenever the load engaged in this uneconomic "arbitrage" and the RTM price was below the revenue generated by the load from consuming the energy. To the best of my knowledge, no load engages in such money-losing "arbitrage."

Mr. McCamant may not have been aware of such "breakeven" method where the value generated by the load by consuming the energy is taken into account in determining the price at which to curtail consumption, however, this "breakeven" method has been used by large loads ever since at least soon after retail deregulation in 2001. Thus, "breakeven" arbitrage is not a new concept but one that has been widely used in the ERCOT market for decades now.

## 8.3   Right to Supplement or Amend based on Discovery

I reserve the right to supplement or amend this Report based on discovery.

| | |
|---|---|
| **WGR** | Wind-powered Generation Resource |
| **WGRPP** | Wind-powered Generation Resource Production Potential |
| **WRUC** | Weekly Reliability Unit Commitment |
| **WSL** | Wholesale Storage Load |

Shams Siddiqi

# EXHIBIT T

| | |
|---|---|
| **From:** | Stover, Chad <Chad.Stover@btlaw.com> |
| **Sent:** | Wednesday, June 23, 2021 3:09 PM |
| **To:** | Benjamin T. Horton; John R. Labbe |
| **Cc:** | Nelson, Mark; Chelsea M. Murray; Mayo, Andrew C.; Ray Ricordati |
| **Subject:** | RE: BearBox and Storms v. Lancium - Rule 26(f) discovery conference |
| **Attachments:** | Bearbox v. Lancium - Draft Scheduling Order 6-22-21-c-c.docx; Judge Noreika letter.docx |

**External - This email is from an external email address outside the firm.**

Ben,

Thanks for providing this and making these changes.  In the attached version, I made a few minor changes that I hope won't be controversial.  Here's a summary:

-   Pushed the trial date back about a month because of a conflict on our end with August 2022.  I also pushed back the dispositive motion deadline and pretrial conference a bit given that there was more time in schedule after moving the trial date.
-   I changed the rebuttal expert report deadline from Feb. 18 to Feb 22, 2022
-   I changed the RFAs to 50 and excluded RFA related solely to authenticity from this limit.
-   I added a note about deposition locations.  We expect we can agree to take depositions near where the witnesses live/work.

On the cover letter, please see the attached draft.  We reserve the right to modify our portion in response to the arguments you add.  I'm happy to put this on my letterhead after receiving your portion.

Thanks,
Chad

**Chad S.C. Stover** | Partner
Direct: (302) 300-3474 | Mobile: (302) 766-2932
Wilmington, DE



**From:** Benjamin T. Horton <bhorton@marshallip.com>
**Sent:** Tuesday, June 22, 2021 5:36 PM
**To:** Stover, Chad <Chad.Stover@btlaw.com>; John R. Labbe <jlabbe@marshallip.com>
**Cc:** Nelson, Mark <mnelson@btlaw.com>; Chelsea M. Murray <cmurray@marshallip.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Ray Ricordati <rricordati@marshallip.com>
**Subject:** [EXTERNAL]RE: BearBox and Storms v. Lancium - Rule 26(f) discovery conference

Hi Chad,

I attach a revised proposed schedule, consistent with our call this morning. For clarity, we accepted all previous edits, and new changes are now in redline.  As you requested, we moved up the trial date by two months to August 2022.  We reconfigured a few of the intermediate deadlines, but maintained the spacing that we all agree is appropriate.  As you suggested, we removed the claim construction dates, leaving only the August 27, 2021 deadline, a promise to inform the

Court of the parties' decision and, if Markman is necessary, that the parties will propose a claim construction schedule for the Court's consideration.

We left the RFA limit at 25, but we will agree that the limit does not apply to authentication RFAs.  If that doesn't address your request to increase the limit to 50 RFAs, let me know and we can work something out.

This should address all issues with this proposal.  We look forward to your confirmation that Defendants will raise bifurcation with Judge Noreika by cover letter and, if so, that we will receive your portion of that letter the first half of tomorrow.

Best regards,
Ben

---

**From:** Stover, Chad <Chad.Stover@btlaw.com>
**Sent:** Monday, June 21, 2021 5:02 PM
**To:** John R. Labbe <jlabbe@marshallip.com>; Benjamin T. Horton <bhorton@marshallip.com>
**Cc:** Nelson, Mark <mnelson@btlaw.com>; Chelsea M. Murray <cmurray@marshallip.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Ray Ricordati <rricordati@marshallip.com>
**Subject:** RE: BearBox and Storms v. Lancium - Rule 26(f) discovery conference

**External - This email is from an external email address outside the firm.**

John,

Today got away from me.  Noon ET tomorrow works.  I'll look forward to speaking with you then.

Thanks,
Chad

**Chad S.C. Stover** | Partner
Direct: (302) 300-3474 | Mobile: (302) 766-2932
Wilmington, DE



---

**From:** John R. Labbe <jlabbe@marshallip.com>
**Sent:** Monday, June 21, 2021 3:04 PM
**To:** Stover, Chad <Chad.Stover@btlaw.com>; Benjamin T. Horton <bhorton@marshallip.com>
**Cc:** Nelson, Mark <mnelson@btlaw.com>; Chelsea M. Murray <cmurray@marshallip.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Ray Ricordati <rricordati@marshallip.com>
**Subject:** [EXTERNAL]Re: BearBox and Storms v. Lancium - Rule 26(f) discovery conference

Chad,

Ben isn't available this afternoon, but I could talk at either 4:30 or 5:00 ET. We're also available at noon ET tomorrow and other times tomorrow, as well, if necessary.

Please let us know when you would prefer to talk.

John

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BEARBOX LLC and AUSTIN STORMS,　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　)　　C.A. No. 21-534-MN
　　　　　　　　　　　　　　　　　　　　　)
LANCIUM LLC, MICHAEL T.　　　　　　　　)
MCNAMARA, and RAYMOND E.　　　　　　　)
CLINE, JR.,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　)

## SCHEDULING ORDER [NON-PATENT; JURY TRIAL]

This day of _____, the Court having conducted an initial Rule 16(b) scheduling conference pursuant to Local Rule 16.1(b), and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration;

IT IS ORDERED that:

1.　　　Rule 26(a)(1) Initial Disclosures and E-Discovery Default Standard.

Unless otherwise agreed to by the parties, the parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) within five (5) days of the date the Court entered this Order. If they have not already done so, the parties are to review the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), which is posted at http://www.ded.uscourts.gov (*see* Other Resources, Default Standard for Discovery) and is incorporated herein by reference.

2.　　　Joinder of Other Parties and Amendment of Pleadings. All motions to join other parties, and to amend or supplement the pleadings, shall be filed on or before **November 1, 2021**.

Unless otherwise ordered by the Court, any motion to join a party or motion to amend the pleadings shall be made pursuant to the procedures set forth in Paragraphs 7(g) and 8.

3.      <u>Application to Court for Protective Order.</u> Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, counsel should confer and attempt to reach an agreement on a proposed form of order and submit it to the Court within ten (10) days from the date the Court enters this Order. Should counsel be unable to reach an agreement on a proposed form of order, counsel must follow the provisions of Paragraph 7(g) below.

Any proposed protective order must include the following paragraph:

<u>Other Proceedings.</u> By entering this order and limiting the disclosure of information in this case, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or party subject to this order who becomes subject to a motion to disclose another party's information designated "confidential" [the parties should list any other level of designation, such as "highly confidential," which may be provided for in the protective order] pursuant to this order shall promptly notify that party of the motion so that the party may have an opportunity to appear and be heard on whether that information should be disclosed.

4.      <u>Papers Filed Under Seal.</u> In accordance with section G of the Revised Administrative Procedures Governing Filing and Service by Electronic Means, a redacted version of any sealed document shall be filed electronically within seven (7) days of the filing of the sealed document.

5.      <u>Courtesy Copies.</u> The parties shall provide to the Court two (2) courtesy copies of all briefs and any other document filed in support of any briefs (*i.e.*, appendices, exhibits, declarations, affidavits etc.). This provision also applies to papers filed under seal. All courtesy copies shall be double-sided.

6.      <u>ADR Process.</u> This matter is referred to a magistrate judge to explore the possibility of alternative dispute resolution.

7.      <u>Discovery.</u> Unless otherwise ordered by the Court or agreed to by parties, the limitations on discovery set forth in the Federal Rules shall be strictly observed.

(a)      <u>Fact Discovery Cut Off.</u> All fact discovery in this case shall be initiated so that it will be completed on or before December 14, 2021.

(b)      <u>Document Production.</u> Document production shall be substantially complete by October 8, 2021.

(c)      <u>Requests for Admission.</u> A maximum of fifty (50) requests for admission are permitted for each side.  For clarity, this limit does not apply to requests for admission related solely to authenticity.

(d)      Interrogatories.

i.      A maximum of twenty-five (25) interrogatories, including contention interrogatories, are permitted for each side.

ii.      The Court encourages the parties to serve and respond to contention interrogatories early in the case. In the absence of agreement among the parties, contention interrogatories, if filed, shall first be addressed by the party with the burden of proof. The adequacy of all interrogatory answers shall be judged by the level of detail each party provides (*i.e.*, the more detail a party provides, the more detail a party shall receive).

(e)      Depositions.

i.      <u>Limitation on Hours for Deposition Discovery.</u> Each side is limited to a total of thirty (30) hours of taking testimony by deposition upon oral examination.

ii.    Location of Depositions. Any party or representative (officer, director, or managing agent) of a party filing a civil action in this district court must ordinarily be required, upon request, to submit to a deposition at a place designated within this district. Exceptions to this general rule may be made by order of the Court. A defendant who becomes a counterclaimant, cross-claimant, or third-party plaintiff shall be considered as having filed an action in this Court for the purpose of this provision.

(f)    Disclosure of Expert Testimony.

i.    Expert Reports. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony is due on or before January 18, 2022. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before February 18, 2022. Reply expert reports from the party with the initial burden of proof are due on or before March 8, 2022. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.

ii.    Objections to Expert Testimony. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), as incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

iii.    Expert Discovery Cut Off. All expert discovery in this case shall be initiated so that it will be completed on or before April 13, 2022.

(g)    Discovery Matters and Disputes Relating to Protective Orders.

4

i.      Any discovery motion filed without first complying with the following procedures will be denied without prejudice to renew pursuant to these procedures.

ii.      Should counsel find, after a reasonable effort pursuant to Local Rule 7.1.1 that they are unable to resolve a discovery matter or a dispute relating to a protective order, the parties involved in the discovery matter or protective order dispute shall contact the Court's Judicial Administrator to schedule an argument.

iii.      On a date to be set by separate order, generally not less than four (4) days prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. On a date to be set by separate order, but generally not less than three (3) days prior to the conference, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition.

iv.      The parties shall provide to the Court two (2) courtesy copies of its discovery letter and any other document filed in support of any letter (*i.e.*, appendices, exhibits, declarations, affidavits etc.). This provision also applies to papers filed under seal. All courtesy copies shall be double-sided.

v.      Should the Court find further briefing necessary upon conclusion of the conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the conference and will, in that event, cancel the conference.

8.      <u>Claim Construction.</u> The parties have determined that claim construction may be necessary in this case. By August 27, 2021, the parties shall determine whether or not claim construction is necessary and further notify the Court of their decision, and if claim construction is necessary, the parties will propose a claim construction schedule for the Court's consideration.

9.     <u>Motions to Amend / Motions to Strike.</u>

(a)     Any motion to amend (including a motion for leave to amend) a pleading or any motion to strike any pleading or other document shall be made pursuant to the discovery dispute procedure set forth in Paragraph 7(g) above.

(b)     Any such motion shall attach the proposed amended pleading as well as a "redline" comparison to the prior pleading or attach the document to be stricken.

10.     <u>Case Dispositive Motions.</u>

(a)     All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before June 13, 2022. Briefing will be presented pursuant to the Court's Local Rules. No case dispositive motion under Rule 56 may be filed more than ten (10) days before the above date without leave of the Court.

(b)     <u>Concise Statement of Facts Requirement.</u> Any motion for summary judgment shall be accompanied by a separate concise statement, not to exceed six (6) pages, which details each material fact which the moving party contends is essential for the Court's resolution of the summary judgment motion (not the entire case) and as to which the moving party contends there is no genuine issue to be tried. Each fact shall be set forth in a separate numbered paragraph and shall be supported by specific citation(s) to the record.

Any party opposing the motion shall include with its opposing papers a response to the moving party's concise statement, not to exceed six (6) pages, which admits or disputes the facts set forth in the moving party's concise statement on a paragraph-by-paragraph basis. To the extent a fact is disputed, the basis of the dispute shall be supported by specific citation(s) to the record. Failure to respond to a fact presented in the moving party's concise statement of facts shall indicate that fact is not in dispute for purposes of summary judgment. The party opposing the

motion may also include with its opposing papers a separate concise statement, not to exceed four (4) pages, which sets forth material facts as to which the opposing party contends there is a genuine issue to be tried. Each fact asserted by the opposing party shall also be set forth in a separate numbered paragraph and shall be supported by specific citation(s) to the record.

The moving party shall include with its reply papers a response to the opposing party's concise statement of facts, not to exceed four (4) pages, on a paragraph-by-paragraph basis. Failure to respond to a fact presented in the opposing party's concise statement of facts shall indicate that fact remains in dispute for purposes of summary judgment.

11.    _Applications by Motion._ Except as otherwise specified herein, any application to the Court shall be by written motion. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

12.    _Motions in Limine._ Motions _in limine_ shall not be separately filed. All _in limine_ requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to three (3) _in limine_ requests, unless otherwise permitted by the Court. The _in limine_ request and any response shall contain the authorities relied upon; each _in limine_ request may be supported by a maximum of three (3) pages of argument, may be opposed by a maximum of three (3) pages of argument, and the party making the _in limine_ request may add a maximum of one (1) additional page in reply in support of its request. If more than one party is supporting or opposing an _in limine_ request, such support or opposition shall be combined in a single three (3) page submission (and, if the moving party, a single one (1) page reply), unless otherwise ordered by the Court. No separate briefing shall be submitted on _in limine_ requests, unless otherwise permitted by the Court.

13.     Pretrial Conference. On **September ___, 2022**, the Court will hold a pretrial conference in Court with counsel beginning at 10:00 a.m. The parties shall file with the Court the joint proposed final pretrial order in compliance with Local Rule 16.3(c) and the Court's Preferences and Procedures for Civil Cases not later than seven (7) days before the pretrial conference. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d)(1)-(3) for the preparation of the joint proposed final pretrial order. The Court will advise the parties at or before the above-scheduled pretrial conference whether an additional pretrial conference will be necessary.

The parties shall provide the Court two (2) double-sided courtesy copies of the joint proposed final pretrial order and all attachments. The proposed final pretrial order shall contain a table of contents and the paragraphs shall be numbered.

14.     Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47.1(a)(2) and 51.1 the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms seven (7) full business days before the final pretrial conference. This submission shall be accompanied by a courtesy copy containing electronic files of these documents, in Microsoft Word format, which may be submitted by e-mail to mn_civil@ded.uscourts.gov.

15.     Trial. This matter is scheduled for a four (4) day jury trial beginning at 9:30 a.m. on **September __, 2022**, with the subsequent trial days beginning at 9:00 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

_____
The Honorable Maryellen Noreika

_____
United State District Judge

**EXHIBIT A**

| EVENT | DEADLINE |
|---|---|
| Submission of Joint Scheduling Order | June 24, 2021 |
| Rule 26(a)(1) Initial Disclosures | Within 5 days of the date of the Scheduling Order |
| Application to Court for Protective Order | Within 10 days of the date of the Scheduling Order |
| Determination of Whether Claim Construction is Necessary and Advise Court | August 27, 2021 |
| Substantial Completion of Document Production | October 8, 2021 |
| Fact Discovery Cut-Off | December 14, 2021 |
| Initial Expert Reports | January 18, 2022 |
| Rebuttal Expert Reports | February 22, 2022 |
| Reply Expert Reports | March 8, 2022 |
| Expert Discovery Cut-Off | April 13, 2022 |
| Case Dispositive Motions | June 13, 2022 |
| Pretrial Conference | September ___, 2022 |
| Trial (4-day jury) | September ___, 2022 |

1

Judge Noreika,

  I write on behalf of the parties in response to the Court's direction that the parties confer on a proposed scheduling order. The parties have fundamentally different positions because they disagree about what counts are properly in the case and whether a jury trial is needed on Plaintiffs' inventorship counts. Each side states its position below. The parties request a scheduling conference to further explain their positions and answer any questions the Court may have.

<u>Lancium's Position</u>

  This case is a narrow inventorship dispute about whether Lancium's '433 patent was based on Lancium's own work or a single email and several texts sent to Lancium's CEO by Plaintiff Austin Storms, the contents of which are predated by Lancium's own work. (D.I. 23 at pp. 27-32.) In addition to Counts I and II for correction of inventorship, Plaintiffs also allege conversion, unjust enrichment, and negligent misrepresentation (Counts III-V). The allegations in Counts III-V show that inventorship is essential to the resolution of these counts. *See* D.I. 19 at ¶ 61 (conversion: alleging Lancium's dominion over the BearBox Technology by claiming it in the '433 patent; unjust enrichment: alleging Lancium unlawfully used property by asserting inventorship over the BearBox Technology; negligent misrepresentation: alleging Lancium recklessly incorporated the BearBox Technology into a patent application). Because inventorship is essential to the resolution of these claims, they are preempted and should be dismissed. *See, e.g, Speedfit LLC v. Woodway USA, Inc.*, 226 F. Supp. 3d 149, 160 (E.D.N.Y. 2016) (dismissing conversion count because it "turn[ed] on a determination of inventorship").

  The pleadings closed yesterday when Plaintiffs filed their Answer to Counterclaims one day early. Lancium plans to file a Rule 12(c) motion for judgment on the pleadings to dismiss Plaintiffs' conversion, unjust enrichment, and negligent misrepresentation counts early next week. This motion will be based on preemption and other legal deficiencies in these claims. If granted, the only remaining counts will be for correction of inventorship, to which no right to a trial by jury attaches. *See, e.g., MCV, Inc. v. King-Seeley Thermos Co.*, 870 F.2d 1568, 1570 (Fed. Cir. 1989) ("section 256 [] explicitly authorizes judicial resolution of co-inventorship contests over issued patents"). While the Federal Circuit has held that commonality between an inventorship claim and a fraud claim required a trial by jury, *Shum v. Intel Corp.*, 499 F.3d 1272, 1279 (Fed. Cir. 2007), this is a different case without a fraud claim. And, in any event, Plaintiffs' other claims should be dismissed as preempted.[1]

  Recognizing that it will take time to brief Lancium's motion and for the Court to decide it, Lancium proposes that the Court should allow the parties to continue discovery on the inventorship

---

  [1] During the parties' meet and confer, Plaintiffs took the position that a jury trial is needed on all counts and a full schedule through trial should be entered now. Despite the fact that inventorship is an equitable issue, Plaintiffs contended that they have a right to a jury trial on inventorship because of factual issues in common with their conversion, unjust enrichment, and negligent misrepresentation counts. This factual commonality, however, only reinforces that Plaintiffs' conversion, unjust enrichment, and negligent misrepresentation claims are preempted by federal law and should be dismissed.

issue that has already begun and convene a scheduling conference after the Court's decision on Lancium's motion.  Lancium believes this is the most efficient path forward.

While Lancium believes considering and entering a scheduling order after a decision on its motion is the most efficient path forward, the parties met and conferred and jointly submit the proposed schedule attached to this letter.  If the Court decides to issue a full scheduling order now, Lancium agrees to the attached scheduling proposal while reserving the right to seek to amend that schedule depending on the outcome of its motion.  For instance, if inventorship is the only surviving claim, Counts I and II could and should be tried to the bench on an abbreviated schedule.

# EXHIBIT U

# REDACTED IN ITS ENTIRETY

{00925327;v1 }

# EXHIBIT V

Page 1

1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF DELAWARE

3    BEARBOX LLC and AUSTIN      )

4    STORMS,                     )

5         Plaintiffs,            ) Civil Action No.

6      vs.                       ) 21-534-MN-CJB

7    LANCIUM LLC, MICHAEL T.     )

8    McNAMARA, and RAYMOND E.    )

9    CLINE, JR.,                 )

10        Defendants.            )

11

12

13     VIDEO DEPOSITION OF VITOR de MIRANDA HENRIQUE

14                  APPEARING REMOTELY

15

16

17                  February 21, 2022

18                  8:57 a.m. CST

19

20

21

22

23   REPORTED BY:  WENDY A. KILLEN, CSR, RPR

24   LICENSE NO.:  084-003772

25   APPEARING REMOTELY

Page 2

1  REMOTE APPEARANCES:
2   FOR THE PLAINTIFFS:
3     MARSHALL GERSTEIN BORUN LLP, by
4     RAY RICORDATI, ESQ.
5     233 South Wacker Drive, Suite 6300
6     Chicago, Illinois  60606-6357
7     (312) 474-6300
8     rricordati@marshallip.com
9
10  FOR THE DEFENDANTS:
11    BARNES & THORNBURG LLP, by
12    CHAD S.C. STOVER, ESQ.
13    1000 North West Street, Suite 1500
14    Wilmington, Delaware  19801
15    (302) 300-3474
16    chad.stover@btlaw.com
17
18
19  ALSO REMOTELY PRESENT:
20    JUSTIN HENRICKSEN, Videographer
21
22            * * * * *
23
24
25

Page 3

1         INDEX TO EXAMINATION
2    WITNESS:  VITOR de MIRANDA HENRIQUE
3                  PAGE
4  EXAMINATION BY MR. RICORDATI        6
5
6
7
8         INDEX TO EXHIBITS
9  MARKED       DESCRIPTION       PAGE
10 Exhibit 58  1/25/19 E-mail Chain with
11            Attachment           31
12 Exhibit 59  Ready Engineering, Lancium -
13            Datacenter Control Narrative
14            (Draft)              31
15 Exhibit 60  Ready Engineering, Lancium
16            Data Center Functional Description 53
17 Exhibit 61  8/22/19 E-mail Chain     65
18 Exhibit 62  August 2019 E-mail Chain   67
19 Exhibit 63  Lancium Frequency Response Use
20            Cases 3/18/20        73
21 Exhibit 64  June 2020 E-mail Chain    82
22 Exhibit 65  November 2019 E-mail Chain    84
23 Exhibit 66  Operational Controls Overview    87
24 Exhibit 67  5/7/19 E-mail            87
25 Exhibit 68  9/9/19 E-mail Chain      92

Page 4

1       INDEX TO EXHIBITS (continued)
2  MARKED       DESCRIPTION       PAGE
3  Exhibit 69  8/16/19 E-mail        103
4  Exhibit 70  BearBox Product Details    107
5  Exhibit 71  Lancium Smart Response Power
6            Ramping Technology Presentation  108
7  Exhibit 72  11/18/19 E-mail          109
8
9  PREVIOUSLY MARKED
10 Exhibit 57  United States Patent
11            No. US 10,608,433        104
12
13            * * * * *
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1         THE VIDEOGRAPHER:  Good morning.  We are
2  going on the record.  The time is 8:57 a.m. on
3  February 21, 2022.
4         This is Media Unit 1 of the
5  video-recorded deposition of Vitor Henrique taken
6  by counsel for the Plaintiff in the matter of
7  BearBox LLC, et al., versus Lancium LLC, et al.,
8  filed in the State District Court for the District
9  of Delaware, Case Number 21-534-MN-CJB.
10        This deposition is being held remote
11 Zoom videoconference.
12        My name is Justin Henricksen from the
13 firm Veritext.  I am the videographer.  The court
14 reporter is Wendy Killen from the firm Veritext.
15 I'm not related to any party in this action, nor am
16 I financially interested in the outcome.
17        Counsel and all present in the room,
18 everyone attending remotely, will now state their
19 appearance and affiliation for the record.  If there
20 are any objections to the proceedings, please state
21 them at the time of your appearance beginning with
22 the taking attorney first.
23        MR. RICORDATI:  Ray Ricordati, Marshall
24 Gerstein, representing Plaintiffs, Austin Storms and
25 BearBox, LLC.

2 (Pages 2 - 5)

Page 62

1  avoid a frequency response that dips below a
2  threshold?
3      A.   That, you would have to ask for an
4  electrical engineer because I have no idea.
5      Q.   Okay.  Fair enough.
6          So then for the frequency response
7  portion of the CLE -- I'm sorry -- ELR requirement,
8  ERCOT provides a math equation that you implemented
9  in code; is that correct?
10     A.   Yes.
11     Q.   Did anyone else help out with the code of
12  that portion of the ELR requirements?
13     A.   Yes, probably.
14     Q.   Who would that have been?
15     A.   High probability that Ray Cline helped
16  me.
17     Q.   Did Ray Cline help you with code often?
18     A.   No.  He only provided the requirements.
19  He --
20     Q.   Okay.  Does Ray Cline ever provide code?
21     A.   Sorry.  I was talking, too.
22     Q.   I'm sorry.  So does Ray Cline ever help
23  you write code?
24     A.   No.
25     Q.   What does Ray Cline provide to you?

Page 63

1      A.   Requirements and ideas.
2      Q.   Then you take those requirements and turn
3  them into functional code?
4      A.   That's correct.
5      Q.   Okay.  Have you ever heard of the term
6  hash and cash?
7      A.   No.
8      Q.   I'd like to talk about the Smart Response
9  code for a minute.
10         Who besides you contributed actual
11  source code for the Smart Response system?
12     A.   It depends on the timestamp.
13     Q.   Okay.  So let's start at the beginning.
14  Who was the --
15     A.   Just me.
16     Q.   Okay.  So when did you first get help
17  with the code portion of the Smart Response system?
18     A.   We hired one friend of mine to join the
19  company.  I can't recall that year.
20     Q.   And what was that person's name?
21     A.   Danilo Martins.
22     Q.   Did anyone else help you with the code?
23     A.   Yes.  And we hired two more people after
24  that until today.  One is Eri Elias.  I believe he
25  was hired last year.  And we just hired another

Page 64

1  software developer, Hermano Ferreira.
2      Q.   Okay.  Besides internal Lancium employees
3  or consultants -- I'm not exactly sure the
4  relationship with Danilo -- but besides the people
5  you have already mentioned, did anyone else help you
6  with the code of the Lancium Smart Response?
7      A.   No.
8      Q.   Okay.  So no third parties contributed
9  any code to the Lancium Smart Response software?
10     A.   Smart Response, no.
11     Q.   Okay.  Are third parties providing code
12  for other feature -- other software provided by
13  Lancium?
14     A.   Sorry.  Could you repeat that question,
15  please?
16     Q.   Sure.
17         Has other software that Lancium
18  provides been developed by or in collaboration with
19  third parties?
20     A.   We already established Tier44, right?
21     Q.   Uh-huh.
22     A.   So that was one.
23         And to the best of my knowledge,
24  that's the only one.
25         MR. RICORDATI:  All right.  I am

Page 65

1  introducing another exhibit, Exhibit 61.
2              (Whereupon, Deposition
3              Exhibit 61 was marked for
4              identification.)
5  BY MR. RICORDATI:
6      Q.   Do you recognize this document?
7      A.   No.
8      Q.   Okay.  You can see near the top, under
9  the cc field, where you were included?
10     A.   Yes.
11     Q.   Okay.  Do you see in the middle of the
12  page where it says, You are all set up and have been
13  offered into the LR program starting tomorrow?
14     A.   Yes.
15     Q.   Okay.  Does that refresh your
16  recollection about this document or Lancium's
17  participation in the LR program?
18     A.   No.
19     Q.   All right.  Are you aware of Lancium's
20  participation in an LR program?
21     A.   Yes.
22     Q.   Okay.  What is that LR program, from
23  reviewing this document?
24     A.   It's a load response ancillary services,
25  as we -- I mentioned before.

17 (Pages 62 - 65)

# EXHIBIT W

ATTORNEYS EYES ONLY

Page 1

1                  --- ATTORNEYS' EYES ONLY ---

2

3              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

4

5    BEARBOX, LLC and AUSTIN STORMS,)
                                    )
6            Plaintiffs,            )
                                    )
7       vs.                        )C.A. No. 21-534-MN-CJB
                                    )
8    LANCIUM LLC, MICHAEL T.        )
     McNAMARA, and RAYMOND E. CLINE,)
9    JR.,                           )
                                    )
10           Defendants.            )

11

12           The Zoom videotaped deposition of SHAMS

     SIDDIQI, called for examination by the Plaintiffs, taken

13

     pursuant to the Federal Rules of Civil Procedure of the

14

     United States District Courts pertaining to the taking of

15

     depositions, taken before KELLY A. BRICHETTO, CSR No.

16

     84-3252, Certified Shorthand Reporter of the State of

17

     Illinois, reported remotely from Chicago, Illinois, on

18

     the 31st day of May, 2022, at 9:00 a.m. Central Standard

19

     Time.

20

21

22

23

24

ATTORNEYS EYES ONLY

Page 2

1  REMOTE APPEARANCES:
2
          On behalf of the Plaintiffs:
3
4          MARSHALL, GERSTEIN & BORUN, LLP, by
           MR. BENJAMIN HORTON
5          Willis Tower
           233 South Wacker Drive
6          Suite 6300
           Chicago, Illinois  60606
7          (312) 474-9579
           bhorton@marshallip.com
8
9          On behalf of the Defendants:
10         BARNES & THORNBURG, LLC, by
           MR. MARK C. NELSON
11         2121 North Pearl Street
           Suite 700
12         Dallas, Texas  75201
           (214) 258-4140
13         mnelson@btlaw.com
14
15         - - - - - - -
16  ALSO PRESENT:
17  Mr. Peter Hudson, Videographer
18
19
20
21
22
23
24

Page 4

1              INDEX OF EXHIBITS
2  NUMBER          DESCRIPTION          IDENTIFIED
3  Exhibit 88      Dr. Siddiqi's report      18
4  Exhibit 89      ERCOT presentation        47
5  Exhibit 90      Slides                    49
6  Exhibit 91      Slides                    54
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3

1              TRANSCRIPT INDEX
2  APPEARANCES . . . . . . . . . . . . . . . . . . . . . 2
3
4  INDEX OF EXHIBITS . . . . . . . . . . . . . . . . . 4
5
6  EXAMINATION OF SHAMS SIDDIQI
7  BY MR. HORTON . . . . . . . . . . . . . . . . . . . 6
8
9
10
11  REPORTER'S CERTIFICATE . . . . . . . . . . . . . . 60
12
13  EXHIBIT CUSTODY
14  COURT REPORTER
15
16
17
18
19
20
21
22
23
24

Page 5

1          THE VIDEOGRAPHER:  We are on the record at
2  9:07 a.m. Central daylight time on May 31, 2022 beginning
3  the remote videorecorded deposition of Shams Siddiqi
4  taken in the matter of BearBox, LLC, et al. versus
5  Lancium, LLC, et al. in the United States District Court
6  for the District of Delaware, Civil Action Number
7  21-534-MN-CJV.
8          My name is Peter Hudson, the videographer,
9  and the court reporter is Kelly Kilcoyne, both
10  representing Veritext Midwest.
11          Counsel, will you please state your
12  appearances.
13          MR. HORTON:  My name is Benjamin Horton,
14  counsel for the Plaintiffs.
15          MR. NELSON:  Mark Nelson at Barnes &
16  Thornburg, counsel for Defendants.
17          THE VIDEOGRAPHER:  Thank you.  The court
18  reporter will swear the witness, and you may then
19  proceed.
20
21
22
23
24

2 (Pages 2 - 5)

ATTORNEYS EYES ONLY

Page 22

1 creates the break-even price, and if the real-time price
2 goes above that break-even price, they would curtail
3 their load.
4    Q.   And your statement there that: "The
5 break-even method has been used by large loads ever since
6 at least soon after retail deregulation in 2001," are you
7 aware of large loads using a break-even method to conduct
8 energy arbitrage?
9    A.   Yes, I am.
10    Q.   And what kind of loads are you aware of that
11 have used a break-even method to arbitrage energy values
12 starting in 2001?
13    A.   These are like large petrochemical
14 industries.
15    Q.   What are the loads for those petrochemical
16 industries doing?
17    A.   So they, you know, they curtail whenever the
18 price in the real-time market is high.  They curtail
19 during 4CP intervals to avoid 4CP charges, so they
20 essentially take into account their benefit from
21 consuming that electricity compared to the price of
22 electricity in the market.
23    Q.   When you say "curtail," do you mean
24 self-curtail?

Page 23

1    A.   Yes, self-curtail.
2    Q.   Do you consider that arbitrage?
3    A.   Yes.
4    Q.   And why is it that you consider
5 self-curtailment arbitrage?
6    A.   Because they're taking advantage of energy
7 that produced ahead of -- they bought ahead of time, and
8 then they're now looking into whether it makes sense for
9 them to, you know, monetize on the -- on the energy, you
10 know, profits or keep producing their goods, so that
11 sends their arbitraging, the energy market, if the price
12 of the energy market -- to get paid back in the energy
13 market is higher than the value of the product.
14    Q.   Other than the petrochemical industry are you
15 aware of any other large loads that were conducting
16 break-even method arbitrage beginning in 2001?
17    A.   It was -- I mean I've consulted for those
18 petrochemical industries but other than that.  You know,
19 ERCOT has a report that tells us how many megawatts, and
20 they claim it's large industrial, large commercial, but
21 I'm not exactly aware of which industries they're in.
22    Q.   I'm asking you personally, Dr. Siddiqi, which
23 large loads other than these petrochemical industries are
24 you aware of that have used a break-even method to

Page 24

1 arbitrage energy values.
2    A.   I don't think I've personally, you know,
3 consulted for any other large load that would qualify as
4 this.
5    Q.   Okay.  I'm not asking whether you've
6 consulted for any, Dr. Siddiqi.  I'm asking if you're
7 aware of any others.
8       MR. NELSON:  Objection to form.
9 BY THE WITNESS:
10    A.   As I said, you know, I'm aware through the
11 ERCOT reports, but that doesn't specify which industry
12 they are part of.
13 BY MR. HORTON:
14    Q.   So is the answer no, you're not personally
15 aware of any other types of large loads that are using a
16 break-even method to arbitrage energy values?
17       MR. NELSON:  Objection to form.
18 BY THE WITNESS:
19    A.   I'd have to think about that.  I haven't
20 thought about that.
21 BY MR. HORTON:
22    Q.   Well, now's the time to answer the question,
23 Dr. Siddiqi.
24    A.   Right.  I can just say I can't recall at this

Page 25

1 moment.
2    Q.   Okay.  Dr. Siddiqi, in your report you
3 discuss at various points the relationship between a
4 resource entity and a qualified scheduling entity; right?
5    A.   Yes.
6    Q.   And what is that relationship generally?
7    A.   So the qualified scheduling entity is the,
8 you know, communication and financial settlement
9 interface with ERCOT for all market participants, so
10 essentially the LSE, you know, is represented by the QSE
11 and that's how the LSE, you know, is settled with ERCOT,
12 how they interact with ERCOT through the QSE.
13    Q.   Would that be true for loads as well, loads
14 with certain ERCOT designations like load resource or
15 controllable load resource?
16    A.   No.  The load resources would interact
17 through the QSE with ERCOT.
18    Q.   And the controllable load resources, would
19 they interact with ERCOT through a QSE as well?
20    A.   Yes, they would.
21    Q.   And so does that require that the QSE and the
22 controllable load resource communicate with each other?
23    A.   Yes, it does.
24    Q.   And how are those communications done?

7 (Pages 22 - 25)

ATTORNEYS EYES ONLY

Page 34

1  producing the goods that they produce.  So from that they
2  determine okay, at what price does it make sense I mean
3  not to produce that and actually to -- to not consume and
4  curtail my load.
5      Q.   Yes, but I'm asking you specifically, Dr.
6  Siddiqi, are you aware of how other industries which I
7  think you testified the only one that you're aware of as
8  you sit here today is petrochemical, how it calculates a
9  break-even value for its load.
10      A.   I don't believe I actually helped them
11  calculate the break-even.  I just provided the --
12  basically consulted with them on the concept, so I
13  wouldn't know exactly how they calculate it.
14      Q.   Do you know generally how they calculate it?
15      A.   It's as I described.  You know, they look at
16  the value they get out of consuming that energy.
17      Q.   In the last sentence of Section 6.2, Dr.
18  Siddiqi, you write:  "CLR avoiding 4CP intervals can also
19  submit RTM energy bid at the CLR's break-even price in
20  this SCED and thus be dispatched by SCED to maximize its
21  profit as described in Section 3.1 of this report."  Do
22  you see that?
23      A.   Yes, I do.
24      Q.   Okay.  Is this describing energy arbitrage

Page 35

1  for a CLR?
2      A.   Yes.  I mean you have to read the paragraphs
3  above which say that, you know, they've bought the energy
4  either in the day-ahead or through bilateral means.
5      Q.   So even though that sentence is similar to
6  this sentence from Section 6.1, it's different because
7  you need the context preceding that sentence; is that
8  fair?
9      A.   That is correct.
10      Q.   And it's your testimony or your opinion, Dr.
11  Siddiqi, that there's nothing new about this type of
12  break-even energy arbitrage method; is that right?
13      A.   That is correct.
14      Q.   It's been around a long time?
15      A.   That's correct.
16      Q.   Have you had any interviews or discussions
17  with Mr. Michael McNamara?
18      A.   No, I have not.
19      Q.   Have you had any discussions with Dr. Raymond
20  Cline?
21      A.   No, I have not.
22      Q.   Have you been shown any documents by Lancium
23  or Lancium's counsel that discuss Lancium's own energy
24  arbitrage methods for its cryptocurrency mining centers?

Page 36

1      A.   I think I've seen those kind of documents,
2  but I can't recall the exact, you know, exact content of
3  those.
4      Q.   What's the general content, if you can
5  recall?
6      A.   I remember seeing e-mail exchanges I believe
7  that talked about some of that, but I can't remember, you
8  know, what exactly their method they proposed or -- yeah,
9  I'd have to look at those documents again.
10      Q.   But, in any event, nothing about those
11  documents changes your opinion that break-even energy
12  arbitrage methods have been around in ERCOT since 2001;
13  right?
14      A.   That is correct.
15      Q.   Dr. Siddiqi, sticking with that last sentence
16  in Section 6.2 of your report that talks about a CLC
17  submitting RTM energy bids into SCED and given the
18  context of that section performing energy arbitrage based
19  on a break-even method, are you aware of any
20  cryptocurrency data centers that are operating in that
21  way?
22      A.   I'm aware from the ERCOT presentation that
23  CL -- there are CLR cryptomining load that have qualified
24  as CLRs, but I'm not sure how they're calculating the

Page 37

1  break-even price or what they're offering into the
2  real-time energy bid as energy -- real-time energy bids.
3      Q.   So as you sit here today, you don't know one
4  way or another whether there are any cryptocurrency
5  mining loads that are performing a break-even method
6  energy arbitrage; is that fair?
7      A.   As a CLR; right?
8      Q.   Correct.
9      A.   Yeah, you could say that.
10      Q.   Is the ERCOT presentation that you're
11  referring to cited in your report?
12      A.   Yes, I believe it is.
13      Q.   Is it in -- on Page 28 of your report,
14  footnote 5?
15      A.   Yes.
16      Q.   And that ERCOT presentation is dated
17  April 26, 2022; is that right?
18      A.   That is correct.
19      Q.   Would that have been the first time you saw
20  that report from ERCOT?
21      A.   Yes, it is.
22      Q.   Prior to seeing that report from ERCOT on
23  April 26, 2022 were you aware of any cryptocurrency
24  mining loads operating within ERCOT as CLRs?

10 (Pages 34 - 37)

Page 38

1     A.   I was aware that there was cryptomining load,
2 but I wasn't aware that they were qualified for CLRs.
3     Q.   Are you aware now, Dr. Siddiqi, as you sit
4 here today having been informed through that April 2022
5 ERCOT report of cryptocurrency mining loads operating
6 within ERCOT who control those cryptocurrency mining
7 loads?
8     A.   I was -- yeah, I've been -- I found out that
9 at least one of those entities is controlling those
10 loads.
11    Q.   And which entity's controlling those loads?
12    A.   I believe it's Lancium.
13    Q.   Dr. Siddiqi, if I could turn your attention
14 to Section 6.4 of your report which begins on Page 26.
15    A.   Yes.
16    Q.   That section is titled: "Load Participation
17 in ERCOT Ancillary Service Market."  Do you see that?
18    A.   Yes, I do.
19    Q.   And if you scroll down to Page 27 of your
20 report still under the Section 6.4 heading, do you see
21 that you have a list of bullet points and the sentence
22 preceding those bullet points says: "All load resources
23 must meet the following qualifications"?
24    A.   Yes, I see that.

Page 39

1     Q.   And you provided a list of qualifications;
2 right?
3     A.   That is correct.
4     Q.   And are you aware of any technical challenges
5 associated with the qualifications required of the load
6 resources you've listed here?
7     A.   You have to have the required, you know,
8 metering, telemetry and the ability to respond to ERCOT
9 instructions.  Those have been the biggest challenges
10 loads face in being qualified.
11    Q.   And are these things that the QSE will
12 typically handle for the load?
13        MR. NELSON:  Objection to form.
14 BY THE WITNESS:
15    A.   The QSEs can assist the loads in meeting some
16 of those requirements, yes.
17 BY MR. HORTON:
18    Q.   Are these the type of qualifications that
19 have listed for a load resource within ERCOT for a number
20 of years?
21    A.   Yes, they have existed for some time now.
22    Q.   How many years?
23    A.   Non-controllable load has been here for I
24 think since -- at least since 2001.  Controllable load, I

Page 40

1 can't remember exactly when we introduced the concept of
2 controllable load, but ever since that concept has been
3 introduced these requirements have been there.
4     Q.   So for a load resource these qualifications
5 have been around since at least 2001; is that right?
6        MR. NELSON:  Objection to form.
7 BY THE WITNESS:
8     A.   Well, the non-controllable load, it has been
9 around, yes, since then.  Controllable load, it's since
10 controllable load was first introduced.
11 BY MR. HORTON:
12    Q.   I believe the controllable load designation
13 was first introduced in 2004.  Does that sound right to
14 you?
15    A.   That could be right.  I haven't looked at
16 that information.
17    Q.   And the list of qualifications for a CLR
18 which you present on Page 27 under Section 6.5, do you
19 see that?
20    A.   Yes, I do.
21    Q.   And would those qualifications have been
22 present then since 2004 when the CLR designation was
23 introduced?
24        MR. NELSON:  Objection to form.

Page 41

1 BY THE WITNESS:
2     A.   I don't know if they would be exactly the
3 same, but something similar would have existed, yes.
4 BY MR. HORTON:
5     Q.   And a load in order to meet the
6 qualifications for CLR under Section 6.5 would need a
7 sophisticated control system.  Would you agree with that?
8     A.   Yes.  It would need a control system, yes.
9     Q.   Would it need a sophisticated control system?
10    A.   That's sort of a subjective term, but they
11 need a control system that is capable of performing these
12 functions.
13    Q.   And a CLR to meet these qualifications even
14 as of 2004 when that designation was introduced would
15 need a control system like that; correct?
16    A.   Yes.  Whatever the qualifications were at
17 that time they would have to meet those qualifications.
18    Q.   Whatever the qualifications were at that
19 time, they were similar to the qualifications you've
20 listed here; is that right?
21    A.   To the best of my recollection, I would say
22 it would be quite similar.
23    Q.   If you could flip down to Page 28, Dr.
24 Siddiqi, of your report, Plaintiffs' Exhibit 88.

11 (Pages 38 - 41)

ATTORNEYS EYES ONLY

Page 54

1 patent would have any impact on proration within ERCOT;
2 right?
3          MR. NELSON: Objection to form. I didn't hear
4 your question, Ben. Could I get it back?
5          MR. HORTON: Kelly, could you read that back,
6 please.
7              (Requested portion of the
8              record read.)
9          MR. NELSON: Objection to form.
10 BY THE WITNESS:
11      A.   Yes, I have no opinion on that.
12 BY MR. HORTON:
13      Q.   Dr. Siddiqi, do you see a powerpoint
14 presentation marked as Exhibit 91?
15      A.   Yes, I do.
16      Q.   Do you recognize this document?
17      A.   I believe so.
18      Q.   Is this a document you would have relied upon
19 in forming your opinions in your report and cited this
20 document? We're going to flip through it.
21      A.   Okay. Okay.
22      Q.   Do you see slide three of this presentation?
23      A.   Yes, I do.
24      Q.   In the first bullet point ERCOT writes that:

Page 55

1 "Resources fall into two basic categories: Generation
2 resources and load resources." Do you see that?
3      A.   Yes, I do.
4      Q.   Do you agree with that?
5      A.   Yes.
6      Q.   And then underneath load resources ERCOT
7 describes two categories of load resources: Controllable
8 load resources and non-controllable load resources. Do
9 you see that?
10      A.   Yes, I do.
11      Q.   Do you agree with that?
12      A.   Yes.
13      Q.   And staying with slide three, the third major
14 bullet point down says: "Qualified scheduling entities,"
15 QSE. Do you see that?
16      A.   Yes, I do.
17      Q.   Here do you understand that ERCOT is listing
18 five bullet points of the basic operation of the QSE?
19      A.   Yes.
20      Q.   Do you agree with those five bullet points?
21      A.   Yes.
22          MR. HORTON: Okay. Could we take another
23 quick five-minute break? I might be done, Mark.
24          MR. NELSON: Correct.

Page 56

1          THE VIDEOGRAPHER: We're off the record at
2 10:52 a.m.
3              (WHEREUPON, a break was
4              taken.)
5          We are back on the record at 10:56 a.m.
6 BY MR. HORTON:
7      Q.   Dr. Siddiqi, you testified that using a
8 break-even value method of energy arbitrage is nothing
9 new within the ERCOT market; is that right?
10      A.   Yes, that is correct.
11      Q.   In your opinion, would it be possible to have
12 a specific way of determining a break-even value for a
13 load in order to conduct energy arbitrage that would be
14 new and valuable?
15          MR. NELSON: Objection to form.
16 BY THE WITNESS:
17      A.   I think the concept is the same. For each
18 industry it's a little different how you calculate the
19 break-even, but the concept is exactly the same across
20 industries.
21 BY MR. HORTON:
22      Q.   The question to you, Dr. Siddiqi, is in your
23 opinion would it be possible to develop a new and
24 valuable way of determining a break-even value for energy

Page 57

1 arbitrage within a particular industry.
2          MR. NELSON: Objection to form.
3 BY THE WITNESS:
4      A.   Would you expand on that? What will be new
5 or how would it be different in other industries?
6 BY MR. HORTON:
7      Q.   Just asking you if it's possible in your
8 opinion.
9          Would you like the court reporter to read the
10 question back?
11          THE WITNESS: Yes, please.
12          MR. HORTON: Kelly, can you read that, please.
13              (Requested portion of the
14              record read.)
15 BY THE WITNESS:
16      A.   You know, sir, as I said, the concept of
17 break-even is standard but each industry is different, so
18 within that industry you could possibly develop a way
19 to -- to determine that break-even, but I would assume
20 that all participants in that industry would do the same.
21 BY MR. HORTON:
22      Q.   Okay. Just to be clear, Dr. Siddiqi, in your
23 opinion, it would be possible to come up with a new and
24 valuable way of determining break-even value to conduct

15 (Pages 54 - 57)

ATTORNEYS EYES ONLY

Page 58

1 energy arbitrage; right?

2         MR. NELSON:  Objection to form.

3 BY THE WITNESS:

4         A.   Well, that -- if it's a new industry and I

5 guess if no one's done it before, yeah, you could come up

6 with a new way of doing it.

7         MR. HORTON:  Thanks.  No further questions.

8         MR. NELSON:  All right.  Before I forget, I

9 don't know if there was anything confidential discussed

10 in this, but let's mark the transcript Attorneys Eyes'

11 Only for now just in case there was.  And why don't we

12 take about a five-minute break and let me see if I have

13 any follow-up?

14         THE VIDEOGRAPHER:  We're off the record at

15 10:59 a.m.

16                 (WHEREUPON, a break was

17                  taken.)

18         We are back on the record at 11:01 a.m.

19         MR. NELSON:  Dr. Siddiqi, I have no questions

20 at this time, and I thank you for your time.

21         THE WITNESS:  Okay.  Thank you.

22         THE VIDEOGRAPHER:  This then concludes the

23 deposition of Shams Siddiqi on May 31, 2022.  The time is

24 11:02 a.m. Central, and we are off the record.

Page 59

1             SIGNATURE:

2 It was agreed by and between counsel and the parties that

3 the Deponent will read and sign the transcript of said

4 deposition.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 60

1 STATE OF ILLINOIS)

2 COUNTY OF C O O K)

3         I, KELLY A. BRICHETTO, a Certified Shorthand

4 Reporter of said state, do hereby certify

5 that the within named witness, SHAMS SIDDIQI, was by me

6 first duly sworn to testify the truth, the whole truth

7 and nothing but the truth in the cause aforesaid; that

8 the testimony then given by the above-referenced witness

9 was by me reduced to stenotype in the presence of said

10 witness; afterwards transcribed, and that the foregoing

11 is a true and correct transcription of the testimony so

12 given by the above-referenced witness.

13         I do further certify that this deposition was

14 taken at the time and place in the foregoing caption

15 specified and was completed without adjournment.

16         I do further certify that I am not a relative,

17 counsel or attorney for either party or otherwise

18 interested in the event of this action.

19

20

21

22

23

24

Page 61

1         IN WITNESS WHEREOF, I do hereunto set my hand

2 this 13th day of June, 2022.

3

4

5

6         *Kelly Brichetto*

7         KELLY A. BRICHETTO

8         CSR License No. 84-3252

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

16 (Pages 58 - 61)

# EXHIBIT X

1

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE


BEARBOX LLC, et al.,    )
                        )
          Plaintiffs,   )   C.A. No. 21-534-MN-CJB
                        )
v.                      )
                        )
LANCIUM LLC, et al.,    )
                        )
          Defendants.   )


                   Wednesday, September 8, 2021
                   11:00 a.m.


                   844 King Street
                   Wilmington, Delaware


BEFORE:  THE HONORABLE CHRISTOPHER J. BURKE
         United States District Court Judge


APPEARANCES:


         ASHBY & GEDDES
         BY:  ANDREW MAYO, ESQ.

              -and-

         MARSHALL, GERSTEIN & BORUN
         BY:  JOHN LABBE, ESQ.
         BY:  BENJAMIN HORTON, ESQ.

                   Counsel for the Plaintiff
```

2

```
1   APPEARANCES CONTINUED:

2

3   BARNES & THORNBURG
    BY:  CHAD STOVER, ESQ.
    BY:  ADAM KAUFMANN, ESQ.
4

              Counsel for the Defendant
5
```

3

1    THE COURT:  Good morning,
2 everyone, this is Judge Burke.  Before we begin,
3 let me just say a few things for the record.
4 And the first is that we're here this morning by
5 way of a teleconference to resolve a protective
6 order dispute in the matter of BearBox LLC, et
7 al., versus Lancium LLC, et al., civil action
8 number 21-534-MN here in our court.  Before we
9 go further, let's have counsel for each side
10 identify themselves for the record.  We'll start
11 first with counsel for the plaintiff's side and
12 we'll begin there with Delaware counsel.
13    MR. MAYO:  Good morning, Your
14 Honor.  This is Andrew Mayo from Ashby & Geddes
15 on behalf of the plaintiffs.  I am joined on the
16 telephone by my co-counsel from Marshall,
17 Gerstein & Borun.  You have John Labbe and
18 Benjamin Horton on the line and Mr. Labbe will
19 be handling the argument for the plaintiff's
20 today.
21    THE COURT:  Okay.  And we'll do
22 the same with defendant's side and again we'll
23 with Delaware counsel.
24    MR. STOVER:  Sure.  Good morning,

4

1 Your Honor.  This is Chad Stover from Barnes &
2 Thornburg for defendants Lancium, Mr. Cline and
3 Mr. McNamara.  And with me is Adam Kaufmann, my
4 partner from Texas.
5    THE COURT:  All right.  Thank you.
6 And good morning to everyone.  All right.
7 Counsel, I've read the parties' joint letter and
8 I'll consider defendant's side to be the movant
9 because they're the ones who are seeking the
10 more restrictive provision in the protective
11 order and so they'll have the burden.  And so
12 let me turn first to defendant's counsel who is
13 going to be addressing this issue and is that
14 Mr. Kaufmann?
15    MR. STOVER:  It's actually going
16 to be me, Your Honor, Mr. Stover.
17    THE COURT:  Okay.  Mr. Stover, so
18 with regard to -- let me just ask a couple of
19 quick questions and then we'll -- I'll certainly
20 give you the chance to add anything that you
21 wish to add to this dispute.  I guess first is,
22 just kind of a standard here, my sense is
23 that -- all the parties didn't mention it,
24 that it is the case under the law that because

9

1  And in that situation, the grid operator may
2  want to do something called curtailment.  And
3  curtailment is when the power generator reduces
4  output from what it would otherwise produce in
5  order to try to better match the load.  And to
6  achieve curtailment the grid operator might
7  decrease the market price, for instance, being
8  paid to generate power to reduce the incentive
9  to generate power.  So that's one way to do it.
10 And if that doesn't work, there are other ways.
11 In fact, it's possible for the grid operator to
12 instruct the generator to stop producing power
13 in order to avoid a situation where the grid
14 could have an unstable situation.  And so that's
15 the problem with curtailment is that it can
16 result and usually does result in inefficient
17 power generation or sometimes even wasted power,
18 because there's just not an ability to put that
19 power into the grid.  And so everyone wants to
20 avoid a curtailment situation.  So that's the
21 grid side.
22         So on the bitcoin mining side, the
23 bitcoin, sometimes referred to as
24 crypto-currency, bitcoin mining is a process by

11

1  like bitcoin mining computers to use excess or
2  low cost power from electricity generators which
3  help keeps the grid stable and allow the miners
4  to be profitable.  So that's the technological
5  background of the inventions that are at issue
6  here in this '433 Patent.
7          Lancium, my client, is a market
8  leader in this industry.  It's a fast moving
9  industry and potentially a very lucrative
10 industry.  Lancium has many patents and quite a
11 few pending patent applications protecting its
12 position that it's the leading innovator in the
13 field.  Mr. Storms and his company, BearBox,
14 have sued my client, Lancium, the CEO, Michael
15 McNamara and Ray Cline, who is the chief
16 technology officer of Lancium.  And Mr. Storms
17 claims he met Mr. McNamara at a conference in
18 2019, that they both attended a group dinner at
19 that conference and Mr. Storms then sent Mr.
20 McNamara an e-mail and a few text messages.
21 Based on that, he claims that he should be
22 listed as an inventor or perhaps even a sole
23 inventor of the '433 Patent by Lancium.  My
24 client believes nothing Mr. Storms told Mr.

10

1  which new bitcoins are entered into circulation
2  and it's also how the block chain ledger is
3  maintained.  It's performed using computers and
4  they solve extremely complex computational math
5  problems.  And so miners, they have their own
6  computer or computers are rewarded for their
7  work in helping to maintain the block chain
8  ledger with crypto tokens, so basically they're
9  paid in the bitcoin crypto-currency and bitcoins
10 for their work.  Running the computers that do
11 these complex math problems takes a lot -- a ton
12 of electrical power and annually, for instance,
13 bitcoin mining uses as much electricity as the
14 entire country of Finland, an enormous amount of
15 power used by bitcoin mining.  The mining
16 computers are flexible in that they can be
17 turned on and off or they can be ramped up or
18 down varying the amount of power they consume.
19 You can see how the bitcoin mining can be
20 advantageous to the grid operators.
21         So the inventions that are at
22 issue, and this is an inventorship case, the
23 inventions in this '433 Patent that's at issue
24 relate to the use of these flexible data centers

12

1  McNamara was new.  Was all old info, all things
2  Mr. McNamara already knew and had known for
3  quite some time.  Mr. Storms claims that --
4  Lancium believes that Mr. Storms' claims are not
5  only untrue but rather far-fetched, specifically
6  the timing of stuff because Mr. Storms knew
7  about the '433 Patent for many months, but
8  waited to file suit until after the press
9  release about settlement of an infringement suit
10 that Lancium had filed involving the '433
11 Patent.
12         To Lancium this case looks like an
13 attempted money grab or worse, actually for
14 Lancium, a potential fishing expedition into
15 their highly confidential information by a
16 potential competitor.
17         So that's the backdrop and those
18 are the reasons, Your Honor, why Lancium is very
19 concerned about the disclosure of its
20 confidential attorney eyes only information.
21 And the restriction that we're asking for here,
22 which is -- well, restriction is the wrong word.
23 It's not a restriction.  The acknowledgment that
24 we're seeking, this sentence that we want to put

# EXHIBIT Y

# REDACTED IN ITS ENTIRETY

# EXHIBIT Z

# REDACTED IN ITS ENTIRETY

Exhibit AA

**From:** Raymond Cline <recline@lancium.com>
   **To:** "ian.rock" <ian.rock@lancium.com>
**Subject:** Re: Contract started today
   **Date:** Fri, 16 Aug 2019 11:40:57 -0500

---

Yep, we now make money when we shutdown.

Raymond E. Cline Jr., PhD
Chief Computing Officer


On Fri, Aug 16, 2019 at 10:58 AM <ian.rock@lancium.com> wrote:

Ray

Just FYI

Ian Rock
Director IT Operations
LANCIUM LC
713 839 5246


Begin forwarded message:


**From:** Todd Wilson <Todd.Wilson@calpinesolutions.com>
**Date:** August 16, 2019 at 10:31:38 AM CDT
**To:** "Michael McNamara " <michael.mcnamara@lancium.com>, "Ian Rock (ian.rock@lancium.com)"
<ian.rock@lancium.com>, "Vitor Henrique (vitor.henrique@lancium.com)"
<vitor.henrique@lancium.com>
**Subject: Contract started today**


Michael, your contract pricing started today and, with high prices forecast, good day to sell power back into the market.

Best Regards,

Todd

Todd R. Wilson, CEM
Sales Director, Calpine Energy Solutions

Cell: 919-414-7986
E-Mail: todd.wilson@calpinesolutions.com<mailto:todd.wilson@calpinesolutions.com>
[cid:image002.png@01D291B4.0F84FC00]


COMPANY CONFIDENTIALITY NOTICE: The information in this e-mail may be confidential and/or privileged and protected by work product immunity or other legal rules. No confidentiality or privilege is waived or lost by mis-transmission. If you are not the intended recipient or an authorized representative

of the intended recipient, you are hereby notified that any review, dissemination, or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your computer system.

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

LANCIUM00036374

```python
1    #!/usr/bin/env python3
2
3    import json, sqlite3, datetime, time
4
5    from datetime import datetime
6
7    from datetime import timedelta
8
9    from pathlib import Path
10
11   from bitcoin.rpc import RawProxy
12
13
14
15   folder = Path("C:/Users/Admin")
16
17   db_file = str(folder / "test_10.sqlite")
18
19
20
21   def get_block_height_local():
22
23       try:
24
25           p = RawProxy()
26
27           info = p.getblockchaininfo()
28
29           block_height = (info['blocks'])
30
31
32
33           header_hash = (info['bestblockhash'])
34
35
36
37           header = p.getblock(header_hash)
38
39
40
41           block_time = header['time']
42
43           print(str(block_time))
44
45
46
47           header_block_time = datetime.utcfromtimestamp(block_time).strftime('%Y-%m-%d
         %H:%M:%S')
48
49           print(header_block_time)
50
51
52
53           conn = sqlite3.connect(db_file)
54
55           conn.execute("INSERT INTO block_height_data (date_time, block_height,
         header_block_time) "
56
57                        "VALUES (?, ?, ?);", (str(datetime.utcnow()), block_height,
                         header_block_time))
58
59           conn.commit()
60
61
62
```

```python
63          except Exception as e:
64
65                  print("Error:  " + str(e))
66
67
68
69      while True:
70
71          get_block_height_local()
72
73          #print(str(datetime.datetime.now()))
74
75          time.sleep(.1)
```

```python
1   #!/usr/bin/env python3
2
3   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
4
5   from pathlib import Path
6
7   from LMP_csv_import import get_real_time_LMP
8
9   from DA_LMP_import import get_day_ahead_LMP
10
11  from toggle_relay import *
12
13  from pymodbus.client.sync import ModbusTcpClient as ModbusClient
14
15  from email_alert import *
16
17  from bitcoin.rpc import RawProxy
18
19
20
21  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
22
23
24
25  folder = Path("C:/Users/Admin")
26
27  db_file = str(folder / "test_10.sqlite")
28
29  miner_hashrate = 31000000 * 272
30
31  kW_load = 1.8 * 272
32
33  location = 'AEC'
34
35  block_reward = 12.5
36
37
38
39  def get_BTC_price():
40
41      price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
42
43      price_dict = price.json()
44
45      BTC_price = price_dict['data']['amount']
46
47      BTC_price = float(BTC_price)
48
49      return BTC_price
50
51
52
53  def get_network_difficulty():
54
55      try:
56
57          p = RawProxy()
58
59          diff = float(p.getdifficulty())
60
61
62
63          return diff
64
```

```python
65
66
67          except Exception as e:
68
69              print("Error:  " + str(e))
70
71
72
73      def get_block_height():
74
75          try:
76
77              p = RawProxy()
78
79              info = p.getblockchaininfo()
80
81              block_height = (info['blocks'])
82
83
84
85              return block_height
86
87
88
89          except Exception as e:
90
91              print("Error:  " + str(e))
92
93
94
95      def get_network_hashrate(diff):
96
97          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
98
99          hashrate_dict = network_hashrate.json()
100
101         # print(hashrate_dict)
102
103         hashrate = hashrate_dict['data']['hashrate']
104
105         hashrate = float(hashrate) / 1000000
106
107         # hashrate = int(hashrate)
108
109         # print("Called network hashrate: " + str(hashrate))
110
111         return hashrate
112
113
114
115     def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
116
117         breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
                        (kW_load * 24)
118
119         #print(breakeven)
120
121         return breakeven
122
123
124
125     def pdu1_all_on():
126
127         from pymodbus.client.sync import ModbusTcpClient as ModbusClient
128
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

BB_SC0000029

```python
129         #mport config
130
131         client = ModbusClient(config.pdu1_ip, config.pdu1_port)
132
133         client.write_coil(0, False)
134
135         client.write_coil(1, False)
136
137         client.write_coil(2, False)
138
139         client.write_coil(3, False)
140
141         client.write_coil(4, False)
142
143         client.write_coil(5, False)
144
145         client.write_coil(6, False)
146
147         client.write_coil(7, False)
148
149         client.write_coil(8, False)
150
151         client.write_coil(9, False)
152
153         client.write_coil(10, False)
154
155         client.write_coil(11, False)
156
157         client.write_coil(12, False)
158
159         client.write_coil(13, False)
160
161         client.write_coil(14, False)
162
163         client.write_coil(15, False)
164
165         client.write_coil(16, False)
166
167         client.write_coil(17, False)
168
169         client.write_coil(18, False)
170
171         client.write_coil(19, False)
172
173         client.write_coil(20, False)
174
175         client.write_coil(21, False)
176
177         client.write_coil(22, False)
178
179         client.write_coil(23, False)
180
181
182
183         client.close()
184
185
186
187     def pdu1_all_off():
188
189         from pymodbus.client.sync import ModbusTcpClient as ModbusClient
190
191         # mport config
192
193         client = ModbusClient(config.pdu1_ip, config.pdu1_port)
```

```python
194
195        client.write_coil(0, True)
196
197        client.write_coil(1, True)
198
199        client.write_coil(2, True)
200
201        client.write_coil(3, True)
202
203        client.write_coil(4, True)
204
205        client.write_coil(5, True)
206
207        client.write_coil(6, True)
208
209        client.write_coil(7, True)
210
211        client.write_coil(8, True)
212
213        client.write_coil(9, True)
214
215        client.write_coil(10, True)
216
217        client.write_coil(11, True)
218
219        client.write_coil(12, True)
220
221        client.write_coil(13, True)
222
223        client.write_coil(14, True)
224
225        client.write_coil(15, True)
226
227        client.write_coil(16, True)
228
229        client.write_coil(17, True)
230
231        client.write_coil(18, True)
232
233        client.write_coil(19, True)
234
235        client.write_coil(20, True)
236
237        client.write_coil(21, True)
238
239        client.write_coil(22, True)
240
241        client.write_coil(23, True)
242
243
244
245        client.close()
246
247
248
249    def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
250
251        try:
252
253            if(day_ahead_LMP >= breakeven):
254
255                #pdu1_all_off()
256
257                email_alert_RT_LMP_miners_off(real_time_LMP, breakeven)
258
```

```python
259                return

261            elif(real_time_LMP > breakeven):

263                #pdu1_all_off()

265                email_alert_RT_LMP_miners_off(real_time_LMP, breakeven)

267                return

269            else:

271                #pdu1_all_on()

273                email_alert_miners_on_LMP(day_ahead_LMP, real_time_LMP, breakeven)


277        except Exception as e:

279            print("Error:  " + str(e))


283    def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):

285        day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)

287        day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))



291        real_time_LMP_rev = real_time_LMP * kW_load/(12)

293        real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))



297        mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)

299        mining_rev = float("{0:.7f}".format(mining_rev))


303        return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev


307    def main():

309        try:

311            block_height = get_block_height()

313            print("Current Block Height:          " + str(block_height))



317            BTC_price = get_BTC_price()

319            BTC_price = float("{0:.2f}".format(BTC_price))

321            print("Current BTC Price:             " + str(BTC_price))

323
```

```python
324
325            diff = get_network_difficulty()
326
327            print("Network difficulty:            " + str(diff))
328
329
330
331            hashrate = get_network_hashrate(diff)
332
333            print("Estimated Network Hashrate:    " + str(hashrate))
334
335
336
337            day_ahead_LMP = get_day_ahead_LMP(location)
338
339            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
340
341            print("Day Ahead LMP ($/kWH):        " + str(day_ahead_LMP))
342
343
344
345            real_time_LMP = get_real_time_LMP(location)
346
347            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
348
349            print("Real Time LMP ($/kWh):        " + str(real_time_LMP))
350
351
352
353            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
               kW_load)
354
355            breakeven = float("{0:.7f}".format(breakeven))
356
357            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
358
359
360
361            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
362
363
364
365            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
               hashrate, real_time_LMP, day_ahead_LMP)
366
367
368
369            if(day_ahead_LMP >= breakeven):
370
371                realized_rev = day_ahead_LMP_rev
372
373            elif(real_time_LMP >= breakeven):
374
375                realized_rev = real_time_LMP_rev
376
377            else:
378
379                realized_rev = mining_rev
380
381
382
383            conn = sqlite3.connect(db_file)
384
385            conn.execute("INSERT INTO denis_logic_test_newgen (datetime, day_ahead_LMP,
               block_height, BTC_price, "
```

```
386
387                        "network_diff, est_network_hashrate, real_time_LMP,
                           breakeven_mining_cost, day_ahead_LMP_rev, real_time_LMP_rev,
                           mining_rev, realized_rev) "
388
389                        "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
390
391                        (str(datetime.datetime.now()), day_ahead_LMP, block_height,
                           BTC_price,
392
393                        diff, hashrate, real_time_LMP, breakeven, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev))
394
395          conn.commit()
396
397
398
399      except Exception as e:
400
401          print("Error:  " + str(e))
402
403
404
405  while True:
406
407      main()
408
409      time.sleep(300)
410
411
```

```python
1   #!/usr/bin/env python3
2
3   import json, sqlite3, datetime, time
4
5   from datetime import datetime
6
7   from pathlib import Path
8
9   from bitcoin.rpc import RawProxy
10
11
12
13  folder = Path("C:/Users/Admin") # this is your path to the sqlite3 db
14
15  db_file = str(folder / "test_10.sqlite")  # hover mouse over db creation for URI
16
17
18
19  def get_block_height_local():
20
21      try:
22
23          p = RawProxy() # connect to node
24
25          info = p.getblockchaininfo() # getblockchaininfo call
26
27          block_height = (info['blocks']) # gets block height from getblockchaininfo
28
29
30
31          header_hash = (info['bestblockhash']) # gets the bestblockhash from your node
32
33
34
35          header = p.getblock(header_hash) # calls getblock and passes in the header_hash
                 param from above
36
37
38
39          block_time = header['time'] # unix timestamp of node's best block header
40
41          block_time_utc = datetime.utcfromtimestamp(block_time).strftime('%Y-%m-%d
                 %H:%M:%S') # convert unix timestamp to utc
42
43
44
45          time_now = time.time() # call time.time() and get unix timestamp of current time
46
47          time_now_utc = datetime.utcfromtimestamp(time_now).strftime('%Y-%m-%d
                 %H:%M:%S') # convert current time unix timestamp to utc
48
49
50
51          prop_time = (time_now - block_time) # calculate  the difference between current
                 time and best block time
52
53          prop_time_utc = datetime.utcfromtimestamp(prop_time).strftime('%H:%M:%S') #
                 convert unix propagation time to utc in hours/minutes/seconds format
54
55
56
57          conn = sqlite3.connect(db_file) # connect to sqlite3 db ---- see path and file
                 under imports section in lines 7-8
58
59          conn.execute("INSERT INTO block_height_data_test (block_height,
```

```
                   header_block_time, date_time, prop_time) " # insert into table name
                   'block_height_data_test', column names, values

60
61                             "VALUES (?, ?, ?, ?);", (block_height, block_time_utc,
                              time_now_utc, prop_time_utc))

62
63          conn.commit() # commit changes to db table
64
65

66
67      except Exception as e: # catch exceptions - specifically, block_height has a unique
        constraint in the created sqlite3 table

68
69              print("Error:  " + str(e))
70
71

72
73  while True:
74
75      get_block_height_local() # call the above
76
77      time.sleep(.1) # delay .1 seconds in while loop
```

```python
1    #!/usr/bin/env python3
2
3    import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
     logging, config
4
5    from pathlib import Path
6
7    from LMP_csv_import import get_real_time_LMP
8
9    from DA_LMP_import import get_day_ahead_LMP
10
11   from toggle_relay import *
12
13   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
14
15   from email_alert import *
16
17   from bitcoin.rpc import RawProxy
18
19
20
21   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
22
23
24
25   folder = Path("C:/Users/Admin")
26
27   db_file = str(folder / "test_10.sqlite")
28
29   miner_hashrate = 14300000 * 272
30
31   kW_load = 1.3 * 272
32
33   location = 'AEC'
34
35   block_reward = 12.5
36
37
38
39   def get_BTC_price():
40
41       price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
42
43       price_dict = price.json()
44
45       BTC_price = price_dict['data']['amount']
46
47       BTC_price = float(BTC_price)
48
49       return BTC_price
50
51
52
53   def get_network_difficulty():
54
55       try:
56
57           p = RawProxy()
58
59           diff = float(p.getdifficulty())
60
61
62
63           return diff
64
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65
66
67      except Exception as e:
68
69          print("Error:  " + str(e))
70
71
72
73  def get_block_height():
74
75      try:
76
77          p = RawProxy()
78
79          info = p.getblockchaininfo()
80
81          block_height = (info['blocks'])
82
83
84
85          return block_height
86
87
88
89      except Exception as e:
90
91          print("Error:  " + str(e))
92
93
94
95  def get_network_hashrate(diff):
96
97      network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
98
99      hashrate_dict = network_hashrate.json()
100
101     # print(hashrate_dict)
102
103     hashrate = hashrate_dict['data']['hashrate']
104
105     hashrate = float(hashrate) / 1000000
106
107     # hashrate = int(hashrate)
108
109     # print("Called network hashrate: " + str(hashrate))
110
111     return hashrate
112
113
114
115 def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
116
117     breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
        (kW_load * 24)
118
119     #print(breakeven)
120
121     return breakeven
122
123
124
125 def pdu1_all_on():
126
127     from pymodbus.client.sync import ModbusTcpClient as ModbusClient
128
```

```python
129            #mport config
130
131            client = ModbusClient(config.pdu1_ip, config.pdu1_port)
132
133            client.write_coil(0, False)
134
135            client.write_coil(1, False)
136
137            client.write_coil(2, False)
138
139            client.write_coil(3, False)
140
141            client.write_coil(4, False)
142
143            client.write_coil(5, False)
144
145            client.write_coil(6, False)
146
147            client.write_coil(7, False)
148
149            client.write_coil(8, False)
150
151            client.write_coil(9, False)
152
153            client.write_coil(10, False)
154
155            client.write_coil(11, False)
156
157            client.write_coil(12, False)
158
159            client.write_coil(13, False)
160
161            client.write_coil(14, False)
162
163            client.write_coil(15, False)
164
165            client.write_coil(16, False)
166
167            client.write_coil(17, False)
168
169            client.write_coil(18, False)
170
171            client.write_coil(19, False)
172
173            client.write_coil(20, False)
174
175            client.write_coil(21, False)
176
177            client.write_coil(22, False)
178
179            client.write_coil(23, False)
180
181
182
183            client.close()
184
185
186
187      def pdu1_all_off():
188
189            from pymodbus.client.sync import ModbusTcpClient as ModbusClient
190
191            # mport config
192
193            client = ModbusClient(config.pdu1_ip, config.pdu1_port)
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
194
195            client.write_coil(0, True)
196
197            client.write_coil(1, True)
198
199            client.write_coil(2, True)
200
201            client.write_coil(3, True)
202
203            client.write_coil(4, True)
204
205            client.write_coil(5, True)
206
207            client.write_coil(6, True)
208
209            client.write_coil(7, True)
210
211            client.write_coil(8, True)
212
213            client.write_coil(9, True)
214
215            client.write_coil(10, True)
216
217            client.write_coil(11, True)
218
219            client.write_coil(12, True)
220
221            client.write_coil(13, True)
222
223            client.write_coil(14, True)
224
225            client.write_coil(15, True)
226
227            client.write_coil(16, True)
228
229            client.write_coil(17, True)
230
231            client.write_coil(18, True)
232
233            client.write_coil(19, True)
234
235            client.write_coil(20, True)
236
237            client.write_coil(21, True)
238
239            client.write_coil(22, True)
240
241            client.write_coil(23, True)
242
243
244
245            client.close()
246
247
248
249    def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
250
251        try:
252
253            if(day_ahead_LMP >= breakeven):
254
255                pdu1_all_off()
256
257                email_alert_RT_LMP_miners_off(real_time_LMP, breakeven)
258
```

```python
259                return

261            elif(real_time_LMP > breakeven):

263                pdu1_all_off()

265                email_alert_RT_LMP_miners_off(real_time_LMP, breakeven)

267                return

269            else:

271                pdu1_all_on()

273                email_alert_miners_on_LMP(day_ahead_LMP, real_time_LMP, breakeven)



277        except Exception as e:

279            print("Error:  " + str(e))



283    def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):

285        day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)

287        day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))



291        real_time_LMP_rev = real_time_LMP * kW_load/(12)

293        real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))



297        mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)

299        mining_rev = float("{0:.7f}".format(mining_rev))



303        return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev



307    def main():

309        try:

311            block_height = get_block_height()

313            print("Current Block Height:           " + str(block_height))



317            BTC_price = get_BTC_price()

319            BTC_price = float("{0:.2f}".format(BTC_price))

321            print("Current BTC Price:             " + str(BTC_price))

323
```

```python
324
325         diff = get_network_difficulty()
326
327         print("Network difficulty:            " + str(diff))
328
329
330
331         hashrate = get_network_hashrate(diff)
332
333         print("Estimated Network Hashrate:    " + str(hashrate))
334
335
336
337         day_ahead_LMP = get_day_ahead_LMP(location)
338
339         day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
340
341         print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
342
343
344
345         real_time_LMP = get_real_time_LMP(location)
346
347         real_time_LMP = float("{0:.7f}".format(real_time_LMP))
348
349         print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
350
351
352
353         breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
            kW_load)
354
355         breakeven = float("{0:.7f}".format(breakeven))
356
357         print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
358
359
360
361         profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
362
363
364
365         day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
            hashrate, real_time_LMP, day_ahead_LMP)
366
367
368
369         if(day_ahead_LMP >= breakeven):
370
371             realized_rev = day_ahead_LMP_rev
372
373         elif(real_time_LMP >= breakeven):
374
375             realized_rev = real_time_LMP_rev
376
377         else:
378
379             realized_rev = mining_rev
380
381
382
383         conn = sqlite3.connect(db_file)
384
385         conn.execute("INSERT INTO denis_logic_test (datetime, day_ahead_LMP,
            block_height, BTC_price, "
```

```python
386
387                        "network_diff, est_network_hashrate, real_time_LMP,
                           breakeven_mining_cost, day_ahead_LMP_rev, real_time_LMP_rev,
                           mining_rev, realized_rev) "
388
389                        "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
390
391                        (str(datetime.datetime.now()), day_ahead_LMP, block_height,
                           BTC_price,
392
393                        diff, hashrate, real_time_LMP, breakeven, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev))
394
395          conn.commit()
396
397
398
399      except Exception as e:
400
401          print("Error:  " + str(e))
402
403
404
405  while True:
406
407      main()
408
409      time.sleep(300)
410
411
```

```python
1   #!/usr/bin/env python3
2
3   import smtplib, ssl, socket, json, requests, urllib3, sqlite3, os, time, datetime
4
5   from pathlib import Path
6
7   from LMP_csv_import import get_realtime_LMP
8
9   from bitcoin.rpc import RawProxy
10
11
12
13  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
14
15
16
17  folder = Path("C:/Users/Admin")
18
19  db_file = str(folder / "test_10.sqlite")
20
21  miner_hashrate = 14500000*272
22
23  kW_load = 1.3*272
24
25  location = 'AEC'
26
27  block_reward = 12.5
28
29
30
31  def get_BTC_price():
32
33      price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
34
35      price_dict = price.json()
36
37      #print(price_dict)
38
39      BTC_price = price_dict['data']['amount']
40
41      BTC_price = float(BTC_price)
42
43      #print("BTC/USD price   : $" + str(BTC_price))
44
45
46
47      return BTC_price
48
49
50
51  def get_network_difficulty_local():
52
53      try:
54
55          p = RawProxy()
56
57          diff = float(p.getdifficulty())
58
59
60
61          return diff
62
63
64
65      except Exception as e:
```

```python
66
67              print("Error:  " + str(e))
68
69
70
71      def get_network_diff_external():
72
73          try:
74
75              network_difficulty =
                 requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
76
77              diff_dict = network_difficulty.json()
78
79              #print(diff_dict)
80
81              diff = diff_dict['difficulty']
82
83              #print("Difficulty: " + str(diff))
84
85
86
87              return diff
88
89
90
91          except Exception as e:
92
93              print("Error:  " + str(e))
94
95
96
97      def get_block_height_local():
98
99          try:
100
101             p = RawProxy()
102
103             info = p.getblockchaininfo()
104
105             block_height = (info['blocks'])
106
107             #print(info)
108
109
110
111             print(datetime.datetime.utcfromtimestamp(time).strftime('%Y-%m-%d %H:%M:%S'))
112
113
114
115             print(block_height)
116
117
118
119             return block_height
120
121
122
123         except Exception as e:
124
125             print("Error:  " + str(e))
126
127
128
129     def get_block_height_external():
```

```python
130
131          try:
132
133              block_height
                 =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
134
135              bh_dict = block_height.json()
136
137              #print(bh_dict)
138
139              block_height = bh_dict['info']['blocks']
140
141              block_height = int(block_height)
142
143              print(str(block_height))
144
145
146
147              return block_height
148
149
150
151          except Exception as e:
152
153                  print("Error:  " + str(e))
154
155
156
157    def get_network_hashrate(diff):
158
159          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
160
161          hashrate_dict = network_hashrate.json()
162
163          #print(hashrate_dict)
164
165          hashrate = hashrate_dict['data']['hashrate']
166
167          hashrate = float(hashrate)/1000000
168
169          return hashrate
170
171
172
173    def get_profit(BTC_price, hashrate, lmp_price):
174
175          gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
176
177          print("5m gross USD profit:   $" + str(gross_profit_USD))
178
179
180
181          power_cost_USD = kW_load*lmp_price/6/1000
182
183          print("5m electricity cost:   $" + str(power_cost_USD))
184
185
186
187          net_profit_USD = gross_profit_USD - power_cost_USD
188
189          print("5m net USD profi/loss: $" + str(net_profit_USD))
190
191
192
193          net_profit_BTC = net_profit_USD/BTC_price
```

```python
194
195            print("5m net BTC profit:          " + str(net_profit_BTC))
196
197
198
199            return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
200
201
202
203     def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
204
205            breakeven = ((miner_hashrate/hashrate)*(block_reward*144)*(BTC_price))/(kW_load*24)
206
207            print(breakeven)
208
209            return breakeven
210
211
212
213     def main():
214
215            print(str(datetime.datetime.now()))
216
217            block_height_local = get_block_height_local()
218
219            BTC_price = get_BTC_price()
220
221            diff_local = get_network_difficulty_local()
222
223            hashrate = get_network_hashrate(diff_local)
224
225            lmp_price = get_realtime_LMP(location)
226
227            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load)
228
229            gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
               hashrate=get_network_hashrate(diff_local),
230
231                                                        lmp_price=get_realtime_LMP(location))
232
233
234
235            if(pc_USD > gp_USD):
236
237                np_USD = 0
238
239
240
241            else:
242
243                np_USD = np_USD
244
245
246
247            conn = sqlite3.connect(db_file)
248
249            conn.execute("INSERT INTO lmp_model_test (date_time, BTC_USD_price,
               BTC_network_hashrate, real_time_LMP_mwh, "
250
251                         "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                            net_profit_USD_5m, net_profit_BTC_5m, block_height_local,
                            difficulty_local, breakeven) "
252
253                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?,
                            ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
```

```
254
255                                          (lmp_price/1000), gp_USD,
                                             pc_USD, np_USD, np_BTC,
                                             block_height_local, diff_local,
                                             breakeven))
256
257        conn.commit()
258
259
260
261    while True:
262
263        main()
264
265        time.sleep(300)
```

```python
import requests, csv, io, sqlite3, urllib3

import pandas as pd

from pathlib import Path


urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)


location = 'AEC'



def get_real_time_LMP(location):

    folder = Path("C:/Users/Admin")

    db_file = str(folder / "test_10.sqlite")

    url = 'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-SL-latestInterval.csv'



    data = requests.get(url, verify=False)



    df = pd.read_csv(io.StringIO(data.text))

    #print(df.head())



    df.to_csv('data.csv')



    conn = sqlite3.connect(db_file)



    conn.execute("DROP TABLE IF EXISTS lmp_data")

    conn.execute("CREATE TABLE lmp_data (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")



    with open('data.csv','r') as fin:

        dict_read = csv.DictReader(fin)

        to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'], i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]



    conn.executemany("INSERT INTO lmp_data (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?, ?);", to_db)
```

```python
61         conn.commit()
62
63
64
65         rt_lmp = conn.execute("SELECT LMP from lmp_data WHERE `Settlement Location`=?",
           (location,))
66
67         rt_lmp = (rt_lmp.fetchone()[0])
68
69         rt_lmp = float(rt_lmp)/1000
70
71
72
73         #print(type(rt_lmp))
74
75         #print("Location: " + location)
76
77         #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
78
79         #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
80
81
82
83         conn.close()
84
85
86
87         return rt_lmp
88
89
```

```python
1   import requests, csv, io, sqlite3, urllib3
2
3   import pandas as pd
4
5   from pathlib import Path
6
7
8
9   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
10
11
12
13  location = 'AEC'
14
15
16
17  def get_day_ahead_LMP(location):
18
19      folder = Path("C:/Users/Admin")
20
21      db_file = str(folder / "test_10.sqlite")
22
23      url =
        'https://marketplace.spp.org/file-api/download/da-lmp-by-location?path=%2F2019%2F04%2
        FBy_Day%2FDA-LMP-SL-201904290100.csv'
24
25
26
27      data = requests.get(url, verify=False)
28
29
30
31      df = pd.read_csv(io.StringIO(data.text))
32
33      #print(df.head())
34
35
36
37      df.to_csv('day_ahead_LMP.csv')
38
39
40
41      conn = sqlite3.connect(db_file)
42
43
44
45      conn.execute("DROP TABLE IF EXISTS day_ahead_lmp_data")
46
47      conn.execute("CREATE TABLE day_ahead_lmp_data (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
48
49
50
51      with open('day_ahead_LMP.csv','r') as fin:
52
53          dict_read = csv.DictReader(fin)
54
55          to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
              i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
56
57
58
59      conn.executemany("INSERT INTO day_ahead_lmp_data (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
        ?);", to_db)
```

```python
60
61          conn.commit()
62
63
64
65          da_lmp = conn.execute("SELECT LMP from day_ahead_lmp_data WHERE `Settlement
            Location`=?", (location,))
66
67          da_lmp = (da_lmp.fetchone()[0])
68
69          da_lmp = float(da_lmp)/1000
70
71
72
73          #print(type(da_lmp))
74
75          #print("Location: " + location)
76
77          #print("day ahead LMP (MWh): $" + str(da_lmp) + "/MWh.")
78
79          #print("day ahead LMP (kWh): $" + str(da_lmp/1000) + "/kWh.")
80
81
82
83          #conn.close()
84
85
86
87          return da_lmp
88
89
90
91      get_day_ahead_LMP(location)
```

```python
1    #!/usr/bin/env python3
2
3    import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
     logging
4
5    from pathlib import Path
6
7    from LMP_csv_import import get_realtime_LMP
8
9
10
11   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13
14
15   folder = Path("C:/Users/Admin")
16
17   db_file = str(folder / "test_10.sqlite")
18
19   miner_hashrate = 14300000*272
20
21   kW_load = 1.3*272*1.05
22
23   location = 'AEC'
24
25   block_reward = 144
26
27
28
29   def get_BTC_price():
30
31       price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
32
33       price_dict = price.json()
34
35       BTC_price = price_dict['data']['amount']
36
37       BTC_price = float(BTC_price)
38
39       return BTC_price
40
41
42
43   def get_network_difficulty():
44
45       network_difficulty =
         requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
46
47       diff_dict = network_difficulty.json()
48
49       diff = diff_dict['difficulty']
50
51       return diff
52
53
54
55   def get_block_height():
56
57       block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
58
59       bh_dict = block_height.json()
60
61
62
63       #print(bh_dict)
```

```python
 64
 65        block_height = bh_dict['info']['blocks']
 66
 67        block_height = int(block_height)
 68
 69        print(str(block_height))
 70
 71        return block_height
 72
 73
 74
 75    def get_network_hashrate(diff):
 76
 77        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
 78
 79        hashrate_dict = network_hashrate.json()
 80
 81        #print(hashrate_dict)
 82
 83        hashrate = hashrate_dict['data']['hashrate']
 84
 85        hashrate = float(hashrate)/1000000
 86
 87        #hashrate = int(hashrate)
 88
 89        #print("Called network hashrate: " + str(hashrate))
 90
 91
 92
 93        expected_blocks = 144
 94
 95        blocks_found = 113
 96
 97        est_hashrate = (blocks_found / expected_blocks * diff * 2 ** 32 / 600)
 98
 99        #print("Estimated network hashrate: " + str(est_hashrate))
100
101        return hashrate
102
103
104
105    def get_profit(BTC_price, hashrate, lmp_price):
106
107        gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
108
109        print("5m gross USD profit:   $" + str(gross_profit_USD))
110
111
112
113        power_cost_USD = kW_load*lmp_price/6/1000
114
115        print("5m electricity cost:   $" + str(power_cost_USD))
116
117
118
119        net_profit_USD = gross_profit_USD - power_cost_USD
120
121        print("5m net USD profi/loss: $" + str(net_profit_USD))
122
123
124
125        net_profit_BTC = net_profit_USD/BTC_price
126
127        print("5m net BTC profit:      " + str(net_profit_BTC))
128
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
129
130
131        return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
132
133
134
135    def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
136
137        breakeven = ((miner_hashrate/hashrate)*(block_reward*144)*(BTC_price))/(kW_load*24)
138
139        print(breakeven)
140
141        return breakeven
142
143
144
145    def main():
146
147        try:
148
149
150
151            print(str(datetime.datetime.now()))
152
153            block_height = get_block_height()
154
155            BTC_price = get_BTC_price()
156
157            diff = get_network_difficulty()
158
159            hashrate = get_network_hashrate(diff)
160
161            lmp_price = get_realtime_LMP(location)
162
163            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
            kW_load)
164
165            gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
            hashrate=get_network_hashrate(diff),
166
167                                              lmp_price=get_realtime_LMP(location))
168
169
170
171            conn = sqlite3.connect(db_file)
172
173            conn.execute("INSERT INTO lmp_model (date_time, BTC_USD_price,
            BTC_network_hashrate, real_time_LMP_mwh, "
174
175                        "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                        net_profit_USD_5m, net_profit_BTC_5m, block_height) "
176
177                        "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
                        ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
178
179                                              (lmp_price/1000), gp_USD,
                                              pc_USD, np_USD, np_BTC,
                                              block_height))
180
181            conn.commit()
182
183
184
185        except Exception as e:
186
```

BB_SC00000189

```
187            print("Error: " + str(e))
188
189
190
191    while True:
192
193        main()
194
195        time.sleep(300)
196
197
```

```python
1  #!/usr/bin/env python3
2  import sqlite3, smtplib, ssl, socket, json, os, datetime
3  from pathlib import Path
4  from toggle_relay import *
5  from email_alert import *
6  from LMP_csv_import import get_realtime_LMP
7
8  folder = Path("C:/Users/Admin")
9  db_file = str(folder / "test_10.sqlite")
10 restart_max = 2
11 reboot_max = 1
12 timeout = .1
13 threshold = .75
14 port = 4028
15 location = 'AEC'
16
17 def get_restart_count(user):
18     conn = sqlite3.connect(db_file)
19     restart_count = conn.execute("SELECT restart_count from miners WHERE miner_name=?",
       (user,))
20     restart_count = (restart_count.fetchone()[0])
21     restart_count = str(restart_count)
22
23 def update_restart_counter(user):
24     conn = sqlite3.connect(db_file)
25     restart_count = conn.execute("SELECT restart_count from miners WHERE miner_name=?",
       (user,))
26     restart_count = (restart_count.fetchone()[0])
27     restart_count +=1
28     restart_count = str(restart_count)
29
30     conn.execute('UPDATE miners SET restart_count =? WHERE miner_name=?',
       (restart_count, user))
31     conn.execute('UPDATE miners SET last_restart_datetime =? WHERE miner_name=?',
       (str(datetime.datetime.now()), user))
32     conn.commit()
33
34     restart_count = conn.execute("SELECT restart_count from miners WHERE miner_name=?",
       (user,))
35     restart_count = (restart_count.fetchone()[0])
36     print("Number of restarts: " + str(restart_count))
37
38     email_alert_restart(user, restart_count)
39
40 def check_status(host_address):
41     try:
42         sock = socket.socket(socket.AF_INET, socket.SOCK_STREAM)
43         sock.settimeout(timeout)
44         sock.connect((host_address, port))
45
46         message = json.dumps({'command': 'lcd'})
47         sock.sendto(message.encode(), (host_address, port))
48         response = sock.recv(4096).decode("ascii").rstrip(' \t\r\n\0')
49         response_dict = json.loads(response)
50         print("_____")
51         #print(response_dict)
52
53         print("IP: " + host_address)
54
55         user = response_dict['LCD'][0]['User']
56         print("Miner: " + str(user))
57
58         GHS_5s = (response_dict['LCD'][0]['GHS 5s'])
59         print("5s hashrate: " + (str(GHS_5s/1000)) + " TH/s")
60
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
61          GHS_5m = (response_dict['LCD'][0]['GHS 5m'])
62          print("5m hashrate: " + (str(GHS_5m/1000)) + " TH/s")
63
64          print("Restart threshold: " + (str(GHS_5m*threshold/1000)) + " TH/s")
65
66          uptime = int(response_dict['LCD'][0]['Elapsed'])
67          uptime = str(datetime.timedelta(seconds=uptime))
68          print("Uptime: " + str(uptime))
69
70          temp_celsius = int(response_dict['LCD'][0]['Temperature'])
71          temp_farenheit = int((temp_celsius*(9/5))+ 32)
72          temp_celsius = str(temp_celsius)
73          temp_farenheit = str(temp_farenheit)
74
75          print("Temp: " + temp_celsius + "C/" + temp_farenheit + "F")
76
77          print("_____")
78          sock.shutdown(socket.SHUT_RDWR)
79          sock.close()
80
81          conn = sqlite3.connect(db_file)
82          conn.execute("UPDATE miners SET host_address =? WHERE miner_name=?",
            (host_address, user))
83          conn.execute("UPDATE miners SET miner_hashrate =? WHERE miner_name=?", (GHS_5s,
            user))
84          conn.commit()
85
86          #print("Host Address: " + host_address)
87
88          maintenance = conn.execute("SELECT maintenance from miners WHERE miner_name=?",
            (user,))
89          maintenance = maintenance.fetchone()[0]
90          #print("Maintenace: " + str(maintenance))
91
92          if(maintenance == 1):
93              conn=sqlite3.connect(db_file)
94
95              conn.execute("UPDATE miners SET restart_count = 0, io_reboot_count = 0,
                maintenance = 0 WHERE miner_name=?", (user,))
96              conn.commit()
97
98              email_maintenance_done(user)
99
100         if((int(GHS_5s)) > (int(GHS_5m))): #Starting Logic Here!
101             conn = sqlite3.connect(db_file)
102
103             restart_count = conn.execute("SELECT restart_count from miners WHERE
                miner_name=?", (user,))
104             restart_count = (restart_count.fetchone()[0])
105             print("Restart count: " + str(restart_count))
106
107             io_reboot_count = conn.execute("SELECT io_reboot_count from miners WHERE
                miner_name=?", (user,))
108             io_reboot_count = (io_reboot_count.fetchone()[0])
109             print("Reboot count: " + str(io_reboot_count))
110
111             if(restart_count < restart_max):
112                 sock = socket.socket(socket.AF_INET, socket.SOCK_STREAM)
113                 sock.settimeout(timeout)
114                 sock.connect((host_address, port))
115
116                 message = json.dumps({'command': 'restart'})
117                 sock.sendto(message.encode(), (host_address, port))
118
119                 sock.shutdown(socket.SHUT_RDWR)
```

BB_SC0000099

```
120                 sock.close()
121
122                 #print("Socket closed")
123                 update_restart_counter(user)
124
125             elif(io_reboot_count < reboot_max):
126                 io_reboot_count += 1
127                 io_reboot_count = str(io_reboot_count)
128
129                 conn = sqlite3.connect(db_file)
130                 conn.execute('UPDATE miners SET io_reboot_count =? WHERE miner_name=?',
                    (io_reboot_count, user))
131                 conn.execute('UPDATE miners SET restart_count = 0 WHERE miner_name=?',
                    (user,))
132                 conn.execute('UPDATE miners SET last_reboot_datetime =? WHERE
                    miner_name=?', (str(datetime.datetime.now()), user))
133                 conn.commit()
134
135                 toggle_off_on(user)
136                 email_alert_reboot(user, io_reboot_count)
137
138             else:
139                 toggle_off_repair(user)
140                 email_miner_shutdown(user, io_reboot_count)
141
142         except Exception as e:
143
144             print("Error:  " + host_address + " " + str(e))
145             print("_____")
146
147 def main():
148     for i in range(1):
149         #get_realtime_LMP(location)
150         for j in range(25):
151             host_address = "192.168.%d.%d" % (i + 1, j + 1)
152             check_status(host_address)
153 while True:
154     main() #Forever loop through the loop method
155
```

```python
from email.mime.multipart import MIMEMultipart

from email.mime.text import MIMEText

import smtplib


'''msg = MIMEMultipart()

password = "@Pa$5word123"  # enter your email password here

msg['From'] = "bearbox.catchall@gmail.com"  # from email account

msg['To'] = "bearbox.catchall@gmail.com"  # to email account for monitoring'''




def email_alert_restart(user, restart_count):

    msg = MIMEMultipart()

    password = "@Pa$5word123"  # enter your email password here

    msg['From'] = "bearbox.catchall@gmail.com"  # from email account

    msg['To'] = "bearbox.catchall@gmail.com"   # to email account for monitoring

    message = "The cgminer service has been restarted on:\n\n" + str(user) + ".
    \nRestart Count: " + str(

        restart_count) + "\n\nThis email notification service is provided by the
        BearBox Management Suite."


    msg['Subject'] = "Restart Alert (cgminer) - " + user

    msg.attach(MIMEText(message, 'plain'))

    server = smtplib.SMTP('smtp.gmail.com: 587')

    server.starttls()

    server.login(msg['From'], password)

    server.sendmail(msg['From'], msg['To'], msg.as_string())


    server.quit()




def email_alert_reboot(user, io_reboot_count):

    msg = MIMEMultipart()

    password = "@Pa$5word123"  # enter your email password here

    msg['From'] = "bearbox.catchall@gmail.com"  # from email account
```

```python
64
65          msg['To'] = "bearbox.catchall@gmail.com"   # to email account for monitoring
66
67          message = "The power has been restarted on:\n\n" + str(user) + ". \nRestart Count:
            " + str(
68
69              io_reboot_count) + "\n\nThis email notification service is provided by the
                BearBox Management Suite."
70
71          msg['Subject'] = "Reboot Alert (power) - " + user
72
73          msg.attach(MIMEText(message, 'plain'))
74
75          server = smtplib.SMTP('smtp.gmail.com: 587')
76
77          server.starttls()
78
79          server.login(msg['From'], password)
80
81          server.sendmail(msg['From'], msg['To'], msg.as_string())
82
83
84
85          server.quit()
86
87
88
89
90
91      def email_miner_shutdown(user, io_reboot_count):
92
93          msg = MIMEMultipart()
94
95          password = "@Pa$5word123"   # enter your email password here
96
97          msg['From'] = "bearbox.catchall@gmail.com"   # from email account
98
99          msg['To'] = "bearbox.catchall@gmail.com"   # to email account for monitoring
100
101         message = str(user) + " has been permanently shutdown and requires maintenance:
            \nIO Reboots(" + str(
102
103             io_reboot_count) + ")\n\nThis email notification service is provided by the
                BearBox Management Suite."
104
105         msg['Subject'] = "Maintenance Required - " + user
106
107         msg.attach(MIMEText(message, 'plain'))
108
109         server = smtplib.SMTP('smtp.gmail.com: 587')
110
111         server.starttls()
112
113         server.login(msg['From'], password)
114
115         server.sendmail(msg['From'], msg['To'], msg.as_string())
116
117
118
119         server.quit()
120
121
122
123     def email_alert_RT_LMP_miners_off(real_time_LMP, breakeven):
124
```

```python
125        msg = MIMEMultipart()
126
127        password = "@Pa$5word123"  # enter your email password here
128
129        msg['From'] = "bearbox.catchall@gmail.com"  # from email account
130
131        msg['To'] = "bearbox.catchall@gmail.com"  # to email account for monitoring
132
133        message = "Miners off.\n\nDA LMP: $" + str(day_ahead_LMP) + "/kWh\nRT LMP: $" +
           str(real_time_LMP) + "/kWh\nBreakeven: $" + str(breakeven) + "/kWh"
134
135        msg['Subject'] = "Miners Are Off!"
136
137        msg.attach(MIMEText(message, 'plain'))
138
139        server = smtplib.SMTP('smtp.gmail.com: 587')
140
141        server.starttls()
142
143        server.login(msg['From'], password)
144
145        server.sendmail(msg['From'], msg['To'], msg.as_string())
146
147
148
149        server.quit()
150
151
152
153    def email_alert_miners_on_LMP(day_ahead_LMP, real_time_LMP, breakeven):
154
155        msg = MIMEMultipart()
156
157        password = "@Pa$5word123"  # enter your email password here
158
159        msg['From'] = "bearbox.catchall@gmail.com"  # from email account
160
161        msg['To'] = "bearbox.catchall@gmail.com"  # to email account for monitoring
162
163        message = "Miners on.\n\nDA LMP: $" + str(day_ahead_LMP) + "/kWh\nRT LMP: $" +
           str(real_time_LMP) + "/kWh\nBreakeven: $" + str(breakeven) + "/kWh"
164
165        msg['Subject'] = "Miners Are On!"
166
167        msg.attach(MIMEText(message, 'plain'))
168
169        server = smtplib.SMTP('smtp.gmail.com: 587')
170
171        server.starttls()
172
173        server.login(msg['From'], password)
174
175        server.sendmail(msg['From'], msg['To'], msg.as_string())
176
177
178
179        server.quit()
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
1   #!/usr/bin/env python3
2
3   import json, sqlite3, datetime, time
4
5   from datetime import datetime
6
7   from pathlib import Path
8
9   from bitcoin.rpc import RawProxy
10
11
12
13  folder = Path("C:/Users/Admin") # this is your path to the sqlite3 db
14
15  db_file = str(folder / "test_10.sqlite")  # hover mouse over db creation for URI
16
17
18
19  def get_block_height_local():
20
21      try:
22
23          p = RawProxy() # connect to node
24
25          info = p.getblockchaininfo() # getblockchaininfo call
26
27          block_height = (info['blocks']) # gets block height from getblockchaininfo
28
29
30
31          header_hash = (info['bestblockhash']) # gets the bestblockhash from your node
32
33
34
35          header = p.getblock(header_hash) # calls getblock and passes in the header_hash
            param from above
36
37
38
39          block_time = header['time'] # unix timestamp of node's best block header
40
41          block_time_utc = datetime.utcfromtimestamp(block_time).strftime('%Y-%m-%d
            %H:%M:%S') # convert unix timestamp to utc
42
43
44
45          time_now = time.time() # call time.time() and get unix timestamp of current time
46
47          time_now_utc = datetime.utcfromtimestamp(time_now).strftime('%Y-%m-%d
            %H:%M:%S') # convert current time unix timestamp to utc
48
49
50
51          '''prop_time = (time_now - block_time) # calculate  the difference between
            current time and best block time
52
53          prop_time_utc = datetime.utcfromtimestamp(prop_time).strftime('%H:%M:%S') #
            convert unix propagation time to utc in hours/minutes/seconds format'''
54
55
56
57          conn = sqlite3.connect(db_file) # connect to sqlite3 db ---- see path and file
            under imports
58
59          conn.execute("INSERT INTO block_height_data_test (block_height,
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```
60                  header_block_time, date_time) # insert into table name
                    'block_height_data_test', column names, values
61                      "VALUES (?, ?, ?);", (block_height, block_time_utc, time_now_utc))
62
63          conn.commit()
64
65
66
67      except Exception as e: # catch exceptions - specifically, block_height has a unique
            constraint in the created sqlite3 table
68
69          print("Error: " + str(e))
70
71
72
73  while True:
74
75      get_block_height_local() # call the above
76
77      time.sleep(.1) # delay .1 seconds in while loop
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
#!/usr/bin/env python3

import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time

from pathlib import Path

from LMP_csv_import import get_realtime_LMP


urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning) #turns off SSL
certificate warning from requesting LMP Data CSV



folder = Path("C:/Users/Admin")

db_file = str(folder / "test_10.sqlite")

miner_hashrate = 14500000*272*.95

kW_load = 1.3*272*1.05

location = 'AEC'



def get_BTC_price():

    price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')

    price_dict = price.json()

    #print(price_dict)

    BTC_price = price_dict['data']['amount']

    BTC_price = float(BTC_price)

    #print("BTC/USD price   : $" + str(BTC_price))



    return BTC_price


def get_network_difficulty():

    network_difficulty =
    requests.get('https://blockexplorer.com/api/status?q=getDifficulty')

    diff_dict = network_difficulty.json()

    #print(diff_dict)

    diff = diff_dict['difficulty']

    #print("Difficulty: " + str(diff))

    return diff



def get_block_height():
```

BB_SC0000026

```python
64
65        block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
66
67        bh_dict = block_height.json()
68
69
70
71        #print(bh_dict)
72
73        block_height = bh_dict['info']['blocks']
74
75        block_height = int(block_height)
76
77        print(str(block_height))
78
79        return block_height
80
81
82
83    def get_network_hashrate(diff):
84
85        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
86
87        hashrate_dict = network_hashrate.json()
88
89        #print(hashrate_dict)
90
91        hashrate = hashrate_dict['data']['hashrate']
92
93        hashrate = float(hashrate)/1000000
94
95        return hashrate
96
97
98
99    def get_profit(BTC_price, hashrate, lmp_price):
100
101        gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
102
103        print("5m gross USD profit:   $" + str(gross_profit_USD))
104
105
106
107        power_cost_USD = kW_load*lmp_price/6/1000
108
109        print("5m electricity cost:   $" + str(power_cost_USD))
110
111
112
113        net_profit_USD = gross_profit_USD - power_cost_USD
114
115        print("5m net USD profi/loss: $" + str(net_profit_USD))
116
117
118
119        net_profit_BTC = net_profit_USD/BTC_price
120
121        print("5m net BTC profit:      " + str(net_profit_BTC))
122
123
124
125        return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
126
127
128
```

BB_SC0000029

```
129
130
131     def main():
132
133         try:
134
135             print(str(datetime.datetime.now()))
136
137             block_height = get_block_height()
138
139             BTC_price = get_BTC_price()
140
141             diff = get_network_difficulty()
142
143             hashrate = get_network_hashrate(diff)
144
145             lmp_price = get_realtime_LMP(location)
146
147             gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
        hashrate=get_network_hashrate(diff),
148
149                                                 lmp_price=get_realtime_LMP(location))
150
151
152
153             conn = sqlite3.connect(db_file)
154
155             conn.execute("INSERT INTO lmp_model_effi (date_time, BTC_USD_price,
        BTC_network_hashrate, real_time_LMP_mwh, "
156
157                          "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
        net_profit_USD_5m, net_profit_BTC_5m, block_height) "
158
159                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
        ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
160
161                          (lmp_price/1000), gp_USD,
        pc_USD, np_USD, np_BTC,
        block_height))
162
163             conn.commit()
164
165
166
167         except Exception as e:
168
169                 print("Error:  " + str(e))
170
171
172
173     while True:
174
175         try:
176
177             main()
178
179             time.sleep(300)
180
181         except:
182
183             main()
184
185             time.sleep(300)
```

```python
1  #!/usr/bin/env python3
2  import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time
3  from pathlib import Path
4  from LMP_csv_import import get_realtime_LMP
5
6  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
7
8  folder = Path("C:/Users/Admin")
9  db_file = str(folder / "test_10.sqlite")
10 miner_hashrate = 14300000*272
11 kW_load = 1.3*272*1.05
12 location = 'AEC'
13
14 def get_BTC_price():
15     price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
16     price_dict = price.json()
17     BTC_price = price_dict['data']['amount']
18     BTC_price = float(BTC_price)
19     return BTC_price
20
21 def get_network_difficulty():
22     network_difficulty =
23     requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
23     diff_dict = network_difficulty.json()
24     diff = diff_dict['difficulty']
25     return diff
26
27 def get_block_height():
28     block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
29     bh_dict = block_height.json()
30
31     #print(bh_dict)
32     block_height = bh_dict['info']['blocks']
33     block_height = int(block_height)
34     print(str(block_height))
35     return block_height
36
37 def get_network_hashrate(diff):
38     network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
39     hashrate_dict = network_hashrate.json()
40     #print(hashrate_dict)
41     hashrate = hashrate_dict['data']['hashrate']
42     hashrate = float(hashrate)/1000000
43     #hashrate = int(hashrate)
44     #print("Called network hashrate: " + str(hashrate))
45
46     expected_blocks = 144
47     blocks_found = 113
48     est_hashrate = (blocks_found / expected_blocks * diff * 2 ** 32 / 600)
49     #print("Estimated network hashrate: " + str(est_hashrate))
50     return hashrate
51
52 def get_profit(BTC_price, hashrate, lmp_price):
53     gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
54     print("5m gross USD profit:   $" + str(gross_profit_USD))
55
56     power_cost_USD = kW_load*lmp_price/6/1000
57     print("5m electricity cost:   $" + str(power_cost_USD))
58
59     net_profit_USD = gross_profit_USD - power_cost_USD
60     print("5m net USD profi/loss: $" + str(net_profit_USD))
61
62     net_profit_BTC = net_profit_USD/BTC_price
63     print("5m net BTC profit:       " + str(net_profit_BTC))
64
```

```python
65          return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
66
67
68    def main():
69        try:
70            print(str(datetime.datetime.now()))
71            block_height = get_block_height()
72            BTC_price = get_BTC_price()
73            diff = get_network_difficulty()
74            hashrate = get_network_hashrate(diff)
75            lmp_price = get_realtime_LMP(location)
76            gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
77            hashrate=get_network_hashrate(diff),
                                           lmp_price=get_realtime_LMP(location))
78
79            conn = sqlite3.connect(db_file)
80            conn.execute("INSERT INTO lmp_model (date_time, BTC_USD_price,
              BTC_network_hashrate, real_time_LMP_mwh, "
81                        "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                          net_profit_USD_5m, net_profit_BTC_5m, block_height) "
82                        "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
                          ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
                                           (lmp_price/1000), gp_USD,
                                           pc_USD, np_USD, np_BTC,
                                           block_height))
84            conn.commit()
85
86
87    while True:
88        main()
89        time.sleep(300)
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
3   from pathlib import Path
4   from get_current_RT_LMP import get_real_time_LMP
5   from get_current_DA_LMP import get_day_ahead_LMP
6   from toggle_relay import *
7   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8   from bitcoin.rpc import RawProxy
9   from email_alert import *
10
11  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13  folder = Path("C:/Users/Admin")
14  db_file = str(folder / "test_10.sqlite")
15  miner_hashrate = 14300000 * 272 * .95
16  kW_load = 1.3 * 272 * 1.05
17  location = 'EXELON4'
18  block_reward = 12.5
19
20  def get_BTC_price():
21      try:
22          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23          price_dict = price.json()
24          BTC_price = price_dict['data']['amount']
25          BTC_price = float(BTC_price)
26          return BTC_price
27
28      except Exception as e:
29          print("Error:  " + str(e))
30
31  def get_network_difficulty():
32      try:
33          p = RawProxy()
34          diff = float(p.getdifficulty())
35
36          return diff
37
38      except Exception as e:
39          print("Error:  " + str(e))
40
41  def get_block_height():
42      try:
43          p = RawProxy()
44          info = p.getblockchaininfo()
45          block_height = (info['blocks'])
46
47          return block_height
48
49      except Exception as e:
50              print("Error:  " + str(e))
51
52  def get_network_hashrate(diff):
53      try:
54          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55          hashrate_dict = network_hashrate.json()
56          hashrate = hashrate_dict['data']['hashrate']
57          hashrate = float(hashrate) / 1000000
58          return hashrate
59
60      except Exception as e:
61          print("Error:  " + str(e))
62
63  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
64      try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if(day_ahead_LMP >= breakeven):
94              pdu1_all_off()
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
96              return
97          elif(real_time_LMP >= breakeven):
98              pdu1_all_off()
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
100             return
101         else:
102             from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107                 email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)
108             else:
109                 return
110
111     except Exception as e:
112         print("Error:  " + str(e))
113
114 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
115     try:
116         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
117         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
118
119         real_time_LMP_rev = real_time_LMP * kW_load/(12)
120         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
121
122         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
123         mining_rev = float("{0:.7f}".format(mining_rev))
124
125         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
126
127     except Exception as e:
128         print("Error:  " + str(e))
```

```
129
130    def main():
131        try:
132            block_height = get_block_height()
133            print("Current Block Height:          " + str(block_height))
134
135            BTC_price = get_BTC_price()
136            BTC_price = float("{0:.2f}".format(BTC_price))
137            print("Current BTC Price:             " + str(BTC_price))
138
139            diff = get_network_difficulty()
140            print("Network difficulty:            " + str(diff))
141
142            hashrate = get_network_hashrate(diff)
143            print("Estimated Network Hashrate:    " + str(hashrate))
144
145            day_ahead_LMP = get_day_ahead_LMP(location)
146            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
147            print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
148
149            real_time_LMP = get_real_time_LMP(location)
150            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
151            print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
152
153            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                   kW_load)
154            breakeven = float("{0:.7f}".format(breakeven))
155            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
156            print("_____")
157
158            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
159
160            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                   hashrate, real_time_LMP, day_ahead_LMP)
161
162            if(day_ahead_LMP >= breakeven):
163                realized_rev = day_ahead_LMP_rev
164            elif(real_time_LMP >= breakeven):
165                realized_rev = real_time_LMP_rev
166            else:
167                realized_rev = mining_rev
168
169            conn = sqlite3.connect(db_file)
170
171            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON4 (datetime,
                   block_height,"
172                   "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                   real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                   real_time_LMP_rev, mining_rev, realized_rev)")
173
174            conn.execute("INSERT INTO arb_main_EXELON4 (datetime, block_height,"
175                   "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                   real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                   real_time_LMP_rev, mining_rev, realized_rev) "
176                   "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?)",
177                   (str(datetime.datetime.now()), block_height,
178                    diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                    breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                    realized_rev))
179            conn.commit()
180
181        except Exception as e:
182            print("Error:  " + str(e))
183
184    while True:
```



```
185    main()
186    time.sleep(300)
187
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
     logging, config
3   from pathlib import Path
4   from get_current_RT_LMP import get_real_time_LMP
5   from get_current_DA_LMP import get_day_ahead_LMP
6   from toggle_relay import *
7   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8   from bitcoin.rpc import RawProxy
9   from email_alert import *
10
11  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13  folder = Path("C:/Users/Admin")
14  db_file = str(folder / "test_10.sqlite")
15  miner_hashrate = 14300000 * 272 * .95
16  kW_load = 1.3 * 272 * 1.05
17  location = 'EXELON_HPW1'
18  block_reward = 12.5
19
20  def get_BTC_price():
21      try:
22          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23          price_dict = price.json()
24          BTC_price = price_dict['data']['amount']
25          BTC_price = float(BTC_price)
26          return BTC_price
27
28      except Exception as e:
29          print("Error:  " + str(e))
30
31  def get_network_difficulty():
32      try:
33          p = RawProxy()
34          diff = float(p.getdifficulty())
35
36          return diff
37
38      except Exception as e:
39          print("Error:  " + str(e))
40
41  def get_block_height():
42      try:
43          p = RawProxy()
44          info = p.getblockchaininfo()
45          block_height = (info['blocks'])
46
47          return block_height
48
49      except Exception as e:
50          print("Error:  " + str(e))
51
52  def get_network_hashrate(diff):
53      try:
54          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55          hashrate_dict = network_hashrate.json()
56          hashrate = hashrate_dict['data']['hashrate']
57          hashrate = float(hashrate) / 1000000
58          return hashrate
59
60      except Exception as e:
61          print("Error:  " + str(e))
62
63  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
64      try:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65              breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
                (kW_load * 24)
66              return breakeven
67
68          except Exception as e:
69              print("Error:  " + str(e))
70
71      def pdu1_all_on():
72          try:
73              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75              client.write_coils(0, [False] * 24)
76              client.close()
77
78          except Exception as e:
79              print("Error:  " + str(e))
80
81      def pdu1_all_off():
82          try:
83              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85              client.write_coils(0, [True]*24)
86              client.close()
87
88          except Exception as e:
89              print("Error:  " + str(e))
90
91      def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92          try:
93              if (day_ahead_LMP >= breakeven):
94                  '''pdu1_all_off()'''
95                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96                  return
97              elif (real_time_LMP >= breakeven):
98                  '''pdu1_all_off()'''
99                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100                 return
101             else:
102                 '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103                 client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104                 r = client.read_coils(0, 24)
105                 if(r.bits == [True]*24):
106                     pdu1_all_on()
107                 email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109         except Exception as e:
110             print("Error:  " + str(e))
111
112     def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113         try:
114             day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115             day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117             real_time_LMP_rev = real_time_LMP * kW_load/(12)
118             real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120             mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121             mining_rev = float("{0:.7f}".format(mining_rev))
122
123             return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125         except Exception as e:
126             print("Error:  " + str(e))
127
128     def main():
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
129        try:
130            block_height = get_block_height()
131            print("Current Block Height:        " + str(block_height))
132
133            BTC_price = get_BTC_price()
134            BTC_price = float("{0:.2f}".format(BTC_price))
135            print("Current BTC Price:           " + str(BTC_price))
136
137            diff = get_network_difficulty()
138            print("Network difficulty:          " + str(diff))
139
140            hashrate = get_network_hashrate(diff)
141            print("Estimated Network Hashrate:  " + str(hashrate))
142
143            day_ahead_LMP = get_day_ahead_LMP(location)
144            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145            print("Day Ahead LMP ($/kWH):       " + str(day_ahead_LMP))
146
147            real_time_LMP = get_real_time_LMP(location)
148            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149            print("Real Time LMP ($/kWh):       " + str(real_time_LMP))
150
151            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
        kW_load)
152            breakeven = float("{0:.7f}".format(breakeven))
153            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154            print("_____")
155
156            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
        hashrate, real_time_LMP, day_ahead_LMP)
159
160            if(day_ahead_LMP >= breakeven):
161                realized_rev = day_ahead_LMP_rev
162            elif(real_time_LMP >= breakeven):
163                realized_rev = real_time_LMP_rev
164            else:
165                realized_rev = mining_rev
166
167            conn = sqlite3.connect(db_file)
168
169            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON_HPW1 (datetime,
        block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172            conn.execute("INSERT INTO arb_main_EXELON_HPW1 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177            conn.commit()
178
179        except Exception as e:
180            print("Error:  " + str(e))
181
182    while True:
183        main()
184        time.sleep(300)
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON4'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
            print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65              breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
                (kW_load * 24)
66              return breakeven
67
68          except Exception as e:
69              print("Error:  " + str(e))
70
71      def pdu1_all_on():
72          try:
73              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75              client.write_coils(0, [False] * 24)
76              client.close()
77
78          except Exception as e:
79              print("Error:  " + str(e))
80
81      def pdu1_all_off():
82          try:
83              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85              client.write_coils(0, [True]*24)
86              client.close()
87
88          except Exception as e:
89              print("Error:  " + str(e))
90
91      def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92          try:
93              if(day_ahead_LMP >= breakeven):
94                  pdu1_all_off()
95                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96                  return
97              elif(real_time_LMP >= breakeven):
98                  pdu1_all_off()
99                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100                 return
101             else:
102                 from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103                 client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104                 r = client.read_coils(0, 24)
105                 if(r.bits == [True]*24):
106                     pdu1_all_on()
107                     email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven, location)
108                 else:
109                     return
110
111         except Exception as e:
112             print("Error:  " + str(e))
113
114     def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
115         try:
116             day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
117             day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
118
119             real_time_LMP_rev = real_time_LMP * kW_load/(12)
120             real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
121
122             mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
123             mining_rev = float("{0:.7f}".format(mining_rev))
124
125             return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
126
127         except Exception as e:
128             print("Error:  " + str(e))
```

```python
129
130     def main():
131         try:
132             block_height = get_block_height()
133             print("Current Block Height:          " + str(block_height))
134
135             BTC_price = get_BTC_price()
136             BTC_price = float("{0:.2f}".format(BTC_price))
137             print("Current BTC Price:            " + str(BTC_price))
138
139             diff = get_network_difficulty()
140             print("Network difficulty:           " + str(diff))
141
142             hashrate = get_network_hashrate(diff)
143             print("Estimated Network Hashrate:   " + str(hashrate))
144
145             day_ahead_LMP = get_day_ahead_LMP(location)
146             day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
147             print("Day Ahead LMP ($/kWH):        " + str(day_ahead_LMP))
148
149             real_time_LMP = get_real_time_LMP(location)
150             real_time_LMP = float("{0:.7f}".format(real_time_LMP))
151             print("Real Time LMP ($/kWh):        " + str(real_time_LMP))
152
153             breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                kW_load)
154             breakeven = float("{0:.7f}".format(breakeven))
155             print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
156             print("_____")
157
158             profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
159
160             day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                hashrate, real_time_LMP, day_ahead_LMP)
161
162             if(day_ahead_LMP >= breakeven):
163                 realized_rev = day_ahead_LMP_rev
164             elif(real_time_LMP >= breakeven):
165                 realized_rev = real_time_LMP_rev
166             else:
167                 realized_rev = mining_rev
168
169             conn = sqlite3.connect(db_file)
170
171             conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON4 (datetime,
                block_height,"
172                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                             real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                             real_time_LMP_rev, mining_rev, realized_rev)")
173
174             conn.execute("INSERT INTO arb_main_EXELON4 (datetime, block_height,"
175                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                             real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                             real_time_LMP_rev, mining_rev, realized_rev) "
176                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
177                          (str(datetime.datetime.now()), block_height,
178                           diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                              breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                              realized_rev))
179             conn.commit()
180
181         except Exception as e:
182             print("Error:  " + str(e))
183
184     while True:
```


```
185     main()
186     time.sleep(300)
187
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
3   from pathlib import Path
4   from get_current_RT_LMP import get_real_time_LMP
5   from get_current_DA_LMP import get_day_ahead_LMP
6   from toggle_relay import *
7   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8   from bitcoin.rpc import RawProxy
9   from email_alert import *
10
11  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13  folder = Path("C:/Users/Admin")
14  db_file = str(folder / "test_10.sqlite")
15  miner_hashrate = 14300000 * 272 * .95
16  kW_load = 1.3 * 272 * 1.05
17  location = 'EXELON5_6'
18  block_reward = 12.5
19
20  def get_BTC_price():
21      try:
22          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23          price_dict = price.json()
24          BTC_price = price_dict['data']['amount']
25          BTC_price = float(BTC_price)
26          return BTC_price
27
28      except Exception as e:
29          print("Error:  " + str(e))
30
31  def get_network_difficulty():
32      try:
33          p = RawProxy()
34          diff = float(p.getdifficulty())
35
36          return diff
37
38      except Exception as e:
39          print("Error:  " + str(e))
40
41  def get_block_height():
42      try:
43          p = RawProxy()
44          info = p.getblockchaininfo()
45          block_height = (info['blocks'])
46
47          return block_height
48
49      except Exception as e:
50              print("Error:  " + str(e))
51
52  def get_network_hashrate(diff):
53      try:
54          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55          hashrate_dict = network_hashrate.json()
56          hashrate = hashrate_dict['data']['hashrate']
57          hashrate = float(hashrate) / 1000000
58          return hashrate
59
60      except Exception as e:
61          print("Error:  " + str(e))
62
63  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
64      try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112  def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113      try:
114          day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115          day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117          real_time_LMP_rev = real_time_LMP * kW_load/(12)
118          real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120          mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121          mining_rev = float("{0:.7f}".format(mining_rev))
122
123          return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125      except Exception as e:
126          print("Error:  " + str(e))
127
128  def main():
```

```python
129        try:
130            block_height = get_block_height()
131            print("Current Block Height:          " + str(block_height))
132
133            BTC_price = get_BTC_price()
134            BTC_price = float("{0:.2f}".format(BTC_price))
135            print("Current BTC Price:            " + str(BTC_price))
136
137            diff = get_network_difficulty()
138            print("Network difficulty:           " + str(diff))
139
140            hashrate = get_network_hashrate(diff)
141            print("Estimated Network Hashrate:   " + str(hashrate))
142
143            day_ahead_LMP = get_day_ahead_LMP(location)
144            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145            print("Day Ahead LMP ($/kWH):        " + str(day_ahead_LMP))
146
147            real_time_LMP = get_real_time_LMP(location)
148            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149            print("Real Time LMP ($/kWh):        " + str(real_time_LMP))
150
151            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                   kW_load)
152            breakeven = float("{0:.7f}".format(breakeven))
153            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154            print("_____")
155
156            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                   hashrate, real_time_LMP, day_ahead_LMP)
159
160            if(day_ahead_LMP >= breakeven):
161                realized_rev = day_ahead_LMP_rev
162            elif(real_time_LMP >= breakeven):
163                realized_rev = real_time_LMP_rev
164            else:
165                realized_rev = mining_rev
166
167            conn = sqlite3.connect(db_file)
168
169            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON5_6 (datetime,
                   block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172            conn.execute("INSERT INTO arb_main_EXELON5_6 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177            conn.commit()
178
179        except Exception as e:
180            print("Error:  " + str(e))
181
182    while True:
183        main()
184        time.sleep(300)
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
3   from pathlib import Path
4   from get_current_RT_LMP import get_real_time_LMP
5   from get_current_DA_LMP import get_day_ahead_LMP
6   from toggle_relay import *
7   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8   from bitcoin.rpc import RawProxy
9   from email_alert import *
10
11  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13  folder = Path("C:/Users/Admin")
14  db_file = str(folder / "test_10.sqlite")
15  miner_hashrate = 14300000 * 272 * .95
16  kW_load = 1.3 * 272 * 1.05
17  location = 'EXELON7_8'
18  block_reward = 12.5
19
20  def get_BTC_price():
21      try:
22          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23          price_dict = price.json()
24          BTC_price = price_dict['data']['amount']
25          BTC_price = float(BTC_price)
26          return BTC_price
27
28      except Exception as e:
29          print("Error:  " + str(e))
30
31  def get_network_difficulty():
32      try:
33          p = RawProxy()
34          diff = float(p.getdifficulty())
35
36          return diff
37
38      except Exception as e:
39          print("Error:  " + str(e))
40
41  def get_block_height():
42      try:
43          p = RawProxy()
44          info = p.getblockchaininfo()
45          block_height = (info['blocks'])
46
47          return block_height
48
49      except Exception as e:
50          print("Error:  " + str(e))
51
52  def get_network_hashrate(diff):
53      try:
54          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55          hashrate_dict = network_hashrate.json()
56          hashrate = hashrate_dict['data']['hashrate']
57          hashrate = float(hashrate) / 1000000
58          return hashrate
59
60      except Exception as e:
61          print("Error:  " + str(e))
62
63  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
64      try:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65              breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
                (kW_load * 24)
66              return breakeven
67
68          except Exception as e:
69              print("Error:  " + str(e))
70
71      def pdu1_all_on():
72          try:
73              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75              client.write_coils(0, [False] * 24)
76              client.close()
77
78          except Exception as e:
79              print("Error:  " + str(e))
80
81      def pdu1_all_off():
82          try:
83              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85              client.write_coils(0, [True]*24)
86              client.close()
87
88          except Exception as e:
89              print("Error:  " + str(e))
90
91      def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92          try:
93              if (day_ahead_LMP >= breakeven):
94                  '''pdu1_all_off()'''
95                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96                  return
97              elif (real_time_LMP >= breakeven):
98                  '''pdu1_all_off()'''
99                  email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100                 return
101             else:
102                 '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103                 client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104                 r = client.read_coils(0, 24)
105                 if(r.bits == [True]*24):
106                     pdu1_all_on()
107                 email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109         except Exception as e:
110             print("Error:  " + str(e))
111
112     def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113         try:
114             day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115             day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117             real_time_LMP_rev = real_time_LMP * kW_load/(12)
118             real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120             mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121             mining_rev = float("{0:.7f}".format(mining_rev))
122
123             return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125         except Exception as e:
126             print("Error:  " + str(e))
127
128     def main():
```

```python
129         try:
130             block_height = get_block_height()
131             print("Current Block Height:            " + str(block_height))
132
133             BTC_price = get_BTC_price()
134             BTC_price = float("{0:.2f}".format(BTC_price))
135             print("Current BTC Price:              " + str(BTC_price))
136
137             diff = get_network_difficulty()
138             print("Network difficulty:             " + str(diff))
139
140             hashrate = get_network_hashrate(diff)
141             print("Estimated Network Hashrate:     " + str(hashrate))
142
143             day_ahead_LMP = get_day_ahead_LMP(location)
144             day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145             print("Day Ahead LMP ($/kWH):          " + str(day_ahead_LMP))
146
147             real_time_LMP = get_real_time_LMP(location)
148             real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149             print("Real Time LMP ($/kWh):          " + str(real_time_LMP))
150
151             breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load)
152             breakeven = float("{0:.7f}".format(breakeven))
153             print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154             print("_____")
155
156             profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158             day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP)
159
160             if(day_ahead_LMP >= breakeven):
161                 realized_rev = day_ahead_LMP_rev
162             elif(real_time_LMP >= breakeven):
163                 realized_rev = real_time_LMP_rev
164             else:
165                 realized_rev = mining_rev
166
167             conn = sqlite3.connect(db_file)
168
169             conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON7_8 (datetime, block_height,"
170                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,"
                             "real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,"
                             "real_time_LMP_rev, mining_rev, realized_rev)")
171
172             conn.execute("INSERT INTO arb_main_EXELON7_8 (datetime, block_height,"
173                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,"
                             "real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,"
                             "real_time_LMP_rev, mining_rev, realized_rev) "
174                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                          (str(datetime.datetime.now()), block_height,
176                           diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                              breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                              realized_rev))
177             conn.commit()
178
179         except Exception as e:
180             print("Error:  " + str(e))
181
182 while True:
183     main()
184     time.sleep(300)
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON9'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
        print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112  def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128  def main():
```

```
129        try:
130            block_height = get_block_height()
131            print("Current Block Height:          " + str(block_height))
132
133            BTC_price = get_BTC_price()
134            BTC_price = float("{0:.2f}".format(BTC_price))
135            print("Current BTC Price:             " + str(BTC_price))
136
137            diff = get_network_difficulty()
138            print("Network difficulty:            " + str(diff))
139
140            hashrate = get_network_hashrate(diff)
141            print("Estimated Network Hashrate:    " + str(hashrate))
142
143            day_ahead_LMP = get_day_ahead_LMP(location)
144            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145            print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
146
147            real_time_LMP = get_real_time_LMP(location)
148            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149            print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
150
151            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
               kW_load)
152            breakeven = float("{0:.7f}".format(breakeven))
153            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154            print("_____")
155
156            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
               hashrate, real_time_LMP, day_ahead_LMP)
159
160            if(day_ahead_LMP >= breakeven):
161                realized_rev = day_ahead_LMP_rev
162            elif(real_time_LMP >= breakeven):
163                realized_rev = real_time_LMP_rev
164            else:
165                realized_rev = mining_rev
166
167            conn = sqlite3.connect(db_file)
168
169            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON9 (datetime,
               block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172            conn.execute("INSERT INTO arb_main_EXELON9 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177            conn.commit()
178
179        except Exception as e:
180            print("Error: " + str(e))
181
182    while True:
183        main()
184        time.sleep(300)
```

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time, logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON10_11'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
        print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129         try:
130             block_height = get_block_height()
131             print("Current Block Height:          " + str(block_height))
132
133             BTC_price = get_BTC_price()
134             BTC_price = float("{0:.2f}".format(BTC_price))
135             print("Current BTC Price:             " + str(BTC_price))
136
137             diff = get_network_difficulty()
138             print("Network difficulty:            " + str(diff))
139
140             hashrate = get_network_hashrate(diff)
141             print("Estimated Network Hashrate:    " + str(hashrate))
142
143             day_ahead_LMP = get_day_ahead_LMP(location)
144             day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145             print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
146
147             real_time_LMP = get_real_time_LMP(location)
148             real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149             print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
150
151             breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                kW_load)
152             breakeven = float("{0:.7f}".format(breakeven))
153             print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154             print("_____")
155
156             profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158             day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                hashrate, real_time_LMP, day_ahead_LMP)
159
160             if(day_ahead_LMP >= breakeven):
161                 realized_rev = day_ahead_LMP_rev
162             elif(real_time_LMP >= breakeven):
163                 realized_rev = real_time_LMP_rev
164             else:
165                 realized_rev = mining_rev
166
167             conn = sqlite3.connect(db_file)
168
169             conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON10_11 (datetime,
                block_height,"
170                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                          real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                          real_time_LMP_rev, mining_rev, realized_rev)")
171
172             conn.execute("INSERT INTO arb_main_EXELON10_11 (datetime, block_height,"
173                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                          real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                          real_time_LMP_rev, mining_rev, realized_rev) "
174                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                          (str(datetime.datetime.now()), block_height,
176                           diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                           breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                           realized_rev))
177             conn.commit()
178
179         except Exception as e:
180             print("Error:  " + str(e))
181
182 while True:
183     main()
184     time.sleep(300)
```

```python
import requests, csv, io, sqlite3, urllib3, datetime
import pandas as pd
from pathlib import Path

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

def get_day_ahead_LMP(location):
    folder = Path("C:/Users/Admin")
    db_file = str(folder / "test_10.sqlite")

    now = datetime.datetime.now()
    #print(str(now))

    year = now.strftime("%Y")
    month = now.strftime("%m")
    day = now.strftime("%d")

    '''if(month == '04' OR month == '06' OR month == '09' OR month == '11'):'''

    url = 'https://marketplace.spp.org/file-api/download/da-lmp-by-location?path=%2F' + \
    year + '%2F' + month + '%2FBy_Day%2FDA-LMP-SL-' + year + month + day + '0100.csv'
    #print(url)

    data = requests.get(url, verify=False)

    df = pd.read_csv(io.StringIO(data.text))

    df.to_csv('day_ahead_LMP.csv')

    conn = sqlite3.connect(db_file)

    conn.execute("DROP TABLE IF EXISTS day_ahead_lmp_data_AEC")
    conn.execute("CREATE TABLE day_ahead_lmp_data_AEC (Interval, GMTIntervalEnd,
    `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")

    with open('day_ahead_LMP.csv','r') as fin:
        dict_read = csv.DictReader(fin)
        to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
        i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]

    conn.executemany("INSERT INTO day_ahead_lmp_data (Interval, GMTIntervalEnd,
    `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
    ?);", to_db)
    conn.commit()

    da_lmp = conn.execute("SELECT LMP from day_ahead_lmp_data WHERE `Settlement
    Location`=?", (location,))
    da_lmp = (da_lmp.fetchone()[0])
    da_lmp = float(da_lmp)/1000

    return da_lmp
```

```python
import requests, csv, io, sqlite3, urllib3, datetime
import pandas as pd
from pathlib import Path

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

def get_day_ahead_LMP(location):
    folder = Path("C:/Users/Admin")
    db_file = str(folder / "test_10.sqlite")

    now = datetime.datetime.now()
    #print(str(now))

    year = now.strftime("%Y")
    month = now.strftime("%m")
    day = now.strftime("%d")

    url = 'https://marketplace.spp.org/file-api/download/da-lmp-by-location?path=%2F' + \
    year + '%2F' + month + '%2FBy_Day%2FDA-LMP-SL-' + year + month + day + '0100.csv'
    #print(url)

    data = requests.get(url, verify=False)

    df = pd.read_csv(io.StringIO(data.text))

    df.to_csv('day_ahead_LMP.csv')

    conn = sqlite3.connect(db_file)

    conn.execute("DROP TABLE IF EXISTS day_ahead_lmp_data_AEC")
    conn.execute("CREATE TABLE day_ahead_lmp_data_AEC (Interval, GMTIntervalEnd,
    `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")

    with open('day_ahead_LMP.csv','r') as fin:
        dict_read = csv.DictReader(fin)
        to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
        i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]

    conn.executemany("INSERT INTO day_ahead_lmp_data_AEC (Interval, GMTIntervalEnd,
    `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
    ?);", to_db)
    conn.commit()

    da_lmp = conn.execute("SELECT LMP from day_ahead_lmp_data_AEC WHERE `Settlement
    Location`=?", (location,))
    da_lmp = (da_lmp.fetchone()[0])
    da_lmp = float(da_lmp)/1000

    return da_lmp
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
#!/usr/bin/env python3
import json, sqlite3, datetime, time
from datetime import datetime
from pathlib import Path
from bitcoin.rpc import RawProxy

folder = Path("C:/Users/Admin") # this is your path to the sqlite3 db
db_file = str(folder / "test_10.sqlite")  # hover mouse over db creation for URI

def get_block_height_local():
    try:
        p = RawProxy() # connect to node
        info = p.getblockchaininfo() # getblockchaininfo call
        block_height = (info['blocks']) # gets block height from getblockchaininfo

        header_hash = (info['bestblockhash']) # gets the bestblockhash from your node

        header = p.getblock(header_hash) # calls getblock and passes in the header_hash
        param from above

        block_time = header['time'] # unix timestamp of node's best block header
        block_time_utc = datetime.utcfromtimestamp(block_time).strftime('%Y-%m-%d
        %H:%M:%S') # convert unix timestamp to utc

        time_now = time.time() # call time.time() and get unix timestamp of current time
        time_now_utc = datetime.utcfromtimestamp(time_now).strftime('%Y-%m-%d
        %H:%M:%S') # convert current time unix timestamp to utc

        '''prop_time = (time_now - block_time) # calculate  the difference between
        current time and best block time
        prop_time_utc = datetime.utcfromtimestamp(prop_time).strftime('%H:%M:%S') #
        convert unix propagation time to utc in hours/minutes/seconds format'''

        conn = sqlite3.connect(db_file) # connect to sqlite3 db ---- see path and file
        under imports
        conn.execute("INSERT INTO block_height_data_test (block_height,
        header_block_time, date_time) " # insert into table name
        'block_height_data_test', column names, values
                    "VALUES (?, ?, ?);", (block_height, block_time_utc, time_now_utc))
        conn.commit()

    except Exception as e: # catch exceptions - specifically, block_height has a unique
    constraint in the created sqlite3 table
            print("Error:  " + str(e))

while True:
    get_block_height_local() # call the above
    time.sleep(.1) # delay .1 seconds in while loop
```

```python
import requests, csv, io, sqlite3, urllib3
import pandas as pd
from pathlib import Path

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

def get_real_time_LMP(location):
    folder = Path("C:/Users/Admin")
    db_file = str(folder / "test_10.sqlite")
    url = 'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-SL-latestInterval.csv'

    data = requests.get(url, verify=False)

    df = pd.read_csv(io.StringIO(data.text))
    #print(df.head())

    df.to_csv('data.csv')

    conn = sqlite3.connect(db_file)

    conn.execute("DROP TABLE IF EXISTS real_time_lmp_data_AEC")
    conn.execute("CREATE TABLE real_time_lmp_data_AEC (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")

    with open('data.csv','r') as fin:
        dict_read = csv.DictReader(fin)
        to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'], i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]

    conn.executemany("INSERT INTO real_time_lmp_data_AEC (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?, ?);", to_db)
    conn.commit()

    rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data_AEC WHERE `Settlement Location`=?", (location,))
    rt_lmp = (rt_lmp.fetchone()[0])
    rt_lmp = float(rt_lmp)/1000

    #print(type(rt_lmp))
    #print("Location: " + location)
    #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
    #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")

    conn.close()

    return rt_lmp
```

```python
1   import requests, csv, io, sqlite3, urllib3
2   import pandas as pd
3   from pathlib import Path
4
5   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7
8
9   def get_real_time_LMP(location):
10      folder = Path("C:/Users/Admin")
11      db_file = str(folder / "test_10.sqlite")
12      url =
        'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-
        SL-latestInterval.csv'
13
14      data = requests.get(url, verify=False)
15
16      df = pd.read_csv(io.StringIO(data.text))
17      #print(df.head())
18
19      df.to_csv('data.csv')
20
21      conn = sqlite3.connect(db_file)
22
23      conn.execute("DROP TABLE IF EXISTS real_time_lmp_data_EXELON4")
24      conn.execute("CREATE TABLE real_time_lmp_data_EXELON4 (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
25
26      with open('data.csv','r') as fin:
27          dict_read = csv.DictReader(fin)
28          to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
            i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
29
30      conn.executemany("INSERT INTO real_time_lmp_data_EXELON4 (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
        ?);", to_db)
31      conn.commit()
32
33      rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data_EXELON4 WHERE `Settlement
        Location`=?", (location,))
34      rt_lmp = (rt_lmp.fetchone()[0])
35      rt_lmp = float(rt_lmp)/1000
36
37      #print(type(rt_lmp))
38      #print("Location: " + location)
39      #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
40      #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
41
42      conn.close()
43
44      return rt_lmp
45
46  get_real_time_LMP(location)
47
```

```python
import requests, csv, io, sqlite3, urllib3
import pandas as pd
from pathlib import Path

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

def get_real_time_LMP(location):
    folder = Path("C:/Users/Admin")
    db_file = str(folder / "test_10.sqlite")
    url = 'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-SL-latestInterval.csv'

    data = requests.get(url, verify=False)

    df = pd.read_csv(io.StringIO(data.text))
    #print(df.head())

    df.to_csv('data.csv')

    conn = sqlite3.connect(db_file)

    conn.execute("DROP TABLE IF EXISTS real_time_lmp_data")
    conn.execute("CREATE TABLE real_time_lmp_data (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")

    with open('data.csv','r') as fin:
        dict_read = csv.DictReader(fin)
        to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'], i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]

    conn.executemany("INSERT INTO real_time_lmp_data (Interval, GMTIntervalEnd, `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?, ?);", to_db)
    conn.commit()

    rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data WHERE `Settlement Location`=?", (location,))
    rt_lmp = (rt_lmp.fetchone()[0])
    rt_lmp = float(rt_lmp)/1000

    #print(type(rt_lmp))
    #print("Location: " + location)
    #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
    #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")

    conn.close()

    return rt_lmp
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging
3   from pathlib import Path
4   from LMP_csv_import import get_realtime_LMP
5
6   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
7
8   folder = Path("C:/Users/Admin")
9   db_file = str(folder / "test_10.sqlite")
10  miner_hashrate = 14300000*272
11  kW_load = 1.3*272*1.05
12  location = 'AEC'
13  block_reward = 144
14
15  def get_BTC_price():
16      price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
17      price_dict = price.json()
18      BTC_price = price_dict['data']['amount']
19      BTC_price = float(BTC_price)
20      return BTC_price
21
22  def get_network_difficulty():
23      network_difficulty =
        requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
24      diff_dict = network_difficulty.json()
25      diff = diff_dict['difficulty']
26      return diff
27
28  def get_block_height():
29      block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
30      bh_dict = block_height.json()
31
32      #print(bh_dict)
33      block_height = bh_dict['info']['blocks']
34      block_height = int(block_height)
35      print(str(block_height))
36      return block_height
37
38  def get_network_hashrate(diff):
39      network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
40      hashrate_dict = network_hashrate.json()
41      #print(hashrate_dict)
42      hashrate = hashrate_dict['data']['hashrate']
43      hashrate = float(hashrate)/1000000
44      #hashrate = int(hashrate)
45      #print("Called network hashrate: " + str(hashrate))
46
47      expected_blocks = 144
48      blocks_found = 113
49      est_hashrate = (blocks_found / expected_blocks * diff * 2 ** 32 / 600)
50      #print("Estimated network hashrate: " + str(est_hashrate))
51      return hashrate
52
53  def get_profit(BTC_price, hashrate, lmp_price):
54      gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
55      print("5m gross USD profit:   $" + str(gross_profit_USD))
56
57      power_cost_USD = kW_load*lmp_price/6/1000
58      print("5m electricity cost:   $" + str(power_cost_USD))
59
60      net_profit_USD = gross_profit_USD - power_cost_USD
61      print("5m net USD profi/loss: $" + str(net_profit_USD))
62
63      net_profit_BTC = net_profit_USD/BTC_price
```

```python
64          print("5m net BTC profit:    " + str(net_profit_BTC))
65
66          return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
67
68   def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
69       breakeven = ((miner_hashrate/hashrate)*(block_reward*144)*(BTC_price))/(kW_load*24)
70       print(breakeven)
71       return breakeven
72
73   def main():
74       try:
75
76              print(str(datetime.datetime.now()))
77              block_height = get_block_height()
78              BTC_price = get_BTC_price()
79              diff = get_network_difficulty()
80              hashrate = get_network_hashrate(diff)
81              lmp_price = get_realtime_LMP(location)
82              breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                 kW_load)
83              gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
                 hashrate=get_network_hashrate(diff),
84                                                   lmp_price=get_realtime_LMP(location))
85
86              conn = sqlite3.connect(db_file)
87              conn.execute("INSERT INTO lmp_model (date_time, BTC_USD_price,
                 BTC_network_hashrate, real_time_LMP_mwh, "
88                           "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                 net_profit_USD_5m, net_profit_BTC_5m, block_height) "
89                           "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
                 ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
90                                                   (lmp_price/1000), gp_USD,
                 pc_USD, np_USD, np_BTC,
                 block_height))
91              conn.commit()
92
93       except Exception as e:
94              print("Error:  " + str(e))
95
96   while True:
97       main()
98       time.sleep(300)
99
```

```python
1    #!/usr/bin/env python3
2    import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time
3    from pathlib import Path
4    from LMP_csv_import import get_realtime_LMP
5
6    urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning) #turns off SSL
     certificate warning from requesting LMP Data CSV
7
8    folder = Path("C:/Users/Admin")
9    db_file = str(folder / "test_10.sqlite")
10   miner_hashrate = 14500000*272*.95
11   kW_load = 1.3*272*1.05
12   location = 'AEC'
13
14   def get_BTC_price():
15       price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
16       price_dict = price.json()
17       #print(price_dict)
18       BTC_price = price_dict['data']['amount']
19       BTC_price = float(BTC_price)
20       #print("BTC/USD price   : $" + str(BTC_price))
21
22       return BTC_price
23
24   def get_network_difficulty():
25       network_difficulty =
         requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
26       diff_dict = network_difficulty.json()
27       #print(diff_dict)
28       diff = diff_dict['difficulty']
29       #print("Difficulty: " + str(diff))
30       return diff
31
32   def get_block_height():
33       block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
34       bh_dict = block_height.json()
35
36       #print(bh_dict)
37       block_height = bh_dict['info']['blocks']
38       block_height = int(block_height)
39       print(str(block_height))
40       return block_height
41
42   def get_network_hashrate(diff):
43       network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
44       hashrate_dict = network_hashrate.json()
45       #print(hashrate_dict)
46       hashrate = hashrate_dict['data']['hashrate']
47       hashrate = float(hashrate)/1000000
48       return hashrate
49
50   def get_profit(BTC_price, hashrate, lmp_price):
51       gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
52       print("5m gross USD profit:   $" + str(gross_profit_USD))
53
54       power_cost_USD = kW_load*lmp_price/6/1000
55       print("5m electricity cost:   $" + str(power_cost_USD))
56
57       net_profit_USD = gross_profit_USD - power_cost_USD
58       print("5m net USD profi/loss: $" + str(net_profit_USD))
59
60       net_profit_BTC = net_profit_USD/BTC_price
61       print("5m net BTC profit:     " + str(net_profit_BTC))
62
63       return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
64
65
66    def main():
67        try:
68            print(str(datetime.datetime.now()))
69            block_height = get_block_height()
70            BTC_price = get_BTC_price()
71            diff = get_network_difficulty()
72            hashrate = get_network_hashrate(diff)
73            lmp_price = get_realtime_LMP(location)
74            gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
                  hashrate=get_network_hashrate(diff),
75                                                          lmp_price=get_realtime_LMP(location))
76
77            conn = sqlite3.connect(db_file)
78            conn.execute("INSERT INTO lmp_model_effi (date_time, BTC_USD_price,
                  BTC_network_hashrate, real_time_LMP_mwh, "
79                          "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                          net_profit_USD_5m, net_profit_BTC_5m, block_height) "
80                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
                          ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
                          (lmp_price/1000), gp_USD,
                          pc_USD, np_USD, np_BTC,
                          block_height))
82            conn.commit()
83
84        except Exception as e:
85            print("Error:  " + str(e))
86
87    while True:
88        try:
89            main()
90            time.sleep(300)
91        except:
92            main()
93            time.sleep(300)
```

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON_HPW1'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
        print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129          try:
130              block_height = get_block_height()
131              print("Current Block Height:          " + str(block_height))
132
133              BTC_price = get_BTC_price()
134              BTC_price = float("{0:.2f}".format(BTC_price))
135              print("Current BTC Price:             " + str(BTC_price))
136
137              diff = get_network_difficulty()
138              print("Network difficulty:            " + str(diff))
139
140              hashrate = get_network_hashrate(diff)
141              print("Estimated Network Hashrate:    " + str(hashrate))
142
143              day_ahead_LMP = get_day_ahead_LMP(location)
144              day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145              print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
146
147              real_time_LMP = get_real_time_LMP(location)
148              real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149              print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
150
151              breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                 kW_load)
152              breakeven = float("{0:.7f}".format(breakeven))
153              print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154              print("_____")
155
156              profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158              day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                 hashrate, real_time_LMP, day_ahead_LMP)
159
160              if(day_ahead_LMP >= breakeven):
161                  realized_rev = day_ahead_LMP_rev
162              elif(real_time_LMP >= breakeven):
163                  realized_rev = real_time_LMP_rev
164              else:
165                  realized_rev = mining_rev
166
167              conn = sqlite3.connect(db_file)
168
169              conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON_HPW1 (datetime,
                 block_height,"
170                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                           real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev)")
171
172              conn.execute("INSERT INTO arb_main_EXELON_HPW1 (datetime, block_height,"
173                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                           real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev) "
174                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                          (str(datetime.datetime.now()), block_height,
176                           diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                           breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                           realized_rev))
177              conn.commit()
178
179          except Exception as e:
180              print("Error:  " + str(e))
181
182  while True:
183      main()
184      time.sleep(300)
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time
3   from pathlib import Path
4   from LMP_csv_import import get_realtime_LMP
5
6   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning) #turns off SSL
    certificate warning from requesting LMP Data CSV
7
8   folder = Path("C:/Users/Admin")
9   db_file = str(folder / "test_10.sqlite")
10  miner_hashrate = 14500000*272*.95
11  kW_load = 1.3*272*1.05
12  location = 'AEC'
13
14  def get_BTC_price():
15      price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
16      price_dict = price.json()
17      #print(price_dict)
18      BTC_price = price_dict['data']['amount']
19      BTC_price = float(BTC_price)
20      #print("BTC/USD price   : $" + str(BTC_price))
21
22      return BTC_price
23
24  def get_network_difficulty():
25      network_difficulty =
        requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
26      diff_dict = network_difficulty.json()
27      #print(diff_dict)
28      diff = diff_dict['difficulty']
29      #print("Difficulty: " + str(diff))
30      return diff
31
32  def get_block_height():
33      block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
34      bh_dict = block_height.json()
35
36      #print(bh_dict)
37      block_height = bh_dict['info']['blocks']
38      block_height = int(block_height)
39      print(str(block_height))
40      return block_height
41
42  def get_network_hashrate(diff):
43      network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
44      hashrate_dict = network_hashrate.json()
45      #print(hashrate_dict)
46      hashrate = hashrate_dict['data']['hashrate']
47      hashrate = float(hashrate)/1000000
48      return hashrate
49
50  def get_profit(BTC_price, hashrate, lmp_price):
51      gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
52      print("5m gross USD profit:   $" + str(gross_profit_USD))
53
54      power_cost_USD = kW_load*lmp_price/6/1000
55      print("5m electricity cost:   $" + str(power_cost_USD))
56
57      net_profit_USD = gross_profit_USD - power_cost_USD
58      print("5m net USD profi/loss: $" + str(net_profit_USD))
59
60      net_profit_BTC = net_profit_USD/BTC_price
61      print("5m net BTC profit:      " + str(net_profit_BTC))
62
63      return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
```

BB_SC0000083...

```python
64
65
66    def main():
67        try:
68            print(str(datetime.datetime.now()))
69            block_height = get_block_height()
70            BTC_price = get_BTC_price()
71            diff = get_network_difficulty()
72            hashrate = get_network_hashrate(diff)
73            lmp_price = get_realtime_LMP(location)
74            gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
                   hashrate=get_network_hashrate(diff),
75                                            lmp_price=get_realtime_LMP(location))
76
77            conn = sqlite3.connect(db_file)
78            conn.execute("INSERT INTO lmp_model_effi (date_time, BTC_USD_price, "
                   BTC_network_hashrate, real_time_LMP_mwh, "
79                       "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m, "
                           net_profit_USD_5m, net_profit_BTC_5m, block_height) "
80                       "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, "
                           ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
81                                           (lmp_price/1000), gp_USD,
                                            pc_USD, np_USD, np_BTC,
                                            block_height))
82            conn.commit()
83
84        except Exception as e:
85                print("Error:  " + str(e))
86
87    while True:
88        try:
89            main()
90            time.sleep(300)
91        except:
92            main()
93            time.sleep(300)
```

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time, logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON5_6'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
            print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129          try:
130              block_height = get_block_height()
131              print("Current Block Height:          " + str(block_height))
132
133              BTC_price = get_BTC_price()
134              BTC_price = float("{0:.2f}".format(BTC_price))
135              print("Current BTC Price:            " + str(BTC_price))
136
137              diff = get_network_difficulty()
138              print("Network difficulty:          " + str(diff))
139
140              hashrate = get_network_hashrate(diff)
141              print("Estimated Network Hashrate:  " + str(hashrate))
142
143              day_ahead_LMP = get_day_ahead_LMP(location)
144              day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145              print("Day Ahead LMP ($/kWH):       " + str(day_ahead_LMP))
146
147              real_time_LMP = get_real_time_LMP(location)
148              real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149              print("Real Time LMP ($/kWh):       " + str(real_time_LMP))
150
151              breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
      kW_load)
152              breakeven = float("{0:.7f}".format(breakeven))
153              print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154              print("_____")
155
156              profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158              day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
      hashrate, real_time_LMP, day_ahead_LMP)
159
160              if(day_ahead_LMP >= breakeven):
161                  realized_rev = day_ahead_LMP_rev
162              elif(real_time_LMP >= breakeven):
163                  realized_rev = real_time_LMP_rev
164              else:
165                  realized_rev = mining_rev
166
167              conn = sqlite3.connect(db_file)
168
169              conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON5_6 (datetime,
      block_height,"
170                           "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                           real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev)")
171
172              conn.execute("INSERT INTO arb_main_EXELON5_6 (datetime, block_height,"
173                           "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                           real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev) "
174                           "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                           (str(datetime.datetime.now()), block_height,
176                            diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                            breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                            realized_rev))
177              conn.commit()
178
179          except Exception as e:
180              print("Error: " + str(e))
181
182  while True:
183      main()
184      time.sleep(300)
```

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON4'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
            print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if(day_ahead_LMP >= breakeven):
94              pdu1_all_off()
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif(real_time_LMP >= breakeven):
98              pdu1_all_off()
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107                 email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven, location)
108             else:
109                 return
110
111     except Exception as e:
112         print("Error:  " + str(e))
113
114 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
115     try:
116         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
117         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
118
119         real_time_LMP_rev = real_time_LMP * kW_load/(12)
120         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
121
122         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
123         mining_rev = float("{0:.7f}".format(mining_rev))
124
125         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
126
127     except Exception as e:
128         print("Error:  " + str(e))
```

```python
129
130     def main():
131         try:
132             block_height = get_block_height()
133             print("Current Block Height:           " + str(block_height))
134
135             BTC_price = get_BTC_price()
136             BTC_price = float("{0:.2f}".format(BTC_price))
137             print("Current BTC Price:             " + str(BTC_price))
138
139             diff = get_network_difficulty()
140             print("Network difficulty:            " + str(diff))
141
142             hashrate = get_network_hashrate(diff)
143             print("Estimated Network Hashrate:    " + str(hashrate))
144
145             day_ahead_LMP = get_day_ahead_LMP(location)
146             day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
147             print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
148
149             real_time_LMP = get_real_time_LMP(location)
150             real_time_LMP = float("{0:.7f}".format(real_time_LMP))
151             print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
152
153             breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                kW_load)
154             breakeven = float("{0:.7f}".format(breakeven))
155             print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
156             print("_____")
157
158             profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
159
160             day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                hashrate, real_time_LMP, day_ahead_LMP)
161
162             if(day_ahead_LMP >= breakeven):
163                 realized_rev = day_ahead_LMP_rev
164             elif(real_time_LMP >= breakeven):
165                 realized_rev = real_time_LMP_rev
166             else:
167                 realized_rev = mining_rev
168
169             conn = sqlite3.connect(db_file)
170
171             conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON4 (datetime,
                block_height,"
172                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                          real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                          real_time_LMP_rev, mining_rev, realized_rev)")
173
174             conn.execute("INSERT INTO arb_main_EXELON4 (datetime, block_height,"
175                          "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                          real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                          real_time_LMP_rev, mining_rev, realized_rev) "
176                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
177                          (str(datetime.datetime.now()), block_height,
178                           diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                           breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                           realized_rev))
179             conn.commit()
180
181         except Exception as e:
182             print("Error: " + str(e))
183
184     while True:
```

```
185        main()
186        time.sleep(300)
187
```

```python
1   import requests, csv, io, sqlite3, urllib3
2   import pandas as pd
3   from pathlib import Path
4
5   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7
8
9   def get_real_time_LMP(location):
10      folder = Path("C:/Users/Admin")
11      db_file = str(folder / "test_10.sqlite")
12      url =
        'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-
        SL-latestInterval.csv'
13
14      data = requests.get(url, verify=False)
15
16      df = pd.read_csv(io.StringIO(data.text))
17      #print(df.head())
18
19      df.to_csv('data.csv')
20
21      conn = sqlite3.connect(db_file)
22
23      conn.execute("DROP TABLE IF EXISTS real_time_lmp_data_EXELON4")
24      conn.execute("CREATE TABLE real_time_lmp_data_EXELON4 (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
25
26      with open('data.csv','r') as fin:
27          dict_read = csv.DictReader(fin)
28          to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
            i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
29
30      conn.executemany("INSERT INTO real_time_lmp_data_EXELON4 (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
        ?);", to_db)
31      conn.commit()
32
33      rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data_EXELON4 WHERE `Settlement
        Location`=?", (location,))
34      rt_lmp = (rt_lmp.fetchone()[0])
35      rt_lmp = float(rt_lmp)/1000
36
37      #print(type(rt_lmp))
38      #print("Location: " + location)
39      #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
40      #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
41
42      conn.close()
43
44      return rt_lmp
45
46  get_real_time_LMP(location)
47
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
3   from pathlib import Path
4   from RT_LMP_import import get_real_time_LMP
5   from DA_LMP_import import get_day_ahead_LMP
6   from toggle_relay import *
7   from toggle_relay import *
8   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
9   from bitcoin.rpc import RawProxy
10  from email_alert import *
11
12  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
13
14  folder = Path("C:/Users/Admin")
15  db_file = str(folder / "test_10.sqlite")
16  miner_hashrate = 14300000 * 272
17  kW_load = 1.3 * 272
18  location = 'AEC'
19  block_reward = 12.5
20
21  def get_BTC_price():
22      try:
23          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
24          price_dict = price.json()
25          BTC_price = price_dict['data']['amount']
26          BTC_price = float(BTC_price)
27          return BTC_price
28
29      except Exception as e:
30          print("Error:  " + str(e))
31
32  def get_network_difficulty():
33      try:
34          p = RawProxy()
35          diff = float(p.getdifficulty())
36
37          return diff
38
39      except Exception as e:
40          print("Error:  " + str(e))
41
42  def get_block_height():
43      try:
44          p = RawProxy()
45          info = p.getblockchaininfo()
46          block_height = (info['blocks'])
47
48          return block_height
49
50      except Exception as e:
51          print("Error:  " + str(e))
52
53  def get_network_hashrate(diff):
54      try:
55          network_hashrate = requests.get('https://chain.so/api/v2/get_info/BTC')
56          hashrate_dict = network_hashrate.json()
57          # print(hashrate_dict)
58          hashrate = hashrate_dict['data']['hashrate']
59          hashrate = float(hashrate) / 1000000
60          # hashrate = int(hashrate)
61          # print("Called network hashrate: " + str(hashrate))
62          return hashrate
63
64      except Exception as e:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65            print("Error:  " + str(e))
66
67   def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
68       try:
69           breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
             (kW_load * 24)
70           #print(breakeven)
71           return breakeven
72
73       except Exception as e:
74           print("Error:  " + str(e))
75
76   def pdu1_all_on():
77       try:
78           from pymodbus.client.sync import ModbusTcpClient as ModbusClient
79           client = ModbusClient(config.pdu1_ip, config.pdu1_port)
80           client.write_coils(0, [False] * 24)
81           client.close()
82
83       except Exception as e:
84           print("Error:  " + str(e))
85
86   def pdu1_all_off():
87       try:
88           from pymodbus.client.sync import ModbusTcpClient as ModbusClient
89           client = ModbusClient(config.pdu1_ip, config.pdu1_port)
90           client.write_coils(0, [True]*24)
91           client.close()
92
93       except Exception as e:
94           print("Error:  " + str(e))
95
96   def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
97       try:
98           if(day_ahead_LMP >= breakeven):
99               pdu1_all_off()
100              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
101              return
102          elif(real_time_LMP >= breakeven):
103              pdu1_all_off()
104              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
105              return
106          else:
107              from pymodbus.client.sync import ModbusTcpClient as ModbusClient
108              client = ModbusClient(config.pdu1_ip, config.pdu1_port)
109              r = client.read_coils(0, 24)
110              if(r.bits == [True]*24):
111                  pdu1_all_on()
112                  email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)
113              else:
114                  return
115
116      except Exception as e:
117          print("Error:  " + str(e))
118
119  def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
120      try:
121          day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
122          day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
123
124          real_time_LMP_rev = real_time_LMP * kW_load/(12)
125          real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
126
127          mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
128          mining_rev = float("{0:.7f}".format(mining_rev))
```

```python
129
130            return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
131
132        except Exception as e:
133            print("Error:  " + str(e))
134
135    def main():
136        try:
137            block_height = get_block_height()
138            print("Current Block Height:          " + str(block_height))
139
140            BTC_price = get_BTC_price()
141            BTC_price = float("{0:.2f}".format(BTC_price))
142            print("Current BTC Price:             " + str(BTC_price))
143
144            diff = get_network_difficulty()
145            print("Network difficulty:            " + str(diff))
146
147            hashrate = get_network_hashrate(diff)
148            print("Estimated Network Hashrate:    " + str(hashrate))
149
150            day_ahead_LMP = get_day_ahead_LMP(location)
151            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
152            print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
153
154            real_time_LMP = get_real_time_LMP(location)
155            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
156            print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
157
158            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                kW_load)
159            breakeven = float("{0:.7f}".format(breakeven))
160            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
161            print("_____")
162
163            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
164
165            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                hashrate, real_time_LMP, day_ahead_LMP)
166
167            if(day_ahead_LMP >= breakeven):
168                realized_rev = day_ahead_LMP_rev
169            elif(real_time_LMP >= breakeven):
170                realized_rev = real_time_LMP_rev
171            else:
172                realized_rev = mining_rev
173
174            conn = sqlite3.connect(db_file)
175            conn.execute("INSERT INTO denis_logic_test (datetime, day_ahead_LMP,
                block_height, BTC_price, "
176                        "network_diff, est_network_hashrate, real_time_LMP,
                        breakeven_mining_cost, day_ahead_LMP_rev, real_time_LMP_rev,
                        mining_rev, realized_rev) "
177                        "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
178                        (str(datetime.datetime.now()), day_ahead_LMP, block_height,
                        BTC_price,
179                         diff, hashrate, real_time_LMP, breakeven, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev))
180            conn.commit()
181
182        except Exception as e:
183            print("Error:  " + str(e))
184
185    while True:
186        main()
```

```
187        time.sleep(300)
188
```

```python
1   import requests, csv, io, sqlite3, urllib3
2   import pandas as pd
3   from pathlib import Path
4
5   urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7   def get_real_time_LMP(location):
8       folder = Path("C:/Users/Admin")
9       db_file = str(folder / "test_10.sqlite")
10      url =
        'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-
        SL-latestInterval.csv'
11
12      data = requests.get(url, verify=False)
13
14      df = pd.read_csv(io.StringIO(data.text))
15      #print(df.head())
16
17      df.to_csv('data.csv')
18
19      conn = sqlite3.connect(db_file)
20
21      conn.execute("DROP TABLE IF EXISTS real_time_lmp_data")
22      conn.execute("CREATE TABLE real_time_lmp_data (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
23
24      with open('data.csv','r') as fin:
25          dict_read = csv.DictReader(fin)
26          to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
            i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
27
28      conn.executemany("INSERT INTO real_time_lmp_data (Interval, GMTIntervalEnd,
        `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
        ?);", to_db)
29      conn.commit()
30
31      rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data WHERE `Settlement
        Location`=?", (location,))
32      rt_lmp = (rt_lmp.fetchone()[0])
33      rt_lmp = float(rt_lmp)/1000
34
35      #print(type(rt_lmp))
36      #print("Location: " + location)
37      #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
38      #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
39
40      conn.close()
41
42      return rt_lmp
43
```

```python
1    import requests, csv, io, sqlite3, urllib3
2    import pandas as pd
3    from pathlib import Path
4
5    urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7    location = 'AEC'
8
9    def get_real_time_LMP(location):
10       folder = Path("C:/Users/Admin")
11       db_file = str(folder / "test_10.sqlite")
12       url = 'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-
         SL-latestInterval.csv'
13
14       data = requests.get(url, verify=False)
15
16       df = pd.read_csv(io.StringIO(data.text))
17       #print(df.head())
18
19       df.to_csv('data.csv')
20
21       conn = sqlite3.connect(db_file)
22
23       conn.execute("DROP TABLE IF EXISTS lmp_data")
24       conn.execute("CREATE TABLE lmp_data (Interval, GMTIntervalEnd, `Settlement
         Location`, Pnode, LMP, MLC, MCC, MEC);")
25
26       with open('data.csv','r') as fin:
27           dict_read = csv.DictReader(fin)
28           to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
                 i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
29
30       conn.executemany("INSERT INTO lmp_data (Interval, GMTIntervalEnd, `Settlement
         Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?, ?);", to_db)
31       conn.commit()
32
33       rt_lmp = conn.execute("SELECT LMP from lmp_data WHERE `Settlement Location`=?",
         (location,))
34       rt_lmp = (rt_lmp.fetchone()[0])
35       rt_lmp = float(rt_lmp)/1000
36
37       #print(type(rt_lmp))
38       #print("Location: " + location)
39       #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
40       #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
41
42       conn.close()
43
44       return rt_lmp
45
```

BB_SC0000056

```python
1    import requests, csv, io, sqlite3, urllib3
2    import pandas as pd
3    from pathlib import Path
4
5    urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7    def get_real_time_LMP(location):
8        folder = Path("C:/Users/Admin")
9        db_file = str(folder / "test_10.sqlite")
10       url =
         'https://marketplace.spp.org/file-api/download/rtbm-lmp-by-location?path=%2FRTBM-LMP-
         SL-latestInterval.csv'
11
12       data = requests.get(url, verify=False)
13
14       df = pd.read_csv(io.StringIO(data.text))
15       #print(df.head())
16
17       df.to_csv('data.csv')
18
19       conn = sqlite3.connect(db_file)
20
21       conn.execute("DROP TABLE IF EXISTS real_time_lmp_data_AEC")
22       conn.execute("CREATE TABLE real_time_lmp_data_AEC (Interval, GMTIntervalEnd,
         `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
23
24       with open('data.csv','r') as fin:
25           dict_read = csv.DictReader(fin)
26           to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
             i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
27
28       conn.executemany("INSERT INTO real_time_lmp_data_AEC (Interval, GMTIntervalEnd,
         `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
         ?);", to_db)
29       conn.commit()
30
31       rt_lmp = conn.execute("SELECT LMP from real_time_lmp_data_AEC WHERE `Settlement
         Location`=?", (location,))
32       rt_lmp = (rt_lmp.fetchone()[0])
33       rt_lmp = float(rt_lmp)/1000
34
35       #print(type(rt_lmp))
36       #print("Location: " + location)
37       #print("Real time LMP (MWh): $" + str(rt_lmp) + "/MWh.")
38       #print("Real time LMP (kWh): $" + str(rt_lmp/1000) + "/kWh.")
39
40       conn.close()
41
42       return rt_lmp
43
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
1    import requests, csv, io, sqlite3, urllib3, datetime
2    import pandas as pd
3    from pathlib import Path
4
5    urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
6
7    def get_day_ahead_LMP(location):
8        folder = Path("C:/Users/Admin")
9        db_file = str(folder / "test_10.sqlite")
10
11       now = datetime.datetime.now()
12       #print(str(now))
13
14       year = now.strftime("%Y")
15       month = now.strftime("%m")
16       day = now.strftime("%d")
17
18       '''if(month == '04' OR month == '06' OR month == '09' OR month == '11'):'''
19
20       url = 'https://marketplace.spp.org/file-api/download/da-lmp-by-location?path=%2F' +
21       year + '%2F' + month + '%2FBy_Day%2FDA-LMP-SL-' + year + month + day + '0100.csv'
21       #print(url)
22
23       data = requests.get(url, verify=False)
24
25       df = pd.read_csv(io.StringIO(data.text))
26
27       df.to_csv('day_ahead_LMP.csv')
28
29       conn = sqlite3.connect(db_file)
30
31       conn.execute("DROP TABLE IF EXISTS day_ahead_lmp_data_AEC")
32       conn.execute("CREATE TABLE day_ahead_lmp_data_AEC (Interval, GMTIntervalEnd,
         `Settlement Location`, Pnode, LMP, MLC, MCC, MEC);")
33
34       with open('day_ahead_LMP.csv','r') as fin:
35           dict_read = csv.DictReader(fin)
36           to_db = [(i['Interval'], i['GMTIntervalEnd'], i['Settlement Location'],
             i['Pnode'], i['LMP'], i['MLC'], i['MCC'], i['MEC']) for i in dict_read]
37
38       conn.executemany("INSERT INTO day_ahead_lmp_data (Interval, GMTIntervalEnd,
         `Settlement Location`, Pnode, LMP, MLC, MCC, MEC) VALUES (?, ?, ?, ?, ?, ?, ?,
         ?);", to_db)
39       conn.commit()
40
41       da_lmp = conn.execute("SELECT LMP from day_ahead_lmp_data WHERE `Settlement
         Location`=?", (location,))
42       da_lmp = (da_lmp.fetchone()[0])
43       da_lmp = float(da_lmp)/1000
44
45       return da_lmp
```

```python
1   #!/usr/bin/env python3
2   import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
3   from pathlib import Path
4   from get_current_RT_LMP import get_real_time_LMP
5   from get_current_DA_LMP import get_day_ahead_LMP
6   from toggle_relay import *
7   from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8   from bitcoin.rpc import RawProxy
9   from email_alert import *
10
11  urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13  folder = Path("C:/Users/Admin")
14  db_file = str(folder / "test_10.sqlite")
15  miner_hashrate = 14300000 * 272 * .95
16  kW_load = 1.3 * 272 * 1.05
17  location = 'EXELON7_8'
18  block_reward = 12.5
19
20  def get_BTC_price():
21      try:
22          price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23          price_dict = price.json()
24          BTC_price = price_dict['data']['amount']
25          BTC_price = float(BTC_price)
26          return BTC_price
27
28      except Exception as e:
29          print("Error:  " + str(e))
30
31  def get_network_difficulty():
32      try:
33          p = RawProxy()
34          diff = float(p.getdifficulty())
35
36          return diff
37
38      except Exception as e:
39          print("Error:  " + str(e))
40
41  def get_block_height():
42      try:
43          p = RawProxy()
44          info = p.getblockchaininfo()
45          block_height = (info['blocks'])
46
47          return block_height
48
49      except Exception as e:
50              print("Error:  " + str(e))
51
52  def get_network_hashrate(diff):
53      try:
54          network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55          hashrate_dict = network_hashrate.json()
56          hashrate = hashrate_dict['data']['hashrate']
57          hashrate = float(hashrate) / 1000000
58          return hashrate
59
60      except Exception as e:
61          print("Error:  " + str(e))
62
63  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
64      try:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129        try:
130            block_height = get_block_height()
131            print("Current Block Height:          " + str(block_height))
132
133            BTC_price = get_BTC_price()
134            BTC_price = float("{0:.2f}".format(BTC_price))
135            print("Current BTC Price:            " + str(BTC_price))
136
137            diff = get_network_difficulty()
138            print("Network difficulty:           " + str(diff))
139
140            hashrate = get_network_hashrate(diff)
141            print("Estimated Network Hashrate:   " + str(hashrate))
142
143            day_ahead_LMP = get_day_ahead_LMP(location)
144            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145            print("Day Ahead LMP ($/kWH):        " + str(day_ahead_LMP))
146
147            real_time_LMP = get_real_time_LMP(location)
148            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149            print("Real Time LMP ($/kWh):        " + str(real_time_LMP))
150
151            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
               kW_load)
152            breakeven = float("{0:.7f}".format(breakeven))
153            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154            print("_____")
155
156            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
               hashrate, real_time_LMP, day_ahead_LMP)
159
160            if(day_ahead_LMP >= breakeven):
161                realized_rev = day_ahead_LMP_rev
162            elif(real_time_LMP >= breakeven):
163                realized_rev = real_time_LMP_rev
164            else:
165                realized_rev = mining_rev
166
167            conn = sqlite3.connect(db_file)
168
169            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON7_8 (datetime,
               block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172            conn.execute("INSERT INTO arb_main_EXELON7_8 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177            conn.commit()
178
179        except Exception as e:
180            print("Error: " + str(e))
181
182    while True:
183        main()
184        time.sleep(300)
```

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON9'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
            print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129         try:
130             block_height = get_block_height()
131             print("Current Block Height:         " + str(block_height))
132
133             BTC_price = get_BTC_price()
134             BTC_price = float("{0:.2f}".format(BTC_price))
135             print("Current BTC Price:            " + str(BTC_price))
136
137             diff = get_network_difficulty()
138             print("Network difficulty:           " + str(diff))
139
140             hashrate = get_network_hashrate(diff)
141             print("Estimated Network Hashrate:   " + str(hashrate))
142
143             day_ahead_LMP = get_day_ahead_LMP(location)
144             day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145             print("Day Ahead LMP ($/kWH):        " + str(day_ahead_LMP))
146
147             real_time_LMP = get_real_time_LMP(location)
148             real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149             print("Real Time LMP ($/kWh):        " + str(real_time_LMP))
150
151             breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                kW_load)
152             breakeven = float("{0:.7f}".format(breakeven))
153             print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154             print("_____")
155
156             profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158             day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                hashrate, real_time_LMP, day_ahead_LMP)
159
160             if(day_ahead_LMP >= breakeven):
161                 realized_rev = day_ahead_LMP_rev
162             elif(real_time_LMP >= breakeven):
163                 realized_rev = real_time_LMP_rev
164             else:
165                 realized_rev = mining_rev
166
167             conn = sqlite3.connect(db_file)
168
169             conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON9 (datetime,
                block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172             conn.execute("INSERT INTO arb_main_EXELON9 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177             conn.commit()
178
179         except Exception as e:
180             print("Error:  " + str(e))
181
182     while True:
183         main()
184         time.sleep(300)
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
#!/usr/bin/env python3
import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
    logging, config
from pathlib import Path
from get_current_RT_LMP import get_real_time_LMP
from get_current_DA_LMP import get_day_ahead_LMP
from toggle_relay import *
from pymodbus.client.sync import ModbusTcpClient as ModbusClient
from bitcoin.rpc import RawProxy
from email_alert import *

urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)

folder = Path("C:/Users/Admin")
db_file = str(folder / "test_10.sqlite")
miner_hashrate = 14300000 * 272 * .95
kW_load = 1.3 * 272 * 1.05
location = 'EXELON10_11'
block_reward = 12.5

def get_BTC_price():
    try:
        price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
        price_dict = price.json()
        BTC_price = price_dict['data']['amount']
        BTC_price = float(BTC_price)
        return BTC_price

    except Exception as e:
        print("Error:  " + str(e))

def get_network_difficulty():
    try:
        p = RawProxy()
        diff = float(p.getdifficulty())

        return diff

    except Exception as e:
        print("Error:  " + str(e))

def get_block_height():
    try:
        p = RawProxy()
        info = p.getblockchaininfo()
        block_height = (info['blocks'])

        return block_height

    except Exception as e:
        print("Error:  " + str(e))

def get_network_hashrate(diff):
    try:
        network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
        hashrate_dict = network_hashrate.json()
        hashrate = hashrate_dict['data']['hashrate']
        hashrate = float(hashrate) / 1000000
        return hashrate

    except Exception as e:
        print("Error:  " + str(e))

def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
    try:
```

```python
65          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) /
            (kW_load * 24)
66          return breakeven
67
68      except Exception as e:
69          print("Error:  " + str(e))
70
71  def pdu1_all_on():
72      try:
73          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
74          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
75          client.write_coils(0, [False] * 24)
76          client.close()
77
78      except Exception as e:
79          print("Error:  " + str(e))
80
81  def pdu1_all_off():
82      try:
83          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
84          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
85          client.write_coils(0, [True]*24)
86          client.close()
87
88      except Exception as e:
89          print("Error:  " + str(e))
90
91  def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
92      try:
93          if (day_ahead_LMP >= breakeven):
94              '''pdu1_all_off()'''
95              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
96              return
97          elif (real_time_LMP >= breakeven):
98              '''pdu1_all_off()'''
99              email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP, location)
100             return
101         else:
102             '''from pymodbus.client.sync import ModbusTcpClient as ModbusClient
103             client = ModbusClient(config.pdu1_ip, config.pdu1_port)
104             r = client.read_coils(0, 24)
105             if(r.bits == [True]*24):
106                 pdu1_all_on()
107             email_alert_miners_on(day_ahead_LMP, real_time_LMP, breakeven)'''
108
109     except Exception as e:
110         print("Error:  " + str(e))
111
112 def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
113     try:
114         day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
115         day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
116
117         real_time_LMP_rev = real_time_LMP * kW_load/(12)
118         real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
119
120         mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
121         mining_rev = float("{0:.7f}".format(mining_rev))
122
123         return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
124
125     except Exception as e:
126         print("Error:  " + str(e))
127
128 def main():
```

```python
129        try:
130            block_height = get_block_height()
131            print("Current Block Height:          " + str(block_height))
132
133            BTC_price = get_BTC_price()
134            BTC_price = float("{0:.2f}".format(BTC_price))
135            print("Current BTC Price:             " + str(BTC_price))
136
137            diff = get_network_difficulty()
138            print("Network difficulty:            " + str(diff))
139
140            hashrate = get_network_hashrate(diff)
141            print("Estimated Network Hashrate:    " + str(hashrate))
142
143            day_ahead_LMP = get_day_ahead_LMP(location)
144            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
145            print("Day Ahead LMP ($/kWH):         " + str(day_ahead_LMP))
146
147            real_time_LMP = get_real_time_LMP(location)
148            real_time_LMP = float("{0:.7f}".format(real_time_LMP))
149            print("Real Time LMP ($/kWh):         " + str(real_time_LMP))
150
151            breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
               kW_load)
152            breakeven = float("{0:.7f}".format(breakeven))
153            print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
154            print("_____")
155
156            profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)
157
158            day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
               hashrate, real_time_LMP, day_ahead_LMP)
159
160            if(day_ahead_LMP >= breakeven):
161                realized_rev = day_ahead_LMP_rev
162            elif(real_time_LMP >= breakeven):
163                realized_rev = real_time_LMP_rev
164            else:
165                realized_rev = mining_rev
166
167            conn = sqlite3.connect(db_file)
168
169            conn.execute("CREATE TABLE IF NOT EXISTS arb_main_EXELON10_11 (datetime,
               block_height,"
170                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev)")
171
172            conn.execute("INSERT INTO arb_main_EXELON10_11 (datetime, block_height,"
173                         "network_diff, est_network_hashrate, BTC_price, day_ahead_LMP,
                         real_time_LMP, breakeven_mining_cost, day_ahead_LMP_rev,
                         real_time_LMP_rev, mining_rev, realized_rev) "
174                         "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
175                         (str(datetime.datetime.now()), block_height,
176                          diff, hashrate, BTC_price, day_ahead_LMP, real_time_LMP,
                          breakeven, day_ahead_LMP_rev, real_time_LMP_rev, mining_rev,
                          realized_rev))
177            conn.commit()
178
179        except Exception as e:
180            print("Error: " + str(e))
181
182    while True:
183        main()
184        time.sleep(300)
```

```python
1  #!/usr/bin/env python3
2  import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
   logging, config
3  from pathlib import Path
4  from LMP_csv_import import get_real_time_LMP
5  from DA_LMP_import import get_day_ahead_LMP
6  from toggle_relay import *
7  from pymodbus.client.sync import ModbusTcpClient as ModbusClient
8  from email_alert import *
9  from bitcoin.rpc import RawProxy
10
11 urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
12
13 folder = Path("C:/Users/Admin")
14 db_file = str(folder / "test_10.sqlite")
15 miner_hashrate = 31000000 * 272
16 kW_load = 1.8 * 272
17 location = 'AEC'
18 block_reward = 12.5
19
20 def get_BTC_price():
21     try:
22         price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
23         price_dict = price.json()
24         BTC_price = price_dict['data']['amount']
25         BTC_price = float(BTC_price)
26         return BTC_price
27
28     except Exception as e:
29         print("Error:  " + str(e))
30
31 def get_network_difficulty():
32     try:
33         p = RawProxy()
34         diff = float(p.getdifficulty())
35
36         return diff
37
38     except Exception as e:
39         print("Error:  " + str(e))
40
41 def get_block_height():
42     try:
43         p = RawProxy()
44         info = p.getblockchaininfo()
45         block_height = (info['blocks'])
46
47         return block_height
48
49     except Exception as e:
50         print("Error:  " + str(e))
51
52 def get_network_hashrate(diff):
53     try:
54         network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
55         hashrate_dict = network_hashrate.json()
56         # print(hashrate_dict)
57         hashrate = hashrate_dict['data']['hashrate']
58         hashrate = float(hashrate) / 1000000
59         # hashrate = int(hashrate)
60         # print("Called network hashrate: " + str(hashrate))
61         return hashrate
62
63     except Exception as e:
64         print("Error:  " + str(e))
```

```python
65
66  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
67      try:
68          breakeven = ((miner_hashrate / hashrate) * (block_reward*144) * (BTC_price)) / (kW_load * 24)
69          #print(breakeven)
70          return breakeven
71
72      except Exception as e:
73          print("Error:  " + str(e))
74
75  def pdu1_all_on():
76      try:
77          from pymodbus.client.sync import ModbusTcpClient as ModbusClient
78          client = ModbusClient(config.pdu1_ip, config.pdu1_port)
79          client.write_coil(0, False)
80          client.write_coil(1, False)
81          client.write_coil(2, False)
82          client.write_coil(3, False)
83          client.write_coil(4, False)
84          client.write_coil(5, False)
85          client.write_coil(6, False)
86          client.write_coil(7, False)
87          client.write_coil(8, False)
88          client.write_coil(9, False)
89          client.write_coil(10, False)
90          client.write_coil(11, False)
91          client.write_coil(12, False)
92          client.write_coil(13, False)
93          client.write_coil(14, False)
94          client.write_coil(15, False)
95          client.write_coil(16, False)
96          client.write_coil(17, False)
97          client.write_coil(18, False)
98          client.write_coil(19, False)
99          client.write_coil(20, False)
100         client.write_coil(21, False)
101         client.write_coil(22, False)
102         client.write_coil(23, False)
103
104         client.close()
105
106     except Exception as e:
107         print("Error:  " + str(e))
108
109 def pdu1_all_off():
110     try:
111         from pymodbus.client.sync import ModbusTcpClient as ModbusClient
112         client = ModbusClient(config.pdu1_ip, config.pdu1_port)
113         client.write_coil(0, True)
114         client.write_coil(1, True)
115         client.write_coil(2, True)
116         client.write_coil(3, True)
117         client.write_coil(4, True)
118         client.write_coil(5, True)
119         client.write_coil(6, True)
120         client.write_coil(7, True)
121         client.write_coil(8, True)
122         client.write_coil(9, True)
123         client.write_coil(10, True)
124         client.write_coil(11, True)
125         client.write_coil(12, True)
126         client.write_coil(13, True)
127         client.write_coil(14, True)
128         client.write_coil(15, True)
```

```python
129            client.write_coil(16, True)
130            client.write_coil(17, True)
131            client.write_coil(18, True)
132            client.write_coil(19, True)
133            client.write_coil(20, True)
134            client.write_coil(21, True)
135            client.write_coil(22, True)
136            client.write_coil(23, True)
137
138            client.close()
139
140        except Exception as e:
141            print("Error:  " + str(e))
142
143    def profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven):
144        try:
145            if(day_ahead_LMP >= breakeven):
146                #pdu1_all_off()
147                email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
148                return
149            elif(real_time_LMP > breakeven):
150                #pdu1_all_off()
151                email_alert_miners_off(real_time_LMP, breakeven, day_ahead_LMP)
152                return
153            #else:
154                #pdu1_all_on()
155
156        except Exception as e:
157            print("Error:  " + str(e))
158
159    def get_profit(BTC_price, hashrate, real_time_LMP, day_ahead_LMP):
160        try:
161            day_ahead_LMP_rev = day_ahead_LMP * kW_load/(12)
162            day_ahead_LMP_rev = float("{0:.7f}".format(day_ahead_LMP_rev))
163
164            real_time_LMP_rev = real_time_LMP * kW_load/(12)
165            real_time_LMP_rev = float("{0:.7f}".format(real_time_LMP_rev))
166
167            mining_rev = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
168            mining_rev = float("{0:.7f}".format(mining_rev))
169
170            return day_ahead_LMP_rev, real_time_LMP_rev, mining_rev
171
172        except Exception as e:
173            print("Error:  " + str(e))
174
175    def main():
176        try:
177            block_height = get_block_height()
178            print("Current Block Height:        " + str(block_height))
179
180            BTC_price = get_BTC_price()
181            BTC_price = float("{0:.2f}".format(BTC_price))
182            print("Current BTC Price:           " + str(BTC_price))
183
184            diff = get_network_difficulty()
185            print("Network difficulty:          " + str(diff))
186
187            hashrate = get_network_hashrate(diff)
188            print("Estimated Network Hashrate:  " + str(hashrate))
189
190            day_ahead_LMP = get_day_ahead_LMP(location)
191            day_ahead_LMP = float("{0:.7f}".format(day_ahead_LMP))
192            print("Day Ahead LMP ($/kWH):       " + str(day_ahead_LMP))
193
```

```python
194              real_time_LMP = get_real_time_LMP(location)
195              real_time_LMP = float("{0:.7f}".format(real_time_LMP))
196              print("Real Time LMP ($/kWh):          " + str(real_time_LMP))

198              breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
                 kW_load)
199              breakeven = float("{0:.7f}".format(breakeven))
200              print("Breakeven Mining Cost ($/kWh): " + str(breakeven))
201              print("_____")

203              #profit_comp_controller(day_ahead_LMP, real_time_LMP, breakeven)

205              day_ahead_LMP_rev, real_time_LMP_rev, mining_rev = get_profit(BTC_price,
                 hashrate, real_time_LMP, day_ahead_LMP)

207              if(day_ahead_LMP >= breakeven):
208                  realized_rev = day_ahead_LMP_rev
209              elif(real_time_LMP >= breakeven):
210                  realized_rev = real_time_LMP_rev
211              else:
212                  realized_rev = mining_rev

214              conn = sqlite3.connect(db_file)
215              conn.execute("INSERT INTO denis_logic_test_newgen (datetime, day_ahead_LMP,
                 block_height, BTC_price, "
216                          "network_diff, est_network_hashrate, real_time_LMP,
                          breakeven_mining_cost, day_ahead_LMP_rev, real_time_LMP_rev,
                          mining_rev, realized_rev) "
217                          "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?, ?);",
218                          (str(datetime.datetime.now()), day_ahead_LMP, block_height,
                          BTC_price,
219                           diff, hashrate, real_time_LMP, breakeven, day_ahead_LMP_rev,
                           real_time_LMP_rev, mining_rev, realized_rev))
220              conn.commit()

222      except Exception as e:
223          print("Error:  " + str(e))

225  while True:
226      main()
227      time.sleep(300)
228
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

```python
1    #!/usr/bin/env python3
2    import smtplib, ssl, socket, json, requests, urllib3, datetime, sqlite3, os, time,
     logging
3    from pathlib import Path
4    from LMP_csv_import import get_realtime_LMP
5
6    urllib3.disable_warnings(urllib3.exceptions.InsecureRequestWarning)
7
8    folder = Path("C:/Users/Admin")
9    db_file = str(folder / "test_10.sqlite")
10   miner_hashrate = 14300000*272
11   kW_load = 1.3*272*1.05
12   location = 'AEC'
13   block_reward = 144
14
15   def get_BTC_price():
16       price = requests.get('https://api.coinbase.com/v2/prices/spot?currency=USD')
17       price_dict = price.json()
18       BTC_price = price_dict['data']['amount']
19       BTC_price = float(BTC_price)
20       return BTC_price
21
22   def get_network_difficulty():
23       network_difficulty =
         requests.get('https://blockexplorer.com/api/status?q=getDifficulty')
24       diff_dict = network_difficulty.json()
25       diff = diff_dict['difficulty']
26       return diff
27
28   def get_block_height():
29       block_height =requests.get('https://blockexplorer.com/api/status?q=getBlockCount')
30       bh_dict = block_height.json()
31
32       #print(bh_dict)
33       block_height = bh_dict['info']['blocks']
34       block_height = int(block_height)
35       print(str(block_height))
36       return block_height
37
38   def get_network_hashrate(diff):
39       network_hashrate = requests.get("https://chain.so/api/v2/get_info/BTC")
40       hashrate_dict = network_hashrate.json()
41       #print(hashrate_dict)
42       hashrate = hashrate_dict['data']['hashrate']
43       hashrate = float(hashrate)/1000000
44       #hashrate = int(hashrate)
45       #print("Called network hashrate: " + str(hashrate))
46
47       expected_blocks = 144
48       blocks_found = 113
49       est_hashrate = (blocks_found / expected_blocks * diff * 2 ** 32 / 600)
50       #print("Estimated network hashrate: " + str(est_hashrate))
51       return hashrate
52
53   def get_profit(BTC_price, hashrate, lmp_price):
54       gross_profit_USD = ((miner_hashrate / hashrate) * 6.25 * BTC_price * .985)
55       print("5m gross USD profit:   $" + str(gross_profit_USD))
56
57       power_cost_USD = kW_load*lmp_price/6/1000
58       print("5m electricity cost:   $" + str(power_cost_USD))
59
60       net_profit_USD = gross_profit_USD - power_cost_USD
61       print("5m net USD profi/loss: $" + str(net_profit_USD))
62
63       net_profit_BTC = net_profit_USD/BTC_price
```

```python
64         print("5m net BTC profit:      " + str(net_profit_BTC))
65
66         return gross_profit_USD, power_cost_USD, net_profit_USD, net_profit_BTC
67
68  def get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price, kW_load):
69      breakeven = ((miner_hashrate/hashrate)*(block_reward*144)*(BTC_price))/(kW_load*24)
70      print(breakeven)
71      return breakeven
72
73  def main():
74      try:
75
76          print(str(datetime.datetime.now()))
77          block_height = get_block_height()
78          BTC_price = get_BTC_price()
79          diff = get_network_difficulty()
80          hashrate = get_network_hashrate(diff)
81          lmp_price = get_realtime_LMP(location)
82          breakeven = get_breakeven_USD_per_kWh(miner_hashrate, hashrate, BTC_price,
            kW_load)
83          gp_USD, pc_USD, np_USD, np_BTC = get_profit(BTC_price=get_BTC_price(),
            hashrate=get_network_hashrate(diff),
                                            lmp_price=get_realtime_LMP(location))
85
86          conn = sqlite3.connect(db_file)
87          conn.execute("INSERT INTO lmp_model (date_time, BTC_USD_price,
            BTC_network_hashrate, real_time_LMP_mwh, "
88                       "real_time_LMP_kwh, gross_profit_USD_5m, power_cost_USD_5m,
                         net_profit_USD_5m, net_profit_BTC_5m, block_height) "
89                       "VALUES (?, ?, ?, ?, ?, ?, ?, ?, ?,
                         ?);",(str(datetime.datetime.now()), BTC_price, hashrate, lmp_price,
                                            (lmp_price/1000), gp_USD,
                                            pc_USD, np_USD, np_BTC,
                                            block_height))
91          conn.commit()
92
93      except Exception as e:
94          print("Error:  " + str(e))
95
96  while True:
97      main()
98      time.sleep(300)
99
```

RESTRICTED - CONFIDENTIAL SOURCE CODE

Exhibit CC

# REDACTED IN ITS ENTIRETY

Exhibit DD

# REDACTED IN ITS ENTIRETY

{00925327;v1 }