# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>    Plaintiffs,<br><br>v.<br><br>LANCIUM LLC,<br>MICHAEL T. MCNAMARA, and<br>RAYMOND E. CLINE, JR.,<br><br>    Defendants. | **REDACTED PUBLIC VERSION**<br><br>Civil Action No. 21-534-MN<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF CHELSEA MURRAY IN OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT (REGARDING DAMAGES) AND MOTION TO EXCLUDE OPINIONS OF DAVID DUSKI

I, Chelsea Murray, declare as follows:

1. I am one of the attorneys representing the Plaintiffs Bearbox LLC and Austin Storms in this matter. I am an attorney admitted to practice law in the State of Illinois and before this Court (pro hac vice), and I am an associate of the law firm of Marshall, Gerstein & Borun LLP.

2. I am above the age of eighteen. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

3. I submit this declaration and the attached exhibits in support of Plaintiffs' Brief in Opposition to Defendants' Second Motion for Summary Judgment (Regarding Damages) and Motion to Exclude Opinions of David Duski.

4. Attached hereto as Exhibit EE is a true and correct copy of the Reply Expert Report of David R. Duski.

5. Attached hereto as Exhibit FF is a true and correct copy of LANCIUM00035934-39, produced by Defendants in this case.

{01822918;v1 }

6. Attached hereto as Exhibit GG is a true and correct copy of LANCIUM00021608, produced by Defendants in this case.

7. Attached hereto as Exhibit HH is a true and correct copy of LANCIUM00031208-11, produced by Defendants in this case.

8. Attached hereto as Exhibit II is a true and correct copy of LANCIUM00031205, produced by Defendants in this case.

9. Attached hereto as Exhibit JJ is a true and correct copy of RIOT 000044-65, produced by third-party Riot Blockchain in this case.

10. Attached hereto as Exhibit KK is a true and correct copy of LANCIUM00036028-36, produced by Defendants in this case.

11. Attached hereto as Exhibit LL is a true and correct copy of LANCIUM00035926-33, produced by Defendants in this case.

12. Attached hereto as Exhibit MM is a true and correct copy of excerpts from the Deposition Transcript of Frank McCamant.

13. Attached hereto as Exhibit NN is a true and correct copy of excerpts from the Deposition Transcript of Michael McNamara.

14. Attached hereto as Exhibit OO is a true and correct copy of excerpts from the Deposition Transcript of David Duski.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 22, 2022

By: *Chelsea Murray*
Chelsea Murray

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2022, the attached **DECLARATION OF CHELSEA MURRAY IN OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT (REGARDING DAMAGES) AND MOTION TO EXCLUDE OPINIONS OF DAVID DUSKI** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>Barnes & Thornburg LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire<br>Barnes & Thornburg LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire<br>Barnes & Thornburg LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo

{01822918;v1 }

# EXHIBITS EE THROUGH OO

# REDACTED IN THEIR ENTIRETY