IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) **REDACTED PUBLIC VERSION** |
| v. | ) ) C.A. No. 21-534-MN-CJB |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' SEPARATE CONCISE STATEMENT OF
MATERIAL FACTS FOR TRIAL REGARDING DAMAGES**

*Of Counsel:*

Benjamin T. Horton
John R. Labbé
Raymond R. Ricordati, III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

ASHBY & GEDDES
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs
BearBox LLC and Austin Storms*

Dated: July 22, 2022

{01822932;v1 }

Pursuant to the Court's Scheduling Order (D.I. 35), Plaintiffs BearBox LLC ("BearBox") and Austin Storms ("Storms") (collectively, "Plaintiffs") submit the following concise statement of material facts for trial regarding damages in support of their opposition to Defendants' motion for summary judgment regarding damages.

1. Lancium has extensively relied upon the converted property obtained from Austin Storms for its CLR (controllable load resource) operations, and Lancium extensively relied upon the converted property for seeking and obtaining investments, company valuations, and company expansions. Lancium will continue to use the converted property as part of the operation of its clean campuses. The following sources of evidence (among other evidence) support these disputed factual conclusions:[1]

- Ex. FF (LANCIUM00035934) 

- D.I. 151, Ex. 3 (McClellan Opening Report) ¶ 308

---

[1] All Exhibits are attached to the Declaration of Chelsea Murray filed herewith, unless otherwise noted.

{01822932;v1 }                                1

- Ex. GG (LANCIUM00021608) ███████

- Ex. HH (LANCIUM00031208) ███████

- Ex. II (LANCIUM00031205) ███████

- Ex. JJ (RIOT000044) ███████

- Ex. KK (LANCIUM00036028)

- Ex. LL (LANCIUM00035926)

- Ex. MM (McCamant Dep.) at 153-154

- Ex. NN (McNamara Dep.) at 98-99.

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
| Benjamin T. Horton | _____ |
| John R. Labbé | Andrew C. Mayo (#5207) |
| Raymond R. Ricordati, III | 500 Delaware Avenue, 8th Floor |
| Chelsea M. Murray | P.O. Box 1150 |
| MARSHALL, GERSTEIN & BORUN LLP | Wilmington, DE  19899 |
| 233 South Wacker Drive | (302) 654-1888 |
| 6300 Willis Tower | amayo@ashbygeddes.com |
| Chicago, IL 60606-6357 |  |
| (312) 474-6300 | *Attorneys for Plaintiffs* |
|  | *BearBox LLC and Austin Storms* |

Dated:  July 22, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2022, the attached **PLAINTIFFS' SEPARATE CONCISE STATEMENT OF MATERIAL FACTS FOR TRIAL REGARDING DAMAGES** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Chad S.C. Stover, Esquire<br>Barnes & Thornburg LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Mark C. Nelson, Esquire<br>Barnes & Thornburg LLP<br>2121 N. Pearl Street, Suite 700<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |
| Adam M. Kaufmann, Esquire<br>Barnes & Thornburg LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833 | VIA ELECTRONIC MAIL |

/s/ Andrew C. Mayo

Andrew C. Mayo

{01822932;v1 }