# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, ) <br> JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN-CJB |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. hereby request oral argument on their Motion for Summary Judgment (D.I. 148) and Motion for Summary Judgment Regarding Damages and Motion to Exclude Opinions of David Duski (D.I. 167) (the "Motions"). Oral argument is especially appropriate as to Lancium's Motion for Summary Judgment because it involves a claim construction dispute.

Dated: August 4, 2022

BARNES & THORNBURG LLP

 /s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
Email: chad.stover@btaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
Email: mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email:  darrick.hooker@btlaw.com
Email:  dana.sarros@btlaw.com

David M. Lisch
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Email:  david.lisch@btlaw.com

*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*