**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-MN-CJB |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | **REDACTED VERSION** |
| MCNAMARA, and RAYMOND E. CLINE, | ) | |
| JR. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ADAM M. KAUFMANN IN SUPPORT OF
DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES
AND MOTION TO EXCLUDE OPINIONS OF DAVID DUSKI**

I, Adam M. Kaufmann, under the penalties for perjury states:

1.      I have personal knowledge of the facts set forth in this Declaration; I am competent

to testify as to all matters stated in this Declaration; and, I am not under any legal disability that

would preclude me from testifying.  If called upon to do so, I would testify to the facts set forth in

this Declaration.

2.      I am a partner at the law firm Barnes & Thornburg LLP, counsel of record for

Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. (collectively,

"Defendants") in the above-captioned case.  I am licensed in the State of Illinois and admitted *pro*

*hac vice* to practice before this Court.  I submit this declaration in support of Defendants' Motion

for Summary Judgment.

3.      Attached to this Declaration as Exhibit 43 is a true and correct copy of excerpts

from the June 3, 2022 deposition of Stanley McClellan.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 29, 2022

Adam Kaufmann