# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. )<br>MCNAMARA, and RAYMOND E. CLINE, )<br>JR. )<br>)<br>Defendants. ) | C.A. No. 21-534-MN-CJB<br><br>**PUBLIC VERSION** |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' SEPARATE CONCISE STATEMENT OF MATERIAL FACTS FOR TRIAL REGARDING DAMAGES

Dated: July 29, 2022
**Public Version filed on August 5, 2022**

BARNES & THORNBURG LLP
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
David Lisch (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com
david.lisch@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
Email: adam.kaufmann@btlaw.com
Email: darrick.hooker@btlaw.com
Email: dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*

Pursuant to the Court's Scheduling Order (D.I. 35), Defendants submit the following response to the Plaintiffs' Separate Concise Statement of Material Facts for Trial Regarding Damages (D.I. 183).

1. Disputed. Plaintiffs' alleged "fact" is a legal conclusion and unsupported by the evidence in this case, which demonstrates that Defendants did not convert and do not use any information or documents provided by Plaintiffs.  *See, e.g.*, D.I. 151, Exs. 4, 6, & Ex. 21. D.I. 170, Exs. 24-29;

Dated: July 29, 2022

BARNES & THORNBURG LLP

/s/ *Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btlaw.com

Mark C. Nelson (admitted *pro hac vice*)
David Lisch (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Tel:  (214) 258-4140
E-mail:  mark.nelson@btlaw.com
           david.lisch@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email:  darrick.hooker@btlaw.com
Email:  dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-MN-CJB |

## CERTIFICATE OF SERVICE

I certify that on July 29, 2022, I caused a sealed copy of the **Defendants' Response to Plaintiffs' Separate Concise Statement of Material Facts for Trial Regarding Damages** to be served on the following counsel of record by via email.

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: amayo@ashbygeddes.com

Benjamin T. Horton
John R. Labbe
Raymond R. Ricordati III
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Email: bhorton@marshallip.com
Email: jlabbe@marshallip.com
Email: rricordati@marshallip.com
Email: cmurray@marshallip.com

| | |
|---|---|
| Dated: July 29, 2022 | BARNES & THORNBURG LLP |
| | |
| | /s/ Chad S.C. Stover |
| | Chad S.C. Stover (No. 4919) |
| | 222 Delaware Avenue, Suite 1200 |
| | Wilmington, Delaware 19801-1050 |
| | Telephone: (302) 300-3474 |
| | E-mail: chad.stover@btaw.com |
| | |
| | Mark C. Nelson (admitted pro hac vice) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX 75201 |
| | Telephone: (214) 258-4140 |
| | E-mail: mark.nelson@btlaw.com |
| | |
| | Darrick J. Hooker (pro hac vice pending) |
| | Adam M. Kaufmann (admitted pro hac vice) |
| | Dana Amato Sarros (admitted pro hac vice) |
| | One North Wacker Drive, Suite 4400 |
| | Chicago, IL 60606 |
| | Tel: (312) 214-8319 |
| | E-mail: darrick.hooker@btlaw.com |
| | E-mail: adam.kaufmann@btlaw.com |
| | E-mail: dana.sarros@btlaw.com |
| | |
| | Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. |