# EXHIBITS 30 – 42
# REDACTED IN THEIR ENTIRETY