IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>                       Plaintiffs,<br><br>                       v.<br><br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,<br><br>                       Defendants. | Civil Action No. 21-534-GBW |

## ORDER

At Wilmington this 7th day of October, 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Defendants' Objections (D.I. 146) to the Report are **OVERRULED**;

2. The Report (D.I. 143) is **ADOPTED**;

3. Defendants' Motion (D.I. 120) is **GRANTED-IN-PART** and **DENIED-IN-PART**; and

4. Plaintiffs' unjust enrichment claim (Count VI) is dismissed with prejudice.

                                                                GREGORY B. WILLIAMS
                                                    UNITED STATES DISTRICT JUDGE