# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, ) <br> JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-GBW-CJB |

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1.1 REGARDING DEFENDANTS' MOTION FOR DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Pursuant to Local Rule 7.1.1, counsel for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. ("Defendants") met and conferred with counsel for Plaintiffs on October 17, 2022 regarding Defendants' Motion for Disclosure of Third-Party Litigation Funding Arrangements. Plaintiffs indicated they will oppose the Motion.

Dated: October 18, 2022

BARNES & THORNBURG LLP

 /s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Tel: (302) 300-3474
Email: chad.stover@btaw.com

Mark C. Nelson (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Tel:  (214) 258-4140
Email:  mark.nelson@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email: adam.kaufmann@btlaw.com
Email: darrick.hooker@btlaw.com
Email: dana.sarros@btlaw.com

David M. Lisch (admitted *pro hac vice*)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4156
Email:  david.lisch@btlaw.com

*Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*