# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, ) <br> JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-GBW-CJB |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS**

Having read and considered Defendants Lancium LLC, Michael McNamara and Raymond E. Cline's ("Defendants") Motion for Disclosure of Third-Party Litigation Funding Arrangements (the "Motion") and Plaintiffs' Opposition to the Motion, and all parties having received due notice and an opportunity to be heard,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

IT IS SO ORDERED.

Dated: _____ ____, 2022

_____
The Honorable Christopher J. Burke
United States District Judge