# EXHIBIT B

HIGHLY CONFIDENTIAL

```
                                                   Page 1

1                 --- HIGHLY CONFIDENTIAL ---
2

              IN THE UNITED STATES DISTRICT COURT
3                  FOR THE DISTRICT OF DELAWARE
4

      BEARBOX, LLC and AUSTIN STORMS,)
5                                    )
              Plaintiffs,            )
6                                    )
          vs.                        )  No. C.A. No. 21-534-MN
7                                    )
      LANCIUM LLC, MICHAEL T.        )
8     McNAMARA, and RAYMOND E. CLINE,)
      JR.,                           )
9                                    )
              Defendants.            )
10

11            The videotaped deposition of AUSTIN STORMS,
12     called for examination by the Defendants, taken pursuant
13     to the Federal Rules of Civil Procedure of the United
14     States District Courts pertaining to the taking of
15     depositions, taken before KELLY A. BRICHETTO, CSR No.
16     84-3252, Certified Shorthand Reporter of the State of
17     Illinois, taken at Suite 6300, 233 South Wacker Drive,
18     Chicago, Illinois, on the 23rd day of February, 2022, at
19     9:07 a.m. Central Standard Time.
20
21
22
23
24
```

HIGHLY CONFIDENTIAL

Page 2

```
1    APPEARANCES:
2
              On behalf of the Plaintiffs:
3
4                    MARSHALL, GERSTEIN & BORUN, LLP, by
                     MR. JOHN R. LABBE
5                    Willis Tower
                     233 South Wacker Drive
6                    Suite 6300
                     Chicago, Illinois  60606
7                    (312) 474-9579
                     jlabbe@marshallip.com
8
9             On behalf of the Defendants:
10                   BARNES & THORNBURG, LLC, by
                     MR. MARK C. NELSON
11                   2121 North Pearl Street
                     Suite 700
12                   Dallas, Texas  75201
                     (214) 258-4140
13                   mnelson@btlaw.com
14
15                            - - - - - - - -
16   ALSO PRESENT:
17   Scott Ziarko, Videographer
18
19
20
21
22
23
24
```

REDACTED