# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC AND AUSTIN STORMS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. )<br>MCNAMARA, and RAYMOND E. CLINE, JR. )<br>)<br>Defendants. )<br>) | C.A. No. 21-534-GBW-CJB |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Benjamin T. Pendroff to represent Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in this matter.

Dated: October 26, 2022

BARNES & THORNBURG LLP

 */s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com

Mark C. Nelson (admitted pro hac vice)
David M. Lisch (admitted *pro hac vice*)
Benjamin T. Pendroff (*pro hac vice* pending)
2121 N. Pearl Street, Suite 700
Dallas, TX  75201
Telephone:  (214) 258-4140
E-mail:  mark.nelson@btlaw.com
E-mail:  david.lisch@btlaw.com

        Adam M. Kaufmann (admitted pro hac vice)
        Darrick J. Hooker (*pro hac vice* pending)
        Dana Amato Sarros (admitted pro hac vice)
        One North Wacker Drive, Suite 4400
        Chicago, IL 60606
        Telephone:  (312) 214-8319
        E-mail:  adam.kaufmann@btlaw.com
        E-mail:  darrick.hooker@btlaw.com
        E-mail:  dana.sarros@btlaw.com

        Attorneys for Lancium LLC, Michael T.
        McNamara, and Raymond E. Cline Jr.

**IT IS SO ORDERED** this _____ day of _____, 2022.

        _____
        United States District Judge