IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BEARBOX LLC and AUSTIN STORMS,

    Plaintiffs,

v.

LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,

    Defendants.

C.A. No. 21-534-GBW

## ORDER

At Wilmington this 28th day of October 2022:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that the Court construes the following claim terms of United States Patent No. 10,608,433 (the "'433 patent") as follows:

| **Claim Term** | **Court's Construction** |
|---|---|
| **Disputed Constructions** ||
| "power option agreement" | "an agreement between a power entity associated with the delivery of power to a load and the load, wherein the load provides the power entity with the option to reduce the amount of power delivered to the load up to an agreed amount of power during an agreed upon time interval such that the load must use at least the amount of power subject to the option during the time interval unless the power entity exercises the option" |
| "minimum power threshold" | "a minimum amount of power a load must use during an associated time interval" |

                 _____
                 GREGORY B. WILLIAMS
                 UNITED STATES DISTRICT JUDGE

17