IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) C.A. No. 21-534-GBW-CJB <br> ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) <br> ) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John J. Lucas to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fee for John J. Lucas will be submitted upon the filing of this motion

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiffs BearBox LLC and Austin Storms*

Dated: October 28, 2022

{01850784;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. MCNAMARA, ) <br> and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 21-534-GBW-CJB |

### ORDER GRANTING MOTION

This _____ day of _____, 2022, the Court having considered the motion for the admission *pro hac vice* of John J. Lucas to represent the plaintiffs in this matter; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{01850784;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

John J. Lucas (IL # 6330053)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Email: jlucas@marshallip.com

Dated: October 28, 2022

{01850784;v1 }