## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANCIUM LLC, MICHAEL T. )<br>MCNAMARA, and RAYMOND E. CLINE, )<br>JR. )<br>)<br>Defendants. ) | C.A. No. 21-534-GBW-CJB |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR BIFURCATION

Having read and considered Defendants Lancium LLC, Michael T. McNamara and Raymond E. Cline's ("Defendants") Motion for Bifurcation (the "Motion") and Plaintiffs' Opposition to the Motion, and all parties having received due notice and an opportunity to be heard,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. To the extent claims remain after the Court's ruling on the Parties' summary judgment briefing, the Court will first hold a bench trial on the claims of sole inventorship (Count I) and joint inventorship (Count II) followed by a jury trial on the conversion claim (Count V).

IT IS SO ORDERED.

Dated: _____, 2022       _____
The Honorable Gregory B. Williams
United States District Judge