IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BEARBOX LLC and AUSTIN STORMS,        )
                                       )
                    Plaintiffs,        )
                                       )
           v.                          )   C.A. No. 21-534-GBW-CJB
                                       )
LANCIUM LLC, MICHAEL T. MCNAMARA,      )
and RAYMOND E. CLINE, JR.              )
                                       )
                    Defendants.        )
                                       )

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of

the Court, that the deadline for Plaintiffs' answering brief in response to Defendants' Motion

for Bifurcation (D.I. 222) is November 10, 2022 and the deadline for Plaintiffs' reply brief is

November 14, 2022.


ASHBY & GEDDES                          BARNES & THORNBURG LLP

*/s/ Andrew C. Mayo*                    */s/ Chad S.C. Stover*
_____        _____
John G. Day (#2403)                     Chad S.C. Stover (#4919)
Andrew C. Mayo (#5207)                  222 Delaware Avenue, Suite 1200
500 Delaware Avenue, 8th Floor          Wilmington, DE 19801
P.O. Box 1150                           (302) 300-3434
Wilmington, DE  19899                   chad.stover@btlaw.com
(302) 654-1888
jday@ashbygeddes.com                    *Attorneys for Defendants*
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

SO ORDERED THIS _____ day of November, 2022.


_____
UNITED STATES DISTRICT COURT
JUDGE