# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 3, 2022

The Honorable Gregory B. Williams         <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:     *Bear Box LLC, et al. v. Lancium LLC, et al.,*
                <u>C.A. No. 21-534- GBW-CJB</u>

Dear Judge Williams:

     I write on behalf of the parties in connection with the Court's October 28, 2022 sealed memorandum opinion regarding claim construction (D.I. 218), and the oral order (D.I. 220) concerning redactions to the same. The parties do not request any redactions to the opinion, and can confirm the Court may unseal the entire opinion.

                                                                Respectfully,

                                                               */s/ Andrew C. Mayo*

                                                                Andrew C. Mayo (#5207)

ACM/nlm

cc:     All counsel of record (via electronic mail)