IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR., <br><br> Defendants. | Civil Action No. 21-534-GBW |

## ORDER

At Wilmington this 14th day of November, 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Lancium's First Motion for Summary Judgment (D.I. 148) is **GRANTED-IN-PART** and **DENIED-IN-PART**;

2. Count V of BearBox's Second Amended Complaint (D.I. 103) is **DISMISSED WITH PREJUDICE**;

3. Lancium's Second Motion for Summary Judgment Regarding Damages and Motion to Exclude Opinions of David Duski (D.I. 167) is **DENIED AS MOOT**; and

4. Lancium's Motion to Bifurcate BearBox's Patent Inventorship Claims from the Conversion Claims (D.I. 222) is **DENIED AS MOOT**.

Because the Memorandum Opinion is filed under seal, the parties shall meet and confer and, no later than November 23, 2022, submit a joint proposed redacted version, accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any

28

requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire opinion.

                                                             GREGORY B. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE