IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BEARBOX LLC and AUSTIN STORMS,

    Plaintiffs,

v.

LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,

    Defendants.

Civil Action No. 21-534-GBW

## ORDER

At Wilmington this 15th day of November, 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that BearBox's Motion to Exclude Certain Testimony of Dr. Mark Ehsani (D.I. 152) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

Because the Memorandum Opinion is filed under seal, the parties shall meet and confer and, no later than November 23, 2022, submit a joint proposed redacted version, accompanied by a supporting memorandum, detailing how, under applicable law, the Court may approve any requested redactions. In the absence of a timely, compliant request, the Court will unseal the entire opinion.

                     GREGORY B. WILLIAMS
                     UNITED STATES DISTRICT JUDGE