# Exhibit 2

# Kaufmann, Adam

| | |
|---|---|
| **From:** | John R. Labbe <jlabbe@marshallip.com> |
| **Sent:** | Friday, November 11, 2022 5:16 PM |
| **To:** | Nelson, Mark; Stover, Chad; Kaufmann, Adam; Hooker, Darrick; Sarros, Dana; Lisch, David; Pendroff, Benjamin; Butler, Nell; Lytle, Kathleen |
| **Cc:** | Benjamin T. Horton; Ray Ricordati; Chelsea M. Murray; John Lucas; Deborah S. Pocius; Stacey Cummings; Jamie Daly; Heather R Malkowski; amayo@ashbygeddes.com; Myers, Nikki; Kipp, Michele L. |
| **Subject:** | [EXTERNAL]BearBox v. Lancium - Supplement to Expert Reports of Dr. Stan McClellan |
| **Attachments:** | 2022_11_11_Supplement_to_McClellan_reports.pdf |

Counsel,

I attach a Supplement to Expert Reports of Dr. Stan McClellan.

John



John R. Labbe
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.9579
T: +1.312.474.6300
F: +1.312.474.0448
jlabbe@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.