# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LANCIUM LLC, MICHAEL T. ) <br> MCNAMARA, and RAYMOND E. CLINE, JR. ) <br> ) <br> Defendants. ) | C.A. No. 21-534-GBW-CJB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Burton, of Barnes & Thornburg LLP, hereby enters his appearance on behalf of Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr. in the above-captioned matter.

Dated: November 28, 2022

BARNES & THORNBURG LLP

 */s/ William J. Burton*
Chad S.C. Stover (No. 4919)
William J. Burton (No. 6243)
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801-1050
Telephone: (302) 300-3474
E-mail: chad.stover@btaw.com
E-mail: William.burton@btlaw.com

Mark C. Nelson (admitted pro hac vice)
David M. Lisch (admitted pro hac vice)
Benjamin T. Pendroff (admitted pro hac vice)
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
E-mail: mark.nelson@btlaw.com
E-mail: david.lisch@btlaw.com
E-mail: bpendroff@btlaw.com

Darrick J. Hooker (pro hac vice pending)
Adam M. Kaufmann (admitted pro hac vice)
Dana Amato Sarros (admitted pro hac vice)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 214-8319
E-mail: darrick.hooker@btlaw.com
E-mail: adam.kaufmann@btlaw.com
E-mail: dana.sarros@btlaw.com

Attorneys for Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.