# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 21, 2022

VIA ELECTRONIC FILING
The Christopher J. Burke
United States District Court
844 N. King Street
Wilmington, DE 19801

**REDACTED PUBLIC VERSION**

Re: *BearBox LLC and Austin Storms v. Lancium LLC, et al.,*
C.A. No. 21-534- GBW-CJB

Dear Judge Burke,

I write on behalf of Plaintiffs in response to the Court's November 14, 2022 oral Order (D.I. 233), and confirm that ██████████████████████████████████████████████████████████████████████████████████████████████████

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/nml

cc: All counsel of record (via electronic mail)

{01858825;v1 }