IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>     Plaintiffs,<br><br>     v.<br><br>LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR.,<br><br>     Defendants. | Civil Action No. 21-534-GBW |

### ORDER

At Wilmington this 29th day of November, 2022:

Before the Court are the parties' Motions in Limine (D.I. 239, Exs. 12, 13). Pursuant to the Court's oral rulings during the final pretrial conference held on November 29, 2022, which are incorporated herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion in Limine No. 1 is **DENIED**;
2. Plaintiffs' Motion in Limine No. 2 is **DENIED**;
3. Plaintiffs' Motion in Limine No. 3 is **GRANTED-IN-PART** and **DENIED-IN-PART**;
4. Defendants' Motion in Limine No. 1 is **GRANTED-IN-PART** and **DENIED-IN-PART** as **MOOT**;
5. Defendants' Motion in Limine No. 2 is **DENIED**; and
6. As to Defendants' Motion in Limine No. 3, neither party shall refer to Defendants' source code or any discovery dispute related to such matter. Defendants cannot not

produce such information but attempt to use such information in its defense. Plaintiffs cannot refer to, or attempt to use, any discovery disputes.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE