# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 29, 2022

The Honorable Gregory B. Williams          <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:     <u>*Bear Box LLC, et al. v. Lancium LLC, et al.,*
C.A. No. 21-534- GBW-CJB</u>

Dear Judge Williams:

    I write on behalf of the parties in connection with the Court's November 23, 2022 sealed memorandum order (D.I. 247). The parties do not request any redactions to the order, and can confirm the Court may unseal the docket entry.

                                                 Respectfully,

                                                 */s/ Andrew C. Mayo*

                                                 Andrew C. Mayo (#5207)

ACM/nlm

cc:     All counsel of record (via electronic mail)

{01852911;v1 }