# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 7, 2022

The Honorable Gregory B. Williams                    VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Bear Box LLC, et al. v. Lancium LLC, et al.,*
            C.A. No. 21-534- GBW-CJB

Dear Judge Williams,

      As requested at the close of trial yesterday, plaintiffs enclose citations to Dr. McClellan's expert reports and prior deposition testimony in connection with the demonstratives plaintiffs intend to use during Dr. McClellan's direct examination.

                      Respectfully,

                      */s/ Andrew C. Mayo*

                      Andrew C. Mayo (#5207)

ACM/mlk

cc:    All counsel of record (via electronic mail)
enclosure

{01863756;v1 }

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.23 | Storms' .CSV File Describes Intervals and Maintained Power Usage or Reduction | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 |
| 3.25 | Storms' .CSV File Describes Profiting By Reducing Power Usage | The following citations support Dr. McClellan's opinions with respect to the conception document shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 |
| 3.27 | The '433 Patent Mimics The Imagery In Storms | The following citations support Dr. McClellan's opinions with respect to the remote control system shown in the slide.<br>Expert Report: ¶¶ 221-224<br>Deposition: 170:15-171:5 |
| 3.29 | The Court's Claim Construction | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation shown in the slide.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation shown in the slide.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.33 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 187-188 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.34 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 187-188 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.35 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to the conventionality of power option agreements and QSE.<br>Expert Report: ¶¶ 63, 121, 234<br>Reply Report: ¶¶ 27, 77, 124, 243, 260<br>Deposition: 260:9-262:15<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 187-188 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.36 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 189-190 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.37 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 189-190 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.38 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 191-192 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.39 | Storms Communicated The Features of Claim 1 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. Expert Report: ¶¶ 171-78; 300-301 Reply Report: ¶¶ 73-79 Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 Reply Report: ¶¶ 73-79 Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19 The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. Expert Report: ¶¶ 62-63, 171-178, 300-301 Reply Report: ¶¶ 227, 244 Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. Expert Report: ¶¶ 189-190 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.40 | Storms Communicated The Features of Claim 2 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 193-196 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.41 | Storms Communicated The Features of Claim 2 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 193-196 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.42 | Storms Communicated The Features of Claim 2 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 193-196 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.43 | Storms Communicated The Features of Claim 3 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 197-200 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.44 | Storms Communicated The Features of Claim 4 (TX157) | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 202-205 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.45 | Storms Communicated The Features of Claim 5 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. <br> Expert Report: ¶¶ 171-78; 300-301 <br> Reply Report: ¶¶ 73-79 <br> Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 <br><br> The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. <br> Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 <br> Reply Report: ¶¶ 73-79 <br> Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19 <br><br> The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. <br> Expert Report: ¶¶ 62-63, 171-178, 300-301 <br> Reply Report: ¶¶ 227, 244 <br> Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 <br><br> The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. <br> Expert Report: ¶¶ 206-209 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.46 | Storms Communicated The Features of Claim 6 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. |
| | | Expert Report: ¶¶ 171-78; 300-301 |
| | | Reply Report: ¶¶ 73-79 |
| | | Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 |
| | | |
| | | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. |
| | | Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 |
| | | Reply Report: ¶¶ 73-79 |
| | | Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19 |
| | | |
| | | The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. |
| | | Expert Report: ¶¶ 62-63, 171-178, 300-301 |
| | | Reply Report: ¶¶ 227, 244 |
| | | Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 |
| | | |
| | | The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. |
| | | Expert Report: ¶¶ 210-213 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.47 | Storms Communicated The Features of Claim 6 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 210-213 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.48 | Storms Communicated The Features of Claim 6 (TX157) | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to the conventionality of power option agreements and QSE.<br>Expert Report: ¶¶ 63, 121, 234<br>Reply Report: ¶¶ 27, 77, 124, 243, 260<br>Deposition: 260:9-262:15<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 210-213 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.49 | Storms Communicated The Features of Claim 7 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. Expert Report: ¶¶ 171-78; 300-301 Reply Report: ¶¶ 73-79 Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 Reply Report: ¶¶ 73-79 Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. Expert Report: ¶¶ 62-63, 171-178, 300-301 Reply Report: ¶¶ 227, 244 Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. Expert Report: ¶¶ 214-216 (including mis-numbered paragraph [2] on pp. 66-67) |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.50 | Storms Communicated The Features of Claim 7 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 214-216 (including mis-numbered paragraph [2] on pp. 66-67) |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.51 | Storms Communicated The Features of Claim 8 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 217-220 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.52 | Storms Communicated The Features of Claim 8 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 217-220 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.53 | Storms Communicated The Features of Claim 9 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 221-224 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.54 | Storms Communicated The Features of Claim 9 (TX157) | The following citations support Dr. McClellan's opinions with respect to the remote control system shown in the slide. Expert Report: ¶¶ 221-224 Deposition: 170:15-171:5 The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation shown in the slide. Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 Reply Report: ¶¶ 73-79 Deposition: 68:8-16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19 The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation shown in the slide. Expert Report: ¶¶ 62-63, 171-178, 300-301 Reply Report: ¶¶ 227, 244 Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. Expert Report: ¶¶ 221-224 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.55 | Storms Communicated The Features of Claim 10 (TX157) | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 225-226 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.56 | Storms Communicated The Features of Claim 11 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 227-230 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.57 | Storms Communicated The Features of Claim 11 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 227-230 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.58 | Storms Communicated The Features of Claim 11 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 227-230 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.59 | Storms Communicated The Features of Claim 12 (TX157) | The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to the conventionality of power option agreements and QSE.<br>Expert Report: ¶¶ 63, 121, 234<br>Reply Report: ¶¶ 27, 77, 124, 243, 260<br>Deposition: 260:9-262:15<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 231-234 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.60 | Storms Communicated The Features of Claim 13 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following citations support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 235-237 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.61 | Storms Communicated The Features of Claim 14 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. Expert Report: ¶¶ 171-78; 300-301 Reply Report: ¶¶ 73-79 Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15 <br><br> The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 Reply Report: ¶¶ 73-79 Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19 <br><br> The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. Expert Report: ¶¶ 62-63, 171-178, 300-301 Reply Report: ¶¶ 227, 244 Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19 <br><br> The following citations support Dr. McClellan's opinions with respect to this limitation as a whole. Expert Report: ¶¶ 238-241 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.62 | Storms Communicated The Features of Claim 15 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide. Expert Report: ¶¶ 171-78; 300-301 Reply Report: ¶¶ 73-79 Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation. Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301 Reply Report: ¶¶ 73-79 Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation. Expert Report: ¶¶ 62-63, 171-178, 300-301 Reply Report: ¶¶ 227, 244 Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole. Expert Report: ¶¶ 242-244 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.63 | Storms Communicated The Features of Claim 16 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply Report: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply Report: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 245-250 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.64 | Storms Communicated The Features of Claim 16 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 245-250 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.65 | Storms Communicated The Features of Claim 16 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 245-250 |
| 3.66 | Storms Communicated The Features of Claim 17 (TX157) | Same objections as slides 33-39 discussing claim 1.<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 251-256 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.67 | Storms Communicated The Features of Claim 18 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 257-262 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.68 | Storms Communicated The Features of Claim 18 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 257-262 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---------|-------|-----------|
| 3.69 | Storms Communicated The Features of Claim 18 (TX157) | The following citations support Dr. McClellan's opinions with respect to the conception documents shown in the slide.<br>Expert Report: ¶¶ 171-78; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 208:16-209:8; 232:10-233:22; 234:14-237:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>The following citations support Dr. McClellan's opinions with respect to the "minimum power threshold" limitation.<br>Expert Report: ¶¶ 62-63, 171-178, 300-301<br>Reply: ¶¶ 227, 244<br>Deposition: 89:14-17; 126:7-12; 128:8-129:8; 153:1-22; 218:23-219:19; 232:10-233:14; 237:6-15; 257:9-259:19<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 257-262 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.70 | Storms Communicated The Features of Claim 18 (TX157) | The following citations support Dr. McClellan's opinions with respect to the use of cgminer in Mr. Storms' system.<br>Expert Report: ¶¶ 57, 60, 64, 67, 70, 75, 80, 86, 106, 110, 117, 141, 153, A.2, A.5<br>Reply: ¶¶ 248<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 257-262 |
| 3.71 | Storms Communicated The Features of Claim 19 (TX157) | Same objections as slides 33-9 and 46-50, discussing claims 1, 6 and 7.<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 263-266. |
| 3.72 | Storms Communicated The Features of Claim 20 (TX157) | Same objections as slides 33-9, discussing claim 1.<br><br>The following portions of his original report generally support Dr. McClellan's opinions with respect to this limitation as a whole.<br>Expert Report: ¶¶ 268-274 |

**Plaintiffs' Citations in Response to Defendants' Objections to Dr. McClellan's Demonstrative Slides**

| PDX No. | Title | Citations |
|---|---|---|
| 3.73 | Why Dr. Ehsani Is Wrong About Storms' System | The following citations support Dr. McClellan's opinions with respect to the conventionality of power option agreements and QSE.<br>Expert Report: ¶¶ 63, 121, 234<br>Reply: ¶¶ 27, 77, 124, 243, 260<br>Deposition: 260:9-262:15<br><br>The following citations support Dr. McClellan's opinions with respect to the "power option agreement" limitation.<br>Expert Report: ¶¶ 62-63, 171-178; 187-190; 300-301<br>Reply: ¶¶ 73-79<br>Deposition: 67:9-68:16; 136:22-137:21; 164:11-18; 165:21-166:12; 201:2-202:12; 214:24-215:12; 219:13-19<br><br>Reply: ¶¶ 73, 76-78, 99 |
| 3.74 | Why Dr. Ehsani Is Wrong About The '632 Application | Reply: ¶¶ 14-16 |
| 3.77 | Why Mr. Baer is Wrong | Reply: ¶ 243, 227, 241 |