

222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1611 U.S.A.
(302) 300-3434
Fax (302) 300-3456

www.btlaw.com

Chad S.C. Stover
Partner
(302) 300-3474
chad.stover@btlaw.com

March 29, 2023

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

    Re:    *BearBox LLC, et al. v. Lancium LLC et al.* (C.A. No. 1:21-cv-534-GBW-CJB)

Dear Judge Williams:

    In response to your Oral Order (D.I. 265), Defendants report that they have no objections to the Proposed Final Judgment (D.I. 264) filed on March 27, 2023 by Plaintiffs. The parties conferred on the Proposed Final Judgment and its filing was intended to be joint.

    Respectfully submitted,

    Chad S.C. Stover (No. 4919)

cc: Counsel of Record (via CM/ECF)