**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-534-GBW |
| | ) | |
| LANCIUM LLC, MICHAEL T. | ) | |
| MCNAMARA, and RAYMOND E. CLINE, | ) | |
| JR. | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION FOR FEES AND EXPENSES**

Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline ("Defendants") respectfully move for an award of certain attorneys' fees, expenses/costs, and expert witness fees. Specifically, Defendants move:

(1) pursuant to 35 U.S.C. § 285 for a determination that this case is exceptional and a determination that Defendants are entitled to their reasonable attorneys' fees and costs/expenses incurred for (a) litigating this case from the date of the Court's claim construction ruling onward, and (b) litigating Plaintiffs' claim that Austin Storms was the sole inventor of U.S. Patent No. 10,608,433 from the beginning of the case, or in the alternative, from the date of filing the Answer to Complaint and Counterclaims of Defendants, D.I. 13 (i.e., May 12, 2021);

(2) pursuant to the Court's inherent power for a determination that Defendants are entitled to their reasonable expert witness fees incurred for (a) litigating this case from the date of the Court's claim construction ruling onward, and (b) litigating Plaintiffs' claim that Austin Storms was the sole inventor of U.S. Patent No. 10,608,433 from the beginning

of the case, or in the alternative, from the date of filing the Answer to Complaint and

Counterclaims of Defendants, D.I. 13 (i.e., May 12, 2021);

(3) pursuant to 18 U.S.C. § 1836 a determination that Defendants are entitled to their

reasonable attorneys' fees incurred for researching, preparing, and briefing their motion

to strike Plaintiffs' claim under the federal Defendant Trade Secrets Act (Count III) of

the Second Amended Complaint (D.I. 103); and

(4) for a determination that Plaintiff BearBox, LLC and Plaintiff Austin Storms are jointly

and severally liable for all fees and costs awarded.

This Motion is based on the accompanying Opening Brief, the Declaration of Adam

Kaufmann in Support of Defendants' Motion for Fees and Expenses, the exhibits attached thereto,

cited pleadings on file with the Court in this action, and on any other materials or evidence that

may be presented to the Court.

Dated:  April 19, 2023                                 BARNES & THORNBURG LLP

                                                        */s/ Chad S.C. Stover*
                                                        Chad S.C. Stover (No. 4919)
                                                        222 Delaware Avenue, Suite 1200
                                                        Wilmington, Delaware 19801-1050
                                                        Telephone: (302) 300-3474
                                                        E-mail: chad.stover@btlaw.com

                                                        Mark C. Nelson (admitted *pro hac vice*)
                                                        David Lisch (admitted *pro hac vice*)
                                                        2121 N. Pearl Street, Suite 700
                                                        Dallas, TX  75201
                                                        Tel:  (214) 258-4140
                                                        E-mail:  mark.nelson@btlaw.com
                                                                 david.lisch@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice*)
Darrick Hooker (admitted *pro hac vice*)
Dana Amato Sarros (admitted *pro hac vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel:  (312) 214-8319
Email:  adam.kaufmann@btlaw.com
Email:  darrick.hooker@btlaw.com
Email:  dana.sarros@btlaw.com

*Attorneys for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline Jr.*