# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, <br><br> Plaintiffs, <br><br> v. <br><br> LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. <br><br> Defendants. | C.A. No. 21-534-GBW |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR FEES AND EXPENSES

Having read and considered Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline's ("Defendants") Motion for Fees and Expenses (the "Motion") and Plaintiffs' Opposition to the Motion, and all parties having received due notice and an opportunity to be heard,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. Pursuant to 35 U.S.C. § 285, this case is exceptional and Defendants are entitled to their reasonable attorneys' fees and costs/expenses incurred for (a) litigating this case from the date of the Court's claim construction ruling onward, and (b) litigating Plaintiffs' claim that Austin Storms was the sole inventor of U.S. Patent No. 10,608,433 from the beginning of the case;

3. Pursuant to the Court's inherent powers, Defendants are entitled to their reasonable expert witness fees incurred for (a) litigating this case from the date of the Court's claim

construction ruling onward, and (b) litigating Plaintiffs' claim that Austin Storms was the sole inventor of U.S. Patent No. 10,608,433 from the beginning of the case;

4. Pursuant to 18 U.S.C. § 1836, Defendants are entitled to their reasonable attorneys' fees incurred for researching, preparing, and briefing their motion to strike Plaintiffs' claim under the federal Defendant Trade Secrets Act (Count III) of the Second Amended Complaint (D.I. 103); and

5. Plaintiff BearBox, LLC and Plaintiff Austin Storms are jointly and severally liable for all fees and costs awarded herein.

IT IS SO ORDERED.

Dated: _____, 2023    _____
           The Honorable Gregory B. Williams
           United States District Judge