IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 21-534-GBW-CJB ) |
| LANCIUM LLC, MICHAEL T. MCNAMARA, and RAYMOND E. CLINE, JR. | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ADAM KAUFMANN IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR FEES AND EXPENSES**

I, Adam Kaufmann, hereby declare and state as follows:

1. I have personal knowledge of the facts set forth in this Declaration; I am competent to testify as to all matters stated in this Declaration; and, I am not under any legal disability that would preclude me from testifying. If called upon to do so, I would testify to the facts set forth in this Declaration.

2. I am a partner at the law firm Barnes & Thornburg LLP, counsel of record for Defendants Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr. (collectively, "Defendants") in the above-captioned case. I am licensed in the State of Illinois and admitted *pro hac vice* to practice before this Court. I submit this declaration in support of Defendants' Opening Brief in Support of Their Motion for Fees and Expenses.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of an October 31, 2022 email from M. Nelson to B. Horton and its attachment.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of an excerpt from the December 7, 2022 Trial Transcript in this case.

1

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of an excerpt from the April 22, 2022 Hearing Transcript in this case.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of a November 8, 2022 email from A. Kaufmann to Plaintiffs' counsel, which *inter alia* served Defendants' motion *in limine* No. 1.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of an April 2, 2020 Order, D.I. 358, in *Dexcom, Inc. v. Agamatrix, Inc.*, Case No. 2:16-cv-05947-SJO-AS in the United States District Court for the Central District of California, Western Division.

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of an excerpt from the October 20, 2022 Hearing Transcript from this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April, 2023 at Chicago, Illinois.

Adam Kaufmann