# EXHIBIT 5

FILED
CLERK, U.S. DISTRICT COURT

April 2, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DEXCOM, INC., | ) | Case No. 2:16-cv-05947-SJO-AS |
| Plaintiff, | ) ) | **[PROPOSED] ORDER VACATING THE COURT'S JUDGMENT [DKT. 351] AND UNDERLYING ORDERS [DKT. 281, 331]** |
| v. | ) ) | |
| AGAMATRIX, INC., | ) ) | |
| Defendant. | ) ) | |

The Court, having considered the parties' Joint Stipulation for Vacatur of the February 22, 2019 Judgment (Dkt. 351) and Underlying Orders (Dkts. 281 & 331), and good cause appearing, hereby vacates the February 22, 2019 Judgment (Dkt. 351); May 9, 2018 Order (Dkt. 281); and August 6, 2018 Order (Dkt. 331).

**IT IS SO ORDERED.**

Dated: 04/02/2020

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE