# EXHIBIT 7

```
                    IN THE UNITED STATES DISTRICT COURT

                    IN AND FOR THE DISTRICT OF DELAWARE


BEARBOX LLC and AUSTIN STORMS,        )
         Plaintiffs,                  )
v.                                    )
                                      )  C.A. No.
LANCIUM LLC, MICHAEL T.               )  21-534-MN-CJB
MCNAMARA, and RAYMOND E. CLINE,       )
JR.                                   )
         Defendants.                  )



                              - - - -

                        Wilmington, Delaware
                        Tuesday, November 29, 2022
                        Pretrial Transcript

                              - - - -




  BEFORE:  HONORABLE GREGORY B. WILLIAMS
           UNITED STATES DISTRICT COURT JUDGE


                              - - - -







                                          Michele L. Rolfe, RPR, CRR
```

```
 1    APPEARANCES:

 2

 3

 4
                    ASHBY & GEDDES
 5                  BY: ANDREW C. MAYO, ESQ.

 6                       -and-

 7                  MARSHALL, GERSTEIN & BORUN LLP
                    BY: BENJAMIN T. HORTON, ESQ.
 8                      JOHN LABBE, ESQ.
                             For the Plaintiffs
 9

10                  BARNES & THORNBURG LLP
                    BY:  WILLIAM BURTON, ESQ.
11                       MARK C. NELSON, ESQ.
                         ADAM M. KAUFMANN, ESQ.
12                       DERRICK HOOKER, ESQ.
                             For the Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  Moving to Lancium's first motion in limine,
 2     which is a motion in limine to preclude expert testimony
 3     inconsistent with the Court's claim construction ruling and
 4     to include new expert testimony or opinions outside the
 5     scope of expert's reports.
 6                  That motion is granted in part; denied in part.
 7     Defendant's motion in limine number one is granted in part
 8     to the extent it seeks to preclude Dr. McClellan from
 9     testifying inconsistently with the Court's *Markman* opinion.
10     Ultimately, any concern of prejudice can be adequately
11     addressed during trial by proper objection or through
12     cross-examination of Dr. McClellan.
13                  Defendant's motion in limine number one is
14     denied in part as moot based on the Court's November 23rd
15     order striking Dr. McClellan's supplemental report.
16                  Moving to Lancium's motion in limine number two,
17     which is a motion in limine to preclude plaintiffs from
18     using pejorative terms like "thief, theft, steal, stealing
19     or robbery."
20                  Defendant's motion in limine number two is
21     denied as moot.  Conversion is no longer a claim to be tried
22     and this is no longer a jury trial.
23                  Moving to Lancium's motion in limine number
24     three, motion in limine to preclude any argument or evidence
25     regarding discovery disputes.  The ruling is that neither
```

```
1    see you for trial on Tuesday.
2               (Whereupon, the following proceeding concluded
3    at 3:26 p.m.)
4                    I hereby certify the foregoing is a true
5    and accurate transcript from my stenographic notes in the
6    proceeding.
7                              /s/ Michele L. Rolfe, RPR, CRR
                                    U.S. District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```