# EXHIBIT 13

## Operational Controls Overview

## Contents

A.  Load Balancing – Control Outline

B.  Automated Control – Pricing Thresholds

C.  Alternate Compute – Managed Workloads

**TEXT**

### A.  Load Balancing – Control Outline

Lancium is able to vary electrical power consumed by computer processing operations, and this is called "Ramping". The Lancium Ramping value proposition is control of Distributed Computing electrical energy consumption at levels between zero and maximum of Lancium site power rating, while maintaining balance with the changing electrical energy delivered by the power provider, within mutually agreed response times. Power providers are Energy Partner Wind Farms. Level of power delivery, consumption, and rate of change, is managed by a collaborative daily/hourly communication process between Lancium and the power provider, supported by pre-arranged mutual operational planning.

A.1 Blockchain Technology Applications

The base loading of electrical power consuming applications is focused on computers running blockchain algorithms.  Lancium has developed control methodologies for operation of the blockchain "miner". Miners are controlled as individual devices and groups of devices, and large groups are installed in multiple prefabricated Distributed Compute Modules (DCM).   These operations are served by main Site power, and Auxiliary power.

The control methodology for electrical power consumption of miners is based on 3 operating Modes. These modes are;

>   A.1.1    OFF:   In this mode, individual and groups of miners, and/or DCM,  will consume zero energy. Beginning  HASHING from the OFF state may take longer to ramp to any required energy consumption level, but this ramping will not be longer than 5 minutes.

>   A.1.2    STOP HASHING:  In this mode individual miners and/or DCM consume electric power to maintain a standby mode. Miners will consume not more than 2% of their maximum power

Lancium Documentation Classification: Proprietary                              May 7, 2019

Bearbox v Lancium
Trial Exhibit
**TX169**

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                     LANCIUM00014475

draw, and DCM/Site auxiliary systems will also consume power.  The STOP HASHING state will be energized by Lancium auxiliary power, which must be switched to/from main Site power based on the desired control state.  Revenue is not generated in the STOP HASHING state.

A.1.3   HASHING: In this mode the individual miners and/or DCM consume electrical power due to computing load, and generate revenue. The electric power drawn in HASHING mode is variable, per mutual agreement with the power provider, and can be adjusted with a range for any miner or DCM.

Lancium has a central operating system called the Lancium Brain.  Lancium Brain has the ability to switch between modes to match the electrical power consumed to that agreed with the power provider. Under normal operations miners will be in either HASHING or STOP HASHING mode. OFF mode will generally be a maintenance status only.

When a command is issued from the Lancium Brain, a DCM can be taken from full load HASHING status to STOP HASHING ( Target: in under 15 seconds), from the command being issued by the Lancium Brain. Actual time to effect has variation based on network communication factors.

When command is issued from the Lancium Brain a DCM can be taken from STOP HASHING status to full load (Target: in under 30 seconds)  Actual time to effect has variation based on network communication factors.

Lancium has developed further capability where, within HASHING mode, the miners can have additional tuning control of their level of power consumption. Processes have been developed whereby changing variables within the miner firmware, the miners and/or DCMs can be operated in HASHING mode, and power consumption can be set between approximately 50% and 100% of a full load.

Individual Miner Power Consumption (Example)

| **Miner** | | | **Hashing** | |
|---|---|---|---|---|
| | Off | Stop Hashing | 50% | 100% |
| **Avalon 851** | 0 | 25W | 800W | 1600W |

DCM Power Consumption (Example)

| **Distributed Compute Module** | | | **Hashing** | |
|---|---|---|---|---|
| | Off | Stop Hashing | 50% | 100% |
| **1200 Miners** | 0 | 35kW | 960kW | 1.92MW |

Within the HASHING mode, commands to adjust power consumption are executed similarly to switching between the 3 modes. Typically, commands to reduce power consumption will execute ( Target: in less than 15 seconds) from the command being issued by the Lancium Brain. A command to increase power consumption will execute in (Target: under 30 seconds)  from being issued.

**Operations Examples**

Example A:  Site with 4 DCMs installed. Each DCM containing 1200 Avalon 851 style miners.

This site can be operated be a consumption load of zero to a maximum load of 7.68 MW.

| DCM | 7.68MW |
|---|---|
| 4 | 1.92MW |
| 3 | 1.92MW |
| 2 | 1.92MW |
| 1 | 1.92MW |

Starting with a 50% load of 3.84MW, any load setting between 3.84 MW and 7.68MW would be achieved by tuning control of miner consumption.

Half Load

| DCM | 3.84MW |
|---|---|
| 4 | 960kW |
| 3 | 960kW |
| 2 | 960kW |
| 1 | 960kW |

Example B.   Starting with 5 MW of available power, each of the DCMs would be set to consume 1.25 MW.

| DCM | 5 MW |
|---|---|
| 4 | 1250W |
| 3 | 1250W |
| 2 | 1250W |
| 1 | 1250W |

| Miner | | | Hashing |
|---|---|---|---|
|  | Off | Stop Hashing | 65% |
| Avalon 851 | | | 1040W |

| Distributed Compute Module | | | Hashing |
|---|---|---|---|
|  | Off | Stop Hashing | 65% |
| 1200 Miners | 0 | 35kW | 1.25MW |

Example C:  For this setting, (refer to B. Tables) nothing is set to STOP HASHING and all miners/DCM are running at approximately 65% load.  This can achieve operating power consumption ranging between 3.84 MW and 7.68MW.

Example D:  For a 3 MW load, load balancing cannot be achieved by the power consumption control alone. This is below 50% of maximum load and therefore there is a requirement to set some units to STOP HASHING mode.

| DCM | 3 MW |
|---|---|
| 4 | 35kW |
| 3 | 988kW |
| 2 | 988kW |
| 1 | 988kW |

| Miner | | | Hashing |
|---|---|---|---|
|  | Off | Stop Hashing | 51% |
| Avalon 851 | | 25W | 824W |

| Distributed Compute Module | | | Hashing |
|---|---|---|---|
|  | Off | Stop Hashing | 51% |
| 1200 Miners | | 35kW | 988kW |

The 3 MW load would be achieved by setting DCM 4 to Stop Hash mode. The balance of 2.965MW would then be set across DCMs 1-3 as shown above. This could be the operating mode status from 3MW up to 5.8MW.

**Operating Modes - Load range table**

Operation Modes

| | | | | |
|---|---|---|---|---|
| 4 | 3 | 2 | 1 | 3.8MW to 7.7MW |
| 4 | 3 | 2 | 1 | 3MW to 5.8MW |
| 4 | 3 | 2 | 1 | 2MW to 3.9MW |
| 4 | 3 | 2 | 1 | 0.1MW to 2MW |

B. Automated Control – Pricing Thresholds

The Lancium Brain also has settings to automatically control power consumption based on Locational Marginal Pricing (LMP).

Lancium maintains a table of pricing thresholds by customer and local pricing node. A High Price Point and Low Price Point are maintained for each. Should the local node pricing go above High Price Point. all miners are set to STOP HASHING. When local nodal pricing then falls below Low Price Point, miners are set to HASHING.

Example A:  Local price point is $22/MW all miners are hashing and consuming a load at 6MW.

Threshold 1. is $100, Threshold 2. is $50.

If the LMP goes >$100 all miners will receive automatic command to STOP HASHING. This status will remain in place until LMP drops below $50. When LMP <$50 all miners will receive command to start HASHING and will return to settings prior to event.

C. Alternate Compute – Managed Workloads

    **HOLD DESCRIPTION**

**END Document**

Lancium Documentation Classification: Proprietary                                      May 7, 2019

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                      LANCIUM00014479