# EXHIBIT 14





12.18 MW

70%

1.9 PH

65%

Emergency Off Button
Alert Status (Red Green)

Monthly Statistics (charts)
Power Availability
Miner On-line %
Hash rate % of Max

Coin Price          BTC          BTC
Network Hashrate
S7 Breakeven Price
S9 Breakeven Price
Avalon Breakeven

Miner Status
Operating within test parameters
Offline / Defective xxx / xxx (x%)
Above B/E Threshold xxx / xxx (x%)

ERCOT Operating Reserves
4CP Alert Status NA
Forecast Load
LMP (timestamp)
+5, +10, +15, etc

Weather Conditions (nearest weather station)
Temperature
Humidity
Wind Speed
Wind Direction

Bearbox v Lancium
Trial Exhibit
**TX223**

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                    LANCIUM00018261