# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEARBOX LLC and AUSTIN STORMS,<br><br>              Plaintiffs,<br><br>    v.<br><br>LANCIUM LLC,<br>MICHAEL T. MCNAMARA, and<br>RAYMOND E. CLINE, JR.,<br><br>              Defendants. | C.A. No. 21-534-GBW-CJB |

## NOTICE OF APPEAL BY ALL PLAINTIFFS

BearBox LLC and Austin Storms, the Plaintiffs and Counterclaim Defendants in the above-captioned case, hereby give notice that they appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment (D.I. 267) entered in this action on April 5, 2023, which denied correction of inventorship of U.S. Patent No. 10,608,433 (the "'433 patent"), dismissed Plaintiffs' conversion count, and entered judgment granting and denying other relief as set forth therein, and from any and all orders, rulings, findings, or conclusions underlying that Final Judgment and adverse to Plaintiffs in whole or in part.

Included herewith is payment of $505.00 for the filing fee ($5.00) and the docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(2), and Fed. R. App. P. 3(e), and the United States District Court for the District of Delaware fee schedule (effective September 1, 2020).

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | _____ |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
| *Of Counsel:* | P.O. Box 1150 |
|  | Wilmington, DE  19899 |
| Benjamin T. Horton | (302) 654-1888 |
| John R. Labbé | amayo@ashbygeddes.com |
| Raymond R. Ricordati, III |  |
| Chelsea M. Murray | *Attorneys for Plaintiffs* |
| John J. Lucas | *BearBox LLC and Austin Storms* |
| MARSHALL, GERSTEIN & BORUN LLP |  |
| 233 South Wacker Drive |  |
| 6300 Willis Tower |  |
| Chicago, IL 60606-6357 |  |
| (312) 474-6300 |  |

Dated:  May 4, 2023